1  NICHOLAS W. DAVILA (SBN 256832)
   ndavila@londonfischer.com
2  SHAWHEEN SHAFIZADEH (SBN 315482)
   sshafizadeh@londonfischer.com
3  LONDON FISCHER LLP
   2505 McCabe Way, Suite 100
4  Irvine, California 92614
5  T: (949) 252-0550 | Fax: (949) 252-0553
6
7  Attorneys for Defendant
   WALT DISNEY PARKS AND RESORTS U.S., INC.
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11

12 KENNETH JERAS, an individual,        Case No.:

13            Plaintiff,                 [Originally filed in Orange County
                                         Superior Court, Case No. 30-2021-
14 v.                                    01206853-CU-PO-CJC]

15 WALT DISNEY PARKS AND
   RESORTS U.S., INC., a Florida        **DECLARATION OF SHAWHEEN**
16 corporation; dba DISNEYLAND; and     **SHAFIZADEH IN SUPPORT OF**
   DOES 1 through 100, inclusive,       **DEFENDANT'S NOTICE OF**
17                                       **REMOVAL OF CIVIL ACTION**
18            Defendants.                **TO FEDERAL COURT UNDER 28**
                                         **U.S.C. §§ 1332, 1441, 1446**
19
20                                       [Filed concurrently with Defendant's
                                         Notice of Removal, Civil Cover
21                                       Sheet; Declaration of Aaron H.
22                                       Solomon; Corporate Disclosure
                                         Statement; and Certificate of
23                                       Interested Parties]
24
25
26
27
28  ///

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

2L0172606.2 ;                          1
                     DECLARATION OF SHAWHEEN SHAFIZADEH

I, Shawheen Shafizadeh, declare:

1.     I am an attorney at law duly licensed to practice before this Court and all the courts of the State of California and an associate with the law firm of London Fischer LLP, counsel of record for Defendant Walt Disney Parks and Resorts U.S., Inc., sued as Walt Disney Parks and Resorts U.S., Inc., dba Disneyland (hereinafter, "WDPR"). This Declaration is submitted in support of WDPR's Notice of Removal of Civil Action to Federal Court under 28 U.S.C. §§ 1332, 1441, 1446 (Diversity Jurisdiction).  The following declaration is made upon my personal knowledge and if called to testify, I could and would assert to the following.

2.     On June 22, 2021, an action was commenced in the Superior Court of California, County of Orange, entitled *Kenneth Jeras v. Walt Disney Parks and Resorts U.S. Inc. dba Disneyland, Does 1 to 100*, Case No. 30-2021-01206853-CU-PO-CJC.

3.     Plaintiff named WDPR as the only Defendant. WDPR was served with the Summons and Complaint on July 14, 2021. No other defendant has been named or served.  (Attached hereto as **Exhibit "A"** is a true and correct copy of the Summons and Complaint served on July 24, 2021.)

4.     On August 12, 2021, WDPR filed an Answer to the Complaint. (Attached hereto as **Exhibit "B"** is a true and correct copy of the Answer filed on behalf of WDPR on August 12, 2021.)

5.     By letter dated March 1, 2021, Plaintiff's counsel communicated a settlement demand upon Disney seeking $300,000 in exchange for a release of Plaintiff's claims. The demand letter identifies past medical specials in the amount of $26,352.97, and $3,352.79 in wage loss. (Attached hereto as **Exhibit "C"** is a true and correct copy of the settlement demand letter dated March 1, 2021.)

///

///

///

London Fischer LLP
2305 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L0172606.2 }

2

DECLARATION OF SHAWHEEN SHAFIZADEH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 13th day of August 2021 at Irvine, California.

_Shawheen Shafizadeh_

Shawheen Shafizadeh

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(919) 252-0550

{L0172606.2 }

3

DECLARATION OF SHAWHEEN SHAFIZADEH

# Exhibit A

Electronically Filed by Superior Court of California, County of Orange, 06/22/2021 04:45:26 PM.
30-2021-01206853-CU-PO-CJC - ROA # 4 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

|  | FOR COURT USE ONLY<br>*(SOLO PARA USO DE LA CORTE)* |
|---|---|

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida
corporation; dba DISNEYLAND and DOES 1 through 100, inclusive,

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

KENNETH JERAS, an individual,

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.
*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | CASE NUMBER:<br>*(Número del Caso):* | 30-2021-01206853-CU-PO-CJC |
|---|---|---|

The name and address of the court is:
*(El nombre y dirección de la corte es):*

Superior Court of California, County of Orange
700 Civic Center Drive West, Santa Ana, CA 92701

Judge Nancy E. Zeltzer

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jeremy R. Cronin, Jurewitz Law Group, 600 B Street, Suite 1450, San Diego, CA 92101, (619) 233-5020

DATE:   06/22/2021   DAVID H. YAMASAKI, Clerk of the Court
*(Fecha)*

Clerk, by   *Katie Trent*   , Deputy
*(Secretario)*   *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*   Katie Trent

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☒ on behalf of *(specify):* WALT DISNEY PARKS AND RESORTS U.S., INC.

under: ☒ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)          ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)          ☐ CCP 416.90 (authorized person)
☐ other *(specify):*
4. ☐ by personal delivery on *(date):* 7/14/2021

| | | Page 1 of 1 |
|---|---|---|

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courtinfo.ca.gov*

American LegalNet, Inc.
www.FormsWorkflow.com

Electronically Filed by Superior Court of California, County of Orange, 06/22/2021 04:45:26 PM.
30-2021-01206853-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

1

Jeremy R. Cronin (SBN 270284)
Jurewitz Law Group
600 B Street, Suite 1450
San Diego, CA 92101
Tel: (619) 233-5020
Fax: (888) 233-3180

2

3

4

5

Attorneys for Plaintiff,
KENNETH JERAS

6

7

8

## SUPERIOR COURT OF CALIFORNIA

9

## COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11  KENNETH JERAS, an individual,

12      Plaintiff,

13  v.

14  WALT DISNEY PARKS AND RESORTS U.S.,
    INC., a Florida corporation; dba DISNEYLAND

15  and DOES 1 through 100, inclusive,

16      Defendants.

17

18

19

20

|   |   |
|---|---|
| Unlimited Civil | |
| Case No.: | 30-2021-01206853-CU-PO-CJC |

**COMPLAINT FOR PERSONAL INJURIES**

**Assigned for All Purposes**

Judge Nancy E. Zeltzer

21      Plaintiff KENNETH JERAS, an individual, respectfully alleges as follows:

22                              **INTRODUCTION**

23      1.      This case arises from a premises liability incident resulting in damages well in excess of

24  $25,000.00, the jurisdictional minimum of this Court.

25                          **JURISDICTION AND VENUE**

26      2.      This litigation arises out of or is connected with the Defendant's activities within the State

27  of California.

28      3.      The incident complained of occurred within the City of Anaheim and County of Orange.

**PARTIES**

4.     Plaintiff KENNETH F. JERAS (hereinafter "Plaintiff") is, and at all times herein mentioned, was a resident of the City of Phoenix, County of Maricopa, State of AZ.

5.     Plaintiff is informed and believes and thereon alleges that Defendant WALT DISNEY PARKS AND RESORTS U.S., INC (hereinafter "DISNEY") is, and at all times mentioned herein, a Florida  corporation doing business as DISNEYLAND in the City of Anaheim, County of Orange, and State of California, including, but not limited to the subject premises, located at the Mickey & Friends parking structure, 1313 Disneyland Drive, Anaheim, CA 92802 (hereinafter "Subject Premises").

6.     Plaintiff is ignorant of the true names and capacities of defendants sued herein as DOES 1 through 100, inclusive, and, therefore sues these Defendants by such fictitious names.  Plaintiff will amend this complaint to insert their true names and capacities when ascertained.  Plaintiff is informed and believes and thereon alleges that each of these fictitiously named Defendants is legally responsible for the events and happenings referred to herein, and legally caused injuries and damages thereby to Plaintiff as herein alleged.  Plaintiff's injuries as hereinafter alleged were proximately caused by the acts of such Defendants, and each of them.

7.     DISNEY and DOES 1 through 100 will hereinafter be referred to collectively as "Defendants."

8.     Plaintiff is informed and believes and, on that basis, alleges that at all times herein mentioned, each of the Defendants was the agent and employee of the remaining Defendants, and was acting within the scope and purpose of such agency and employment in doing the acts herein alleged. Accordingly, each of the Defendants is vicariously liable for the actions and omissions of the other Defendants, as alleged more fully herein.

**GENERAL ALLEGATIONS**

9.     On or about August 21, 2019, at approximately 8:00PM, Plaintiff parked at the Mickey & Friends parking structure at Disneyland Resort. As he proceeded to the security screening area, Plaintiff followed along the green gates to the next open gate to enter the security screen. As he followed the green gates, Plaintiff tripped and feel over a raised beige platform that was located between two locked gates

1   (hereinafter "Tripping Hazard"), which caused him to slam his left knee and right elbow into the ground

2   (hereinafter "Subject Incident").

3         10.    Plaintiff is informed and believes, and thereon alleges, that Defendants, and each of them,

4   by and through the actions and omissions of their respective employees operating with the scope of their

5   employment, had a duty to use reasonable care in keeping, maintaining, operating, and controlling the

6   Subject Premises in a reasonable and safe condition, so as not to endanger persons, including Plaintiff,

7   from the possibility of unreasonable danger and damage.

8         11.    When he tripped and fell over the Tripping Hazard, Plaintiff sustained multiple debilitating

9   injuries, resulting in great pain and suffering. As a result of these debilitating injuries, Plaintiff has been

10  required to seek extensive medical treatment.

11        12.    Plaintiff's injuries and damages were, and are, a direct and legal result of Defendants'

12  conduct regarding the Tripping Hazard, including the negligent design and/or maintenance of the Subject

13  Premises.

**FIRST CAUSE OF ACTION**

**Premises Liability**

14

15

16        13.    Plaintiff realleges each and every paragraph of this Complaint as though fully set forth

17  herein.

18        14.    Prior to and at the time of the incident, Defendants owned, controlled, managed, possessed,

19  and maintained the Subject Premises, including but not limited to the area where the Tripping Hazard was

20  located.

21        15.    Prior to and at the time of the incident, Defendants had a duty to exercise ordinary care to

22  avoid exposing person to unreasonable risks of harm due to their ownership, control, management,

23  possession, and/or maintenance of the Subject Premises, including but not limited to the area where the

24  Tripping Hazard was located. Moreover, Defendants were required to use reasonable care to discover any

25  unsafe conditions at the Subject Premises and to repair, replace, or give adequate warning of anything that

26  could reasonably be expected to harm others.

27        16.    Defendants breached their aforementioned duty by failing to properly maintain the Subject

28  Premises, and specifically the Tripping Hazard, which created a condition of unreasonable harm to

1  Plaintiff and other members of the general public. Ultimately, the Tripping Hazard caused injuries to
2  Plaintiff during the incident.

3       17.    Defendants were fully aware of the potential dangers associated with the Tripping Hazard
4  due to the condition and location of the Tripping Hazard.

5       18.    Alternatively, Defendants should have been fully aware of the potential dangers associated
6  with the Tripping Hazard if a proper inspection of the Subject Premises were conducted.

7       19.    Despite the foregoing, Defendants were negligent in their use and/or maintenance of the
8  Subject Premises, as they failed to repair the dangerous condition created by the Tripping Hazard, failed
9  to protect others from the dangerous condition created by the Tripping Hazard, and failed to give adequate
10 warning of the dangers presented by the dangerous condition created by the Tripping Hazard.

11      20.    Prior to and at the time of the Subject Incident, Defendants had the opportunity, ability and
12 duty to prevent the occurrence of incidents of the nature involved in this matter, which were reasonably
13 foreseeable, by addressing the dangerous condition associated with the Tripping Hazard, but negligently
14 failed to take any reasonable measure to do so.

15      21.    The Subject Incident, which caused Plaintiff's injuries, was the direct and legal result of
16 the aforementioned conduct of Defendants.

17      22.    As a result of Defendants' conduct, Plaintiff required extensive medical care and incurred
18 costs associated with said medical care. Plaintiff is informed and believes and thereon alleges Plaintiff
19 will require future medical care and will incurred additional future medical costs related to the injuries
20 Plaintiff sustained.

21      23.    As a result of Defendants' conduct, Plaintiff suffered pain, mental suffering, loss of
22 enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and/or
23 emotional distress.  Plaintiff is informed and believes and thereon alleges that Plaintiff will continue to
24 suffer from pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment,
25 inconvenience, grief, anxiety, humiliation, and/or emotional distress because of Defendants' conduct.

26 ///
27 ///
28 ///

**SECOND CAUSE OF ACTION**

**Negligence**

24.     Plaintiff realleges each and every paragraph of this Complaint as though fully set forth herein.

25.     At all times relevant herein, Defendants knew or should have known that the Tripping Hazard created a dangerous condition at the Subject Premises, thereby exposing Plaintiff and the general public to a foreseeable and unreasonable risk of physical harm.

26.     At all times mentioned herein, Defendants had a duty to ensure that the Subject Premises did not contain dangerous conditions that subject people to unreasonable risks of harm. Moreover, to the extent such dangerous conditions did exist, Defendants had a duty to repair the dangerous condition and/or warn of the existence of such dangerous condition.

27.     At all times mentioned herein, Defendants had a duty to warn Plaintiff and others of the potential dangers related to the Tripping Hazard.

28.     Plaintiff is informed and believes and thereon alleges that Defendants, on their own behalf or by and through their agents, breached their duties by designing, building, installing, maintain, repair and/or constructing the Tripping Hazard in such a way that it posed a foreseeable and unreasonable risk of harm to others, including Plaintiff.

29.     Defendants further breached their duties by failing to ensure that Tripping Hazard was immediately repaired and/or by failing to warn Plaintiff of the potential dangers related to the Tripping Hazard, and furthermore, failing to ensure that the Tripping Hazard would not endanger Plaintiff or other persons.

30.     The Subject Incident, which caused Plaintiff's injuries, was the direct and legal result of the aforementioned conduct of Defendants.

31.     As a result of Defendants' conduct, Plaintiff required extensive medical care and incurred costs associated with said medical care. Plaintiff is informed and believes and thereon alleges Plaintiff will require future medical care and will incurred additional future medical costs related to the injuries Plaintiff sustained.

///

32.     As a result of Defendants' conduct, Plaintiff suffered pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and/or emotional distress.  Plaintiff is informed and believes and thereon alleges that Plaintiff will continue to suffer from pain, mental suffering, loss of enjoyment of life, disfigurement, physical impairment, inconvenience, grief, anxiety, humiliation, and/or emotional distress because of Defendants' conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for judgment as follows:

1.     For general damages according to proof;

2.     For special damages for medical and incidental expenses according to proof;

3.     For costs of suit herein incurred;

4.     For pre-judgment interest as provided by law; and

5.     For such other and further relief as the court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury trial for this matter.

Dated: June 21, 2021                                        JUREWITZ LAW GROUP

By: _____
Jeremy R. Cronin
Attorneys for Plaintiff,
KENNETH F. JERAS

Case Title:

**Documents Electronically Filed/Received**          **Status**
Complaint                                              Accepted

Civil Case Cover Sheet                                Accepted

Summons Issued and Filed                              Accepted

**Court Generated Documents**
Payment Receipt
**Court Generated Documents**
Notice of Hearing OC

**Comments**
Submitter's Comments:

Clerk's Comments:          Alternative Dispute Resolution (ADR) Information Package
                           can be found on the Court public website or by entering the
                           following information in your internet explorer search:
                           http://www.occourts.org/forms/local/l1200.pdf

**Events Scheduled**

| Event Types | | Date | Time | Location | Department |
|---|---|---|---|---|---|
| Case Conference | Management | 12/20/2021 | 09:00 AM | Central | C34 |

**Electronic Filing Service Provider Information**

Service Provider    OneLegal
Email:              support@onelegal.com
Contact Person:     Customer Support
Phone:              8009388815

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLAINTIFF: Kenneth Jeras<br><br>DEFENDANT: Walt Disney Parks and Resorts U.S., Inc<br><br>Short Title: JERAS VS. WALT DISNEY PARKS AND RESORTS U.S., INC | FOR COURT USE ONLY<br>**FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF ORANGE<br><br>**Jun 23, 2021**<br><br>Clerk of the Court<br>By: Katie Trent, Deputy |
| **NOTICE OF HEARING**<br>**CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2021-01206853-CU-PO-CJC |

Please take notice that a(n), <u>Case Management Conference</u> has been scheduled for hearing on <u>12/20/2021</u> at <u>09:00:00 AM</u> in Department <u>C34</u> of this court, located at <u>Central Justice Center</u>.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html

Clerk of the Court, By: _Katie Trent_____, Deputy

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE | |
|---|---|
| Central Justice Center<br>700 W. Civic Center DRIVE<br>Santa Ana 92701 | |
| SHORT TITLE: JERAS VS. WALT DISNEY PARKS AND RESORTS U.S., INC | |
| CLERK'S CERTIFICATE OF SERVICE BY MAIL | CASE NUMBER:<br>30-2021-01206853-CU-PO-CJC |

I certify that I am not a party to this cause. I certify that a true copy of the above <u>Notice of Hearing</u> has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at <u>Santa Ana</u>, <u>California</u>, on <u>06/23/2021</u>. Following standard court practice the mailing will occur at <u>Sacramento</u>, <u>California</u> on <u>06/24/2021</u>.

Clerk of the Court, by: _Katie Trent_ _____ , Deputy

JUREWITZ LAW GROUP
600 B STREET # STE 1450
SAN DIEGO, CA 92101

---

CLERK'S CERTIFICATE OF SERVICE BY MAIL

Page: 2

V3 1013a (June 2004)

Code of Civil Procedure , § CCP1013(a)

Electronically Filed by Superior Court of California, County of Orange, 06/22/2021 04:45:26 PM.
30-2021-01206853-CU-PO-CJC - ROA # 3 - DAVID H. YAMASAKI, Clerk of the Court By Katie Trent, Deputy Clerk.

**CM-010**

| | |
|---|---|
| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*<br>Jeremy Cronin (SBN 270284)<br>Jurewitz Law Group<br>600 B Street, Suite 1450<br>San Diego, CA 92101 | *FOR COURT USE ONLY* |

TELEPHONE NO.: (619) 233-5020   FAX NO.: (888) 233-3180
ATTORNEY FOR *(Name):* Kenneth Jeras

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Orange
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: 700 Civic Center Drive West
CITY AND ZIP CODE: Santa Ana 92701
BRANCH NAME: Central Justice Center

CASE NAME:
Jeras v. Walt Disney Parks and Resorts U.S., Inc.

| CIVIL CASE COVER SHEET | | Complex Case Designation | | CASE NUMBER:<br>30-2021-01206853-CU-PO-CJC |
|---|---|---|---|---|
| [✓] Unlimited (Amount demanded exceeds $25,000) | [ ] Limited (Amount demanded is $25,000 or less) | [ ] Counter [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | | JUDGE: Judge Nancy E. Zeltzer<br>DEPT: |

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

| Auto Tort | Contract | Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403) |
|---|---|---|
| [ ] Auto (22) | [ ] Breach of contract/warranty (06) | [ ] Antitrust/Trade regulation (03) |
| [ ] Uninsured motorist (46) | [ ] Rule 3.740 collections (09) | [ ] Construction defect (10) |
| **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort** | [ ] Other collections (09) | [ ] Mass tort (40) |
| [ ] Asbestos (04) | [ ] Insurance coverage (18) | [ ] Securities litigation (28) |
| [ ] Product liability (24) | [ ] Other contract (37) | [ ] Environmental/Toxic tort (30) |
| [ ] Medical malpractice (45) | **Real Property** | [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41) |
| [✓] Other PI/PD/WD (23) | [ ] Eminent domain/Inverse condemnation (14) | |
| **Non-PI/PD/WD (Other) Tort** | [ ] Wrongful eviction (33) | **Enforcement of Judgment** |
| [ ] Business tort/unfair business practice (07) | [ ] Other real property (26) | [ ] Enforcement of judgment (20) |
| [ ] Civil rights (08) | **Unlawful Detainer** | **Miscellaneous Civil Complaint** |
| [ ] Defamation (13) | [ ] Commercial (31) | [ ] RICO (27) |
| [ ] Fraud (16) | [ ] Residential (32) | [ ] Other complaint *(not specified above)* (42) |
| [ ] Intellectual property (19) | [ ] Drugs (38) | **Miscellaneous Civil Petition** |
| [ ] Professional negligence (25) | **Judicial Review** | [ ] Partnership and corporate governance (21) |
| [ ] Other non-PI/PD/WD tort (35) | [ ] Asset forfeiture (05) | [ ] Other petition *(not specified above)* (43) |
| **Employment** | [ ] Petition re: arbitration award (11) | |
| [ ] Wrongful termination (36) | [ ] Writ of mandate (02) | |
| [ ] Other employment (15) | [ ] Other judicial review (39) | |

2. This case [ ] is [✓] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [✓] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive
4. Number of causes of action *(specify):* Two (1) Premises Liability; (2) Negligence
5. This case [ ] is [✓] is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: June 21, 2021

Jeremy Cronin
_____   ►_____
(TYPE OR PRINT NAME)            (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>CM-010 [Rev. July 1, 2007] | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10<br>*www.courtinfo.ca.gov*<br>American LegalNet, Inc.<br>www.FormsWorkflow.com |

CM-010

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the *Civil Case Cover Sheet* contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases, parties must also use the *Civil Case Cover Sheet* to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

### CASE TYPES AND EXAMPLES

**Auto Tort**
  Auto (22)–Personal Injury/Property
    Damage/Wrongful Death
  Uninsured Motorist (46) *(if the*
    *case involves an uninsured*
    *motorist claim subject to*
    *arbitration, check this item*
    *instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
  Asbestos (04)
    Asbestos Property Damage
    Asbestos Personal Injury/
      Wrongful Death
  Product Liability *(not asbestos or*
    *toxic/environmental)* (24)
  Medical Malpractice (45)
    Medical Malpractice–
      Physicians & Surgeons
    Other Professional Health Care
      Malpractice
  Other PI/PD/WD (23)
    Premises Liability (e.g., slip
      and fall)
    Intentional Bodily Injury/PD/WD
      (e.g., assault, vandalism)
    Intentional Infliction of
      Emotional Distress
    Negligent Infliction of
      Emotional Distress
    Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
  Business Tort/Unfair Business
    Practice (07)
  Civil Rights (e.g., discrimination,
    false arrest) *(not civil*
    *harassment)* (08)
  Defamation (e.g., slander, libel)
    (13)
  Fraud (16)
  Intellectual Property (19)
  Professional Negligence (25)
    Legal Malpractice
    Other Professional Malpractice
      *(not medical or legal)*
  Other Non-PI/PD/WD Tort (35)

**Employment**
  Wrongful Termination (36)
  Other Employment (15)

**Contract**
  Breach of Contract/Warranty (06)
    Breach of Rental/Lease
      Contract *(not unlawful detainer*
        *or wrongful eviction)*
    Contract/Warranty Breach–Seller
      Plaintiff *(not fraud or negligence)*
    Negligent Breach of Contract/
      Warranty
    Other Breach of Contract/Warranty
  Collections (e.g., money owed, open
    book accounts) (09)
    Collection Case–Seller Plaintiff
    Other Promissory Note/Collections
      Case
  Insurance Coverage *(not provisionally*
    *complex)* (18)
    Auto Subrogation
    Other Coverage
  Other Contract (37)
    Contractual Fraud
    Other Contract Dispute

**Real Property**
  Eminent Domain/Inverse
    Condemnation (14)
  Wrongful Eviction (33)
  Other Real Property (e.g., quiet title) (26)
    Writ of Possession of Real Property
    Mortgage Foreclosure
    Quiet Title
    Other Real Property *(not eminent*
      *domain, landlord/tenant, or*
      *foreclosure)*

**Unlawful Detainer**
  Commercial (31)
  Residential (32)
  Drugs (38) *(if the case involves illegal*
    *drugs, check this item; otherwise,*
    *report as Commercial or Residential)*

**Judicial Review**
  Asset Forfeiture (05)
  Petition Re: Arbitration Award (11)
  Writ of Mandate (02)
    Writ–Administrative Mandamus
    Writ–Mandamus on Limited Court
      Case Matter
    Writ–Other Limited Court Case
      Review
  Other Judicial Review (39)
    Review of Health Officer Order
    Notice of Appeal–Labor
      Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
  Antitrust/Trade Regulation (03)
  Construction Defect (10)
  Claims Involving Mass Tort (40)
  Securities Litigation (28)
  Environmental/Toxic Tort (30)
  Insurance Coverage Claims
    *(arising from provisionally complex*
    *case type listed above)* (41)

**Enforcement of Judgment**
  Enforcement of Judgment (20)
    Abstract of Judgment (Out of
      County)
    Confession of Judgment *(non-*
      *domestic relations)*
    Sister State Judgment
    Administrative Agency Award
      *(not unpaid taxes)*
    Petition/Certification of Entry of
      Judgment on Unpaid Taxes
    Other Enforcement of Judgment
      Case

**Miscellaneous Civil Complaint**
  RICO (27)
  Other Complaint *(not specified*
    *above)* (42)
    Declaratory Relief Only
    Injunctive Relief Only *(non-*
      *harassment)*
    Mechanics Lien
    Other Commercial Complaint
      Case *(non-tort/non-complex)*
    Other Civil Complaint
      *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
  Partnership and Corporate
    Governance (21)
  Other Petition *(not specified*
    *above)* (43)
    Civil Harassment
    Workplace Violence
    Elder/Dependent Adult
      Abuse
    Election Contest
    Petition for Name Change
    Petition for Relief From Late
      Claim
    Other Civil Petition

CM-010 [Rev. July 1, 2007]

**CIVIL CASE COVER SHEET**

# Exhibit B

30-2021-01206853-CU-PO-CJC - ROA # 14 - DAVID H. YAMASAKI, Clerk of the Court By C. Calderon, Deputy Clerk.
Electronically Filed by Superior Court of California, County of Orange, 08/12/2021 04:44:00 PM.
Case 8:21-cv-01346-FWS-JDE Document 2 Filed 08/13/21 Page 18 of 426 Page ID #:27

NICHOLAS W. DAVILA (SBN 256832)
ndavila@londonfischer.com
SHAWHEEN SHAFIZADEH (SBN 315482)
sshafizadeh@londonfischer.com
LONDON FISCHER LLP
2505 McCabe Way, Suite 100
Irvine, California 92614
T: (949) 252-0550 | Fax: (949) 252-0553

Attorneys for Defendant
WALT DISNEY PARKS AND RESORTS U.S., INC.

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## COUNTY OF ORANGE – CENTRAL JUSTICE CENTER

| | |
|---|---|
| KENNETH JERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida corporation; dba DISNEYLAND; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No.: 30-2021-01206853-CU-PO-CJC<br>[Assigned for All Purposes: Judge Nancy E. Zeltzer / Dept. C-34]<br><br>**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR PERSONAL INJURY**<br><br>*[DEMAND FOR JURY TRIAL]*<br><br>Complaint Filed: June 22, 2021<br>Trial Date: Not Set |

Defendant WALT DISNEY PARKS AND RESORTS U.S., INC., ("Defendant"), in answering the unverified Complaint of Plaintiff, KENNETH JERAS ("Plaintiff"), for itself alone and no other Defendant, alleges as follows:

### GENERAL DENIAL

Pursuant to the provisions of Section 431.30 of the California Code of Civil Procedure, Defendant denies, both generally and specifically, each and every allegation set forth in the Complaint and each cause of action set forth therein, and denies specifically that Plaintiff has been or will be injured or damaged, either as alleged or otherwise, by any act or omission of

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(919) 252-0550

{L0172559.2 }

1

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

1  Defendant, or of any of its agents or employees.

## FIRST AFFIRMATIVE DEFENSE

### (SOLE NEGLIGENCE)

4        1.       Plaintiff and/or parties other than Defendant were negligent, careless, and/or otherwise at fault in and about the matters herein complained of, which negligence and/or fault were the primary and sole cause of the subject incident, and the sole cause of the damages complained of by Plaintiff.

## SECOND AFFIRMATIVE DEFENSE

### (NEGLIGENCE OF OTHERS)

10       2.       At all times and places mentioned in the Complaint, Plaintiff and/or parties other than Defendant were negligent, careless, and/or otherwise at fault in and about the matters set forth in the Complaint. If Plaintiff sustained, or will sustain, any damages, the same were proximately and legally caused and contributed to by the negligence, carelessness, and/or otherwise wrongful conduct of Plaintiff and/or parties other than Defendant.

## THIRD AFFIRMATIVE DEFENSE

### (ASSUMPTION OF RISK)

17       3.       At all relevant times and places, Plaintiff was or, in the exercise of reasonable care, should have been aware of all the circumstances and conditions then and there existing and prevailing, but nonetheless, Plaintiff voluntarily and in full appreciation of the potential consequences thereof, assumed whatever risks may have been attendant upon such circumstances and conditions.  Plaintiff's recovery, if any, is therefore barred or must be diminished to an extent to be determined by the triers of fact.

## FOURTH AFFIRMATIVE DEFENSE

### (COMPARATIVE NEGLIGENCE)

25       4.       That if the damages claimed by Plaintiff in this action were caused by any negligence, the negligent acts or omissions were by others, and not by Defendant.  Plaintiff's damages, if any, shall therefore be reduced on the basis of the comparative negligence of such persons or entities which Defendant alleges directly and proximately caused Plaintiff's

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

:1.0172559 2 :                                        2

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

damage(s).

## FIFTH AFFIRMATIVE DEFENSE

### (FAILURE TO STATE A CAUSE OF ACTION)

5.     The Complaint and each and every cause of action therein fails to allege facts sufficient to constitute a valid cause of action against Defendant.

## SIXTH AFFIRMATIVE DEFENSE

### (STATUTE OF LIMITATIONS)

6.     The Complaint, and each and every cause of action therein, is barred by the applicable statutes of limitations including, but not limited to, Code of Civil Procedure sections 335.1, 336 subd. (a) and (d), 337 subd. 1, 2 and 3, 337.1 subd. (a)(1), (a)(2), and (a)(3), (b), (c), (d) and (e), 337.15 (a)(1), (a)(2), (b), (c), (d), (e), (f), (g)(1)-(g)(4), 338 (a)-(n), 339 subd. 1-3, 340 (a)-(e) and 342 and 343.

## SEVENTH AFFIRMATIVE DEFENSE

### (SUPERSEDING ACTS)

7.     Any acts or omissions of Defendant were superseded by the acts or omissions of others which were the sole proximate and legal causes of any damage or loss to Plaintiff, either as alleged or otherwise.

## EIGHTH AFFIRMATIVE DEFENSE

### (INTERVENING ACTS)

8.     The acts and omissions of others were intervening, independent, proximate and legal causes of any injury, damage or loss to Plaintiff, either as alleged or otherwise, thus barring Plaintiff from any recovery against Defendant.

## NINTH AFFIRMATIVE DEFENSE

### (ALLOCATION OF COMPARATIVE FAULT)

9.     Defendant denies liability to Plaintiff under the doctrine of comparative fault and the Fair Responsibility Act of 1986; liability for general damages, if any, is limited to the proportionate share of liability or responsibility, if any, of each tortfeasor, whether or not named as a party to this action, whose negligence or fault contributed to or caused the injuries or

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

;L0172559 2 ;                                                     3

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

1   damages, if any, suffered by Plaintiff.

2   **TENTH AFFIRMATIVE DEFENSE**

3   (FAILURE TO NOTIFY)

4   10.   Defendant is informed and believes and based thereon alleges that if any defects

5   or inadequacies in the premises existed, which Defendant denies, Plaintiff and/or others failed to

6   timely notify Defendant of such conditions and failed to give Defendant timely opportunity to

7   remedy such conditions.  This conduct by Plaintiff, and/or others, bars Plaintiff from any relief

8   from Defendant herein.

9   **ELEVENTH AFFIRMATIVE DEFENSE**

10   (MINOR, TRIVIAL, OR INSIGNIFICANT RISK IF ANY)

11   11.   The alleged condition of property set forth in the Complaint did not constitute a

12   substantial risk of damage, but if any risk at all, merely constituted a minor, trivial, or insignificant

13   risk which did not create a dangerous condition of the property; and therefore, this Defendant is

14   not liable for any of the alleged damages, if any.

15   **TWELFTH AFFIRMATIVE DEFENSE**

16   (NO DUTY TO WARN/OPEN AND OBVIOUS CONDITION)

17   12.   The Plaintiff's actions are barred on the basis that if Plaintiff was or is injured as

18   alleged in the Complaint, then said injuries or damages were and are the result of an open, and

19   obvious and apparent danger which was known to and recognized by Plaintiff, but who

20   nevertheless knowingly, willing, intentionally and voluntarily exposed himself to said danger,

21   thereby assuming the risk of accident, injury and damage.

22   **THIRTEENTH AFFIRMATIVE DEFENSE**

23   (LACHES)

24   13.   The acts and omissions of Plaintiff, in the assertion of his claims against others,

25   were unreasonably delayed to the substantial prejudice of Defendant.  Thus, the Complaint and

26   each purported cause of action alleged therein, is barred by the doctrine of laches.

27   ///

28   ///

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L01725559 2 }

4

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

## FOURTEENTH AFFIRMATIVE DEFENSE

### (FAILURE TO MITIGATE DAMAGES)

14.     To the extent Plaintiff has incurred or suffered any damages as a result of the alleged acts or omissions of Defendant, such damages are attributable, in whole or in part, to the conduct of Plaintiff in failing to take action to mitigate his losses.

## FIFTEENTH AFFIRMATIVE DEFENSE

### (COMPLAINT IS UNCERTAIN, AMBIGUOUS, & UNINTELLIGIBLE)

15.     The Plaintiff's allegations as a whole, and each purported cause of action alleged in the Complaint are overly broad, uncertain, ambiguous, and unintelligible, and fail to allege (a) the date or dates upon which the acts or omissions allegedly occurred, (b) where and in what manner such acts or omissions were committed, (c) any duty running from Defendant to Plaintiff, and (d) specific facts to put Defendant on notice as to exactly what they did or did not do.

## SIXTEENTH AFFIRMATIVE DEFENSE

### (WAIVER)

16.     Defendant alleges that Plaintiff engaged in conduct and activities sufficient to constitute a waiver of any alleged breach of duty, negligence, act, omission or any other conduct, if any, as set forth in the Complaint.

## SEVENTEENTH AFFIRMATIVE DEFENSE

### (LIMITATION ON LIABILITY FOR NON-ECONOMIC LOSSES)

17.     Under and pursuant to the provisions of California Civil Code sections 1431.1 through 1431.5, inclusive, Plaintiff is barred and precluded from recovery against Defendant for any non-economic damages except those allocated to it in direct proportion to the percentage of fault actually attributed to it, if any.

## EIGHTEENTH AFFIRMATIVE DEFENSE

### (EQUITABLE ESTOPPEL)

18.     Defendant is informed and believes and thereon alleges that Plaintiff is equitably estopped from claiming damages due to his own actions and inactions.

///

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{1.0172559 2 }

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

## NINETEENTH AFFIRMATIVE DEFENSE

### (FAILURE TO EXERCISE ORDINARY CARE)

19. Defendant is informed and believes and based thereon alleges that the alleged liability of Defendant stem from the failure of Plaintiff or others to exercise reasonable or ordinary care, caution or vigilance for which Defendant is not legally liable or responsible.

## TWENTIETH AFFIRMATIVE DEFENSE

### (NO PROXIMATE CAUSE)

20. Defendant is informed and believes and based thereon alleges that any acts or omissions of Defendant alleged by Plaintiff, were not the proximate cause of the loss or damage for which Plaintiff seeks recovery.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

### (NON-DELEGABLE DUTY OF OTHERS)

21. Defendant cannot be held liable to Plaintiff because Defendant is informed and believes and thereon alleges that others owed a non-delegable duty of care to Plaintiff, which duty, if breached at all, was not breached through any conduct legally attributable to Defendant.

## TWENTY-SECOND AFFIRMATIVE DEFENSE

### (CAUSE BEYOND DEFENDANT'S CONTROL)

22. Defendant is informed and believes and based thereon alleges that any foreseeable or unreasonable risk of personal injury that is the subject of this litigation was a risk that Defendant did not create and could not reduce or eliminate.

## TWENTY-THIRD AFFIRMATIVE DEFENSE

### (RIGHT TO ASSERT ADDITIONAL DEFENSES)

23. Defendant presently has no knowledge or information upon which to form a belief as to whether it may have additional, yet unstated, affirmative defenses which could be asserted on its behalf. Defendant reserves the right to assert such additional affirmative defenses in the event discovery indicates that additional affirmative defense is appropriate.

///

///

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L0472559.2 }

6

1

**DEMAND FOR JURY TRIAL**

2      FURTHER, Defendant hereby demands that the above action be tried by jury, and

3   Defendant will deposit statutory jury fees within the time required by law.

4

5

**PRAYER**

6      WHEREFORE, Defendant prays for judgment that Plaintiff take nothing herein as against

7   Defendant, and that the latter may recover its costs, expenses and fees incurred, and to be incurred

8   herein, together with such other relief as may be deemed appropriate by the Court.

9

10  DATED: August 12, 2021                    LONDON FISCHER LLP

11

12                                    By: _____

13                                         Nicholas W. Davila
                                           Shawheen Shafizadeh
14                                         WALT DISNEY PARKS AND RESORTS U.S.,
                                           INC.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L0172559.2 }

7

## PROOF OF SERVICE

*Jeras v. Walt Disney Parks and Resorts U.S., Inc., dba Disneyland, et al.*
Superior Court of California, Count
Case No.: 30-2021-01206853-CU-PO-CJC

STATE OF CALIFORNIA, COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action. My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

On **August 12, 2021**, the document(s) entitled:

**DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER TO PLAINTIFF'S COMPLAINT FOR PERSONAL INJURY *[DEMAND FOR JURY TRIAL]***

were served on the interested parties in this action by placing: [ ] the original [**X**] a true copy thereof, to be delivered/addressed as follows:

### SEE ATTACHED SERVICE LIST

[X]     (**BY ELECTRONIC MAIL**) By causing the above-listed documents to be e-mailed to the person(s) at the e-mail address(es) set forth above. Pursuant to Judicial Council's Emergency Rules Related to COVID-19, specifically Emergency Rule 12.

**Executed on August 12, 2021, at Irvine, California.**

[**X**]     (**STATE**) I declare under penalty of perjury that the foregoing is true and correct.

Stephanie Bruce
PRINT/TYPE NAME

{1.0172559 2 }

8

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

1

## SERVICE LIST

2

*Jeras v. Walt Disney Parks and Resorts U.S., Inc., dba Disneyland, et al.*

Superior Court of California, Count

3

Case No.: 30-2021-01206853-CU-PO-CJC

4

5    Jeremy R. Cronin, Esq.

**JUREWITZ LAW GROUP**

6    600 B Street, Suite 1450

T:  619-233-5020

7    F:  888-233-3180

jrc@jurewitz.com

8

9    **Attorneys for Plaintiff**

KENNETH JERAS

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

;1.0172559.2 ;

9

DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S ANSWER
TO PLAINTIFF'S COMPLAINT

# Exhibit C

# JLG

## Jurewitz
## Law Group

March 1, 2021

**Via United States Postal Service, Facsimile 1 (818) 260-4189, and E-Mail**
**Rachel.C.Andrade@Disney.com**

Disneyland Resort Guest Claims
ATTN: Rachel Andrade
P.O. Box 3430
Anaheim, CA 92803

|        |                   |                     |
| ------ | ----------------- | ------------------- |
| Re:    | **Our Client:**   | **Kenneth F. Jeras** |
|        | **Your Insured:** | **Disneyland Resort** |
|        | **Date of Incident:** | **August 21, 2019** |
|        | **Claim No.:**    | **DLRG2019282188** |

Dear Ms. Andrade:

Please allow this letter to serve as our formal demand to settle Mr. Kenneth F. Jeras' claims arising from the above-referenced motor vehicle accident. As you will note from the enclosed documentation, your insured was clearly at fault for causing this accident, which caused our client to sustain injuries. Based upon the foregoing, Mr. Jeras demands $300,000 in exchange for release of his claims.

## Facts

On August 21, 2019 at approximately 8:00PM, Mr. Jeras parked at the Mickey & Friends parking structure at Disneyland Resort. As he proceeded to the security screening area, Mr. Jeras followed along the green gates to the next open gate to enter the security screen. As he followed the green gates, Mr. Jeras tripped over a raised beige platform that was located between two locked gates, which caused him to slam his left knee and right elbow into the ground. A photo of the raised platform has been included below. Because of his fall, Mr. Jeras sustained both special and general damages.

## Liability

Liability in this matter is straightforward and beyond any reasonable controversy. Disneyland Resort created this raised platform (and its consequent risk of harm) in the middle of a common walkway without any warnings or precautionary measures in place to protect its patrons. This is clear negligence on the part of Disneyland Resort. (Rowland v. Christian (1968) 69 Cal.2d 108, 119 [70Cal.Rptr. 97, 443 P.2d 561].)



## **Medical Treatment and Prognosis**

Following the accident, Mr. Jeras felt excruciating pain in his left knee and leg. The pain was so intense, he was unable to get up from the ground. He was transported via ambulance from the Mickey & Friends parking structure to the emergency department of the University of California, Irvine Medical Center immediately for evaluation of his injuries and for treatment.

Upon arrival to the emergency department of the UC Irvine Medical Center, Mr. Jeras received immediate care from ER Dr. Burns.  X-rays showed Mr. Jeras' **kneecap was shattered** so badly that the structural integrity of the knee began to degrade due to separation of the patellar body (**complex comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the lower segment.**)

He was placed in a left knee immobilizer and provided training for crutches. Dr. Burns referred him to the x-ray department for imaging, and recommended he follow up with an orthopedic surgeon in Phoenix (Mr. Jeras' hometown) as soon as possible for further medical attention.

On August 23, 2019, Mr. Jeras presented to Dr. Lige Michael Kaplan at Abrazo Medical Group for an evaluation of his knee. At that time, Dr. Kaplan **recommended surgical fixation**. and referred Mr. Jeras to Dr. Joshua Silver for treatment. That same day, Mr. Jeras presented to Dr. Silver for evaluation who noted that Mr. Jeras' pain was "**10 out of 10**," which interrupted his sleeping patterns and quality of life. Dr. Silver recommended **open reduction and internal fixation surgery to replace the broken patella**.

On September 4, 2019, Mr. Jeras presented to Dr. Silver and anesthesiologist, Dr. Igor Kravchenko, for his open reduction internal fixation of left patella procedure. At that visit, Dr.

Silver made a sharp dissection of the retinaculum where he encountered a fracture hematoma. Once he identified the fractured patella, Dr. Silver **removed 2mm of parlosteum from the anterior surface** of the fracture to allow for bony apposition and chose a mesh plate for construction. Once the mesh plate was cut to size and placed on the surface of the patella, **six "locking screws were drilled and placed** unit cortically to ensure no penetration of the articular surface."

On September 19, 2019, Mr. Jeras presented for a two week follow up appointment and evaluation with Dr. Silver. Dr. Silver noted that Mr. Jeras should continue to keep his left leg locked in a brace, and he recommended Mr. Jeras follow up again in four weeks and start range of motion training at that time.

On October 18, 2019, Mr. Jeras met with Dr. Silver for his six week follow up examination. Dr. Silver restated that Mr. Jeras was healing well, and recommended he begin a graduated range of motion program with physical therapy. Dr. Silver authorized sixty visits with a physical therapist at that time.

On October 23, 2019, Mr. Jeras met with Barbara Goldsworthy, DPT, at Tri-Physical Therapy for his initial examination. In Ms. Goldsworthy's report, she lists a litany of painful locations on Mr. Jeras' legs due to his injury, but stated that he had good rehabilitation potential. She developed a treatment plan with different procedures, exercises, and modalities they would be focusing on in the coming months as he continued to heal.

Mr. Jeras continued to attend physical therapy on October 25, 2019, October 28, 2019, October 31, 2019, November 5, 2019, November 7, 2019, November 12, 2019, November 14, 2019, November 19, 2019, November 21, 2019, November 26, 2019, and November 29, 2019.

On December 2, 2019, Mr. Jeras met with Dr. Silver for his twelve-week post-operative follow up evaluation. At that appointment, Dr. Silver noted, "there is **hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender"** and discussed the likely need for the plate removal at nine to twelve months if it continued to be prominent and irritate Mr. Jeras.

Mr. Jeras continued his physical therapy with Ms. Goldsworthy on December 2, 2019, December 5, 2019, December 13, 2019, December 17, 2019, December 19, 2019, December 23, 2019, December 26, 2019, December 31, 2019, January 6, 2020, January 9, 2020, January 13, 2020, January 21, 2020, January 23, 2020, January 28, 2020, January 29, 2020, February 3, 2020, February 11, 2020, February 13, 2020, February 17, 2020, February 24, 2020, and February 27, 2020.

On March 6, 2020, Mr. Jeras again presented to Dr. Silver for a six month follow up examination. X-rays were taken, and Dr. Silver again noted the prominence of the hardware and restated the likely need for plate removal at twelve months.

Despite the rising concerns over the global COVID-19 pandemic, Mr. Jeras still consistently and faithfully attended physical therapy at Tri-Physical Therapy on March 9, 2020,

March 12, 2020, March 19, 2020, March 24, 2020, March 26, 2020, March 30, 2020, April 2, 2020, April 6, 2020, April 9, 2020, April 13, 2020, April 16, 2020, April 20, 2020, April 27, 2020, May 4, 2020, May 6, 2020, May 12, 2020, May 15, 2020, May 20, 2020, May 22, 2020, May 26, 2020, May 28, 2020, June 2, 2020, June 4, 2020, June 9, 2020, June 10, 2020, June 22, 2020, June 25, 2020, June 29, 2020, July 1, 2020, July 9, 2020, July 11, 2020, July 13, 2020, July 16, 2020, July 20, 2020, July 22, 2020, July 23, 2020, August 5, 2020, August 7, 2020, August 11, 2020, August 13, 2020, August 25, 2020, and August 27, 2020.

On September 8, 2020, Mr. Jeras presented to Dr. Silver for his one year follow up from the surgery. While Mr. Jeras showed improvement, the **hardware irritation** (pain) at the superior aspect of the plate was **unavoidable and persistent**. Dr. Silver reminded Mr. Jeras that while the soft prominence will improve after the removal of the plate, he could not guarantee the removal of the plate would cause any kind of improvement in his range of motion.

On October 30, 2020, Mr. Jeras presented to Dr. Silver at Abrazo Orthopedic Specialists for a **left knee removal of implanted orthopedic hardware.**

On November 12, 2020, Mr. Jeras presented again to Dr. Silver for a postoperative follow up for his plate removal surgery. At that time, Dr. Silver allowed Mr. Jeras to begin range of motion training with the recommendation that he continue to ice and elevate his knee after any kind of activity. Dr. Silver recommended Mr. Jeras follow up again in four weeks.

On December 8, 2020, when Mr. Jeras met with Dr. Silver again, Dr. Silver referred him to physical therapy again to continue to increase his range of motion in his knee. Since Mr. Jeras' second surgery to remove the hardware, he has continued to attend physical therapy appointments at Tri-Physical Therapy. When Mr. Jeras completes his treatment there, the records and billing will be submitted for review.

A copy of Mr. Jeras's medical records and bills are enclosed for your records.

**Special Damages**

Mr. Jeras incurred the following special damages as a result of the subject accident:

| Provider | Loss | Negotiated Amount |
|---|---|---|
| UC Irvine Medical Center | $5,212.45 | $2,019.06 |
| Tri-Physical Therapy | $43,743.75 | $24,016.83 |
| Anaheim Fire and Rescue | $2,000.06 | $317.08 |
| Abrazo Orthopedic Specialists | Unknown | Unknown |
| | **$50,956.26** | **$26,352.97** |

///

///

///

**Loss of Earnings**

At the time of the accident, Mr. Jeras worked as a Solution Architect for NetApp, Inc., earning $83.81 per hour. As a result of the accident, he used a total of 40 hours of sick time for both of surgeries, the first surgery in September 2019 and the second surgery in October 2020, to offset his time missed from work for a **total loss of $3,352.79.**

**General Damages**

As an injured person, our client is entitled to compensation for physical pain and suffering - both past and future - caused by her injuries. <u>Sefert v. Los Angeles Transit Lines</u> (1961) 56 Cal.2d 498, 15 Cal.Rptr. 161. In addition, a plaintiff may recover for the emotional distress proximately caused by such physical pain and suffering. <u>Vanoni v. Western Airlines</u> (1967) 247 CA 2d 793, 56 Cal.Rptr. 195.

Based upon the totality of the medical records and evidence, there is no question that our client suffered substantial and objectively verifiable injuries at the hands of your insured. It is also clear from the medical reports enclosed that our client did, in fact, suffer a great deal of physical pain and mental distress as a result of this incident. No amount of money will compensate my client for this fact; nevertheless, monetary compensation is the prescribed legal remedy, and Mr. Jeras is entitled to such.

Since the incident, Mr. Jeras' life has been completely consumed by his pain, treatment, and limitations due to his injury. Grooming and dressing himself became nearly insurmountable tasks during his recovery. Getting to work was a  Most significantly, Mr. Jeras enjoyed two hobbies more than anything: bowling and tap dancing. For nearly a year, he could not stand, let alone balance himself enough to throw a bowling ball down a lane or practice a tap routine unassisted. His legs seemingly failed him for months which made it difficult to use stairs or walk for any length of time.

For the year following his injury, Mr. Jeras was curbed by his pain and lack of mobility in his leg. His favorite past time, tap dancing, became inaccessible for that period of time. When he did finally return to his dance classes and tried to resume his life before his injury, he found the lessons were painful and strenuous. Moreover, he felt weak when he could not perform certain steps or moves like his fellow classmates. With his shattered kneecap and the subsequent reconstruction, Mr. Jeras will never again have the strength and agility he once had. Mr. Jeras is crushed that he cannot pursue his passion with the same vigor he was once able to. Additionally. he performed in his dance studio's annual dance recital each year for 25 years before this injury occurred. He will likely be unable to participate in future performances.

Because of the seriousness of his injury, Mr. Jeras had to leave work early or come into work late several times a week so that he could attend his many physical therapy and follow up doctors' appointments. Despite the financial hardship of taking time off, Mr. Jeras remained dedicated to his treatment and even continued in person physical therapy at the height of the COVID-19 pandemic because he was desperate to heal and feel some pain relief.

Mr. Jeras must ensure that he is near a railing whenever he traverses stairs due to the decreased strength and mobility in his knee.  He is not able to kneel on his left knee due to the uncomfortable pain he feels when he does. He also has to make sure he stands and moves around more frequently while working due to the stiffness and arthritis in his left knee when he is sitting at his desk.  Even playing cards and having dinner with friends is difficult for him.

Since the injury, Mr. Jeras has required extensive use of wheelchairs to travel long distances.  Mr. Jeras must travel for work, and to do so he must use a wheelchair every time he goes to an airport.  For the three months after the mesh bracket was put into his knee, he had to ensure that he was one of the first passengers on board due to having to get the bulkhead aisle seat where he could keep his leg straight.  Upon arrival from his flights, he required wheelchair assistance at the arrival airport that also included claiming his checked luggage. Getting into and out of cars was very challenging while he was in the leg brace.  He used Uber for the first three business trips, and he required the Uber to be an XL size, so that he could stretch out in the back passenger seat.  When he did start to use rental cars again on his business trips, the rental car had to large enough to allow him to have the driver's seat all the way back and have enough room to allow his leg to remain mostly straight.

Sleeping has been difficult for Mr. Jeras, and he often has difficulty falling asleep or staying asleep because of the pain in his knee.

Finally, when Mr. Jeras and his wife took a personal trip in September 2020 to Orlando, Florida to visit Universal Studios and Walt Disney World, he had to rent a motorized scooter to minimize the tightness in his left knee and allow them to complete their visit to the theme parks without having to take frequent breaks to give his left knee a rest.  Given the ongoing tightness with his left knee and the impact it has on the distance he can walk, renting a motorized scooter will be required anytime Mr. Jeras visits large facilities like theme parks, zoos, museums with family and friends.

## Conclusion

Based upon the foregoing and the supporting documentation, Mr. Jeras demands $300,000.00, or a policy limits payment, whichever is less, in exchange for release of his claim.

This demand will remain open until March 15, 2021 at which time it will be withdrawn, and we will be forced to file a lawsuit on behalf of our client.

Thank you for your prompt attention to this matter.

Sincerely,

Joseph S. Deignan, Esq.

Enclosures
JSD/haf

**UCI Health**

Jones, Kennqiq Frances

FOR THE CITY UR 2S
ORANGE CA 92868-3201

MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT

### Visit Information

#### Admission Information

| | | | | | |
|---|---|---|---|---|---|
| Arrival Date/Time: | 08/21/2019 2058 | Admit Date/Time: | 08/21/2019 2114 | IP Adm. Date/Time: | |
| Admission Type: | Emergency | Point of Origin: | Non-health Care Facility Point Of Origin | Admit Category: | |
| Means of Arrival: | Basic/bls Ambulance | Primary Service: | Emergency | Secondary Service: | N/A |
| Transfer Source: | | Service Area: | UC IRVINE HEALTH | Unit: | UCI EMERGENCY DEPT |
| Admit Provider: | | Attending Provider: | Burns, Michael J, MD | Referring Provider: | Self, Referred |

#### Discharge Information

| Discharge Date/Time | Discharge Disposition | Discharge Destination | Discharge Provider | Unit |
|---|---|---|---|---|
| 08/21/2019 2343 | Home Routine | None | None | UCI EMERGENCY DEPT |

### Reason for Visit w/ Dx

Chief complaint: Knee Pain
Visit diagnoses:
- Multiple abrasions [T07.XXXA]
- Fall on same level from slipping, tripping and stumbling with subsequent striking against other object, initial encounter [W01.198A]
- Psoriasis [L40.9]
- Immunocompromised state due to drug therapy [Z79.899]
- **Closed displaced comminuted fracture of left patella, initial encounter (primary) [S82.042A]**

## 08/21/2019 - ED in UCI EMERGENCY DEPT
## Inpatient Chart Report

### Admission Diagnoses / Reasons for Visit (ICD-10-CM)

| Code | Description | Comments |
|---|---|---|
| M25.562 | Pain in left knee | |

### Final Diagnoses (ICD-10-CM)

| Code | Description | POA | CC | HAC | Affects DRG |
|---|---|---|---|---|---|
| S82.042A [Principal] | Displaced comminuted fracture of left patella, initial encounter for closed fracture | | | | |
| T07.XXXA | Unspecified multiple injuries, initial encounter | | | | |
| L40.9 | Psoriasis, unspecified | | | | |
| I10 | Essential (primary) hypertension | | | | |

101 THE CITY DR S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam

Not recorded

## Blood Administration

View: 05/04/20 1049 to 05/07/20 1049 (72 Hours)          Sort by:  Time

None

## Jeras, Kenneth Frances

**Jeras, Kenneth Frances does not have an active treatment plan of type Oncology Treatment (UC) in this episode.**

## Medication List

### Medication List

This report is for documentation purposes only. The patient should not follow medication instructions within.
For accurate instructions regarding medications, the patient should instead consult their physician or after visit summary.

#### Prior To Admission

Medications last reviewed by Denis, Yoani, RN on 8/21/2019 2133

**losartan (COZAAR) 25 MG tablet** *[patient reported]*

| Instructions:  Take 25 mg by mouth daily. | |
|---|---|
| Entered by:  Luna, Rhodelicia, RN | Entered on:  8/21/2019 |

**Adalimumab (HUMIRA) 40 MG/0.4ML PSKT** *[patient reported]*

| Entered by:  Luna, Rhodelicia, RN | Entered on:  8/21/2019 |
|---|---|

**OMEPRAZOLE PO** *[patient reported]*

| Instructions:  Take 20 mg by mouth daily. | |
|---|---|
| Entered by:  Denis, Yoani, RN | Entered on:  8/21/2019 |

#### Discharge Medication List

Medications last reviewed by Denis, Yoani, RN on 8/21/2019 2133

**losartan (COZAAR) 25 MG tablet** *[patient reported]*

| Instructions:  Take 25 mg by mouth daily. | |
|---|---|
| Entered by:  Luna, Rhodelicia, RN | Entered on:  8/21/2019 |

**Adalimumab (HUMIRA) 40 MG/0.4ML PSKT** *[patient reported]*

| Entered by:  Luna, Rhodelicia, RN | Entered on:  8/21/2019 |
|---|---|

**OMEPRAZOLE PO** *[patient reported]*

| Instructions:  Take 20 mg by mouth daily. | |
|---|---|
| Entered by:  Denis, Yoani, RN | Entered on:  8/21/2019 |

#### Stopped in Visit

None

## Notes - All Notes

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Notes - All Notes (continued)**

### ED Notes

#### Denis, Yoani, RN at 8/21/2019  9:33 PM

| | | |
|---|---|---|
| Author:  Denis, Yoani, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  08/21/19 2134 | Date of Service:  08/21/19 2133 | Status:  Signed |
| Editor:  Denis, Yoani, RN (Registered Nurse) | | |

Pt missed the curb and fell on his left knee and right elbow. Pt denies KO/chest pain/nausea/vomiting/SOB; NAD noted.

   Electronically signed by Denis, Yoani, RN at 08/21/19 2134

#### Denis, Yoani, RN at 8/21/2019  9:55 PM

| | | |
|---|---|---|
| Author:  Denis, Yoani, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  08/21/19 2155 | Date of Service:  08/21/19 2155 | Status:  Signed |
| Editor:  Denis, Yoani, RN (Registered Nurse) | | |

X-ray teach at bedside.

   Electronically signed by Denis, Yoani, RN at 08/21/19 2155

#### Denis, Yoani, RN at 8/21/2019 10:30 PM

| | | |
|---|---|---|
| Author:  Denis, Yoani, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  08/21/19 2340 | Date of Service:  08/21/19 2230 | Status:  Signed |
| Editor:  Denis, Yoani, RN (Registered Nurse) | | |

+ CMS  To BLE. Left knee immobilizer placed per MD's order. Crutch training provided; all questions answered.

   Electronically signed by Denis, Yoani, RN at 08/21/19 2340

#### Ma, Susan, RN at 8/21/2019 11:10 PM

| | | |
|---|---|---|
| Author:  Ma, Susan, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  08/21/19 2311 | Date of Service:  08/21/19 2310 | Status:  Signed |
| Editor:  Ma, Susan, RN (Registered Nurse) | | |

Attempt to use crutches to ambulate to the restroom, education was given prior and pt was still unsteady on his feet. Urinal given instead at this time.

   Electronically signed by Ma, Susan, RN at 08/21/19 2311

#### Denis, Yoani, RN at 8/21/2019 11:31 PM

| | | |
|---|---|---|
| Author:  Denis, Yoani, RN | Service: — | Author Type:  Registered Nurse |
| Filed:  08/21/19 2341 | Date of Service:  08/21/19 2331 | Status:  Addendum |
| Editor:  Denis, Yoani, RN (Registered Nurse) | | |

Pt discharge home per Md. DC instructions, education, CD of xray given to pt; all questions answered. Pt verbalized understanding. Pt VSS, free of nausea/vomiting/SOB; NAD noted. Dr. Burns aware of pt unstable with crutches. Per pt  "will get use to using crutches."

   Electronically signed by Denis, Yoani, RN at 08/21/19 2341

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

**08/21/2019 - ED in UCI EMERGENCY DEPT (continued)**
**Eye Exam (continued)**

Notes - All Notes (continued)

**ED Provider Notes**

Burns, Michael J, MD at 8/21/2019 9:10 PM

| Author: Burns, Michael J, MD | Service: ED Medicine | Author Type: Attending Physician |
|---|---|---|
| Filed: 08/22/19 1711 | Date of Service: 08/21/19 2110 | Status: Signed |
| Editor: Burns, Michael J, MD (Attending Physician) | | |

**CHIEF COMPLAINT**
Knee Pain (Left knee pain, s/p mechanical fall. Did not hit head, no LOC)

**HISTORY OF PRESENT ILLNESS:**
Kenneth Jeras is a 57 year old male who presents with left anterior knee pain after he had a mechanical trip and fall tonight on a curb, arrived by BLS ambulance. Landed directly on his left anterior knee and right elbow but only the knee hurts. He could not get up due to pain. Denies any numbness or weakness in left foot. No hip pain. He did not hit his head or lose consciousness.
He is immunocompromised due taking Humira for psoriasis.
He is from Phoenix and flying back there in the morning.

Onset: sudden
Duration: 1-2 hrs
Frequency: once
Character: dull
Severity: 7/10
Location: left knee
Radiation: none
Associated signs/sx: none
Alleviating factors: not moving the knee
Exacerbating factors: moving the knee
Has has this before: no
Seen MD for this: no
What patient thinks it is: "dislocated knee"

**REVIEW OF SYSTEMS:**
Review of Systems
Constitutional: Negative for chills, diaphoresis and fever.
HENT: Negative for sore throat.
Eyes: Negative for blurred vision, double vision and discharge.
Respiratory: Negative for cough, shortness of breath and stridor.
Gastrointestinal: Negative for abdominal pain, nausea and vomiting.
Genitourinary: Negative for dysuria and hematuria.
Musculoskeletal: Negative for back pain, myalgias and neck pain.
Skin: Negative for itching.
Neurological: Negative for dizziness, sensory change, focal weakness, seizures, loss of consciousness and weakness.
Endo/Heme/Allergies: Negative for polydipsia.
Psychiatric/Behavioral: Negative for depression.

**PAST MEDICAL HISTORY:**
Past Medical History:

Printed on 5/7/20 10:49 AM

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances

MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Notes - All Notes (continued)**

Diagnosis
Date
- Hypertension

Psoriasis under control with medication.

**SURGICAL HISTORY:**
No past surgical history on file. No recent surgery.
Distant hernia repair
Tonsils as child

**ALLERGIES:**
No Known Allergies

**CURRENT MEDICATIONS:**
Please see nursing notes

**FAMILY HISTORY:**
Reviewed and noncontributory.

**SOCIAL HISTORY:**
No Tobacco
No Etoh
No Drugs

**VITAL SIGNS:**
BP 140/85  | Pulse 72  | Temp 97.4 °F (36.3 °C)  | Resp 18  | Ht 6' 2" (1.88 m)  | Wt 110.7 kg (244 lb)  | SpO2 100%  |
BMI 31.33 kg/m²

**PHYSICAL EXAM:**
General: Awake, alert, appears to be in mild distress due to left anterior knee pain
Head: Normocephalic, atraumatic
Eyes: no scleral icterus, no conjunctival injection, extraocular motion intact, PERRL
ENT: normal appearing ears externally, normal appearing nose externally
Neck: Supple, full range of motion of neck without tenderness
Respiratory: normal effort, bilateral breath sounds, no wheezing, crackles or rhonchi
Cardiovascular: regular rate, well perfused
Abdomen: Soft, non-tender, non-distended, no rebound or guarding
Back: No costovertebral angle tenderness, no midline T or L spine tenderness
Skin: No jaundice, no rash
Extremities: R elbow: minor abrasions over olecranon, full ROM without pain or tenderness; left knee: minor abrasion
over patella, mildly swollen anteriorly, does not appear dislocated, refuses to straighten out the knee (keeps it flexed);
nontender left foot, ankle, shin, hip. Good perfusion in left foot and no decreased light touch or decreased motion of
the left foot.
Neuro: Awake, alert, follows commands,  moving all extremities
Psych: conversing appropriately, appropriate mood and affect, memory intact

**MEDICAL DECISION MAKING:**
Kenneth Jeras is a 57 year old male who presents with suspicion for left knee fracture in a mechanical fall, doubt
syncope. No sign of arterial or nerve injury. Differential diagnosis includes fracture, doubt dislocation; possible
hemarthrosis although knee not very swollen
Plan: xrays, pain med as needed

---

**08/21/2019 - ED in UCI EMERGENCY DEPT (continued)**
**Eye Exam (continued)**

---

Notes - All Notes (continued)

---

## ED COURSE

### Workup Summary

| Value | Comment | By | Time |
|---|---|---|---|
| 🖾 | Knee immobilizer placed, crutches given. He does not want an opiate prescription. He is taking a flight out in the morning to Phoenix. | Burns, Michael J, MD | 08/21 2328 |
| 🖾 | Patient would like to go home to AZ and follow-up with ortho there. Has PPO | Nykin, David Sanford, MD | 08/21 2247 |
| 🖾 | XR with patellar fracture. | Nykin, David Sanford, MD | 08/21 2200 |

Patient declined an opiate prescription, said he would take ibuprofen that he already has. Given xray reports and a CD with the imaging.

## DIAGNOSIS

|  |  | ICD-10-CM | ICD-9-CM |
|---|---|---|---|
| 1. | **Closed displaced comminuted fracture of left patella, initial encounter** | **S82.042A** | **822.0** |
| 2. | Multiple abrasions | T07.XXXA | 919.0 |
| 3. | Fall on same level from slipping, tripping and stumbling with subsequent striking against other object, initial encounter | W01.198A | E888.1 |
| 4. | Psoriasis | L40.9 | 696.1 |
| 5. | Immunocompromised state due to drug therapy | Z79.899 | V58.69 |

**Disposition:**
Home

Attending Attestation: I was present with the resident during the history and exam. I discussed the case with the resident and agree with the findings and plan as documented by the resident. My additions or revisions are included in the record.

Michael J. Burns, MD
08/22/19, 5:11 PM

Burns, Michael J, MD
08/22/19 1711

Electronically signed by Burns, Michael J, MD at 08/22/19 1711

---

Orders - All Imaging

---

Imaging

X-Ray Knee Complete 4 Or More Views - Left [251664625] (Discontinued)

---

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Imaging (continued)**

| | |
|---|---|
| Electronically signed by: **Burns, Michael J, MD on 08/21/19 2115** | Status: **Discontinued** |
| Ordering user: Burns, Michael J, MD 08/21/19 2115 | Ordering provider: Burns, Michael J, MD |
| Authorized by: Burns, Michael J, MD | Ordering mode: Standard |
| Class: Hospital Performed | Quantity: 1 |
| Instance released by: Burns, Michael J, MD (auto-released) 8/21/2019  9:15 PM | Discontinued by: Huynh, Hung Ba 08/21/19 2116 [Per Protocol] |

Questionnaire

| Question | Answer |
|---|---|
| Clinical history | L knee pain |
| View: | a. AP/LAT |
|  | f. Oblique |
|  | l. Sunrise |
| Indications: | fell on left anterior knee today |
| Should The Procedure Be Done Portably? | No |

Order comments:  If this patient is pregnant female, shield the abdomen and pelvis.

**X-Ray Knee 3 Views - Left [251664627] (Discontinued)**

| | |
|---|---|
| Electronically signed by: **Huynh, Hung Ba on 08/21/19 2115** | Status: **Discontinued** |
| Ordering user: Huynh, Hung Ba 08/21/19 2115 | Ordering provider: Burns, Michael J, MD |
| Authorized by: Burns, Michael J, MD | Ordering mode: Standard |
| Cosigning events | |
| Administratively closed for Burns, Michael J, MD for Ordering | |
| Cosign requirement was administratively closed by Bao, Son on 08/21/19 2131. Reason - Erroneous deficiency | |
| Class: Hospital Performed | Quantity: 1 |
| Instance released by: Huynh, Hung Ba 8/21/2019  9:16 PM | Discontinued by:  Bao, Son 08/21/19 2131 [Per Protocol] |

Questionnaire

| Question | Answer |
|---|---|
| View: | a. AP/LAT |
|  | f. Oblique |
|  | l. Sunrise |
| Indications: | fell on left anterior knee today |
| Should The Procedure Be Done Portably? | No |

Order comments:  If this patient is pregnant female, shield the abdomen and pelvis.

**X-Ray Knee Complete 4 Or More Views - Left [251664629] (Final result)**

| | |
|---|---|
| Electronically signed by: **Bao, Son on 08/21/19 2115** | Status: **Completed** |
| This order may be acted on in another encounter. | |
| Ordering user: Bao, Son 08/21/19 2115 | Ordering provider: Burns, Michael J, MD |
| Authorized by: Burns, Michael J, MD | Ordering mode: Standard |
| Cosigning events | |
| Electronically cosigned by Burns, Michael J, MD 08/22/19 0358 for Ordering | |
| Class: Hospital Performed | Quantity: 1 |
| Lab status: Final result | Instance released by: Bao, Son 8/21/2019  9:31 PM |

Questionnaire

| Question | Answer |
|---|---|
| View: | a. AP/LAT |
|  | f. Oblique |
|  | l. Sunrise |
| Indications: | fell on left anterior knee today |
| Should The Procedure Be Done Portably? | No |

Order comments:  If this patient is pregnant female, shield the abdomen and pelvis.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form?  If so, enter interpreter | | |

**UCI Health**

101 THE CITY DR S
ORANGE CA 92868-3201

Jeres, Kennith Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Imaging (continued)**

number:
Fluoro time? (mins)
Fluoro time? (sec)
Air Kerma (mGy):
DAP (mGy-cm2):
Number of Fluoroscopy Images

**X-Ray Knee Complete 4 Or More Views - Left [251664629]**        Resulted: 08/21/19 2217, Result status: Final result

Ordering provider: Burns, Michael J, MD  08/21/19 2115        Order status:  Completed
Resulted by:  Nasehi, Leyla, MD        Filed by:  Electronic Interface To Epic, Radiant Results
                                       08/21/19 2222
Performed:  08/21/19 2134 - 08/21/19 2134        Accession number:  51822568
Resulting lab:  RADIOLOGY
Narrative:
EXAM:  X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4
OR MORE VIEWS - LEFT

EXAM DATE:  8/21/2019 10:03 PM

HISTORY: L thigh pain.

COMPARISON: None available at time of dictation.

TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

Impression:
FINDINGS/

There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the
lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the
soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Knee Complete 4 Or More Views - Left [251664629]**        Resulted: 08/21/19 2134, Result status: In process

Ordering provider: Burns, Michael J, MD  08/21/19 2115        Order status:  Completed
Resulted by:  Nasehi, Leyla, MD        Filed by:  Huynh, Hung Ba  08/21/19 2134
Performed:  08/21/19 2134 - 08/21/19 2134        Accession number:  51822568
Resulting lab:  UCI RADIOLOGY

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18272 - UCI RAD | UCI RADIOLOGY | Unknown | Unknown | 02/24/17 0917 - Present |

**Signed**

Electronically signed by Nasehi, Leyla, MD on 8/21/19 at 2217 PDT

**X-Ray Tibia & Fibula 2 Views - Left [251664633] (Final result)**

Electronically signed by:  **Burns, Michael J, MD** on 08/21/19 2135        Status:  **Completed**
This order may be acted on in another encounter.

**UCI Health**

101 THE CITY DR S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

### 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Imaging (continued)**

| | |
|---|---|
| Ordering user: Burns, Michael J, MD 08/21/19 2135 | Ordering provider: Burns, Michael J, MD |
| Authorized by: Burns, Michael J, MD | Ordering mode: Standard |
| Class: Hospital Performed | Quantity: 1 |
| Lab status: Final result | Instance released by: Burns, Michael J, MD (auto-released) |
| | 8/21/2019  9:35 PM |

**Questionnaire**

| Question | Answer |
|---|---|
| View: | a. A/P |
| | b. Lateral |
| Indications: | L lower leg pain |
| Should The Procedure Be Done Portably? | No |

Order comments:  If this patient is pregnant female, shield the abdomen and pelvis.

**End Exam Questions**

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form? If so, enter interpreter number: | | |
| Fluoro time? (mins) | | |
| Fluoro time? (sec) | | |
| Air Kerma (mGy): | | |
| DAP (mGy-cm2): | | |
| Number of Fluoroscopy Images | | |

**X-Ray Tibia & Fibula 2 Views - Left [251664633]**          Resulted: 08/21/19 2217, Result status: Final result

| | |
|---|---|
| Ordering provider: Burns, Michael J, MD  08/21/19 2135 | Order status: Completed |
| Resulted by: Nasehi, Leyla, MD | Filed by: Electronic Interface To Epic, Radiant Results |
| | 08/21/19 2222 |
| Performed:  08/21/19 2203 - 08/21/19 2203 | Accession number: 51822586 |
| Resulting lab: RADIOLOGY | |

Narrative:
EXAM:  X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4
OR MORE VIEWS - LEFT

EXAM DATE:  8/21/2019 10:03 PM

HISTORY: L thigh pain.

COMPARISON: None available at time of dictation.

TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

Impression:
FINDINGS/

There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the
lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the
soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Tibia & Fibula 2 Views - Left [251664633]**          Resulted: 08/21/19 2203, Result status: In process

| | |
|---|---|
| Ordering provider: Burns, Michael J, MD  08/21/19 2135 | Order status: Completed |

UCI Health
101 THE CITY DR S
ORANGE CA 92868-3201

James Kennedy Hanock
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Imaging (continued)**

Resulted by: Nasehi, Leyla, MD
Performed: 08/21/19 2203 - 08/21/19 2203
Resulting lab: UCI RADIOLOGY

Filed by: Ramirez, Abel  08/21/19 2203
Accession number: 51822586

### Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18272 - UCI RAD | UCI RADIOLOGY | Unknown | Unknown | 02/24/17 0917 - Present |

### Signed

Electronically signed by Nasehi, Leyla, MD on 8/21/19 at 2217 PDT

### X-Ray Femur Minimum 2 Views - Left [251664634] (Final result)

Electronically signed by: **Burns, Michael J, MD on 08/21/19 2135**                          Status: **Completed**
This order may be acted on in another encounter.
Ordering user: Burns, Michael J, MD 08/21/19 2135          Ordering provider: Burns, Michael J, MD
Authorized by: Burns, Michael J, MD                        Ordering mode: Standard
Class: Hospital Performed                                   Quantity: 1
Lab status: Final result                                    Instance released by: Burns, Michael J, MD (auto-released)
                                                           8/21/2019 9:35 PM

#### Questionnaire

| Question | Answer |
|---|---|
| View: | a. AP |
|  | b. LAT |
| Indications: | L thigh pain |
| Should The Procedure Be Done Portably? | Yes |

Order comments: If this patient is pregnant female, shield the abdomen and pelvis.

#### End Exam Questions

| | Answer | Comment |
|---|---|---|
| Was an interpreter used to complete screening form? If so, enter interpreter number: | | |
| Fluoro time? (mins) | | |
| Fluoro time? (sec) | | |
| Air Kerma (mGy): | | |
| DAP (mGy-cm2): | | |
| Number of Fluoroscopy Images | | |

### X-Ray Femur Minimum 2 Views - Left [251664634]

Resulted: 08/21/19 2217, Result status: Final result

Ordering provider: Burns, Michael J, MD  08/21/19 2135          Order status: Completed
Resulted by: Nasehi, Leyla, MD                                 Filed by: Electronic Interface To Epic, Radiant Results
                                                               08/21/19 2222
Performed: 08/21/19 2203 - 08/21/19 2203                       Accession number: 51822587
Resulting lab: RADIOLOGY
Narrative:
EXAM: X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4
OR MORE VIEWS - LEFT

EXAM DATE: 8/21/2019 10:03 PM

HISTORY: L thigh pain.

COMPARISON: None available at time of dictation.

TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

**UCI Health**

101 THE CITY DR S
ORANGE CA 92868-3201

Jeros, Kennith Frankes
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Imaging (continued)**

Impression:
FINDINGS/

There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the
lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the
soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 59 - RAD | RADIOLOGY | Unknown | Unknown | 11/11/07 0221 - Present |

**X-Ray Femur Minimum 2 Views - Left [251664634]**    Resulted: 08/21/19 2203, Result status: In process

Ordering provider: Burns, Michael J, MD  08/21/19 2135
Resulted by: Nasehi, Leyla, MD
Performed: 08/21/19 2203 - 08/21/19 2203
Resulting lab: UCI RADIOLOGY

Order status: Completed
Filed by: Ramirez, Abel  08/21/19 2203
Accession number: 51822587

**Testing Performed By**

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 18272 - UCI RAD | UCI RADIOLOGY | Unknown | Unknown | 02/24/17 0917 - Present |

**Signed**

Electronically signed by Nasehi, Leyla, MD on 8/21/19 at 2217 PDT

**Orders - All Other Orders (exclude PT)**

**Discharge**

**Discharge Patient to Home (Discontinued)**

Electronically signed by: **Burns, Michael J, MD** on 08/21/19 2328                              Status: **Discontinued**
Ordering user: Burns, Michael J, MD 08/21/19 2328
Authorized by: Burns, Michael J, MD
Class: Hospital Performed
Instance released by: Burns, Michael J, MD (auto-released)
8/21/2019 11:28 PM

Ordering provider: Burns, Michael J, MD
Ordering mode: Standard
Quantity: 1
Discontinued by: Discharge, Automatic Discontinue 08/22/19
0343 [Patient Discharge]

**DME**

**Crutches DME (Completed)**

Electronically signed by: **Nykin, David Sanford, MD** on 08/21/19 2207                              Status: **Completed**
Ordering user: Nykin, David Sanford, MD 08/21/19 2207
Authorized by: Burns, Michael J, MD
Class: Normal
Instance released by: Nykin, David Sanford, MD (auto-released) 8/21/2019 10:07 PM

Ordering provider: Nykin, David Sanford, MD
Ordering mode: Standard
Quantity: 1

**Medications**

**losartan (COZAAR) 25 MG tablet (Active)**

Electronically signed by: **Luna, Rhodelicia, RN** on 08/21/19 2112                              Status: **Active**

**UCI Health**

ORANGE CA 92868-3201

MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Eye Exam (continued)

**Orders - All Other Orders (exclude PT) (continued)**

Ordering user: Luna, Rhodelicia, RN 08/21/19 2112
Ordering mode: Standard
Frequency: Daily - Until Discontinued

Authorized by: Historical, Documentation

Class: Historical Med

---

### Adalimumab (HUMIRA) 40 MG/0.4ML PSKT (Active)

Status: **Active**

Electronically signed by: **Luna, Rhodelicia, RN on 08/21/19 2114**
Ordering user: Luna, Rhodelicia, RN 08/21/19 2114
Ordering mode: Standard
Frequency: - Until Discontinued

Authorized by: Historical, Documentation

Class: Historical Med

---

### HYDROcodone-acetaminophen (NORCO) 5-325 MG tablet 1 tablet (Completed)

Status: **Completed**

Electronically signed by: **Burns, Michael J, MD on 08/21/19 2114**
Ordering user: Burns, Michael J, MD 08/21/19 2114
Authorized by: Burns, Michael J, MD
Frequency: Once 08/21/19 2130 - 1 occurrence
Acknowledged: Denis, Yoani, RN 08/21/19 2139 for Placing Order
Admin instructions: Do not exceed 4 grams of acetaminophen in 24 hours.

Ordering provider: Burns, Michael J, MD
Ordering mode: Standard
Class: Inpatient

---

### OMEPRAZOLE PO (Active)

Status: **Active**

Electronically signed by: **Denis, Yoani, RN on 08/21/19 2132**
Ordering user: Denis, Yoani, RN 08/21/19 2132
Ordering mode: Standard
Frequency: Daily - Until Discontinued

Authorized by: Historical, Documentation

Class: Historical Med

---

**Nursing**

### Lower Extremity Bracing (Discontinued)

Status: **Discontinued**

Electronically signed by: **Nykin, David Sanford, MD on 08/21/19 2207**
Ordering user: Nykin, David Sanford, MD 08/21/19 2207
Authorized by: Burns, Michael J, MD
Class: Hospital Performed
Instance released by: Nykin, David Sanford, MD (auto-released)
8/21/2019 10:07 PM

Ordering provider: Nykin, David Sanford, MD
Ordering mode: Standard
Quantity: 1
Discontinued by: Discharge, Automatic Discontinue 08/22/19
0343 [Patient Discharge]

#### Questionnaire

| Question | Answer |
| --- | --- |
| Location: | Left leg |
| Brace type: | Knee immobilizer |

---

### Remove All Peripheral IV Lines Prior to Discharge (Discontinued)

Status: **Discontinued**

Electronically signed by: **Burns, Michael J, MD on 08/21/19 2328**
Ordering user: Burns, Michael J, MD 08/21/19 2328
Authorized by: Burns, Michael J, MD
Class: Hospital Performed
Instance released by: Burns, Michael J, MD (auto-released)
8/21/2019 11:28 PM
Order comments: For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.

Ordering provider: Burns, Michael J, MD
Ordering mode: Standard
Quantity: 1
Discontinued by: Discharge, Automatic Discontinue 08/22/19
0343 [Patient Discharge]

## All Orders

**Comments**

For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.

---

# All Orders (continued)

**Comments**

For patients that have an accessed Port-a-Cath rather than a peripheral IV, please de-access the Port-a-Cath.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

**Comments**

If this patient is pregnant female, shield the abdomen and pelvis.

# Other Orders

**Lower Extremity Bracing**

UCI Health
UCI Medical Center
ORANGE CA 92868-3201

Case 8:21-cv-01346-FWS-JDE   Document 2   Filed 08/13/21   Page 47 of 426   Page ID #:56
James Kennedy Francis

MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## Other Orders (continued)

### Lower Extremity Bracing (continued)

Electronically signed by: **Nykin, David Sanford, MD on 08/21/19 2207**    Status: **Discontinued**
Ordering user: Nykin, David Sanford, MD 08/21/19 2207    Ordering provider: Nykin, David Sanford, MD
Authorized by: Burns, Michael J, MD
Frequency: 1 Time 08/21/19 2207 - 1  occurrence    Discontinued by: Discharge, Automatic Discontinue 08/22/19 0343
[Patient Discharge]

#### Questionnaire

| Question | Answer |
| --- | --- |
| Location: | Left leg |
| Brace type: | Knee immobilizer |

### Crutches DME

Electronically signed by: **Nykin, David Sanford, MD on 08/21/19 2207**    Status: **Completed**
Ordering user: Nykin, David Sanford, MD 08/21/19 2207    Ordering provider: Nykin, David Sanford, MD
Authorized by: Burns, Michael J, MD
Frequency: Once 08/21/19 2208 - 1  occurrence

### Discharge Patient to Home

Electronically signed by: **Burns, Michael J, MD on 08/21/19 2328**    Status: **Discontinued**
Ordering user: Burns, Michael J, MD 08/21/19 2328    Ordering provider: Burns, Michael J, MD
Authorized by: Burns, Michael J, MD
Frequency: 1 Time 08/21/19 2328 - 1  occurrence    Discontinued by: Discharge, Automatic Discontinue 08/22/19 0343
[Patient Discharge]

### Remove All Peripheral IV Lines Prior to Discharge

Electronically signed by: **Burns, Michael J, MD on 08/21/19 2328**    Status: **Discontinued**
Ordering user: Burns, Michael J, MD 08/21/19 2328    Ordering provider: Burns, Michael J, MD
Authorized by: Burns, Michael J, MD
Frequency: 1 Time 08/21/19 2328 - 1  occurrence    Discontinued by: Discharge, Automatic Discontinue 08/22/19 0343
[Patient Discharge]

**UCI Health**

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kennedy Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

**Medication Administrations (MAR)**

### HYDROcodone-acetaminophen (NORCO) 5-325 MG tablet 1 tablet [251664623]

Ordering Provider: Burns, Michael J, MD
Ordered On: 08/21/19 2114
Dose (Remaining/Total): 1 tablet (0/1)
Frequency: ONCE
Admin Instructions: Do not exceed 4 grams of acetaminophen in 24 hours.

Status: Completed (Past End Date/Time)
Starts/Ends: 08/21/19 2130 - 08/21/19 2139
Route: Oral
Rate/Duration: — / —

| Timestamps | Action | Dose | Route | Other Information |
|---|---|---|---|---|
| Performed 08/21/19 2139<br>Documented:<br>08/21/19 2140 | Given | 1 tablet | Oral | Performed by: Denis, Yoani, RN |

**UCI Health**

101 THE CITY DR. S
ORANGE CA 92868-3201

Jones, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

**Flowsheets - ROI Flowsheets**

### Advance Directive/POLST

| Row Name | 08/21/19 2127 |
|---|---|
| Document patient provided AD/POLST | Yes |

### Assess

| Row Name | 08/21/19 2108 |
|---|---|
| 1. In the past month, have you wished you were dead or wished you could go to sleep and not wake up? | No |
| 2. In the past month, have you actually had any thoughts of killing yourself? | No |
| 6a. Have you ever done anything, started to do anything or prepared to do anything to end your life? | No |

### Assessment

| Row Name | 08/21/19 2128 |
|---|---|
| Does the patient report or are there observed signs/symptoms/threats of abuse (physicial, financial, emotional or sexual) or neglect? | No |

### Barriers to Learning

| Row Name | 08/21/19 2129 |
|---|---|
| Does the patient/guardian have any barriers to learning? | No Barriers |

### Cardiac

| Row Name | 08/21/19 2130 |
|---|---|
| Cardiac (WDL) | Within Defined Limits |

### Custom Formula Data

**UCI Health**

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

Flowsheets - ROI Flowsheets (continued)

| Row Name | 08/23/19 0850 | 08/21/19 23:41:42 | 08/21/19 2330 | 08/21/19 2129 | 08/21/19 2128 |
|---|---|---|---|---|---|
| Min Systolic | — | 140 | — | — | — |
| Max Systolic | — | 148 | — | — | — |
| Fall Risk | — | — | — | — | At Risk |
| Malnutrition Screening Tool (MST) | — | — | — | 0 | — |
| Lifesharing GCS Trigger | — | — | 0 | — | — |
| Min Diastolic | — | 85 | — | — | — |
| Max Diastolic | — | 85 | — | — | — |
| Point Total Top | 9 | — | — | — | — |

| Row Name | 08/21/19 2108 | 08/21/19 2107 |
|---|---|---|
| BMI kg/m2 | — | 31.33 kg/m2 |
| BSA m2 | — | 2.4 m2 |
| Min Systolic | — | 140 |
| Max Systolic | — | 140 |
| BMI kg/m2 | — | 31.33 kg/m2 |
| BSA (Calculated - sq m) | — | 2.4 sq meters |
| BMI (Calculated) | — | 31.3 |
| IBW/kg (Calculated) Male | — | 82.2 kg |
| Low Range Vt 6cc/kg MALE | — | 493.2 mL |
| Adult Moderate Range Vt 8cc/kg MA | — | 657.6 mL |
| Adult High Range Vt 10cc/kg MALE | — | 822 mL |
| IBW/kg (Calculated) FEMALE | — | 77.7 kg |
| Low Range Vt 6cc/kg FEMALE | — | 466.2 mL |
| Adult Moderate Range vt 8cc/kg FEMALE | — | 621.6 mL |
| Adult High Range Vt 10cc/kg FEMALE | — | 777 mL |
| Percentage Weight Change (%) | — | 0 % |
| Wt Change from Birth Weight | — | 0 % |
| Recommended Suicide Intervention | No Intervention Needed | — |
| Predicted Vital Capacity (Liters) | — | 3.99339816 |
| Predicted Vital Capacity | — | 3.99 Liters |
| Epic Calculated Ideal BW (kg) | — | 82.2 kg |
| Epic Calculated Adjusted BW (kg) | — | 93.6 kg |
| Epic Calculated Ideal BSA m2 | — | 2.15 |
| Epic Calcualted Adjusted BSA m2 | — | 2.15 |

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

### Flowsheets - ROI Flowsheets (continued)

| | | |
|---|---|---|
| IBW/kg (Calculated) | — | 86.18 |
| ABW/kg (Calculated) | — | 89.38 kg |
| Weight Gain/Loss (g) | — | N/A |
| CSSRS Risk Level | Minimal Risk | — |

### Data

| Row Name | 08/21/19 2139 |
|---|---|
| Pain Score | 7 |
| POSS | 1 - Awake and alert |
| Pain Orientation (primary site) | Left |
| Pain Location | Knee |
| Pain Intervention(s) | Medication (See eMAR) |

### Discharge

| Row Name | 08/21/19 2330 |
|---|---|
| Mobility at Departure | Ambulatory with steady gait |
| Level of Consciousness | Awake |
| Orientation Level | Oriented X 4 |
| Cognition | Appropriate judgement;Appropriate safety awareness;Appropriate attention/concentration;Follows commands |
| Language/Speech | Appropriate for age;Clear |
| Coroner's Case | No |
| Was this an admitted patient being discharged from the ED | No |
| When did the patient leave the ED | 08/21/19 |
| Time Left | 2330 |
| Vital Signs within normal limits | Yes |
| Acceptable pain level reached upon discharge | Yes |
| Departed With | By self |
| Discharge Instructions Given | To Patient |
| Was this a trauma patient 18 years or older | No |
| RN Departure Condition | Yes |

UCI Health

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

### Flowsheets - ROI Flowsheets (continued)

documentation
complete

| | |
|---|---|
| Eye Opening | Spontaneous |
| Best Verbal Response | Oriented |
| Best Motor Response | Obeys commands |
| Glasgow Coma Scale Score | 15 |

### ED FCC INTERVENTION TOOL

| Row Name | 08/23/19 0850 |
|---|---|
| Point Total Top | 9 |
| Order Entry 4+ Including Med Orders | Yes |
| Routine Discharge Instructions | Yes |
| Pain Assessments (3 or more) | Yes |
| Point Total Middle | 9 |
| Crutch training | Yes |
| Point Total Bottom | 9 |

### ED Reg Initials

| Row Name | 08/21/19 2111 |
|---|---|
| Reg Initials | JO |

### ED Vitals

| Row Name | 08/21/19 23:41:42 |
|---|---|
| Restart Vitals Timer | Yes |
| Alarms | Alarms On, Set, Audible |
| Temp | 98.3 °F (36.8 °C) |
| Temp source | Oral |
| Pulse | 73 |
| Resp | 20 |
| BP | 148/66 |
| BP Source | Monitor |
| BP Location | Right arm |
| SpO2 | 99 % |
| O2 Device | None (Room air) |

### Fall Risk Assessment

| Row Name | 08/21/19 2128 |
|---|---|
| Did the pt present to hosp with a fall or has fallen on the unit since admit? | Yes |

**UCI Health**
101 THE CITY DR. S
ORANGE CA 92868-3201

Jones, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

### Flowsheets - ROI Flowsheets (continued)

| | |
|---|---|
| Is the patient agitated? | No |
| Is the patient visually impaired to the extent that everyday function is affected? | No |
| Is the patient in need of especially frequent toileting? | No |
| Transfer Score (TS) | Independent |
| Mobility Score (MS) | Independent |
| Fall Risk Level | At Risk |
| Restart Fall Risk Timer | Yes |
| Patient Deemed Fall Risk per Clinical Judgment | No |
| Call Light Within Reach | Yes |
| Bed In Lowest Position | Yes |
| Bed Wheels Locked | Yes |
| Siderails Up | 2/2 |
| NonSkid Footwear | Yes |
| Room Door Open | Yes |

### Full Assessment

| Row Name | 08/21/19 2133 |
|---|---|
| Full Assessment Completed | Complete |

### GI

| Row Name | 08/21/19 2130 |
|---|---|
| GI (WDL) | Within Defined Limits |

### Head/Ear/Eye/Nose/Throat

| Row Name | 08/21/19 2130 |
|---|---|
| HEENT (WDL) | Within Defined Limits |

### Homeless Discharge Plan

| Row Name | 08/21/19 2329 |
|---|---|
| Living Arrangements * | Family Member |

### Immunizations

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Joras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

### 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

**Flowsheets - ROI Flowsheets (continued)**

| Row Name | 08/21/19 2114 |
|---|---|
| Immunizations up to date? | Yes |
| Tetanus Status | < 5 years |

**Interpreter**

| Row Name | 08/21/19 2329 |
|---|---|
| Do you need interpreter services for learning information about your medical care? | No |
| Language | English |

**LACE+ Score**

| Row Name | 08/21/19 2343 |
|---|---|
| LACE+ Score | 52 |

**Living Arrangements**

| Row Name | 08/21/19 2129 |
|---|---|
| Living Arrangements * | Family Member |

**Musculoskeletal**

| Row Name | 08/21/19 2131 |
|---|---|
| Musculoskeletal (WDL) | Exceptions to WDL |
| LL Extremity | Swelling |

**Neuro**

| Row Name | 08/21/19 2130 |
|---|---|
| Neuro (WDL) | Within Defined Limits |

**Nutritional Screen**

| Row Name | 08/21/19 2129 |
|---|---|
| Have you recently lost weight without trying? | 0-No |

**Pain Screening**

| Row Name | 08/21/19 23:36:21 | 08/21/19 2129 |
|---|---|---|
| Pain Tool Used | Self Report - Numeric Pain Scale | Self Report - Numeric Pain Scale |
| Pain Score | 3 | 7 |
| Patient's Stated Pain Goal | No pain | No pain |

UCI Health

101 THE CITY DR S
ORANGE CA 92868-3201

Jones, Kenneth Francis
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

### Flowsheets - ROI Flowsheets (continued)

| Pain Orientation (primary site) | Left | Left |
|---|---|---|
| Pain Location | Knee | Knee |
| Pain Description | Intermittent | Intermittent;Other (comment) |
| Pain Intervention(s) | Rest | Cold pack |
| Clear Pain Alert | Pain Assessed - Clear Alert | Pain Assessed - Clear Alert |

### Peripheral Vascular Assessment

| Row Name | 08/21/19 2131 |
|---|---|
| PV (WDL) | Within Defined Limits |

### Psychosocial

| Row Name | 08/21/19 2131 |
|---|---|
| Psychosocial (WDL) | Within Defined Limits |

### Pulmonary

| Row Name | 08/21/19 2130 |
|---|---|
| Respiratory (WDL) | Within Defined Limits |

### Renal/GU

| Row Name | 08/21/19 2130 |
|---|---|
| GU (WDL) | Within Defined Limits |

### Rx Disch Med Rec

| Row Name | 08/22/19 17:06:27 |
|---|---|
| Patient's discharge meds have been reviewed by pharmacy | Review needed |

### Skin

| Row Name | 08/21/19 2130 |
|---|---|
| Skin Integrity (WDL) | Exceptions to WDL |

### Travel/C-Diff/Diabetes

| Row Name | 08/21/19 2106 |
|---|---|
| Has this patient been admitted to any of the following facilities since February 1, 2019? | None |

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

### 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

#### Flowsheets - ROI Flowsheets (continued)

| | |
|---|---|
| Fever (100.4 F/ 38.0 C or greater) and/or New Rash | No |
| New Cough | No |
| International Travel Within Past 14 Days | No |
| Has the patient had diarrhea in the past 24 hours? | No |
| Are You Diabetic | No |

#### Triage Acuity

| Row Name | 08/21/19 2124 |
|---|---|
| Patient Acuity/ESI Level | Urgent/ESI Level 3 |

#### Triage Complete

| Row Name | 08/21/19 2114 |
|---|---|
| Triage Complete | Triage Complete |

#### Triage Start

| Row Name | 08/21/19 2104 |
|---|---|
| Triage Call | Call 1x |
| Triage Start | Start |
| Mode of Arrival | BLS |
| Means of Arrival | Gurney |
| Patient Source | Home/non health care facility |
| Ambulance/Fire Department | Anaheim Medic 6 |
| Incident number | A1924421 |
| Do you need interpreter services for learning information about your medical care? | No |
| Language | English |
| Is the patient's preferred language updated in the Patient Header? | Yes |

#### Vitals/Screening

| Row Name | 08/21/19 2107 |
|---|---|
| Height | 6' 2" (1.88 m) |
| Weight | 110.7 kg (244 lb) |
| Temp | 97.4 °F (36.3 °C) |
| Temp source | Oral |
| BP | 140/85 |
| Pulse | 72 |

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

**Flowsheets - ROI Flowsheets (continued)**

| | |
|---|---|
| SpO2 | 100 % |
| Resp | 18 |
| O2 Device | None (Room air) |
| Pain Tool Used | Self Report - Numeric Pain Scale |
| Pain Score | 6 |
| Patient's Stated Pain Goal | No pain |
| Pain Orientation (primary site) | Left |
| Pain Location | Knee |

**UCI Health**

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)

### After Visit Summary

Warning! This summary shows information as of your visit. It might not contain the most up-to-date information in your chart.

 **UC Irvine Health**

MR#: **2935214**
JERAS,KENNETH
CSN: **66057179256**
DOB: **10/24/1961 M**


E0001

**Kenneth Jeras**
MRN: **2935214**

Department: **UCI EMERGENCY DEPT**
Date of Visit: **8/21/2019**

---

I acknowledge receipt of these instructions. I understand that my condition may require more care, and that it is my responsibility to arrange for and/or comply with further treatment and self-care instructions as recommended. I further acknowledge that I have been given a copy of this After Visit Summary upon discharge from the hospital.

Signature of patient (or proxy): _____

Proxy name: _____

Proxy relationship: _____

Date: _____ Time: _____

Signature of discharging nurse: _____

Date: _____ Time: _____

If Interpreted : _____ ☐ Telephonic ☐ Video
　　　　　　　　Interpreter **OR** ID#

Language:_____ Date: _____ Time: _____

If applicable, I acknowledge receipt of my medications. I understand that my signature indicates that I have received them and am fully responsible for them from this moment on.

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### Inpatient Chart Report

### Learning Assessment

No assessments to display

---

Printed on 5/7/20 10:49 AM

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

**08/21/2019 - ED in UCI EMERGENCY DEPT (continued)**
**Inpatient Chart Report (continued)**

**08/21/2019 - ED in UCI EMERGENCY DEPT (continued)**
**IP DC**

**Discharge Instructions**                                    Jeras, Kenneth Frances (MR # 2935214)

| Date | Status | User | User Type | Discharge Note |
|------|--------|------|-----------|----------------|
| 08/21/19 2327 | Pended | Burns, Michael J, MD | Attending Physician | Original |
| Note: | | | | |

## Crutch Use (Edu)

To Stand:
- Put crutches together on the side of the weak or injured leg. Hold on to hand grips with the hand closest to the crutches.
- Push up with the other hand against the arm of the chair. Stand up.
- Adjust crutches under each arm. The top of each crutch should rest against the sides of the chest wall. Push down on the hand grips. Don't lean on top of the crutches. This puts pressure on nerves in the armpit. This can lead to weakness and nerve damage.

To Walk:
- Put crutches 8-12 inches (20-30 cm) in front of you and around 6-8 inches (15-20 cm) to the side of the toes.
- Keep the weak / injured leg off the floor as you push down on the hand grips. Step through the crutches with the other leg.
- Move crutches forward. Repeat.

If you can put some weight on the injured leg (partial weight bearing):
- Put crutches 8-12 inches (20-30 cm) in front of you and around 6-8 inches (15-20 cm) to the side of the toes.
- Put partial weight on the weak / injured leg. If allowed, put as much weight as you can bear.
- Push down on the hand grips. Step through with the strong leg.
- Move crutches forward. Repeat. Move the crutches and weak / injured leg forward together.

DO NOT place weight on the cast or splint unless you were told to.

## Patella Fracture

You have a fracture of the Patella, also called the "kneecap."

A fracture is a break in a bone. It is the same thing as saying a "broken bone." In general, fractures heal in about 6-8 weeks. Over time, the broken area gets stronger than the area around it.

These fractures are often treated with a splint, knee immobilizer or cast. This keeps the broken bone from moving. This keeps it from causing more damage and pain. Sometimes, a comminuted (broken in many pieces) fracture needs surgery. The Orthopedic (bone) doctor will decide this. A splint keeps the injured area adequately stabilized (still). It is a temporary solution. However, the Orthopedic (bone) doctor may change it to a cast.

Fracture treatment involves medicine to reduce pain. It also includes a splint/cast to reduce movement. It also includes Rest, Ice, Compression and Elevation of the injured area. Remember this as "RICE."
- REST: Limit the use of the injured body part.
- ICE: By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a re-

UCI Health

101 THE CITY DR S
ORANGE CA 92868-3201

Jbras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Using the ice for longer times and more frequently is OK. NEVER APPLY ICE DIRECTLY TO THE SKIN.
- COMPRESS: Compression means to apply pressure around the injured area such as with a splint, cast or an ACE® bandage. Compression decreases swelling and improves comfort. Compression should be tight enough to relieve swelling but not so tight as to decrease circulation. Increasing pain, numbness, tingling, or change in skin color, are all signs of decreased circulation.
- ELEVATE: Elevate the injured part. For example, a fractured leg can be elevated by placing the leg on a chair while awake and propped up on pillows while in lying down.

You have been given a SPLINT for your fracture. This is to lower pain and help keep the injured area from moving. Use the splint until you follow up with the orthopedic (bone) doctor.

Use the following SPLINT CARE instructions. Do the following many times throughout the day:
- Check capillary refill (circulation) in the nail beds. Press on the nail bed and let go. The nail bed should turn white. It should then go pink again in less than 2 seconds.
- Watch to see if the area beyond the splint gets swollen.
- The splint may be too tight if the skin of the foot or toes is very cold, pale, or numb to the touch. The wrap holding the splint in place can be loosened. You can also come back here or go to the nearest Emergency Department to have it adjusted.

Do not put any weight on the injured leg. Use crutches to help get around.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- Severe increase in pain or swelling in the injured area.
- New numbness or tingling in or below the injured area.
- Your foot gets cold and pale. This could mean that the foot has a problem with its blood supply.


Take acetaminophen and/or ibuprofen as needed for pain.
Elevate the left leg.
Take copies of your xray reports and a CD of your xrays to an orthopedic doctor in Phoenix area.


**Scans - All Encounter Scans**

**NPP-Hospital Encounter UCI - Scan on 8/21/2019 2154**

Scan (below)

UCI Health
101 THE CITY DR S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**



(Patient addressograph or label)

### ACKNOWLEDGEMENT OF NOTICE OF PRIVACY PRACTICES

The UC Irvine Health Notice of Privacy Practices provides information about how we may use and disclose protected health information about you.

In addition to the copy we will provide you, copies of the current notice are available by accessing our website at http://www.ucirvinehealth.org and may be obtained throughout UC Irvine Health.

I acknowledge that I have received the Notice of Privacy Practices.

_____      08/21/2019      09:54 PM
Signature of Patient or Patient's Representative      Date

_____      _____
KENNETH JERAS
Print Name      Relationship to Patient

_____
Interpreter (if applicable)

87165 (Rev 3-4-13)

Terms & Conditions 'A' - ED Treatment UCI - Scan on 8/21/2019 2154
  Scan (below)

UCI Health
Case 8:21-cv-01346-FWS-JDE   Document 2   Filed 08/13/21   Page 62 of 426   Page ID #:71
101 THE CITY DR. S
ORANGE CA 92868-3201
Jones, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**



**UC Irvine Health**

**TERMS AND CONDITIONS OF SERVICE:**
**EMERGENCY DEPARTMENT VISIT**

1. **UC IRVINE HEALTH:** UC Irvine Health is part of the University of California and is comprised of its hospital(s), its medical center(s), its hospital-based clinics, its Ambulatory Practices, the University Physicians & Surgeons and the UC Irvine School of Medicine.

2. **MEDICAL CONSENT:** I consent to medical treatments or procedures, X-ray examinations, drawing blood for tests, medications, injections, taking of medical photographs, videotaping, laboratory procedures and hospital services rendered to me under the general and special instructions of the physicians or other health care professionals assisting in my care. I also consent to my admission to the UC Irvine Health if this is necessary for my care.

3. **TEACHING, RESEARCH AND HEALTH CARE INSTITUTION:** The University of California including UC Irvine Health, is a teaching, research and health care institution. I understand that residents, interns, medical students, students of ancillary health care professions (e.g., nursing, X-ray, rehabilitation therapy), post-graduate fellows and other trainees may observe, examine, treat and participate at the request and under the supervision of the attending physician in my care as part of the University's medical education programs. Some UC Irvine Health faculty are identified by their name badge as "Visiting Professors". These faculty members do not have a California license, but are licensed in another state or country. These physicians are permitted to practice medicine in California under a special program developed by the Medical Board of California.

I also understand that a University institutional review board approves projects conducted by University researchers in accordance with state and federal law. As a result, I understand that I may be contacted and asked to participate in research studies, but I am under no obligation to do so. My decision whether to participate or not, will not affect my ability to obtain medical care.

4. **USE OF MEDICAL INFORMATION AND SPECIMENS:** I understand that my medical information, photographs and/or video in any form may be used for other UC Irvine Health purposes, such as quality improvement, patient safety and education. I also understand that my medical information and tissue, fluids, cells and other specimens (collectively, "Specimens") that UC Irvine Health may collect during the course of my treatment and care may be used and shared with researchers. I understand that under California law, I do not have any rights to any commercially useful products that may be developed from such research. I further understand that any use of my medical information or Specimens by UC Irvine Health or other research institutions will be in accordance with state and federal law, including all laws and regulations governing patient confidentiality, in the manner outlined in the UC Irvine Health's Notice of Privacy Practices.

5. **RELEASE OF MEDICAL INFORMATION:** The State of California Information Practices Act requires UC Irvine Health to provide the following information to individuals who supply information about themselves. As a patient of UC Irvine Health, I will be asked to submit certain personal identification information, such as a photo identification, my address, phone number, Social Security number, insurance information, medical history and treatment. The principal purpose for requesting this information is to ensure accurate identification, continuity of medical care and payment for such care. Under the authority of The Federal Privacy Act of 1974, Article IX, Section 9 of the California Constitution, the California Information Practices Act (Civil Code 1798 et seq.), California Code of Regulations, Title 22, Section 70749, UC Irvine Health is authorized to maintain this information. As required by UC Irvine Health, furnishing all information requested is mandatory unless otherwise noted. I understand that failure to provide such information may affect my medical care and/or insurance benefits and coverage.

UC Irvine Health will obtain my written authorization to release information about my medical treatment, except in those circumstances when UC Irvine Health is permitted or required by law to release information (see UC Irvine Health's Notice of Privacy Practices for a description of the specific circumstances under which UC Irvine Health may release this information). For example, UC Irvine Health may release a copy of my patient record to health care providers, health plans, governmental agencies and workers' compensation carriers. Additionally, I understand that if I am diagnosed with cancer, a reportable disease in California, UC Irvine Health is required by law to report my diagnosis to the California Department of Public Health.

I have read and agree to this Terms and Conditions of Service. I understand a copy will be provided upon request. In addition, I acknowledge that I received a copy of the Patient Rights, explaining my rights as a patient at UCI Health, including information on how to file a complaint.

| | |
|---|---|
| _Signature of Patient_ | Yadira Olvera<br>_Signature of Witness (required if patient is unable to sign)_ |
| _Signature of Patient's Representative_ | _Patient's Relationship to Representative_ |
| _Signature of Interpreter (if applicable)_ | _Language Used_    08/21/2019    09:54 PM<br>_Date of Signing_    _Time_ |

88311 (Rev. 3-29-19)

---

**Terms & Conditions 'B' - ED Financial UCI - Scan on 8/21/2019 2154**

Scan (below)

**UCI Health**

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

### 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### IP DC (continued)

**Scans - All Encounter Scans (continued)**

 **UC Irvine Health**

**TERMS AND CONDITIONS OF SERVICE:**
**EMERGENCY DEPARTMENT VISIT**
**FINANCIAL AGREEMENT**

**1. FINANCIAL AGREEMENT:** I understand that even if I have insurance, I may be financially responsible for some or all of my medical services. For instance, if I have a co-pay or deductible, I agree to pay the amounts I owe. If I do not have insurance that covers the services I receive, I agree to pay the Regents of the University of California for professional, hospital and ambulatory practice services, including University Physicians & Surgeons services, in accordance with the regular rates and terms of UC Irvine Health. I also agree to pay for other professional services provided at UC Irvine Health by other health care providers. If I am unable to pay, I understand I may qualify for public assistance, special payment arrangements and/or charity care. I also understand that when this agreement is signed by my spouse, parent or a financial guarantor, my spouse, parent or financial guarantor shall be jointly and individually liable with me for payment, including all collection fees (attorneys' fees, costs and collection expenses), in addition to any other amounts due. Unpaid accounts referred to outside agencies for collection bear interest at the current legal rate.

**2. ASSIGNMENT OF BENEFITS (INCLUDING MEDICARE BENEFITS):** I authorize and direct payment to UC Irvine Health of any insurance benefits including hospital insurance and unemployment compensation disability benefits otherwise payable to me, or on my behalf, for UC Irvine Health services, including emergency services, at a rate not to exceed UC Irvine Health's actual charges. I understand that I am financially responsible for charges not paid pursuant to this agreement. I further agree that any credit balance resulting from payment of insurance, or other sources, may be applied to any other account owed to UC Irvine Health by me.

Patients insured by Part A of the Medicare Act (as primary payer): UC Irvine Health shall transfer title prior to use of any property (excluding fixed assets or equipment) furnished or supplied to its patient or other customer in connection with its medical services billed pursuant to Medicare Part A. Notwithstanding this title provision, patient accepts that the disposal of medical products or other supplies after use will be governed by UC Irvine Health handling and disposal protocols.

**I have read and agree to this Terms and Conditions of Service. I understand a copy will be provided upon request. In addition, I acknowledge that I received a copy of the Patient Rights, explaining my rights as a patient at UCI Health, including information on how to file a complaint.**

I hereby consent to receive messages and calls on behalf of UC Irvine Health, at the numbers provided, including my cell phone number provided during my registration process ___kj___ initial    Agree

| | |
|---|---|
| ✗ | Yadira Olvera |
| Signature of Patient | Signature of Witness (required if patient is unable to sign) |
| Signature of Patient's Representative | Patient's Relationship to Representative |
| | 08/21/2019    09:54 PM |
| Signature of Interpreter (if applicable) | Language Used    Date of Signing    Time |

**Financial Responsibility Agreement by Person Other than the Patient or the Patient's Legal Representative**
I agree to accept financial responsibility for services rendered to the patient and to accept the terms of the Financial Agreement and Assignment of Benefits (including Medicare Benefits) set forth above.

| | | | |
|---|---|---|---|
| Financially Responsible Party | Witness | Date of Signing | Time |

B8335 (Rev. 3-29-19)        WHITE - CHART COPY        CANARY - PATIENT COPY



**After Visit Summary - Document on 8/21/2019 2330 by Denis, Yoani, RN: ED AVS 2018**

Document (below)

UCI Health

101 THE CITY DR S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**

---

## AFTER VISIT SUMMARY
**Kenneth Jeras** MRN: 2935214

 **UC Irvine Health**

8/21/2019  UCI EMERGENCY DEPT 711 456 5785

### Instructions
Your personalized instructions can be found at the end of this document.

### What's Next
You currently have no upcoming appointments scheduled.

### Your Medication List

HUMIRA 40 MG/0.4ML Pskt
Generic name: Adalimumab

losartan 25 MG tablet
Generic name: COZAAR

OMEPRAZOLE PO

### Requests for Continuing Care Document
You can download an electronic copy of your Continuing Care Document, a summary of your health information at UC Irvine Health. Log on to MyChart (my.ucirvinehealth.org) and go to "My Medical Record" > "Download Summary."

If you do not have MyChart and are interested signing up, please call MyChart support number at 1-8334MYCHRT (1-833-469-2478).

### Instructions
**Crutch Use (Edu)**

To Stand:
- Put crutches together on the side of the weak or injured leg. Hold on to hand grips with the hand closest to the crutches.
- Push up with the other hand against the arm of the chair. Stand up.
- Adjust crutches under each arm. The top of each crutch should rest against the sides of the chest wall. Push down on the hand grips. Don't lean on top of the crutches. This

### Today's Visit
You were seen by Michael J Burns, MD

Reason for Visit
Knee Pain

Diagnoses
- **Closed displaced fracture of left patella, unspecified fracture morphology, initial encounter**
- Multiple abrasions

Imaging Tests
X-Ray Femur Minimum 2 Views - Left
X-Ray Knee Complete 4 Or More Views - Left
X-Ray Tibia & Fibula 2 Views - Left

Done Today
Crutches DME

Medications Given
HYDROcodone-acetaminophen (NORCO) Last given at 5:39 PM

Your End of Visit Vitals

| | | | |
|---|---|---|---|
| Blood Pressure | 140/85 | Temperature | 97.4 °F |
| Pulse | 72 | Respiration | 18 |
| Oxygen Saturation | 100% | | |

---

Kenneth Jeras (MRN: 2935214) • Printed at 8/21/19 11:30 PM

Page 1 of 7    *Epic*

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

### 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
### IP DC (continued)

**Scans - All Encounter Scans (continued)**

puts pressure on nerves in the armpit. This can lead to weakness and nerve damage.

To Walk
- Put crutches 8-12 inches (20-30 cm) in front of you and around 6-8 inches (15-20 cm) to the side of the toes.
- Keep the weak / injured leg off the floor as you push down on the hand grips. Step through the crutches with the other leg.
- Move crutches forward. Repeat.

If you can put some weight on the injured leg (partial weight bearing):
- Put crutches 8-12 inches (20-30 cm) in front of you and around 6-8 inches (15-20 cm) to the side of the toes.
- Put partial weight on the weak / injured leg. If allowed, put as much weight as you can bear.
- Push down on the hand grips. Step through with the strong leg.
- Move crutches forward. Repeat. Move the crutches and weak / injured leg forward together.

DO NOT place weight on the cast or splint unless you were told to.

**Patella Fracture**

You have a fracture of the Patella, also called the "kneecap."

A fracture is a break in a bone. It is the same thing as saying a "broken bone." In general, fractures heal in about 6-8 weeks. Over time, the broken area gets stronger than the area around it.

These fractures are often treated with a splint, knee immobilizer or cast. This keeps the broken bone from moving. This keeps it from causing more damage and pain. Sometimes, a comminuted (broken in many pieces) fracture needs surgery. The Orthopedic (bone) doctor will decide this. A splint keeps the injured area adequately stabilized (still). It is a temporary solution. However, the Orthopedic (bone) doctor may change it to a cast.

Fracture treatment involves medicine to reduce pain. It also includes a splint/cast to reduce movement. It also includes Rest, Ice, Compression and Elevation of the injured area. Remember this as "RICE."
- REST: Limit the use of the injured body part
- ICE: By applying ice to the affected area, swelling and pain can be reduced. Place some ice cubes in a re-sealable (Ziploc®) bag and add some water. Put a thin washcloth between the bag and the skin. Apply the ice bag to the area for at least 20 minutes. Do this at least 4 times per day. Using the ice for longer times and more frequently is OK. NEVER APPLY ICE DIRECTLY TO THE SKIN.
- COMPRESS: Compression means to apply pressure around the injured area such as with a splint, cast or an ACE® bandage. Compression decreases swelling and improves comfort. Compression should be tight enough to relieve swelling but not so tight as to decrease circulation. Increasing pain, numbness, tingling, or change in skin color, are all signs of decreased circulation.
- ELEVATE: Elevate the injured part. For example, a fractured leg can be elevated by placing the leg on a chair while awake and propped up on pillows while in lying down.

You have been given a SPLINT for your fracture. This is to lower pain and help keep the injured area from moving. Use the splint until you follow up with the orthopedic (bone) doctor.

Kenneth Jeras (MRN: 2935214) • Printed at 8/21/19 11:30 PM                    Page 2 of 7   *Epic*

**08/21/2019 - ED in UCI EMERGENCY DEPT (continued)**
**IP DC (continued)**

**Scans - All Encounter Scans (continued)**

Use the following SPLINT CARE instructions. Do the following many times throughout the day:
- Check capillary refill (circulation) in the nail beds. Press on the nail bed and let go. The nail bed should turn white. It should then go pink again in less than 2 seconds.
- Watch to see if the area beyond the splint gets swollen.
- The splint may be too tight if the skin of the foot or toes is very cold, pale, or numb to the touch. The wrap holding the splint in place can be loosened. You can also come back here or go to the nearest Emergency Department to have it adjusted.

Do not put any weight on the injured leg. Use crutches to help get around.

YOU SHOULD SEEK MEDICAL ATTENTION IMMEDIATELY, EITHER HERE OR AT THE NEAREST EMERGENCY DEPARTMENT, IF ANY OF THE FOLLOWING OCCURS:
- Severe increase in pain or swelling in the injured area.
- New numbness or tingling in or below the injured area.
- Your foot gets cold and pale. This could mean that the foot has a problem with its blood supply.

Take acetaminophen and/or ibuprofen as needed for pain.
Elevate the left leg.
Take copies of your xray reports and a CD of your xrays to an orthopedic doctor in Phoenix area.

You are allergic to the following
No active allergies

## What To Do With Your Medications

CONTINUE taking these medications

|  | Add'l Info |
|---|---|
| HUMIRA 40 MG/0.4ML Pskt | 0 |
| Adalimumab | |
| | |
| losartan 25 MG tablet | 0 |
| COZAAR | |
| Take 25 mg by mouth daily. | |
| | |
| OMEPRAZOLE PO | 0 |
| Take 20 mg by mouth daily. | |

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

### Scans - All Encounter Scans (continued)

Procedures Ordered during your ED Visit Today (From admission onward)

| Start | | Ordered |
|---|---|---|
| 08/21/19 2136 | X-Ray Tibia & Fibula 2 Views - Left ONE TIME | 08/21/19 2135 |
| | Comments: If this patient is pregnant female, shield the abdomen and pelvis. | |
| 08/21/19 2136 | X-Ray Femur Minimum 2 Views - Left ONE TIME | 08/21/19 2135 |
| | Comments: If this patient is pregnant female, shield the abdomen and pelvis. | |
| 08/21/19 2132 | X-Ray Knee Complete 4 Or More Views - Left ONE TIME | 08/21/19 2115 |
| | Comments: If this patient is pregnant female, shield the abdomen and pelvis. | |
| 08/21/19 2117 | X-Ray Knee 3 Views - Left ONE TIME, Status: Canceled | 08/21/19 2115 |
| | Comments: If this patient is pregnant female, shield the abdomen and pelvis. | |
| 08/21/19 2116 | X-Ray Knee Complete 4 Or More Views - Left ONE TIME, Status: Canceled | 08/21/19 2115 |
| | Comments: If this patient is pregnant female, shield the abdomen and pelvis. | |

Your Results

**X-RAY FEMUR MINIMUM 2 VIEWS - LEFT**
Collected on 8/21/2019
Resulted on 8/21/2019
Authored by
Michael J Burns, MD
Resulting Agency:
RADIOLOGY

Narrative
EXAM: X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4 OR MORE VIEWS - LEFT EXAM DATE: 8/21/2019 10:03 PM HISTORY: L thigh pain. COMPARISON: None available at time of dictation. TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

Impression
FINDINGS/ There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

**X-RAY TIBIA & FIBULA 2 VIEWS - LEFT**
Collected on 8/21/2019
Resulted on 8/21/2019
Authored by
Michael J Burns, MD
Resulting Agency:
RADIOLOGY

Narrative
EXAM: X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4 OR MORE VIEWS - LEFT EXAM DATE: 8/21/2019 10:03 PM HISTORY: L thigh pain. COMPARISON: None available at time of dictation. TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

Impression
FINDINGS/ There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

**X-RAY KNEE COMPLETE 4 OR MORE VIEWS - LEFT**
Collected on 8/21/2019
Resulted on 8/21/2019
Authored by
Michael J Burns, MD
Resulting Agency:
RADIOLOGY

Narrative
EXAM: X-RAY FEMUR MINIMUM 2 VIEWS - LEFT, X-RAY TIBIA & FIBULA 2 VIEWS - LEFT, X-RAY KNEE COMPLETE 4 OR MORE VIEWS - LEFT EXAM DATE: 8/21/2019 10:03 PM HISTORY: L thigh pain. COMPARISON: None available at time of dictation. TECHNIQUE: Multiple views of left femur, knee and tibia and fibula

Impression
FINDINGS/ There is complex, comminuted fracture of the patella with superior retraction of the upper segment and inferior retraction of the lower segment. Small knee effusion noted. There is overlying soft tissue swelling. No gas or radiopaque foreign body within the soft tissue. No fracture or osseous lesion is noted in the femur, tibia or fibula.

UCI Health   101 THE CITY DR S   Jeras, Kenneth Frances
ORANGE CA 92868-3201   MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**

## Additional Information

For more information about any of your health conditions, logon to your MyChart and search our Health Library section or visit our website at my.ucirvinehealth.org

If you or a loved one would like information on how to quit smoking or about suicide prevention, call:
- California Smokers' and Chewers' Helpline: 1-800-NO-BUTTS
- National Suicide Prevention Lifeline: 1-800-273-TALK (8255)

DRIVING SAFETY AFTER MEDICATIONS
If you have received any medication for nausea, pain or sedation during your emergency department visit, we recommend that you do not drive or operate heavy equipment today.

SMOKING CESSATION AND SUICIDE PREVENTION ASSISTANCE
If you or a loved one would like information on how to quit smoking or about suicide prevention call:
California Smokers and Chewers Helpline: 1-800-NO-BUTTS

Suicide is the leading cause of death for Americans, per Center for Disease Control and Prevention (CDC).  As an individual and as community we all can play a role in helping to save lives. Suicide rates have been rising nationally. According to CDC nearly 45,000 Americans age 10 or older died of suicide.  Here are some resources if you or a loved one is hopeless, depressed with feelings of suicide.
24 Hour Crisis lines for those feeling suicidal:

National Suicide Prevention Hotlines:
1-800-273-TALK 1-800-273-8255
1-800 SUICIDE / 1-800 784-2433
1-800-442-HOPE / 1-800-442-4673

Orange County Crisis Prevention Hotline:
1-877-7CRISIS / 1-877-727-4747

For emergency psychiatric evaluation 24 hours a day, 7 days a week that responds to private residences: 1-866-830-6011

Seeking information and referral to behavioral health services (non-emergency): 1-855 OC-Links / 1-855 625-4657

Orange County National Alliance for Mental Illness Warm Line to talk to someone, (non-emergency): 1-877 910-WARM / 1-877 910-9276

## Your feedback is important to us

We strive to provide every patient with an exceptional patient care experience. You may receive a patient satisfaction survey in the next few weeks. We would like to ask if you would kindly fill out the survey upon receipt, and return it in the self addressed envelope. Your voice is important to us as we enhance our care and services. Please call *UC Irvine Patient Experience Department* at *714-456-7004* if you want to share a positive experience you had at our facility or if you have suggestions about how we can improve our services. Thank you!

Kenneth Jeras (MRN: 2935214) • Printed at 8/21/19 11:30 PM          Page 5 of 7   *Epic*

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**

## Patient Instructions and Plan for Follow Up Care

For a medical emergency, please call 911 or go to your nearest Emergency Department. Some examples of symptoms which could be signs of an emergency include: chest pain, increased pain, trouble breathing, dizziness when standing, trouble walking or thinking, bleeding.

For urgent questions about your recent discharge, to obtain pending lab results, or if you notice increased redness, swelling or pain at your IV site, please call the hospital operator at 714-456-7890 to have your hospital provider or covering service on-call physician paged.

If you have difficulty urinating, please call your physician or go to the Emergency Department.

For routine appointments, please call your primary physician or insurance before making an appointment if your insurance company requires prior authorization for follow up care.

Suicide is the leading cause of death for Americans, per Center for Disease Control and Prevention (CDC). As an individual and as community we all can play a role in helping to save lives. Suicide rates have been rising nationally. According to CDC nearly 45,000 Americans age 10 or older died of suicide. Here are some resources if you or a loved one is hopeless, depressed with feelings of suicide.
24 Hour Crisis lines for those feeling suicidal:

National Suicide Prevention Hotlines:
1-800 273-TALK 1-800 273-8255
1-800 SUICIDE / 1-800 784-2433
1-800 442-HOPE / 1-800 442-4673

Orange County Crisis Prevention Hotline:
1-877 7CRISIS / 1-877 727-4747

For emergency psychiatric evaluation 24 hours a day, 7 days a week that responds to private residences: 1-866 830-6011

Seeking information and referral to behavioral health services (non-emergency): 1-855 OC-Links / 1-855 625-4657

Orange County National Alliance for Mental Illness Warm Line to talk to someone, (non-emergency): 1-877 910-WARM / 1-877 910-9276

**Tobacco Cessation:**
If you smoke, or chew tobacco products, now is the time quit. Call 1-877-UCI-DOCS (877-824-3627) for free stop smoking classes, or the Tobacco Cessation Quitline 800-NO-BUTTS (800-662-8887).

## Advance Directive

We encourage you to plan for important healthcare decisions. We also encourage you to let your family members know your health care choices if you should become too sick to make them yourself. You can do this by completing an advance directive. If you would like more information on advance directives, please:
  • Attend an advance directive class. Call toll-free 877-UCI-DOCS (877-825-3627)
  • Discuss options with the Clinical Social Work department. Call 714-456-5948

UCI Health

101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

**Scans - All Encounter Scans (continued)**

MyChart

Sign up for access to our MyUCIChart patient web portal. With an account, you can access your health information online, view most lab test results, securely exchange messages with your clinic, request appointments, access our free mobile app, and more.

To sign up for MyUCIChart, please call Customer Support at 1-8334MYCHRT (1-833-469-2478) (M-F 9a-4p).

6HFBZ-QM3WB
Expires: 11/19/2019 11:30 PM

Kenneth Jeras (MRN: 2935214) • Printed at 8/21/19 11:30 PM

Page 7 of 7   *Epic*

**Discharge Document - Scan on 8/22/2019 1820: DISCHARGE INSTRUCTIONS**

Scan (below)

UCI Health
101 THE CITY DR. S
ORANGE CA 92868-3201

Jeras, Kenneth Frances
MRN: 2935214, DOB: 10/24/1961, Sex: M
Adm: 8/21/2019, D/C: 8/21/2019

## 08/21/2019 - ED in UCI EMERGENCY DEPT (continued)
## IP DC (continued)

Scans - All Encounter Scans (continued)

2935214 66057179256 JERAS, KENNETH 10 24 1961

Jeras, Kenneth (MRN 2935214)                                    Printed 8/21/19 11:30 PM

### UC Irvine Health

MR# 2935214
JERAS,KENNETH
CSN: 66057179256
DOB: 10/24/1961 M

E0001

**Kenneth Jeras**
MRN: 2935214

Department: **UCI EMERGENCY DEPT**
Date of Visit: **8/21/2019**

I acknowledge receipt of these instructions. I understand that my condition may require more care, and that it is my responsibility to arrange for and/or comply with further treatment and self-care instructions as recommended. I further acknowledge that I have been given a copy of this After Visit Summary upon discharge from the hospital.

Signature of patient (or proxy): _____

Proxy name: _____

Proxy relationship: _____

Date: 8/21/19          Time: 11:35pm

Signature of discharging nurse: _____

Date: 8/21/19          Time: 2335

If Interpreted _____   ☐ Telephonic   ☐ Video
          Interpreter OR ID#

Language: _____   Date: _____   Time: _____

If applicable, I acknowledge receipt of my medications. I understand that my signature indicates that I have received them and am fully responsible for them from this moment on

 **UC Irvine Health**

Date: 4/6/20

| | |
|---|---|
| Patient Name: Jeras,Kenneth Frances | Hospital Account number: 50006484787 |
| Coverage: Blue Cross (UCI) - Blue Cross Prudent Buyer Ppo | Medical Record number: 2935214 |
| Subscriber ID: NTN153M87497 | Date of Birth: 10/24/1961 |
| Claim #: | Admit Date: 08/21/19 |
| | Discharge Date: 08/21/19 |

**Itemized charges by service date**
**Hospital Charges**

| Service Date | Code | Description | Rev Code | CPT/HCPC | Qty | Amount |
|---|---|---|---|---|---|---|
| 8/21/19 | 00001561 | HB RADIOLOGIC EXAM KNEE COMPLETE 4/MORE VIEWS | 0320 | 73564 | 1 | $1,056.00 |
| 8/21/19 | 00001564 | HB RADIOLOGIC EXAMINATION TIBIA & FIBULA 2 VIEWS | 0320 | 73590 | 1 | $508.00 |
| 8/21/19 | 00002007 | HYDROCODONE-ACETAMINOPHEN 5-325 MG TABS | 0250 | | 1 | $3.45 |
| 8/21/19 | 00002969 | HB EMERGENCY DEPARTMENT VISIT HIGH/URGENT SEVERITY | 0450 | 99284 | 1 | $2,145.00 |
| 8/21/19 | 00005148 | HB RADIOLOGIC EXAMINATION FEMUR MINIMUM 2 VIEWS | 0320 | 73552 | 1 | $872.00 |
| **Total hospital charges:** | | | | | | **$4,584.45** |

**Hospital Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 09/11/19 | Blue Cross (UCI) Payments | -$1,543.00 |
| 09/03/19 | Blue Cross (UCI) Adjustments | -$3,041.45 |
| **Total hospital payments and adjustments:** | | **-$4,584.45** |

**Total Amount Due: $0.00**

 **UC Irvine Health**

Date: 4/6/20

| | |
|---|---|
| Patient Name: Jeras,Kenneth Frances | Hospital Account number: 50006493020 |
| Coverage: Blue Cross (UCI) - Blue Cross Prudent Buyer Ppo | Medical Record number: 2935214 |
| Subscriber ID: NTN153M87497 | Date of Birth: 10/24/1961 |
| Claim #: | Admit Date: 08/21/19 |
| | Discharge Date: 08/21/19 |

**Itemized charges by service date**
**Professional Charges**

| Date | Rev Code | Procedure Code | Description | Qty | Amount |
|---|---|---|---|---|---|
| 08/21/19 | | 99284 | PROVIDER VISIT | 1 | $500.00 |
| 08/21/19 | | 73564 | IMAGING SERVICES | 1 | $49.00 |
| 08/21/19 | | 73590 | IMAGING SERVICES | 1 | $37.00 |
| 08/21/19 | | 73552 | RADIOLOGIC EXAMINATION FEMUR MINIMUM 2 VIEWS | 1 | $42.00 |
| **Total professional charges:** | | | | | **$628.00** |

**Professional Payments and Adjustments**

| Date | Description | Amount |
|---|---|---|
| 09/18/19 | Blue Cross (UCI) Payments | -$476.06 |
| 09/18/19 | Blue Cross (UCI) Adjustments | -$151.94 |
| **Total professional payments and adjustments:** | | **-$628.00** |

**Total Amount Due: $0.00**

**Tri-Physical Therapy PLLC**
2910 E Camelback Road Suite 110
Phoenix, AZ 85016-4405



**TRI·PHYSICAL THERAPY**

**To:   KENNETH JERAS**

| PLEASE FILL OUT IF PAYING BY CARD | | | |
|---|---|---|---|
| VISA ☐ | mastercard ☐ | DISCOVER ☐ | ☐ |

Name on card:

Credit card number: | Expires:

Signature: | Payment amount:

| Invoice date: | Invoice number: | Balance due: |
|---|---|---|
| **11/25/2020** | **S000489** | **$6,050.00** |

Please Remit To:   2910 E Camelback Road Suite 110
Phoenix, AZ 85016-4405

---

*PLEASE RETURN TOP PORTION WITH YOUR PAYMENT*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Account Balance Statement -** This invoice covers the period: 08/21/2019 to 11/25/2020. All fees payable to Tri-Physical Therapy PLLC , Tax ID#: 822220652

*All invoices can conveniently be paid for in our office or mailed in to: Tri-Physical Therapy, PLLC 3333 E. Camelback Rd Suite 230 Phoenix, AZ 85018. We accept: All Major Credit Cards, Care Credit, HSA/FSA, Personal Check and Cash. For questions on your statement please contact our billing company, PT Billing Services, at: 989.424.6300 Monday - Friday 8 a.m. – 5 p.m. (EST) Please Make Checks Payable to: Tri-Physical Therapy PLLC. NOTE: For any credit card payments please include the CVV code on the back of your card.*

| Client Name: KENNETH JERAS | Medical Record Number: 000TB0044 | | Birthdate: 10/24/61 |
|---|---|---|---|

| LOC | Service Facility | Name | Case | ICD |
|---|---|---|---|---|
| 1088 | 3333 E. Camelback Rd. Suite 230 Phoenix, AZ 850182345 | KENNETH JERAS | W/C KNEE | ICD-10: S82.002A,  M25.562,  R26.9,  M62.81 |

Balance Forward: $475.00

| DOS | LOC | POS | Service | Units | Provider | Charge | Adj | Ins | Patient | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/19 | 1088 | 11 | 97161 | 1 | B BAKER | 250.00 | 0.00 | 250.00 | 0.00 | 0.00 |
| 10/23/19 | 1088 | 11 | 97535 | 1 | B BAKER | 118.75 | 94.71 | 24.04 | 0.00 | 0.00 |
| 10/23/19 | 1088 | 11 | 97110 | 1 | B BAKER | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 10/25/19 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 10/25/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 10/28/19 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 10/28/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 10/31/19 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 136.50 | 219.75 | 0.00 | 0.00 |
| 10/31/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 11/05/19 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 136.50 | 219.75 | 0.00 | 0.00 |
| 11/05/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 11/07/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 9.99 | 227.51 | 0.00 | 0.00 |
| 11/07/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 11/07/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 11/12/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/12/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 11/12/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 11/14/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/14/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 11/14/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 11/19/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/19/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 11/19/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 11/21/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/21/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 11/21/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 11/26/19 | 1088 | 11 | 97164.59 | 1 | B BAKER | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 11/26/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/26/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |

| DOS | LOC | POS | Service | Units | Provider | Charge | Adj | Ins | Patient | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 11/29/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 11/29/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 11/29/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/02/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/02/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/02/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/05/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/05/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/05/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/13/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/13/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/13/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/17/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/17/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/17/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/19/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/19/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/19/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/23/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/23/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/23/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 12/26/19 | 1088 | 11 | 97164.59 | 1 | B BAKER | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 12/26/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/26/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/31/19 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 12/31/19 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 12/31/19 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/06/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/06/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/06/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/09/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/09/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/09/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/13/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/13/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/13/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/21/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/21/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/21/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/23/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/23/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/23/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/28/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/28/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/28/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 01/29/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 01/29/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 01/29/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/03/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/03/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/03/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/11/20 | 1088 | 11 | 97164.59 | 1 | B BAKER | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 02/11/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/11/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/11/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/13/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/13/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/13/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/17/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/17/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/17/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/24/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/24/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/24/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 02/27/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 02/27/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 02/27/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/09/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 03/09/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/09/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/12/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |

| DOS | LOC | POS | Service | Units | Provider | Charge | Adj | Ins | Patient | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 03/12/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/12/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/19/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 181.27 | 56.23 | 0.00 | 0.00 |
| 03/19/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/19/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/24/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 03/24/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/24/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/26/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 03/26/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/26/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 03/30/20 | 1088 | 11 | 97164.59 | 1 | K REIN | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 03/30/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 03/30/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 03/30/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/02/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/02/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/02/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/06/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/06/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/06/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/09/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/09/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/09/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/13/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/13/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/13/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/16/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/16/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/16/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/20/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/20/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/20/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 04/27/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 04/27/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 04/27/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 05/04/20 | 1088 | 11 | 97164 | 1 | K REIN | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| 05/04/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 05/04/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 05/04/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 05/06/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 05/06/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 05/06/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 05/12/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 05/12/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 05/12/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 05/15/20 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 05/15/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 05/20/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 05/20/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 05/20/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 05/22/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 05/22/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 05/26/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 05/26/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 05/28/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 05/28/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/02/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/02/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/02/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/04/20 | 1088 | 11 | 97164.59 | 1 | K REIN | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 06/04/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/04/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/04/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/09/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/09/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/09/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/10/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/10/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/10/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/22/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/22/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |

| DOS | LOC | POS | Service | Units | Provider | Charge | Adj | Ins | Patient | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/22/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/25/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/25/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/25/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 06/29/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 06/29/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 06/29/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/01/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 07/01/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/01/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/09/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 07/09/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/09/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/11/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 07/11/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/11/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/13/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 07/13/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/13/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/16/20 | 1088 | 11 | 97164.59 | 1 | K REIN | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 07/16/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 07/16/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/16/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 07/20/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 07/20/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 07/22/20 | 1088 | 11 | 97140 | 3 | K REIN | 356.25 | 203.07 | 153.18 | 0.00 | 0.00 |
| 07/22/20 | 1088 | 11 | 97110 | 1 | K REIN | 118.75 | 62.52 | 56.23 | 0.00 | 0.00 |
| 07/23/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 07/23/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/05/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/05/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/07/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/07/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/11/20 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/11/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/13/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/13/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/25/20 | 1088 | 11 | 97164.59 | 1 | K REIN | 175.00 | 69.65 | 105.35 | 0.00 | 0.00 |
| 08/25/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/25/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 08/27/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 08/27/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 09/01/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 187.56 | 168.69 | 0.00 | 0.00 |
| 09/01/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 09/03/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 09/03/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 09/03/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 09/08/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 09/08/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 09/08/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 09/24/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 125.04 | 112.46 | 0.00 | 0.00 |
| 09/24/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 54.76 | 63.99 | 0.00 | 0.00 |
| 09/24/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 67.69 | 51.06 | 0.00 | 0.00 |
| 09/29/20 | 1088 | 11 | 97164.59 | 1 | K REIN | 175.00 | 0.00 | 0.00 | 0.00 | 175.00 |
| 09/29/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 09/29/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 09/29/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 09/30/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 09/30/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 09/30/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/06/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 8.70 | 228.80 | 0.00 | 0.00 |
| 10/06/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 10/06/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 118.75 | 0.00 | 0.00 | 0.00 |
| 10/08/20 | 1088 | 11 | 97110 | 2 | B BAKER | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 10/08/20 | 1088 | 11 | 97112 | 1 | B BAKER | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/08/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/14/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 10/14/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/14/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/19/20 | 1088 | 11 | 97140 | 3 | K REIN | 356.25 | 0.00 | 0.00 | 0.00 | 356.25 |
| 10/19/20 | 1088 | 11 | 97110 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/20/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 0.00 | 0.00 | 0.00 | 356.25 |

| DOS | LOC | POS | Service | Units | Provider | Charge | Adj | Ins | Patient | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/20/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/22/20 | 1088 | 11 | 97110 | 3 | B BAKER | 356.25 | 0.00 | 0.00 | 0.00 | 356.25 |
| 10/22/20 | 1088 | 11 | 97140 | 1 | B BAKER | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/27/20 | 1088 | 11 | 97110 | 2 | K REIN | 237.50 | 0.00 | 0.00 | 0.00 | 237.50 |
| 10/27/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/27/20 | 1088 | 11 | 97140 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| 10/29/20 | 1088 | 11 | 97110 | 3 | K REIN | 356.25 | 0.00 | 0.00 | 0.00 | 356.25 |
| 10/29/20 | 1088 | 11 | 97112 | 1 | K REIN | 118.75 | 0.00 | 0.00 | 0.00 | 118.75 |
| | | | | | Total: | 43743.75 | 19726.92 | 18441.83 | 0.00 | 5575.00 |

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| Name | JERAS, KENNETH (57yo, M) ID# 1522615 | Appt. Date/Time | 08/23/2019 09:00AM |
| DOB | 10/24/1961 | Service Dept. | AMG_Orthopedic Institute of the West |
| Provider | LIGE MICHAEL KAPLAN, MD | | |
| Insurance | Med Primary: BCBS-AZ (PPO) Insurance # : NTN153M87497 Policy/Group # : 174210M2AA Prescription: CVS\|CAREMARK - Member is eligible. | | |

### Chief Complaint

Left Knee Pain

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX):** 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

None recorded.

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 08/23/19 | entered |
| **losartan 25 mg tablet** 1 tablet(s) every day., start 12/21/2017 | 12/21/17 | filled |
| **omeprazole** | 08/23/19 | entered |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 08/23/19 | prescribed |

### Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

### Family History

Reviewed Family History
Father        - Hypertensive disorder

### Social History

Reviewed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol Intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

## Surgical History

Reviewed Surgical History
• Thyroidectomy - 01/01/2014
• Sinus Surgery - 01/01/2001

## Past Medical History

Reviewed Past Medical History

## HPI

This is a pleasant 57-year-old male who presents today for evaluation of his right knee. Patient states that he was in Disneyland 2 days ago and was slipped over an obstacle. He fall directly onto the anterior aspect of his right knee. He experienced immediate pain and difficulty ambulating. X-rays were obtained demonstrating a patella fracture. He comes in today with crutches and a knee immobilizer. He was referred to the office by a friend or family member who had surgery by 1 of my partners. Patient is otherwise healthy and reports no major medical problems. She denies any previous issues with his knee prior to this fall.

## ROS

**Constitutional:** Constitutional: no fever or significant weight loss.

**Eyes:** Eyes: no vision change.

**Cardiovascular:** Cardiovascular: no chest pain or shortness of breath when walking and ankle swelling.

**Respiratory:** Respiratory: no wheezing and cough.

**Gastrointestinal:** Gastrointestinal: no vomiting and normal appetite.

**Genitourinary:** Genitourinary: no incontinence or hematuria.

**Musculoskeletal:** Musculoskeletal: muscle aches, arthralgias/joint pain, and swelling in the extremities.

**Integumentary:** Skin: no rashes.

**Neurologic:** Neurologic: no weakness or dizziness.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising or blood clots.

**Psychiatric:** Psych: no depression, anxiety, or alcohol abuse.

## Physical Exam

Patient is a 57-year-old male.

On physical examination this is a well-appearing male in no acute distress. He ambulates with a slightly antalgic stiff leg gait with the use of crutches. The left toe patient is over knee is in a knee immobilizer. Careful examination of the left knee demonstrates anatomic alignment. There is a large knee effusion. The prepatellar tissues are very boggy in nature. There is a abrasion over the anterior aspect of the knee with a dressing over it. Skin is otherwise intact. There is mild ecchymosis around the knee. Gentle ligamentous examination demonstrates no varus or valgus instability. Distal neurovascular examination is intact. There is some moderate foot and ankle edema.

## Assessment / Plan

**1. Closed fracture of left patella** - Left transverse patella fracture status post fall
-Radiographs were reviewed with the patient. We discussed treatment options. Based on the fact that this is an acute injury

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

### JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

with significant displacement of the patella surgical fixation is required.
- I have discussed with the patient that fracture surgery is somewhat out of my area of expertise and I have referred him to Dr. Joshua Silver for treatment.
-I contacted Dr. Silver's office and discussed the case with Dr. Silver. Patient will be going over to that office right now for surgical consultation.
-He was instructed to continue to use crutches and his knee immobilizer for the time being but may be weightbearing as tolerated.

X-rays of the left knee were reviewed on the hospital system. Multiple views of the left knee demonstrate minimal degenerative changes. There is a transverse fracture of the left patella with greater than 2 cm of displacement. There is no evidence for comminution. No other acute bony or soft tissue findings are identified.
    S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

### Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Lige Michael Kaplan, MD, 08/23/2019.

Encounter performed and documented by Lige Michael Kaplan, MD
Encounter reviewed & signed by Lige Michael Kaplan, MD on 08/23/2019 at 1:43pm



VHS CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID# 1522615 | **Appt. Date/Time** | 08/23/2019 09:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) Insurance # : NTN153M87497 Policy/Group # : 174210M2AA Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Knee Pain Left

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX); 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

08/23/2019 09:47 am

| | | | |
|---|---|---|---|
| **Ht:** 6 ft 2 in Standing (187.96 cm) | **Wt:** 244 lbs With clothes (110.68 kg) | | **BMI:** 31.3 |
| **BP:** 100/68 sitting L arm | **Pain Scale:** 3 | | **Pain Scale Type:** Numeric |
| **HR:** 81 | **O2Sat:** 100% Room Air at Rest | | |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

**Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit**
1 dose pk(s) every 2 weeks.                                                08/23/19   entered

**losartan 25 mg tablet**
1 tablet(s) every day., start 12/21/2017                                  12/21/17   filled

**omeprazole**                                                            08/23/19   entered

**omeprazole 20 mg tablet,delayed release**
1 tablet(s) every day.                                                    08/23/19   entered

**traMADol 50 mg tablet**
Take 1 tablet(s) every 6 hours by oral route.                             08/23/19   prescribed

### Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

### Family History

VHS CLINICS • 3841 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

Discussed Family History
Father                         - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
* Thyroidectomy - 01/01/2014
* Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient is a 57 yo male who presents for evaluation of left knee pain. Patient reports pain for 2 days. The pain is described as sharp and is as high as a 10 out of 10. The pain does not radiate up or down the leg. Patient reports an injury 2 days ago fell onto the knee while at Disneyland. Pain is mostly in the anterior part of the knee. Patient reports significant swelling. The patient denies mechanical symptoms. Patient denies feelings of instability. The patient reports no focal numbness or paresthesias distally. Patient admits sleep is interrupted. The patient feels like their quality of life is affected. No prior knee pain.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

VHS CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

On physical examination this is a well-appearing male in no acute distress. He ambulates with a slightly antalgic stiff leg gait in a knee immobilizer with the use of crutches. Examination of the left knee demonstrates anatomic alignment. There is a large knee effusion. The prepatellar tissues are very boggy in nature. There is a abrasion over the anterior aspect of the knee with a dressing over it. Skin is otherwise intact. There is mild ecchymosis around the knee. Gentle ligamentous examination demonstrates no varus or valgus instability. Distal neurovascular examination is intact. There is some moderate foot and ankle edema.

## Assessment / Plan

1. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
   Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS

2. **Fracture of patella** - Left - Xrays reveal a displaced transverse fracture of the middle third of the patella, with separation of the fragments, also a fracture line in the sagittal plane on sunrise view. Treatment options discussed with patient at length including nonsurgical and surgical. He is indicated for ORIF of the patella in order to restore alignment and function of extensor mechanism. Risks discussed include but not limited to bleeding, wound problems, hardware irritation, need for further surgery including removal of hardware, nonunion, malunion, post traumatic arthritis, stiffness, blood clot.

He is on Humira for RA and will skip next biweekly dose. He needs to travel for family engagement next week so we will plan on 9/4 tentatively.
   S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
   - tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.   Qty: 60 tablet(s)   Refills: 0   Pharmacy: WALGREENS DRUG STORE #03132
   - OPEN REDUCTION INTERNAL FIXATION, PATELLA (SURG)
     Implants/Equipment Needed: synthes, bone reduction forceps

Return to Office
None recorded.

## Encounter Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 08/23/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 08/23/2019 at 12:02pm

VH5 CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| Name | JERAS, KENNETH (57yo, M) ID# 1522615 | Appt. Date/Time | 09/19/2019 09:30AM |
| DOB | 10/24/1961 | Service Dept. | AMG_Central Orthopedic |
| Provider | JOSHUA SCOTT SILVER, MD | | |
| Insurance | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Policy/Group # : 10602932
Employer Name : MATRIX ABSCENCE MANAGMENT INC.
Case # : 6980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Pain in left knee

p/o 9-4-19 orif left patella

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

09/19/2019 09:37 am

| Ht: 6 ft 2 in (187.96 cm) | Wt: 240 lbs (108.86 kg) | BMI: 30.8 |
|---|---|---|
| BP: 130/88 sitting R arm | Pain Scale: 2 | O2Sat: 98% |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** <br> CSW ONE T PO BID | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** <br> 1 dose pk(s) every 2 weeks. | 09/13/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 09/16/19 | filled |
| **losartan 25 mg tablet** <br> 1 tablet(s) every day. | 09/11/19 | filled |
| **omeprazole** | 08/23/19 | entered |
| **omeprazole 20 mg tablet,delayed release** <br> 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** <br> Take 1 tablet(s) every 6 hours by oral route. | 09/19/19 | prescribed |

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father               - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol Intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 2 week follow-up s/p ORIF left patella fracture. Doing well overall, pain level 2 out of 10. Wearing the hinged knee brace locked in extension. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, resh or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

dressing removed. Wound dry and intact healing well. distally NVI. swelling moderate at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella** - Left - Doing well at 2 weeks postop. Xray from simonmed reviewed showing maintained reduction of patella and congruent articular surface, no hardware loosening or intraarticular screw penetration. Continue WBAT in brace locked in extension. f/u in 4 weeks with xray will begin ROM at that time.
   S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
   • tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.     Qty: 60 tablet(s)     Refills: 0     Pharmacy: WALGREENS DRUG STORE #03132

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   • EATING HEALTHY FOODS: CARE INSTRUCTIONS

### Return to Office
   • Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 10/18/2019 at 09:30 AM

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 09/19/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 09/19/2019 at 1:28pm

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

Last amended by Joshua Scott Silver, MD on 10/18/2019 at 10:39am

| Patient | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID# 1522615 | **Appt. Date/Time** | 10/18/2019 09:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Central Orthopedic |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT Policy/Group # : 10602932 Employer Name : MATRIX ABSCENCE MANAGMENT INC. Case # : 6980341 Case Injury Date : 08/21/2019 Prescription: CVS\|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Fracture of patella

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2416 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in Stated (187.96 cm) 10/18/2019 09:09 am | **Wt:** 242 lbs With clothes (109.77 kg) 10/18/2019 09:13 am | **BMI:** 31.1 10/18/2019 09:13 am |
| **BP:** 111/75 sitting L arm 10/18/2019 09:13 am | **HR:** 59 10/18/2019 09:13 am | **O2Sat:** 98% Room Air at Rest 10/18/2019 09:14 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 10/09/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 09/18/19 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 10/09/19 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 10/18/19 | prescribed |

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father                          - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 6 week follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. . Wearing the hinged knee brace locked in extension. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

Wound dry and intact healing well, distally NVI, swelling moderate at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella - Left** - Doing well at 6 weeks postop. Xray from simonmed reviewed showing maintained reduction of patella and congruent articular surface, no hardware loosening or intraarticular screw penetration. Continue WBAT in brace. Will begin graduated ROM program, brace set to 20deg flexion today. Increase by 20 deg per week over the next 6 weeks. f/u in 6 weeks with xray.
   S82.002A; Unspecified fracture of left patella, initial encounter for closed fracture
   - PHYSICAL THERAPY REFERRAL -     Schedule Within: provider's discretion

| | |
|---|---|
| Evaluate & Treat: Left knee patella fracture | Visits per Week: 2 |
| Total # of Visits: 60 | Exercises: AROM, AARoM, PRoM in a gradual progression over the next 6 weeks |
| Knee Rehabilitation?: Y | Precautions/Limitations: start at maximum of 20deg flexion, increase flexion weekly by 20 deg until full ROM |
| Protocols: patella fracture | Side: LEFT |
| Weight Bearing Status: As tolerated | Reason for Referral: 6 weeks s/p patella fracture ORIF. |

   - tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.   Qty: 60 tablet(s)   Refills: 0   Pharmacy: WALGREENS DRUG STORE #03132
   - XR, KNEE

| | |
|---|---|
| Side: LEFT | Views (X-RAY, KNEE): AP, Lateral and Sunrise |

### Return to Office
- Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 11/29/2019 at 08:30 AM

## Amendment Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 10/18/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 10/18/2019 at 10:34am
Amendment closed by Joshua Scott Silver, MD on 10/18/2019 at 10:37am
Amendment closed by Joshua Scott Silver, MD on 10/18/2019 at 10:39am



VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| Name | JERAS, KENNETH (58yo, M) ID# 1522615 | Appt. Date/Time | 12/02/2019 08:30AM |
| DOB | 10/24/1961 | Service Dept. | AMG_Central Orthopedic |
| Provider | JOSHUA SCOTT SILVER, MD | | |
| Insurance | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT Policy/Group # : 10602932 Employer Name : MATRIX ABSCENCE MANAGEMENT INC. Case # : 6980341 Case Injury Date : 08/21/2019 Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Fracture of patella

p/o 9-4-19 orif left patella

### Patient's Care Team

Primary Care Provider: JASON MELETH MD: 18841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
Insurance Adjuster (Worker's Comp): CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

| | | |
|---|---|---|
| Ht: 6 ft 2 in (187.96 cm) 12/02/2019 08:38 am | Wt: 249 lbs 8 oz (113.17 kg) 12/02/2019 08:40 am | BMI: 32 12/02/2019 08:40 am |
| BP: 143/95 sitting R arm 12/02/2019 08:41 am | Pain Scale: 0 12/02/2019 08:41 am | O2Sat: 99% 12/02/2019 08:41 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| aspirin 81 mg chewable tablet Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit 1 dose pk(s) every 2 weeks. | 11/20/19 | filled |
| hydroCHLOROthiazide 25 mg tablet Take 1 tablet(s) every day by oral route for 30 days. | 11/26/19 | filled |
| losartan 25 mg tablet 1 tablet(s) every day. | 11/14/19 | filled |
| omeprazole 20 mg tablet,delayed release 1 tablet(s) every day. | 08/23/19 | entered |
| Testopel 75 mg implant pellet | 11/01/19 | filled |

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| **traMADoL 50 mg tablet** | 10/18/19   filled |
|---|---|
| TK 1 T PO Q 6 H | |

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father                      - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol Intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 12 week follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Slight hardware irritation at superior aspect of plate. Doing PT, getting past 90 deg flexion. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears, Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015)2443

**JERAS, KENNETH F (id #1522615, dob: 10/24/1961)**

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 58-year-old male.

Wound healed well. there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender. ROM 0-95. distally NVI. swelling improved at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella** - Left - Doing well at 12 weeks postop. Xray from simonmed reviewed showing maintained reduction of patella and congruent articular surface, with adequate bony bridging at fracture site. Continue WBAT and ROM exercises with PT. Can d/c brace when feels strong, f/u in 3 months with xray. Discussed likely need for plate removal at 9-12 months if it continues to irritate.
   S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
   Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS

   

   Return to Office
   - Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 03/02/2020 at 08:30 AM

## Encounter Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 12/02/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 12/02/2019 at 9:02am

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (58yo, M) ID# 1522615 | **Appt. Date/Time** | 03/06/2020 03:30PM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT Policy/Group # : 10602932 Employer Name : MATRIX ABSCENCE MANAGMENT INC. Case # : 6980341 Case Injury Date : 08/21/2019 Prescription: CVS\|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Fracture of patella

ICA s/p 9-4-19 orif left patella

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) 03/06/2020 03:11 pm | **Wt:** 248 lbs 6 oz (112.66 kg) 03/06/2020 03:17 pm | **BMI:** 31.9 03/06/2020 03:17 pm |
| **BP:** 117/74 sitting L arm 03/06/2020 03:17 pm | **Pain Scale:** 0 03/06/2020 03:17 pm | **O2Sat:** 99% 03/06/2020 03:17 pm |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 12/23/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 02/14/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 02/17/20 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **Testopel 75 mg implant pellet** | 11/01/19 | filled |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**traMADoL 50 mg tablet**                                           03/06/20   prescribed
Take 1 tablet(s) every 6 hours by oral route.

## Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father                    • Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

## Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for 6 month follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Still with hardware irritation at superior aspect of plate. Completed PT, getting to 125 deg flexion with pulling and irritation anteriorly at extreme flexion. Also with persistent paresthesia over the anterior lower leg. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 58-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healed well, there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender, ROM 0-130. distally NVI. Tingling sensation when anterior leg palpated, swelling improved at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella** - Left - Doing well at approx 6 months postop. Xray AP, lateral, and sunrise views taken today in office show maintained reduction of patella and congruent articular surface, with apparent union at fracture site. Continue WBAT f/u in 6 months with xray. Discussed likely need for plate removal at minimum 12 months if it continues to irritate. S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
   - XR, KNEE
     Side:          Views (X-RAY, KNEE): Standing AP, Lateral,
     LEFT          Sunrise
   - tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.    Qty: 60 tablet(s)    Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
   Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS

XR, KNEE
- Side: LEFT,  Views (X-RAY, KNEE): Standing AP, Lateral, Sunrise
Xray AP, lateral, and sunrise views of the left knee taken today in office show maintained reduction of patella and congruent articular surface, with apparent union at fracture site. The screws are intact, with superior prominence of the plate

Return to Office
- Joshua Scott Silver, MD for Established Patient 15 at AMG_Orthopedic Specialist Biltmore on 09/10/2020 at 10:30 AM

## Encounter Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 03/06/2020.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 03/06/2020 at 5:05pm



VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (58yo, M) ID# 1522615 | **Appt. Date/Time** | 09/08/2020 01:30PM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Mad Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Mad Worker's Comp: MATRIX ABSENCE MANAGEMENT
Policy/Group # : 10802932
Employer Name : MATRIX ABSCENCE MANAGMENT INC.
Case # : 6980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Pain in left knee

ICA s/p 9-4-19 orif left patella

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX, AZ 85050, Ph (602) 867-0581, Fax (602) 493-4753**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) 09/08/2020 01:32 pm | **Wt:** 261 lbs 8 oz (118.61 kg) 09/08/2020 01:37 pm | **BMI:** 33.6 09/08/2020 01:37 pm |
| **BP:** 145/81 sitting L arm 09/08/2020 01:37 pm | **Pain Scale:** 2 09/08/2020 01:37 pm | **O2Sat:** 99% 09/08/2020 01:37 pm |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 08/28/20 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 08/23/20 | filled |
| **levothyroxine 25 mcg tablet** | 09/04/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 08/31/20 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| | | |
|---|---|---|
| **TestopeL 75 mg Implant pellet** | 06/01/20 | filled |
| **testosterone cypionate 200 mg/mL intramuscular oil** | 04/21/20 | filled |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every 6 hours by oral route. | 09/08/20 | prescribed |

## Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father          – Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery *(deleted)***
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Able to Care for Self: Y
Advance directive: Y
Alcohol Intake: Occasional
Caffeine Intake: Moderate
Diet: Carbohydrate
Exercise level: Moderate
General stress level: Low
Hand Dominance: Right
Is blood transfusion acceptable in an emergency?: Y
Live alone or with others?: with others
Most Recent Tobacco Use Screening: 08/23/2019
Non-smoker
Single or multi-level home/work?: multi level home

## Surgical History

Reviewed Surgical History
• Thyroidectomy - 01/01/2014
• Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for 1 year follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Still with hardware irritation at superior aspect of plate. Completed PT, getting to 125 deg flexion with pulling and irritation anteriorly at extreme flexion. Also with persistent paresthesia over the anterior lower leg. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination,

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

### Physical Exam

Patient is a 58-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healed well. there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender. ROM 0-130. distally NVI. Tingling sensation when anterior leg palpated. swelling improved at knee, no calf tenderness

### Assessment / Plan

1. **Closed fracture of left patella** - Patient approximately 1 year status post ORIF left patella with locking mesh plate. Clinically and radiographically the fracture has united and patient is doing relatively well. He thinks he has some limitation due to the anterior hardware, and would like it removed due to soft tissue prominence, and would like to see if he gets any more range of motion after removal. I discussed that the prominence will improve, but I cannot guarantee that he will experience any improvement in range of motion, strength, or performance of the knee after hardware removal. I also discussed that the risk of surgery include but are not limited to bleeding, pain, infection, damage to surrounding structures, need for future surgery, refracture, blood clot or pulmonary embolism, and anesthesia complications. He understands and agrees and would like to proceed with hardware removal.
   S82.002S; Unspecified fracture of left patella, sequela
   - XR, KNEE
     Side:        Views (X-RAY, KNEE): AP, Lateral, PA Flexion,
     LEFT         Sunrise
   - tramadol 50 mg tablet - Take 1 tablet(s) every 8 hours by oral route.     Qty: 60 tablet(s)     Refills: 0     Pharmacy:
     WALGREENS DRUG STORE #03132
   - SURGICAL HARDWARE REMOVAL (SURG)
     Side: LEFT                      Admission Status: Outpatient
     Duration of Procedure (hours):  Implants/Equipment Needed: synthes T6 screwdriver for mesh
     1                               plate
     Special Instructions: October

2. **Obesity** - Diet: 1600 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS

XR, KNEE
- Side: LEFT,  Views (X-RAY, KNEE). AP, Lateral, PA Flexion, Sunrise
4 views of the left knee including standing AP, PA, lateral, and sunrise were taken in office today and reviewed with patient. These demonstrate a healed fracture of the left patella, with no significant evidence of posttraumatic arthrosis. The hardware is all intact, with no signs of loosening or failure.

### Return to Office
None recorded.

### Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 09/08/2020.

Encounter performed and documented by Joshua Scott Silver, MD

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

Encounter reviewed & signed by Joshua Scott Silver, MD on 09/08/2020 at 4:09pm

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (59yo, M) ID# 1522615 | **Appt. Date/Time** | 11/12/2020 08:45AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Policy/Group # : 10602932
Employer Name ; MATRIX ABSCENCE MANAGMENT INC.
Case # : 6980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Pain in left knee

p/o 10-30-20 left knee HWR

### Patient's Care Team

**Primary Care Provider:** DR JASON MELETH: 19875 N 51ST AVE, GLENDALE, AZ 85308, Ph (623) 581-8998, Fax (623) 581-6461 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX); 2415 E UNION HILLS DR, PHOENIX, AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

| | | | |
|---|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) 11/12/2020 08:34 am | **Wt:** 263 lbs 4 oz With clothes (119.41 kg) 11/12/2020 08:37 am | **BMI:** 33.8 11/12/2020 08:37 am |
| **BP:** 121/84 sitting R arm 11/12/2020 08:37 am | **Pain Scale:** 0 11/12/2020 08:38 am | **O2Sat:** 98% 11/12/2020 08:38 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Afluria Qd 2020-21 (36 mos up)(PF)60 mcg (15 mcg x4)/0.5 mL IM syringe** ADM 0.5ML IM UTD | 10/19/20 | filled |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 10/29/20 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/05/20 | filled |
| **levothyroxine 25 mcg tablet** | 11/04/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 11/04/20 | filled |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

**JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)**

| | | |
|---|---|---|
| **omeprazole 20 mg tablet,delayed release**<br>1 tablet(s) every day. | 08/23/19 | entered |
| **TestopeL 75 mg Implant pellet** | 06/01/20 | filled |
| **testosterone cypionate 200 mg/mL Intramuscular oil** | 04/21/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | 11/12/20 | prescribed |

## Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father          - Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery *(deleted)***
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Able to Care for Self: Y
Advance directive: Y
Alcohol Intake: Occasional
Caffeine Intake: Moderate
Diet: Carbohydrate
Exercise level: Moderate
General stress level: Low
Hand Dominance: Right
Is blood transfusion acceptable in an emergency?: Y
Live alone or with others?: with others
Most Recent Tobacco Use Screening: 08/23/2019
Non-smoker
Single or multi-level home/work?: multi level home

## Surgical History

Reviewed Surgical History
◦ Thyroidectomy - 01/01/2014
■ Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for postop follow-up s/p hardware removal from left patella. Doing well overall, pain minimal. Has been using the hinged knee brace in extension. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

**JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)**

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 59-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healing well.
Staples removed and Steri-Strips applied. Tolerates range of motion 0 to 60 degrees with no pain. Distally NVI. . swelling mild at knee, no calf tenderness

## Assessment / Plan

1. **Closed fracture of left patella** - Patient approximately 2-week status post removal of hardware from left patella, doing well. Wound is benign. He may start to range the knee and will begin from 0-60 for 2 weeks and then progress to 60 for 2 weeks, and then as tolerated. Continue ice and elevation after activity. Patient will follow up in 4 to 6 weeks for reevaluation.
   S82.002S; Unspecified fracture of left patella, sequela
   - tramadol 50 mg tablet - TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN    Qty: 60 tablet(s)
     Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 3x/week as tolerated
   E66.9: Obesity, unspecified
   Z68.33: Body mass index [BMI] 33.0-33.9, adult
   - EATING HEALTHY FOODS: CARE INSTRUCTIONS

### Return to Office
- Joshua Scott Silver, MD for Post Op 15 at AMG_Orthopedic Specialist Biltmore on 12/08/2020 at 11:30 AM

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 11/12/2020.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 11/12/2020 at 1:13pm

# VHS OUTPATIENT CLINICS INC.

printed 12/01/2020 10:40 AM

VHS OUTPATIENT CLINICS INC.
PO BOX 18892
BELFAST, ME 04915-4083
*billing phone: (800) 330-9361*





KENNETH F JERAS
1941 E ROCKWOOD DR
PHOENIX, AZ 85024

1522615          KENNETH F JERAS

10/24/1961 (602) 570-7367

## Billing Summary

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3950181 | 99204 | 08/23/2019 | | **CHARGE** | 99204 | | JOSHUA SILVER | $419.00 | | |
| 3950181 | 99204 | 08/23/2019 | | PAYMENT | ACH ***********2041 | BCBS-AZ (PPO) | JOSHUA SILVER | $-182.92 | | |
| 3950181 | 99204 | 08/23/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $182.92 | | |
| 3950181 | 99204 | 08/23/2019 | 03/15/2020 | PAYMENT | CHECK 195625721 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-54.39 | | |
| 3950181 | 99204 | 08/23/2019 | 03/15/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-364.61 | | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 3952087 | | 08/23/2019 | | **CHARGE** | | | LIGE KAPLAN | | | |
| 3952087 | | 08/23/2019 | | PAYMENT | ACH ***********4488 | BCBS-AZ (PPO) | LIGE KAPLAN | $-122.29 | | |
| 3952087 | | 08/23/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | LIGE KAPLAN | $122.29 | | |
| 3952087 | 99213 | 08/23/2019 | 11/18/2020 | ADJUSTMENT | BADDEBT (NCS) | MATRIX ABSENCE MANAGEMENT | LIGE KAPLAN | $-186.00 | | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 3977749 | 27524,LT | 09/04/2019 | | **CHARGE** | 27524,LT | | JOSHUA SILVER | $1,948.00 | | |
| 3977749 | 27524,LT | 09/04/2019 | | PAYMENT | ACH ***********2202 | BCBS-AZ (PPO) | JOSHUA SILVER | $-1,246.65 | | |
| 3977749 | 27524,LT | 09/04/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $1,246.65 | | |
| 3977749 | 27524,LT | 09/04/2019 | 04/05/2020 | PAYMENT | CHECK 198025169 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-835.16 | | |
| 3977749 | 27524,LT | 09/04/2019 | 04/05/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-1,112.84 | | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 3977749 | 76000,26 | 09/04/2019 | | **CHARGE** | 76000,26 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $23.00 | | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 3977749 | 78000,28 | 09/04/2019 | 04/05/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-23.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 3977749 | 99223,57 | 09/03/2019 | 12/03/2020 | **CHARGE** | 99223,57 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $517.00 | | |
| 3977749 | 99223,57 | 09/03/2019 | 12/03/2020 | PAYMENT | ACH ***********2202 | BCBS-AZ (PPO) | JOSHUA SILVER | $-237.98 | | |
| 3977749 | 99223,57 | 09/03/2019 | 12/03/2020 | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $237.98 | | |
| 3977749 | 99223,57 | 09/03/2019 | 04/05/2020 | ADJUSTMENT | CONTRACTUAL (10) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-517.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4008487 | 99024 | 09/19/2019 | | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | | |
| | | | | | | | OUTSTANDING | | | |
| 4075622 | 99024 | 10/18/2019 | | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | | | |
| | | | | | | | OUTSTANDING | | | |
| 4170632 | 99024 | 12/02/2019 | 12/03/2019 | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4381193 | 73562 | 03/06/2020 | 03/07/2020 | **CHARGE** | 73562 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $92.00 | | |
| 4381193 | 73562 | 03/06/2020 | 08/18/2020 | PAYMENT | CHECK 00030841 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-35.78 | | |
| 4381193 | 73562 | 03/06/2020 | 08/18/2020 | ADJUSTMENT | CONTRACTUAL (129516) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-56.22 | | |
| | | | | | | | OUTSTANDING | $0.00 | | |
| 4381193 | 99213 | 03/06/2020 | 03/07/2020 | **CHARGE** | 99213 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $186.00 | | |
| 4381193 | 99213 | 03/06/2020 | 08/18/2020 | PAYMENT | CHECK 00030841 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-57.80 | | |
| 4381193 | 99213 | 03/06/2020 | 08/18/2020 | ADJUSTMENT | CONTRACTUAL (129518) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-128.20 | | |
| | | | | | | | OUTSTANDING | | | |
| 4731462 | 73564 | 09/08/2020 | 09/09/2020 | **CHARGE** | 73564 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $106.00 | | |
| | | | | | | | OUTSTANDING | $106.00 | $0.00 | $0.00 |
| 4731462 | 99214 | 09/08/2020 | 09/09/2020 | **CHARGE** | 99214 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $274.00 | | |
| | | | | | | | OUTSTANDING | | | |
| 4849564 | 20680,LT | 10/30/2020 | 11/04/2020 | **CHARGE** | 20680,LT | BCBS-AZ (PPO) | JOSHUA SILVER | $1,096.00 | | |
| | | | | | | | OUTSTANDING | | | |

| 4871052 | 99024 | 11/12/2020 | 11/13/2020 | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | | |

OUTSTANDING $0.00 $0.00 $0.00

TOTAL CHARGE OUTSTANDING AS OF 12/01/2020 $1470.00 $0.00 $0.00







Admission H&P EMR No Cosign
* Final Report *

JERAS, KENNETH F - 14662285

# * Final Report *

# History and Physical

**Date/Time Note Created:** 09/03/2019 16:53

**Date/Time Patient Seen:** 9/3/19 1600

**Attending Physician:** Dr. Silver

**Chief Complaint**
Knee Pain Left
**Patient's Care Team**
**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax
(602) 942-1075 NPI: 1417983610
**Patient's Pharmacies**
WALGREENS DRUG STORE #03132 (ERX): 2416 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602)
493-4753
Vitals
08/23/2019 09:47 am
Ht: 6 ft 2 in Standing
(187.96 cm)
Wt: 244 lbs With clothes
(110.68 kg)
BMI: 31.3
BP: 100/68 sitting L arm Pain Scale: 3 Pain Scale
Type:
Numeric
HR: 61 O2Sat: 100% Room Air at
Rest
Measurements
None recorded.
Allergies
Reviewed Allergies
NKDA
Medications
Reviewed Medications
Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit
1 dose pk(s) every 2 weeks.
08/23/19 entered
losartan 25 mg tablet
1 tablet(s) every day., start 12/21/2017
12/21/17 filled
omeprazole 08/23/19 entered
omeprazole 20 mg tablet,delayed release
1 tablet(s) every day.

Printed by:    Moore, Andrea                                          Page 1  of 4
Printed on:    12/01/2020 10:41 MST

Admission H&P EMR No Cosign                                      JERAS, KENNETH F - 14662285
* Final Report *

08/23/19 entered
traMADol 50 mg tablet
Take 1 tablet(s) every 6 hours by oral route.
08/23/19 prescribed
Problems
Reviewed Problems
Fracture of patella - Onset: 08/23/2019, Left
Pain in left knee - Onset: 08/23/2019
Family History
VHB CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2180
JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)
Discussed Family History
Father - Hypertensive disorder
Social History
Discussed Social History
Orthopedic Surgery
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y
Surgical History
Reviewed Surgical History
Thyroidectomy - 01/01/2014
Sinus Surgery - 01/01/2001
Past Medical History
Discussed Past Medical History

HPI
Patient is a 57 yo male who presents for evaluation of left knee pain. Patient reports pain for 2 days. The pain is described as
sharp and is as high as a 10 out of 10. The pain does not radiate up or down the leg. Patient reports an injury 2 days ago fall
onto the knee while at Disneyland. Pain is mostly in the anterior part of the knee. Patient reports significant swelling. The
patient denies mechanical symptoms. Patient denies feelings of instability. Patient reports no focal numbness or paresthesias
distally. Patient admits sleep is interrupted. The patient feels like their quality of life is affected. No prior knee pain.

ROS
Constitutional: Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night
sweats and good general health lately - yes.
Eyes: Eyes no change in vision or eye disease or injury.
ENMT: Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

Admission H&P EMR No Cosign
\* Final Report \*



JERAS, KENNETH F - 14662285

Cardiovascular: Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoria, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.
Chest/Breast: Breast/Chest: no breast mass/lump or pain and no nipple discharge.
Respiratory: Respiratory: no cough/wheeze or difficulty breathing.
Gastrointestinal: Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).
Genitourinary: GU no kidney disease.
Musculoskeletal: Musculoskeletal: no muscle pain or joint pain.
Integumentary: Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.
Neurologic: Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.
Heme/Immunology: Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.
Allergic / Immunologic: Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.
VHS CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160
JERAS, KENNETH F (id #1522615, dob: 10/24/1961)
Endocrine: Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.
Psychiatric: Psych: no memory loss or confusion or problems with sleep.
Other: Previous anesthesia problems: no.

Physical Exam
Patient is a 57-year-old male.
On physical examination this is a well-appearing male in no acute distress. He ambulates with a slightly antalgic stiff leg gait in a knee immobilizer with the use of crutches. Examination of the left knee demonstrates anatomic alignment. There is a large knee effusion. The prepatellar tissues are very boggy in nature. There is a abrasion over the anterior aspect of the knee with a dressing over it. Skin is otherwise intact. There is mild ecchymosis around the knee. Gentle ligamentous examination demonstrates no varus or valgus instability. Distal neurovascular examination is intact. There is some moderate foot and ankle edema.

Assessment / Plan
1. Obesity - Diet: 1800 Calories Low Glycemic Index Diet
Exercise: Work up to 30 min 5x/week as tolerated
E66.9: Obesity, unspecified
EATING HEALTHY FOODS: CARE INSTRUCTIONS
2. Fracture of patella - Left - Xrays reveal a displaced transverse fracture of the middle third of the patella, with separation of the fragments, also a fracture line in the sagittal plane on sunrise view. Treatment options discussed with patient at length including nonsurgical and surgical. He is indicated for ORIF of the patella in order to restore alignment and function of extensor mechanism. Risks discussed include but not limited to bleeding, wound problems, hardware irritation, need for further surgery including removal of hardware, nonunion, malunion, post traumatic arthritis, stiffness, blood clot.
He is on Humira for RA and will skip next biweekly dose. He needs to travel for family engagement next week so we will plan on 9/4 tentatively.
S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

Signature Line
Electronically Signed On 09/03/19 16:55 MST

SILVER MD, JOSHUA S

Admission H&P EMR No Cosign
* Final Report *

JERAS, KENNETH F - 14662285

**Completed Action List:**
* Perform by SILVER MD, JOSHUA S on September 03, 2019 16:55 MST
* Sign by SILVER MD, JOSHUA S on September 03, 2019 16:55 MST
* VERIFY by SILVER MD, JOSHUA S on September 03, 2019 16:55 MST

| | |
|---|---|
| Result type: | Admission H&P EMR No Cosign |
| Result date: | September 03, 2019 16:53 MST |
| Result status: | Auth (Verified) |
| Performed by: | SILVER MD, JOSHUA S on September 03, 2019 16:55 MST |
| Verified by: | SILVER MD, JOSHUA S on September 03, 2019 16:55 MST |
| Encounter Info: | 652522010, PVA, 2 - Outpatient, 08/28/2019 - 08/28/2019 |

Operative Note EMR No Cosign
* Final Report *

JERAS, KENNETH F - 14662285

# * Final Report *

# Operative Report

**Date/Time Note Created:** 09/04/2019 14:52

**Procedure(s) Performed:**

| Procedure | Procedure Text | Modifier |
|---|---|---|
| Knee Patella Open Reduction Internal Fix | OPEN REDUCTION INTERNAL FIXATION OF LEFT PATELLA (CARM) | Left |

**Procedure/Surgery Start:**
09/04/19 11:36

**Primary Surgeon(s):**
SILVER MD, JOSHUA S

**Assisted By:**
none

**Anesthesiologist/CRNA:**

| Provider | Provider Role |
|---|---|
| KRAVCHENKO MD, IGOR | Anesthesiologist |

**Anesthesia Type:**
General

**Preoperative Antibiotic:**
Ancef

**Pre-Operative Diagnosis:**
LEFT PATELLA FRACTURE

**Post-Operative Diagnosis:**
LEFT PATELLA FRACTURE

**Indications for Procedure:**
This is a 57-year-old male who presented to the office complaining of left knee pain and swelling after a ground-level fall directly onto the knee a couple of days prior. Physical exam and x-rays were consistent with a displaced fracture of the patella with predominantly transverse orientation but also coronal splits at the distal portion. Treatment options were discussed, and given the disruption of the extensor mechanism he was indicated for open reduction internal fixation of the fracture in order to allow for anatomic healing of the articular surface and minimize the chance of developing posttraumatic osteoarthritis. Risks were discussed in detail and included but were not limited to bleeding, pain, infection, damage to surrounding structures, need for future surgery including hardware removal from irritation, failure of fixation, failure of implant, loss of reduction, development of arthritis, blood clot, and stiffness of the knee, anesthesia complications. Benefits were as described, alternatives including no surgery. All questions

| Printed by: | Moore, Andrea |
|---|---|
| Printed on: | 12/01/2020 10:41 MST |



Page 1 of 3

Operative Note EMR No Cosign                                    JERAS, KENNETH F - 14662285
\* Final Report \*

were answered and the patient agreed to surgery.

On the day procedure the patient was identified in the preoperative holding area. The left leg was marked. Patient was then transported back to the operating room after being seen and cleared by anesthesia nursing staff.

**Description of Procedure(s):**
Patient was brought to the operating room placed supine on the operating table with all bony prominences well-padded and secured with safety strap. Spinal anesthesia was administered the patient was sedated. IV antibiotics were given by anesthesia. Tourniquet was applied to the left thigh and set to 300. A small bump was placed under the ipsilateral hip. The left leg was prepped and draped in standard sterile fashion, and a timeout was performed.

An incision was made over the midline of the knee extending approximately 2 cm in either direction from the inferior and superior pole patella. Sharp dissection was taken to the retinaculum where fracture hematoma was encountered. The ends of the patellar were identified and the fractured surfaces were prepared using curettes and irrigation. 2 mm of periosteum was removed from the anterior surface of the fracture ends to allow for bony apposition. There was some comminution at the distal fracture fragment and thus a mesh plate was chosen for the fixation construct. Pointed tenacula were used to reduce the fracture, and these reduction of the articular surface was checked on fluoroscopic imaging. When we are satisfied with the quality of the reduction of the articular surface the the mesh plate was cut to the proper size and placed on the retinacular surface of the patella. Locking screws were drilled end placed unit cortically to ensure no penetration of the articular surface. Approximately 6 screws were placed on either side of the fracture. When we are satisfied with the placement of all hardware was checked under AP and lateral image intensifier and found to be acceptable. The retinaculum was then closed with #2 Ethibond, and that tissues were then closed with #1 Vicryl tollowad by 2-0 Vicryl followed by staples for the skin. Sterile bulky dressing was applied and tourniquet was deflated. Patient was placed in a hinged knee brace locked at 0 degrees of extension. The patient was then awoken from anesthesia and transferred to the recovery room in stable condition having suffered no untoward event. All sponge and needle counts were correct at the end of surgery.

**Finding(s):**
Transverse patella fracture with distal comminution.

**Complications:**
None

**Specimens Removed:**
None

**Implants/Explants:**
   Implant (09/04/19 12:43)
        Implant: IMPLANT, PLATE MESH VA LOCKING 5X12H 2.4MM/2.7MM -- PVA
        Quanity: 1
            Site: Patella Left

   Implant (09/04/19 12:43)
        Implant: IMPLANT, SCREW LOCKING STAR DRIVE VA 2.4 X 14MM L -- PVA
        Quanity: 1
            Site: Patella Left

   Implant (09/04/19 12:43)
        Implant: IMPLANT, SCREW LOCKING STAR DRIVE VA 2.4 X 16MM L -- PVA
        Quanity: 2
            Site: Patella Left

Operative Note EMR No Cosign                                    JERAS, KENNETH F - 14662285
* Final Report *

Implant (09/04/19 12:48)
    Implant: IMPLANT, SCREW LOCKING STAR DRIVE VA 2.4 X 18MM L -- PVA
    Quanity: 2
      Site: Patella Left

Implant (09/04/19 12:45)
    Implant: IMPLANT, SCREW LOCKING STAR DRIVE VA 2.4 X 20MM L -- PVA
    Quanity: 4
      Site: Patella Left

Implant (09/04/19 12:48)
    Implant: IMPLANT, SCREW LOCKING STAR DRIVE VA 2.4 X 22MM L -- PVA
    Quanity: 3
      Site: Patella Left


Estimated Blood Loss:
20 cc

Patient Condition:
stable


Signature Line
Electronically Signed On 09/04/19 15:01 MST

_____
SILVER MD, JOSHUA S




Completed Action List:
* Perform by SILVER MD, JOSHUA S on September 04, 2019 15:01 MST
* Sign by SILVER MD, JOSHUA S on September 04, 2019 15:01 MST
* VERIFY by SILVER MD, JOSHUA S on September 04, 2019 15:01 MST




Result type:        Operative Note EMR No Cosign
Result date:        September 04, 2019 14:52 MST
Result status:      Auth (Verified)
Performed by:       SILVER MD, JOSHUA S on September 04, 2019 15:01 MST
Verified by:        SILVER MD, JOSHUA S on September 04, 2019 15:01 MST
Encounter info:     852525229, PVA, 2 - Outpatient, 09/04/2019 - 09/04/2019



Printed by:    Moore, Andrea                              Page 3  of 3
Printed on:    12/01/2020 10:41 MST

Operative Note EMR No Cosign                                          JERAS, KENNETH F - 14662285
* Final Report *

## * Final Report *

## Operative Report

**Date/Time Note Created:** 10/30/2020 13:15

**Procedure(s) Performed:**
Left knee removal of implanted orthopedic hardware

**Procedure/Surgery Start:**
See record

**Primary Surgeon(s):**
Joshua Silver MD

**Assisted By:**
Elizabeth Samella, RN, first assist

**Anesthesiologist/CRNA:**
Summit anesthesia

**Anesthesia Type:**
General

**Preoperative Antibiotic:**
Ancef

**Pre-Operative Diagnosis:**
Symptomatic hardware of the left patella

**Post-Operative Diagnosis:**
Symptomatic hardware of the left patella

**Indications for Procedure:**
Is a 59-year-old male who underwent open reduction internal fixation of a comminuted left patella fracture proximally 1 year ago. The fracture healed uneventfully and he has not developed any posttraumatic arthrosis. He is however a tap dancer and noted that the superior aspect of the hardware felt prominent and was somewhat bothersome to him while dancing. A discussion regarding the risks, benefits, and alternatives to surgical and nonsurgical management was held with patient and documented. He agreed to undergo the above procedure.

**Description of Procedure(s):**
Patient was identified in the preoperative holding abrasion and wristband. Surgical consent was verified and risks were again discussed. The left knee was marked. Patient was brought back to the operating room after being seen by anesthesia and nursing.

Patient was brought the operating placed supine upon the operative table for bony problems well-padded and secured with a safety strap. IV antibiotics were administered. General anesthesia was induced. A well-padded tourniquet was placed on the left thigh

Printed by:      Ortiz CCMA, Lorena                                    Page 1  of 3
Printed on:      11/11/2020 14:26 MST

Operative Note EMR No Cosign                                    JERAS, KENNETH F - 14662285
* Final Report *

and set to 250 mmHg. The left lower extremity was prepped and draped in the standard sterile fashion. A timeout was then performed. The left leg was elevated and exsanguinated with an Esmarch bandage and the tourniquet was inflated. The anterior knee incision was reopened with a  10 blade, and dissection was taken until the extensor retinaculum was identified. The hardware was exposed using electrocautery, and the 2.  mm locking screws were removed without difficulty. The plate was easily removed and passed off. The wound was copiously irrigated and the tourniquet was deflated. Hemostasis was assured with electrocautery, and the wound was closed in layers with 0 Vicryl followed by 2-0 Vicryl followed by skin staples. The patient was placed into a postop knee brace in extension, and awoken from anesthesia in stable condition having suffered no adverse event. All sponge, needle, and instrument counts were correct.

**Finding(s):**
Hardware removed without difficulty, no complications, no evidence of any infection

**Complications:**
None

**Specimens Removed:**
Anterior grid plate with associated screws

**Implants/  plants:**
no implants

 stimated Blood Loss;
5 cc

**Patient Condition:**
Stable

**Signature Line**
Electronically Signed On 10/30/20 13:21 MST

 SILVER MD, JOSH  A S

**Completed Action List:**
* Perform by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST
* Sign by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST
* VERIFY by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST

Result type:         Operative Note EMR No Cosign
Result date:         October 30, 2020 13:15 MST
Result status:       Auth  Verified

Printed by:      Ortiz CCMA, Lorena                              Page 2  of 3
Printed on:      11/11/2020 14:26 MST

Operative Note EMR No Cosign                                    JERAS, KENNETH F - 14662285
* Final Report *

Performed by:        SILVER MD, JOSH  A S on October 30, 2020 13:21 MST
Verified by:         SILVER MD, JOSH  A S on October 30, 2020 13:21 MST
Encounter Info:          529923    , PVA, 2 - Outpatient, 10/30/2020 - 10/30/2020



Operative Note EMR No Cosign
* Final Report *



JERAS, KENNETH F - 14662285

## * Final Report *

## Operative Report

**Date/Time Note Created:** 10/30/2020 13:15

**Procedure(s) Performed:**
Left knee removal of implanted orthopedic hardware

**Procedure/Surgery Start:**
See record

**Primary Surgeon(s):**
Joshua Silver MD

**Assisted By:**
Elizabeth Samella, RN, first assist

**Anesthesiologist/CRNA:**
Summit anesthesia

**Anesthesia Type:**
General

**Preoperative Antibiotic:**
Ancef

**Pre-Operative Diagnosis:**
Symptomatic hardware of the left patella

**Post-Operative Diagnosis:**
Symptomatic hardware of the left patella

**Indications for Procedure:**
is a 69-year-old male who underwent open reduction internal fixation of a comminuted left patella fracture proximally 1 year ago. The fracture healed uneventfully and he has not developed any posttraumatic arthrosis. He is however a tap dancer and noted that the superior aspect of the hardware felt prominent and was somewhat bothersome to him while dancing. A discussion regarding the risks, benefits, and alternatives to surgical and nonsurgical management was held with patient and documented. He agreed to undergo the above procedure.

**Description of Procedure(s):**
Patient was identified in the preoperative holding abrasion and wristband. Surgical consent was verified and risks were again discussed. The left knee was marked. Patient was brought back to the operating room after being seen by anesthesia and nursing.

Patient was brought the operating placed supine upon the operative table for bony problems well-padded and secured with a safety strap. IV antibiotics were administered. General anesthesia was induced. A well-padded tourniquet was placed on the left thigh

Printed by:    Ortiz CCMA, Lorena                                    Page 1  of 3
Printed on:    11/11/2020 14:26 MST

Operative Note EMR No Cosign                                        JERAS, KENNETH F – 14662285
* Final Report *

and set to 250 mmHg.  The left lower extremity was prepped and draped in the standard sterile fashion.  A timeout was then performed.  The left leg was elevated and exsanguinated with an Esmarch bandage and the tourniquet was inflated.  The anterior knee incision was reopened with a  10 blade, and dissection was taken until the extensor retinaculum was identified.  The hardware was exposed using electrocautery, and the 2.  mm locking screws were removed without difficulty.  The plate was easily removed and passed off.  The wound was copiously irrigated and the tourniquet was deflated.  Hemostasis was assured with electrocautery, and the wound was closed in layers with 0 Vicryl followed by 2-0 Vicryl followed by skin staples.  The patient was placed into a postop knee brace in extension, and awoken from anesthesia in stable condition having suffered no adverse event.  All sponge, needle, and instrument counts were correct.

Finding(s):
Hardware removed without difficulty, no complications, no evidence of any infection

Complications:
None

Specimens Removed:
Anterior grid plate with associated screws

Implants/ plants:
no implants

stimated Blood Loss:
5 cc

Patient Condition:
Stable

Signature Line
Electronically Signed On 10/30/20 13:21 MST

SILVER MD, JOSH  A S

Completed Action List:
* Perform by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST
* Sign by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST
* VERIFY by SILVER MD, JOSHUA S on October 30, 2020 13:21 MST

Result type:        Operative Note EMR No Cosign
Result date:        October 30, 2020 13:15 MST
Result status:      Auth  Verified

Printed by:        Ortiz CCMA, Lorena                              Page 2  of 3
Printed on:        11/11/2020 14:26 MST

Operative Note EMR No Cosign                               JERAS, KENNETH F - 14662285
\* Final Report \*

Performed by:        SILVER MD, JOSH  A S on October 30, 2020 13:21 MST
Verified by:         SILVER MD, JOSH  A S on October 30, 2020 13:21 MST
Encounter Info:       529923   , PVA, 2 - Outpatient, 10/30/2020 - 10/30/2020

# VHS OUTPATIENT CLINICS INC.



printed 12/21/2020 02:08 PM

VHS OUTPATIENT CLINICS INC.
PO BOX 18892
BELFAST, ME 04915-4083
*billing phone: (800) 330-9361*





KENNETH F JERAS                          1522615      KENNETH F JERAS

10/24/1981

## Billing Summary

| Claim | Service | Service Date | Posted | Type | Code | Payer | Provider | Amount | | |
|-------|---------|--------------|--------|------|------|-------|----------|--------|---|---|
| 3950181 | 99204 | 08/23/2019 | | CHARGE | 99204 | | JOSHUA SILVER | $419.00 | | |
| 3950181 | 99204 | 08/23/2019 | | PAYMENT | ACH ***********2041 | BCBS-AZ (PPO) | JOSHUA SILVER | $-182.92 | | |
| 3950181 | 99204 | 08/23/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $182.92 | | |
| 3950181 | 99204 | 08/23/2019 | 03/16/2020 | PAYMENT | CHECK 195625721 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-54.39 | | |
| 3950181 | 99204 | 08/23/2019 | 03/16/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-364.61 | | |
| | | | | | | | OUTSTANDING | | | |
| 3952087 | | 08/23/2019 | | CHARGE | | MATRIX ABSENCE MANAGEMENT | LIGE KAPLAN | | | |
| 3952087 | | 08/23/2019 | | PAYMENT | ACH ***********4488 | BCBS-AZ (PPO) | LIGE KAPLAN | $-122.29 | | |
| 3952087 | | 08/23/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | LIGE KAPLAN | $122.29 | | |
| 3952087 | 99213 | 08/23/2019 | 11/18/2020 | ADJUSTMENT | BADDEBT (NCS) | MATRIX ABSENCE MANAGEMENT | LIGE KAPLAN | $-186.00 | | |
| | | | | | | | OUTSTANDING | | | |
| 3977749 | 27524,LT | 09/04/2019 | | CHARGE | 27524,LT | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $1,946.00 | | |
| 3977749 | 27524,LT | 09/04/2019 | | PAYMENT | ACH ***********2202 | BCBS-AZ (PPO) | JOSHUA SILVER | $-1,246.65 | | |
| 3977749 | 27524,LT | 09/04/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $1,246.65 | | |
| 3977749 | 27524,LT | 09/04/2019 | 04/06/2020 | PAYMENT | CHECK 196025189 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-835.16 | | |
| 3977749 | 27524,LT | 09/04/2019 | 04/06/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-1,112.84 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | |
| 3977748 | 76000,26 | 09/04/2019 | | CHARGE | 76000,26 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $23.00 | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 3977749 | 76000,26 | 09/04/2019 | 04/05/2020 | ADJUSTMENT | CONTRACTUAL | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-23.00 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 3977749 | 99223,57 | 09/03/2019 | | **CHARGE** | 99223,57 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $517.00 | |
| 3977749 | 99223,57 | 09/03/2019 | | PAYMENT | ACH ***********2202 | BCBS-AZ (PPO) | JOSHUA SILVER | $-237.98 | |
| 3977749 | 99223,57 | 09/03/2019 | | PAYMENT | REFUND CHECK | BCBS-AZ (PPO) | JOSHUA SILVER | $237.98 | |
| 3977749 | 99223,57 | 09/03/2019 | 04/05/2020 | ADJUSTMENT | CONTRACTUAL (10) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-517.00 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4008487 | 99024 | 09/19/2019 | | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4075622 | 99024 | 10/18/2019 | | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4170632 | 99024 | 12/02/2019 | 12/03/2019 | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4381193 | 73562 | 03/06/2020 | 03/07/2020 | **CHARGE** | 73562 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $92.00 | |
| 4381193 | 73562 | 03/06/2020 | 08/18/2020 | PAYMENT | CHECK 00030641 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-35.78 | |
| 4381193 | 73562 | 03/06/2020 | 08/18/2020 | ADJUSTMENT | CONTRACTUAL (129516) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-56.22 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4381193 | 99213 | 03/06/2020 | 03/07/2020 | **CHARGE** | 99213 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $186.00 | |
| 4381193 | 99213 | 03/06/2020 | 08/18/2020 | PAYMENT | CHECK 00030641 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-57.80 | |
| 4381193 | 99213 | 03/06/2020 | 08/18/2020 | ADJUSTMENT | CONTRACTUAL (129516) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-128.20 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4731462 | 73564 | 09/08/2020 | 09/09/2020 | **CHARGE** | 73564 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $106.00 | |
| 4731462 | 73564 | 09/08/2020 | 12/03/2020 | PAYMENT | CHECK 207122969 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-39.93 | |
| 4731462 | 73564 | 09/08/2020 | 12/03/2020 | ADJUSTMENT | CONTRACTUAL (19742) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-66.07 | |
| | | | | | | OUTSTANDING | | $0.00 | $0.00 | $0.00 |
| 4731462 | 99214 | 09/08/2020 | 09/09/2020 | **CHARGE** | 99214 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $274.00 | |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4731462 | 99214 | 09/08/2020 | 12/03/2020 | PAYMENT | CHECK 207122969 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-80.68 | | |
| 4731462 | 99214 | 09/08/2020 | 12/03/2020 | ADJUSTMENT | CONTRACTUAL (19742) | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $-183.32 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| 4849564 | 20680,LT | 10/30/2020 | 11/04/2020 | **CHARGE** | 20680,LT | BCBS-AZ (PPO) | JOSHUA SILVER | $1,096.00 | | |
| 4849564 | 20680,LT | 10/30/2020 | 12/10/2020 | PAYMENT | ACH ***********4433 | BCBS-AZ (PPO) | JOSHUA SILVER | $-719.20 | | |
| 4849564 | 20680,LT | 10/30/2020 | 12/10/2020 | ADJUSTMENT | CONTRACTUAL (177461) | BCBS-AZ (PPO) | JOSHUA SILVER | $-338.30 | | |
| 4849564 | 20680,LT | 10/30/2020 | 12/10/2020 | TRANSFERIN | COINSURANCE | PATIENT | JOSHUA SILVER | $-38.50 | | $38.50 |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $38.50 |
| 4871052 | 99024 | 11/12/2020 | 11/13/2020 | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | | |
| 4919804 | 99024 | 12/08/2020 | 12/09/2020 | **CHARGE** | 99024 | MATRIX ABSENCE MANAGEMENT | JOSHUA SILVER | $0.00 | | |
| | | | | | | | OUTSTANDING | $0.00 | $0.00 | $0.00 |
| | | | | TOTAL CHARGE OUTSTANDING AS OF 12/21/2020 | | | | $0.00 | $0.00 | $38.50 |

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID#: 1522615 | **Appt. Date/Time** | 08/23/2019 09:00AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Institute of the West |
| **Provider** | LIGE MICHAEL KAPLAN, MD | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) Insurance # : NTN153M87497 Policy/Group # : 174210M2AA Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Left Knee Pain

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX):** 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

None recorded.

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 08/23/19 | entered |
| **losartan 25 mg tablet** 1 tablet(s) every day., start 12/21/2017 | 12/21/17 | filled |
| **omeprazole** | 08/23/19 | entered |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 08/23/19 | prescribed |

### Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

### Family History

Reviewed Family History
Father    • Hypertensive disorder

### Social History

Reviewed Social History
**Orthopedic Surgery**
Advance directive: Y
**Tobacco Smoking Status:** Never smoker

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

## Surgical History

Reviewed Surgical History
 * Thyroidectomy - 01/01/2014
 * Sinus Surgery - 01/01/2001

## Past Medical History

Reviewed Past Medical History

## HPI

This is a pleasant 57-year-old male who presents today for evaluation of his right knee. Patient states that he was in Disneyland 2 days ago and was slipped over an obstacle. He fell directly onto the anterior aspect of his right knee. He experienced immediate pain and difficulty ambulating. X-rays were obtained demonstrating a patella fracture. He comes in today with crutches and a knee immobilizer. He was referred to the office by a friend or family member who had surgery by 1 of my partners. Patient is otherwise healthy and reports no major medical problems. She denies any previous issues with his knee prior to this fall.

## ROS

**Constitutional:** Constitutional: no fever or significant weight loss.

**Eyes:** Eyes: no vision change.

**Cardiovascular:** Cardiovascular: no chest pain or shortness of breath when walking and ankle swelling.

**Respiratory:** Respiratory: no wheezing and cough.

**Gastrointestinal:** Gastrointestinal: no vomiting and normal appetite.

**Genitourinary:** Genitourinary: no incontinence or hematuria.

**Musculoskeletal:** Musculoskeletal; **muscle aches, arthralgias/joint pain, and swelling in the extremities.**

**Integumentary:** Skin: no rashes.

**Neurologic:** Neurologic: no weakness or dizziness.

**Endocrine:** Endocrine: no fatigue.

**Hematologic/Lymphatic:** Hematologic/Lymphatic no bruising or blood clots.

**Psychiatric:** Psych: no depression, anxiety, or alcohol abuse.

## Physical Exam

Patient is a 57-year-old male.

On physical examination this is a well-appearing male in no acute distress. He ambulates with a slightly antalgic stiff leg gait with the use of crutches. The left toe patient is over knee is in a knee immobilizer. Careful examination of the left knee demonstrates anatomic alignment. There is a large knee effusion. The prepatellar tissues are very boggy in nature. There is a abrasion over the anterior aspect of the knee with a dressing over it. Skin is otherwise intact. There is mild ecchymosis around the knee. Gentle ligamentous examination demonstrates no varus or valgus instability. Distal neurovascular examination is intact. There is some moderate foot and ankle edema.

## Assessment / Plan

**1. Closed fracture of left patella** - Left transverse patella fracture status post fall
-Radiographs were reviewed with the patient. We discussed treatment options. Based on the fact that this is an acute injury

VHS CLINICS • 6950 E Chauncey Lane, PHOENIX AZ 85054-5179

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

with significant displacement of the patella surgical fixation is required.
- I have discussed with the patient that fracture surgery is somewhat out of my area of expertise and I have referred him to Dr. Joshua Silver for treatment.
-I contacted Dr. Silver's office and discussed the case with Dr. Silver. Patient will be going over to that office right now for surgical consultation.
-He was instructed to continue to use crutches and his knee immobilizer for the time being but may be weightbearing as tolerated.

X-rays of the left knee were reviewed on the hospital system. Multiple views of the left knee demonstrate minimal degenerative changes. There is a transverse fracture of the left patella with greater than 2 cm of displacement. There is no evidence for comminution. No other acute bony or soft tissue findings are identified.
    S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Lige Michael Kaplan, MD, 08/23/2019

Encounter performed and documented by Lige Michael Kaplan, MD
Encounter reviewed & signed by Lige Michael Kaplan, MD on 08/23/2019 at 1:43pm

VHS CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID# 1522615 | **Appt. Date/Time** | 08/23/2019 09:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Primary: BCBS-AZ (PPO) Insurance # : NTN153M87497 Policy/Group # : 174210M2AA Prescription: CVS\|CAREMARK - Member is eligible. | | |

### Chief Complaint

Knee Pain Left

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19641 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

08/23/2019 09:47 am

| | | | | | |
|---|---|---|---|---|---|
| **Ht:** | 6 ft 2 in Standing (187.96 cm) | **Wt:** | 244 lbs With clothes (110.68 kg) | **BMI:** | 31.3 |
| **BP:** | 100/68 sitting L arm | **Pain Scale:** | 3 | **Pain Scale Type:** | Numeric |
| **HR:** | 61 | **O2Sat:** | 100% Room Air at Rest | | |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 08/23/19 | entered |
| **losartan 25 mg tablet** 1 tablet(s) every day., start 12/21/2017 | 12/21/17 | filled |
| **omeprazole** | 08/23/19 | entered |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 08/23/19 | prescribed |

### Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

### Family History

VHS CLINICS · 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

Discussed Family History
Father                    · Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

## Surgical History

Reviewed Surgical History
· Thyroidectomy - 01/01/2014
· Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient is a 57 yo male who presents for evaluation of left knee pain. Patient reports pain for 2 days. The pain is described as sharp and is as high as a 10 out of 10. The pain does not radiate up or down the leg. Patient reports an injury 2 days ago fall onto the knee while at Disneyland. Pain is mostly in the anterior part of the knee. Patient reports significant swelling. The patient denies mechanical symptoms. Patient denies feelings of instability. Patient reports no focal numbness or paresthesias distally. Patient admits sleep is interrupted. The patient feels like their quality of life is affected. No prior knee pain.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications: no.

VHS CLINICS • 3811 E Bell Rd Suite 309, PHOENIX AZ 85032-2160

**JERAS, KENNETH F (id #1522615, dob: 10/24/1961)**

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

On physical examination this is a well-appearing male in no acute distress. He ambulates with a slightly antalgic stiff leg gait in a knee immobilizer with the use of crutches. Examination of the left knee demonstrates anatomic alignment. There is a large knee effusion. The prepatellar tissues are very boggy in nature. There is a abrasion over the anterior aspect of the knee with a dressing over it. Skin is otherwise intact. There is mild ecchymosis around the knee. Gentle ligamentous examination demonstrates no varus or valgus instability. Distal neurovascular examination is intact. There is some moderate foot and ankle edema.

## Assessment / Plan

**1. Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
   Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   • EATING HEALTHY FOODS: CARE INSTRUCTIONS

**2. Fracture of patella** - Left - Xrays reveal a displaced transverse fracture of the middle third of the patella, with separation of the fragments, also a fracture line in the sagital view on sunrise view. Treatment options discussed with patient at length including nonsurgical and surgical. He is indicated for ORIF of the patella in order to restore alignment and function of extensor mechanism. Risks discussed include but not limited to bleeding, wound problems, hardware irritation, need for further surgery including removal of hardware, nonunion, malunion, post traumatic arthritis, stiffness, blood clot.

He is on Humira for RA and will skip next biweekly dose. He needs to travel for family engagement next week so we will plan on 9/4 tentatively.
   S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
   • tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.     Qty: 60 tablet(s)     Refills: 0     Pharmacy: WALGREENS DRUG STORE #03132
   • OPEN REDUCTION INTERNAL FIXATION, PATELLA (SURG)
     Implants/Equipment Needed: synthes, bone reduction forceps



Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 08/23/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 08/23/2019 at 12:02pm

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID# 1522615 | **Appt. Date/Time** | 09/19/2019 09:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Central Orthopedic |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT Policy/Group # : 10602932 Employer Name : MATRIX ABSCENCE MANAGEMENT INC. Case # : 8980341 Case Injury Date : 08/21/2019 Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Pain in left knee

p/o 9-4-19 orif left patella

### Patient's Care Team

Primary Care Provider: JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
Insurance Adjuster (Worker's Comp): CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

09/19/2019 09:37 am

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) | **Wt:** 240 lbs (108.86 kg) | **BMI:** 30.8 |
| **BP:** 130/88 sitting R arm | **Pain Scale:** 2 | **O2Sat:** 98% |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** CSW ONE T PO BID | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 09/13/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** | 09/18/19 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 09/11/19 | filled |
| **omeprazole** | 08/23/19 | entered |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 09/19/19 | prescribed |

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father               - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol Intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 2 week follow-up s/p ORIF left patella fracture. Doing well overall, pain level 2 out of 10. Wearing the hinged knee brace locked in extension. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

dressing removed. Wound dry and intact healing well. distally NVI. swelling moderate at knee, no calf tenderness

## Assessment / Plan

**1. Fracture of patella - Left** - Doing well at 2 weeks postop. Xray from simonmed reviewed showing maintained reduction of patella and congruent articular surface, no hardware loosening or intraarticular screw penetration. Continue WBAT in brace locked in extension. f/u in 4 weeks with xray will begin ROM at that time.
S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
- tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.    Qty: 60 tablet(s)    Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132

**2. Obesity** - Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
E66.9: Obesity, unspecified
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

### Return to Office
- Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 10/16/2019 at 09:30 AM

## Encounter Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 09/19/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 09/19/2019 at 1:28pm

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

Last amended by Joshua Scott Silver, MD on 10/18/2019 at 10:39am

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (57yo, M) ID# 1522615 | **Appt. Date/Time** | 10/18/2019 09:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Central Orthopedic |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Policy/Group # : 10602932
Employer Name : MATRIX ABSCENCE MANAGMENT INC.
Case # : 9980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Fracture of patella

### Patient's Care Team

Primary Care Provider: JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
Insurance Adjuster (Worker's Comp): CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in Stated (187.96 cm) 10/18/2019 09:09 am | **Wt:** 242 lbs With clothes (109.77 kg) 10/18/2019 09:13 am | **BMI:** 31.1 10/18/2019 09:13 am |
| **BP:** 111/75 sitting L arm 10/18/2019 09:13 am | **HR:** 89 10/18/2019 09:13 am | **O2sat:** 98% Room Air at Rest 10/18/2019 09:14 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** 1 dose pk(s) every 2 weeks. | 10/09/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 09/18/19 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 10/09/19 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **traMADol 50 mg tablet** Take 1 tablet(s) every 6 hours by oral route. | 10/18/19 | prescribed |

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History

Father                    - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 6 week follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. . Wearing the hinged knee brace locked in extension. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 57-year-old male.

Wound dry and intact healing well. distally NVI. swelling moderate at knee, no calf tenderness

## Assessment / Plan

**1. Fracture of patella** - Left - Doing well at 6 weeks postop. Xray from almonmed reviewed showing maintained reduction of patella and congruent articular surface, no hardware loosening or intraarticular screw penetration. Continue WBAT in brace. Will begin graduated ROM program, brace set to 20deg flexion today. Increase by 20 deg per week over the next 6 weeks. f/u in 6 weeks with xray.
S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

- PHYSICAL THERAPY REFERRAL -    Schedule Within: provider's discretion

| | |
|---|---|
| Evaluate & Treat: Left knee patella fracture | Visits per Week: 2 |
| Total # of Visits: 60 | Exercises: AROM, AARoM, PRoM in a gradual progression over the next 6 weeks |
| Knee Rehabilitation?: Y | Precautions/Limitations: start at maximum of 20deg flexion, increase flexion weekly by 20 deg until full ROM |
| Protocols: patella fracture | Side: LEFT |
| Weight Bearing Status: As tolerated | Reason for Referral: 6 weeks s/p patella fracture ORIF. |

- tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.    Qty: 60 tablet(s)    Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132
- XR, KNEE

| | |
|---|---|
| Side: LEFT | Views (X-RAY, KNEE): AP, Lateral and Sunrise |

### Return to Office

- Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 11/29/2019 at 09:30 AM

## Amendment Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 10/18/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 10/18/2019 at 10:34am
Amendment closed by Joshua Scott Silver, MD on 10/18/2019 at 10:37am
Amendment closed by Joshua Scott Silver, MD on 10/18/2019 at 10:39am



VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

| Patient | | | |
|---|---|---|---|
| Name | JERAS, KENNETH (58yo, M) ID# 1522615 | Appt. Date/Time | 12/02/2019 08:30AM |
| DOB | 10/24/1961 | Service Dept. | AMG_Central Orthopedic |
| Provider | JOSHUA SCOTT SILVER, MD | | |
| Insurance | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Policy/Group # : 10602932
Employer Name : MATRIX ABSCENCE MANAGMENT INC.
Case # : 6980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Fracture of patelle

p/o 9-4-19 orif left patella

### Patient's Care Team

Primary Care Provider: JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
Insurance Adjuster (Worker's Comp): CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

| | | |
|---|---|---|
| Ht: 6 ft 2 in (187.96 cm) 12/02/2019 08:38 am | Wt: 249 lbs 8 oz (113.17 kg) 12/02/2019 08:40 am | BMI: 32 12/02/2019 08:40 am |
| BP: 143/95 sitting R arm 12/02/2019 08:41 am | Pain Scale: 0 12/02/2019 08:41 am | O2Sat: 99% 12/02/2019 08:41 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| aspirin 81 mg chewable tablet Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit 1 dose pk(s) every 2 weeks. | 11/20/19 | filled |
| hydroCHLOROthiazide 25 mg tablet Take 1 tablet(s) every day by oral route for 30 days. | 11/26/19 | filled |
| losartan 25 mg tablet 1 tablet(s) every day. | 11/14/19 | filled |
| omeprazole 20 mg tablet,delayed release 1 tablet(s) every day. | 08/23/19 | entered |
| Testopel 75 mg implant pellet | 11/01/19 | filled |

VHS CLINIC5 • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| | |
|---|---|
| **traMADoL 50 mg tablet**<br>TK 1 T PO Q 6 H | 10/18/19   filled |

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain In left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father            - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine Intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for 12 week follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Slight hardware irritation at superior aspect of plate. Doing PT, getting past 90 deg flexion. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficuty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

VHS CLINICS • 2000 W Bethany Home Road, Suite 200, PHOENIX AZ 85015-2443

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine; no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 58-year-old male.

Wound healed well. there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender. ROM 0-95. distally NVI, swelling improved at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella** - Left - Doing well at 12 weeks postop. Xray from simonmed reviewed showing maintained reduction of patella and congruent articular surface, with adequate bony bridging at fracture site. Continue WBAT and ROM exercises with PT. Can d/c brace when feels strong. f/u in 3 months with xray. Discussed likely need for plate removal at 9-12 months if it continues to irritate.
   S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
   Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   • EATING HEALTHY FOODS: CARE INSTRUCTIONS

### Return to Office
   • Joshua Scott Silver, MD for ***OFFICE VISIT at AMG_Central Orthopedic on 03/02/2020 at 08:30 AM

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 12/02/2019.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 12/02/2019 at 9:02am

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740   Ph (877) 804-...

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

| Patient Name | JERAS, KENNETH (58yo, M) ID# 1522615 | Appt. Date/Time | 03/06/2020 03:30PM |
|---|---|---|---|
| DOB | 10/24/1961 | Service Dept. | AMG_Orthopedic Specialist Biltmore |
| Provider | JOSHUA SCOTT SILVER, MD | | |
| Insurance | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT Policy/Group # : 10602932 Employer Name ; MATRIX ABSCENCE MANAGMENT INC. Case # : 6980341 Case Injury Date : 08/21/2019 Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Fracture of patella

ICA s/p 9-4-19 orif left patella

### Patient's Care Team

Primary Care Provider: JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
Insurance Adjuster (Worker's Comp): CARRIE BARNES, Ph (877) 804-4900

### Patient's Pharmacies

WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753

### Vitals

| | | | | | |
|---|---|---|---|---|---|
| Ht: | 6 ft 2 in (187.96 cm) 03/06/2020 03:11 pm | Wt: | 248 lbs 6 oz (112.86 kg) 03/06/2020 03:17 pm | BMI: | 31.9 03/06/2020 03:17 pm |
| BP: | 117/74 sitting L arm 03/06/2020 03:17 pm | Pain Scale: | 0 03/06/2020 03:17 pm | O2Sat: | 99% 03/06/2020 03:17 pm |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL suboutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 12/23/19 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 02/14/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 02/17/20 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |
| **Testopel 75 mg implant pellet** | 11/01/19 | filled |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**traMADoL 50 mg tablet**                                        03/06/20   prescribed
Take 1 tablet(s) every 6 hours by oral route.

## Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father                        - Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery**
Advance directive: Y
Tobacco Smoking Status: Never smoker
Non-smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Most Recent Tobacco Use Screening: 08/23/2019
Chewing tobacco: none
Live alone or with others?: with others
Single or multi-level home/work?: multi level home
Able to Care for Self: Y
Hand Dominance: Right
General stress level: Low
Exercise level: Moderate
Diet: Carbohydrate
Caffeine intake: Moderate
Alcohol intake: Occasional
Is blood transfusion acceptable in an emergency?: Y

## Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for 6 month follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Still with hardware irritation at superior aspect of plate. Completed PT, getting to 125 deg flexion with pulling and irritation anteriorly at extreme flexion. Also with persistent paresthesia over the anterior lower leg. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 58-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healed well. there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender. ROM 0-130. distally NVI. Tingling sensation when anterior leg palpated. swelling improved at knee, no calf tenderness

## Assessment / Plan

1. **Fracture of patella - Left** - Doing well at approx 6 months postop. Xray AP, lateral, and sunrise views taken today in office show maintained reduction of patella and congruent articular surface, with apparent union at fracture site. Continue WBAT f/u in 6 months with xray. Discussed likely need for plate removal at minimum 12 months if it continues to irritate. S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture
  - XR, KNEE
    Side:       Views (X-RAY, KNEE): Standing AP, Lateral,
    LEFT       Sunrise
  - tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.    Qty: 60 tablet(s)    Refill: 0    Pharmacy: WALGREENS DRUG STORE #03132

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet
    Exercise: Work up to 30 min 5x/week as tolerated
    E66.9: Obesity, unspecified
  - EATING HEALTHY FOODS: CARE INSTRUCTIONS

XR, KNEE
- Side: LEFT,  Views (X-RAY, KNEE): Standing AP, Lateral, Sunrise
Xray AP, lateral, and sunrise views of the left knee taken today in office show maintained reduction of patella and congruent articular surface, with apparent union at fracture site. The screws are intact, with superior prominence of the plate

## Return to Office
- Joshua Scott Silver, MD for Established Patient 15 at AMG_Orthopedic Specialist Biltmore on 09/10/2020 at 10:30 AM

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 03/06/2020.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 03/06/2020 at 5:05pm



VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (58yo, M) ID# 1522615 | **Appt. Date/Time** | 09/08/2020 01:30PM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

Policy/Group # : 10602932
Employer Name : MATRIX ABSCENCE MANAGMENT INC.
Case # : 8980341
Case Injury Date : 08/21/2019
Prescription: CVS|CAREMARK - Member is eligible.

### Chief Complaint

Followup: Pain in left knee

ICA s/p 9-4-19 orif left patella

### Patient's Care Team

**Primary Care Provider:** JASON MELETH MD: 19841 N 27TH AVE STE 101, PHOENIX, AZ 85027, Ph (602) 942-8512, Fax (602) 942-1075 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2416 E UNION HILLS DR, PHOENIX, AZ 85050, Ph (602) 867-0581, Fax (602) 493-4753**

### Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) 09/08/2020 01:32 pm | **Wt:** 261 lbs 6 oz (118.61 kg) 09/08/2020 01:37 pm | **BMI:** 33.6 09/08/2020 01:37 pm |
| **BP:** 145/81 sitting L arm 09/08/2020 01:37 pm | **Pain Scale:** 2 09/08/2020 01:37 pm | **O2Sat:** 99% 09/08/2020 01:37 pm |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 08/28/20 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 08/23/20 | filled |
| **levothyroxine 25 mcg tablet** | 09/04/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 08/31/20 | filled |
| **omeprazole 20 mg tablet,delayed release** 1 tablet(s) every day. | 08/23/19 | entered |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| | | |
|---|---|---|
| **TestopeL 75 mg implant pellet** | 06/01/20 | filled |
| **testosterone cypionate 200 mg/mL intramuscular oil** | 04/21/20 | filled |
| **traMADoL 50 mg tablet**<br>Take 1 tablet(s) every 6 hours by oral route. | 09/08/20 | prescribed |

## Problems

Reviewed Problems
• Fracture of patella - Onset: 08/23/2019, Left
• Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father          - Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery *(deleted)***
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Able to Care for Self: Y
Advance directive: Y
Alcohol Intake: Occasional
Caffeine intake: Moderate
Diet: Carbohydrate
Exercise level: Moderate
General stress level: Low
Hand Dominance: Right
Is blood transfusion acceptable in an emergency?: Y
Live alone or with others?: with others
Most Recent Tobacco Use Screening: 08/23/2019
Non-smoker
Single or multi-level home/work?: multi level home

## Surgical History

Reviewed Surgical History
• Thyroidectomy - 01/01/2014
• Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for 1 year follow-up s/p ORIF left patella fracture. Doing well overall, pain minimal. Still with hardware irritation at superior aspect of plate. Completed PT, getting to 125 deg flexion with pulling and irritation anteriorly at extreme flexion. Also with persistent paresthesia over the anterior lower leg. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 58-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healed well. there is hardware prominence at superior lateral aspect of patella, especially in flexion, slightly tender, ROM 0-130. distally NVI. Tingling sensation when anterior leg palpated. swelling improved at knee, no calf tenderness

## Assessment / Plan

**1. Closed fracture of left patella -** Patient approximately 1 year status post ORIF left patella with locking mesh plate. Clinically and radiographically the fracture has united and patient is doing relatively well. He thinks he has some limitation due to the anterior hardware, and would like it removed due to soft tissue prominence, and would like to see if he gets any more range of motion after removal. I discussed that the prominence will improve, but I cannot guarantee that he will experience any improvement in range of motion, strength, or performance of the knee after hardware removal. I also discussed that the risk of surgery include but are not limited to bleeding, pain, infection, damage to surrounding structures, need for future surgery, refracture, blood clot or pulmonary embolism, and anesthesia complications. He understands and agrees and would like to proceed with hardware removal.
S82.002S: Unspecified fracture of left patella, sequela

- XR, KNEE
  Side:           Views (X-RAY, KNEE): AP, Lateral, PA Flexion,
  LEFT            Sunrise
- tramadol 50 mg tablet - Take 1 tablet(s) every 6 hours by oral route.   Qty: 60 tablet(s)    Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132
- SURGICAL HARDWARE REMOVAL (SURG)
  Side: LEFT              Admission Status: Outpatient
  Duration of Procedure (hours):   Implants/Equipment Needed: synthes T8 screwdriver for mesh
  1                                plate
  Special Instructions: October

**2. Obesity -** Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
E66.9: Obesity, unspecified
- EATING HEALTHY FOODS: CARE INSTRUCTIONS

XR, KNEE
- Side: LEFT,  Views (X-RAY, KNEE): AP, Lateral, PA Flexion, Sunrise
4 views of the left knee including standing AP, PA, lateral, and sunrise were taken in office today and reviewed with patient. These demonstrate a healed fracture of the left patella, with no significant evidence of posttraumatic arthrosis. The hardware is all intact, with no signs of loosening or failure.

Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 08/08/2020.

Encounter performed and documented by Joshua Scott Silver, MD

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

**JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)**

Encounter reviewed & signed by Joshua Scott Silver, MD on 09/08/2020 at 4:09pm

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4749

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

### Patient

| | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (59yo, M) ID# 1522615 | **Appt. Date/Time** | 11/12/2020 08:45AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT  Policy/Group # : 10602932  Employer Name : MATRIX ABSCENCE MANAGMENT INC.  Case # : 6960341  Case Injury Date : 08/21/2019  Prescription: CVS|CAREMARK - Member is eligible. | | |

### Chief Complaint

Followup: Pain in left knee

p/o 10-30-20 left knee HWR

### Patient's Care Team

**Primary Care Provider:** DR JASON MELETH: 19875 N 51ST AVE, GLENDALE, AZ 85308, Ph (623) 581-8998, Fax (623) 581-6461 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES: Ph (877) 804-4900

### Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2415 E UNION HILLS DR, PHOENIX, AZ 85050, Ph (602) 867-0561, Fax (602) 493-4753**

### Vitals

| | | |
|---|---|---|
| **Ht:** 8 ft 2 in (187.96 cm) 11/12/2020 08:34 am | **Wt:** 263 lbs 4 oz With clothes (119.41 kg) 11/12/2020 08:37 am | **BMI:** 33.8 11/12/2020 08:37 am |
| **BP:** 121/84 sitting R arm 11/12/2020 08:37 am | **Pain Scale:** 0 11/12/2020 08:38 am | **O2Sat:** 98% 11/12/2020 08:38 am |

### Measurements

None recorded.

### Allergies

Reviewed Allergies
NKDA

### Medications

Reviewed Medications

| | | |
|---|---|---|
| **Afluria Qd 2020-21 (36 mos up)(PF)60 mcg (15 mcg x4)/0.5 mL IM syringe** ADM 0.5ML IM UTD | 10/19/20 | filled |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 10/29/20 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/05/20 | filled |
| **levothyroxine 25 mcg tablet** | 11/04/20 | filled |
| **losartan 25 mg tablet** 1 tablet(s) every day. | 11/04/20 | filled |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

| | | |
|---|---|---|
| **omeprazole 20 mg tablet,delayed release**<br>1 tablet(s) every day. | 08/23/19 | entered |
| **TestopeL 75 mg Implant pellet** | 06/01/20 | filled |
| **testosterone cypionate 200 mg/mL intramuscular oil** | 04/21/20 | filled |
| **traMADoL 50 mg tablet**<br>TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN | 11/12/20 | prescribed |

### Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

### Family History

Discussed Family History
Father            - Hypertensive disorder

### Social History

Discussed Social History
**Orthopedic Surgery *(deleted)***
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Able to Care for Self: Y
Advance directive: Y
Alcohol Intake: Occasional
Caffeine Intake: Moderate
Diet: Carbohydrate
Exercise level: Moderate
General stress level: Low
Hand Dominance: Right
Is blood transfusion acceptable in an emergency?: Y
Live alone or with others?: with others
Most Recent Tobacco Use Screening: 08/23/2019
Non-smoker
Single or multi-level home/work?: multi level home

### Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

### Past Medical History

Discussed Past Medical History

### HPI

Patient presents for postop follow-up s/p hardware removal from left patella. Doing well overall, pain minimal. Has been using the hinged knee brace in extension. Denies fever/chills/wound drainage.

### ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, reccent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums,

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing,

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 59-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healing well.
Staples removed and Steri-Strips applied. Tolerates range of motion 0 to 60 degrees with no pain. Distally NVI. . swelling mild at knee, no calf tenderness

## Assessment / Plan

1. **Closed fracture of left patella** - Patient approximately 2-week status post removal of hardware from left patella, doing well. Wound is benign. He may start to range the knee and will begin from 0-60 for 2 weeks and then progress to 90 for 2 weeks, and then as tolerated. Continue Ice and elevation after activity. Patient will follow up in 4 to 6 weeks for reevaluation.
   S82.002S: Unspecified fracture of left patella, sequela
   • tramadol 50 mg tablet - TAKE 1 TABLET BY MOUTH EVERY 6 HOURS AS NEEDED FOR PAIN    Qty: 60 tablet(s)
   Refills: 0    Pharmacy: WALGREENS DRUG STORE #03132

2. **Obesity** - Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   Z68.33: Body mass index [BMI] 33.0-33.9, adult
   • EATING HEALTHY FOODS: CARE INSTRUCTIONS

Return to Office
   • Joshua Scott Silver, MD for Post Op 15 at AMG_Orthopedic Specialist Biltmore on 12/08/2020 at 11:30 AM

## Encounter Sign-Off

Encounter signed-off by Joshua Scott Silver, MD, 11/12/2020.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 11/12/2020 at 1:13pm



VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

**JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)**

| Patient | | | |
|---|---|---|---|
| **Name** | JERAS, KENNETH (59yo, M) ID# 1522615 | **Appt. Date/Time** | 12/08/2020 11:30AM |
| **DOB** | 10/24/1961 | **Service Dept.** | AMG_Orthopedic Specialist Biltmore |
| **Provider** | JOSHUA SCOTT SILVER, MD | | |
| **Insurance** | Med Worker's Comp: MATRIX ABSENCE MANAGEMENT | | |

      Policy/Group # : 10602932
      Employer Name : MATRIX ABSCENCE MANAGMENT INC.
      Case # : 8980341
      Case Injury Date : 08/21/2019
      Prescription: CVS|CAREMARK - Member is eligible.

## Chief Complaint

Followup: Pain in left knee

p/o 10-30-20 left knee HWR

## Patient's Care Team

**Primary Care Provider:** DR JASON MELETH: 19875 N 51ST AVE, GLENDALE, AZ 85308, Ph (623) 581-8998, Fax (623) 581-6461 NPI: 1417983610
**Insurance Adjuster (Worker's Comp):** CARRIE BARNES; Ph (877) 804-4900

## Patient's Pharmacies

**WALGREENS DRUG STORE #03132 (ERX): 2416 E UNION HILLS DR, PHOENIX, AZ 85050, Ph (602) 867-0581, Fax (602) 493-4753**

## Vitals

| | | |
|---|---|---|
| **Ht:** 6 ft 2 in (187.96 cm) 12/08/2020 12:02 pm | **Wt:** 256 lbs 6 oz With clothes (117.2 kg) 12/08/2020 12:03 pm | **BMI:** 33.2 12/08/2020 12:03 pm |
| **BP:** 138/91 sitting L arm 12/08/2020 12:03 pm | **Pain Scale:** 1 12/08/2020 12:04 pm | **O2Sat:** 96% 12/08/2020 12:04 pm |

## Measurements

None recorded.

## Allergies

Reviewed Allergies
NKDA

## Medications

Reviewed Medications

| | | |
|---|---|---|
| **Afluria Qd 2020-21 (36 mos up)(PF)60 mcg (15 mcg x4)/0.5 mL IM syringe** ADM 0.5ML IM UTD | 10/19/20 | filled |
| **aspirin 81 mg chewable tablet** Chew 1 tablet(s) twice a day by oral route for 30 days. | 09/04/19 | filled |
| **clobetasoL 0.05 % topical foam** | 11/16/20 | filled |
| **Humira(CF) Pen 40 mg/0.4 mL subcutaneous kit** INJECT 40MG SUBCUTANEOUSLY EVERY OTHER WEEK | 11/20/20 | filled |
| **hydroCHLOROthiazide 25 mg tablet** Take 1 tablet(s) every day by oral route for 30 days. | 11/30/20 | filled |
| **levothyroxine 25 mcg tablet** | 11/04/20 | filled |
| **losartan 25 mg tablet** | 11/04/20 | filled |

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (id #1522615, dob: 10/24/1961)

1 tablet(s) every day.

**omeprazole 20 mg tablet,delayed release**                                       08/23/19   entered
1 tablet(s) every day.

**TestopaL 75 mg Implant pellet**                                                 06/01/20   filled

**testosterone cypionate 200 mg/mL Intramuscular oil**                            04/21/20   filled

**traMADoL 50 mg tablet**                                                         11/12/20   filled
TK 1 T PO Q 6 H PRF PAIN

## Problems

Reviewed Problems
- Fracture of patella - Onset: 08/23/2019, Left
- Pain in left knee - Onset: 08/23/2019

## Family History

Discussed Family History
Father                          - Hypertensive disorder

## Social History

Discussed Social History
**Orthopedic Surgery (deleted)**
Tobacco Smoking Status: Never smoker
Smokeless Tobacco Status: Never used smokeless tobacco
E-cigarette/Vape Status: Never used electronic cigarettes
Chewing tobacco: none
Able to Care for Self: Y
Advance directive: Y
Alcohol Intake: Occasional
Caffeine Intake: Moderate
Diet: Carbohydrate
Exercise level: Moderate
General stress level: Low
Hand Dominance: Right
Is blood transfusion acceptable in an emergency?: Y
Live alone or with others?: with others
Most Recent Tobacco Use Screening: 08/23/2019
Non-smoker
Single or multi-level home/work?: multi level home

## Surgical History

Reviewed Surgical History
- Thyroidectomy - 01/01/2014
- Sinus Surgery - 01/01/2001

## Past Medical History

Discussed Past Medical History

## HPI

Patient presents for postop follow-up s/p hardware removal from left patella. Doing well overall, pain minimal. Has been using the hinged knee brace from 0-90. Denies fever/chills/wound drainage.

## ROS

**Constitutional:** Constitutional: no fatigue/weakness, headaches, recent weight change, decreased appetite, or fever/night sweats and good general health lately - yes.

**Eyes:** Eyes no change in vision or eye disease or injury.

**ENMT:** Ears: no difficulty hearing/ringing in ears. Mouth/Throat: no problems with teeth and gums.

**Cardiovascular:** Cardiovascular: no palpitations, heart trouble, chest pain or angina pectoris, swelling of feet, ankles, or hands, or high blood pressure and shortness of breath with walking or lying flat.

VHS CLINICS • 2122 E Highland Ave Ste 100, PHOENIX AZ 85016-4740

## JERAS, KENNETH F (Id #1522615, dob: 10/24/1961)

**Chest/Breast:** Breast/Chest: no breast mass/lump or pain and no nipple discharge.

**Respiratory:** Respiratory: no cough/wheeze or difficulty breathing.

**Gastrointestinal:** Gastrointestinal: no nausea, vomiting, diarrhea, appetite changes, change in bowel movement, painful bowel movements or constipation, rectal bleeding or blood in stool, abdominal pain, or Ulcer (stomach).

**Genitourinary:** GU no kidney disease.

**Musculoskeletal:** Musculoskeletal: no muscle pain or joint pain.

**Integumentary:** Skin: no changes in skin color or hair or nails and no rash/mole change, rash or itching, or varicose veins.

**Neurologic:** Neurologic: no headaches, dizziness/lightheadedness, numbness, memory loss, or loss of coordination.

**Heme/Immunology:** Hematologic/Lymphatic no blood clots or transfusion; no anemia, bleeding or bruising tendency, or enlarged glands; and slow to heal after cuts - no.

**Allergic / Immunologic:** Status: no HIV. History of skin reaction or other adverse reaction to: Penicillin or antibiotics - no, Morphine, Demerol or other narcotics - no, and Other drugs/medications - no.

**Endocrine:** Endocrine: no excessive thirst or urination and no diabetes, glandular or hormone problem, or thyroid disease.

**Psychiatric:** Psych: no memory loss or confusion or problems with sleep.

**Other:** Previous anesthesia problems: no.

## Physical Exam

Patient is a 59-year-old male.

NAD, AAOx3, well appearing

5/5 quad strength to straight leg raise

LLE - Wound healing well.
Tolerates range of motion 0 to 90 degrees with no pain. Distally NVI. , swelling mild at knee, no calf tenderness

## Assessment / Plan

**1. Closed fracture of left patella** - Patient approximately 6-weeks status post removal of hardware from left patella, doing well. Wound is benign. He may increase his range the knee as tolerated. Continue ice and elevation after activity. Patient will follow up as needed for the knee.
   S82.002S: Unspecified fracture of left patella, sequela

**2. Pain in left knee**
   M25.562: Pain in left knee
   • PHYSICAL THERAPY KNEE REFERRAL -      Schedule Within: provider's discretion
   Note to Provider:
   CONT. LEFT KNEE REHAB

   Side:
   LEFT

**3. Obesity** - Diet: 1800 Calories Low Glycemic Index Diet Exercise: Work up to 30 min 5x/week as tolerated
   E66.9: Obesity, unspecified
   Z68.33: Body mass index [BMI] 33.0-33.9, adult
   • EATING HEALTHY FOODS: CARE INSTRUCTIONS

Return to Office
None recorded.

## Encounter Sign-Off
Encounter signed-off by Joshua Scott Silver, MD, 12/08/2020.

Encounter performed and documented by Joshua Scott Silver, MD
Encounter reviewed & signed by Joshua Scott Silver, MD on 12/08/2020 at 4:25pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 12

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/29/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit sore. He states he did a lot of walking yesterday/last night for black Friday. He was getting in and out of the car as well as standing in place on lines. He states he was out for about 4 hours and when he got home he was sore. Pt has his Berg brace on his L knee which is now unlocked to 120 degrees. Pt states he follows up with his doctor 12/2 which he is looking forward to. He states his knee is feeling stronger and more mobile. He states when he does bend the L knee past 90 degrees he does feel a lot of pulling and does see and feel one of the screws on the outside of his knee which he is a bit concerned about. He is no longer taking pain meds on a daily basis, only as needed which is rare now. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is eager to take the brace off when sleeping which he is hoping he can do soon. Pt states stairs are easier as well as getting in and out of the car. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 11/26/2019 - Worst:6  Best:0  Current:1*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | *Units* |
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/29/2019

**Assessment/Diagnosis:**  Pt comes in today for PT a bit sore after doing some shopping last night. He states he was in and out of the car, standing and walking a lot. When he got home 4 hours later he was sore. He is eager to see his surgeon next week 12.2. He went to go get xrays of his L knee for his appointment next week. His brace is now at 120 degrees which he is happy about. Pt is concerned about feeling one of the screws on the lateral aspect of his L knee when he bends past 90 degrees. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up. He feels like his knee is getting stronger overall but does have times when it feels unstable still. He is eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Sit to stands are less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini suats on the bosu and flooras well as lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Pt is still not able to make a full circle on the recumbent bike in either direction. He is concerned about bending the knee, feeling the screw. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing
Pt is following up with his surgeon next week 12.2- wants to discuss taking off the brace sleeping as well as the screw laterally

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 75% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 35% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 30% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:**  Progressing Patient Next Visit
  L knee strengthening and stabilty

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 30, 2019 at 10:08 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 9

**Date of Progress Note:** 11/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Pt reports on August 21, 2019 he was at Disney Land walking from a parking lot when he tripped over an unmarked platform. He fell and was not able to get up without help. He waiting for medical support to come and knew his L knee cap did not look right. He was transported in an ambulance to the closest hospital where xrays we taken and was told he fractured his L knee cap. He was not going to have surgery in CA due to not living there and not having his wife and family to help. He was able to fly home with an immobilizer brace on his leg. His surgery was September 4, 2019.
**Current Complaints / Gains:** Pt comes in today with his Berg brace on his L knee which is now unlocked to 120 degrees. He has been increasing by 20 degrees each week. Pt states he follows up with his doctor 12/2. He states his knee is feeling stronger and more mobile. He states when he does bend the L knee past 90 degrees he does feel a lot of pulling and does see and feel one of the screws on the outside of his knee which he is a bit concerned about. He is no longer taking pain meds on a daily basis, only as needed which is rare now. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is eager to take the brace off when sleeping which is he is hoping he can do soon. Pt states stairs are easier as well as getting in and out of the car. Pt enjoys bowling and tap dance which he wants to get back to doing.

**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 1 *Previous Findings as of 11/21/2019 - Worst:6  Best:2  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent            Yes

**Post Operative/Wound Healing**            Incision Sites:Clean and healing well

**Outcome Measurement Tools**                                        *Previous Findings as of 10/23/2019*

**Lower Extremity**
Lower Extremity            44/80                          26
Functional Scale

### Observation

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/26/2019

| | | |
|---|---|---|
| **WB Status** | FWB | |
| Compliant with WBing Restrictions? | No | |

**Standing Posture**   Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic K yphosis

**Gait**   Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing

**Assistive Device**
Type          Single Point Cane
Hand Used      Right
Comments      only when traveling

**Range of Motion**                                            *Previous Findings as of 10/23/2019*

There were No AROM limitations noted for K nee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | WNL | 115 ° | *WNL* | *20 °* |
| Extension | WNL | 3° | *WNL* | *(5) °* |

**Strength**                                                  *Previous Findings as of 10/23/2019*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | Not Tested | 5-/5 | | |
| Hip Extension | Not Tested | 4+ /5 | | |
| Hip Abduction | Not Tested | 4+ /5 | *Not Tested* | *4/5* |
| Hip Adduction | Not Tested | 4/5 | *Not Tested* | *4/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| K nee Flexion | Not Tested | 4/5 | | |
| K nee Extension | Not Tested | 4/5 | | |

**Neuro-Vascular**                                            *Previous Findings as of 10/23/2019*

**Complaints of any radicular symptoms in either extremity**                    *No*
Complaints of any radicular       No
symptoms in either extremity

**Dermatomes Lower**

| | Right | Left | | |
|---|---|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal | *Normal* | *Normal* |
| L3 Distal Inner Thigh | Normal | Normal | *Normal* | *Normal* |
| L4 Anterior Tibialis | Normal | Normal | *Normal* | *Normal* |
| L5 EHL | Normal | Normal | *Normal* | *Normal* |
| S1 Lateral Foot | Normal | Normal | *Normal* | *Normal* |
| S2 Mid Gastoc/ Hamstring | Normal | Normal | *Normal* | *Normal* |

**Special Tests**                                             *Previous Findings as of 10/23/2019*

**Proprioception/Balance**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/26/2019

## SL Balance

|  | Right | Left | Right | Right |
|---|---|---|---|---|
| Eyes Open | Good | Fair | Not Tested | Poor |
| Eyes Closed | Fair | Poor | Not Tested | Not Tested |

**Comments** No Special tests done- post surgical          *No Special tests done- post surgical*

## Palpation

### Palpation
Palpable tenderness or increased muscular tone noted.

|  | Right | Left |
|---|---|---|
| ASIS | Normal | Normal |
| Ischial Tuberosity | Normal | Normal |
| Right Piriformis | Tender with increased tissue tension | |
| Left Piriformis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Maximus | Tender with increased tissue tension | |
| Left Gluteus Maximus | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) | |
| Right Iliopsoas | Tender with increased tissue tension | |
| Left Iliopsoas | Painful to Light Palpation, Painful to Deep Palpation, Tender with increased tissue tension | |
| Right TFL | Tender with increased tissue tension | |
| Left TFL | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Greater Trochanteric Bursa | Normal | |
| Left Greater Trochanteric Bursa | Normal | |
| Right Hamstrings | Tender with increased tissue tension | |
| Left Hamstrings | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Quadriceps | Tender with increased tissue tension | |
| Left Quadriceps | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Rectus Femoris | Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Rectus Femoris | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right IT Band | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left IT Band | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Vastus Lateralis | Tender with increased tissue tension | |
| Left Vastus Lateralis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right VMO | Tender with increased tissue tension | |
| Left VMO | Painful to Deep Palpation | |

|  | Right | Left |
|---|---|---|
| Medial Patella | Normal | |
| Lateral Patella | Normal | |
| Superior Patella | Normal | |
| Inferior Patella | Normal | |
| Tibial Tuberosity | Normal | |
| Lateral Joint Line | Normal | Normal |
| Medial Joint Line | Normal | Normal |
| Pes Anserine | Normal | Painful to Deep Palpation |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Physical Therapy
## Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 11/26/2019

| | | |
|---|---|---|
| LCL | Normal | Normal |
| MCL | Normal | Normal |

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He is eager to see his surgeon next week 12.2. He went to go get xrays of his L knee for his appointment next week. His brace is now at 120 degrees which he is happy about. Pt is concerned about feeling one of the screws on the lateral aspect of his L knee when he bends past 90 degrees. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up.He feels like his knee is getting stronger overall but does have times when it feels unstable still. He is eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Sit to stands are less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Pt is still not able to make a full circle on the recumbent bike in either direction. He is concerned about bending the knee, feeling the screw. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
Pt is following up with his surgeon next week 12.2- wants to discuss taking off the brace sleeping as well as the screw laterally

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 70% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 70% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 30% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 25% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

**Summary/Recommendations:** Continue with current POC and protocol
Pt following up with his surgeon 12/2

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Physical Therapy
## Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 11/26/2019

## Plan

**Frequency:** 2 times a week
**Duration:** 10 weeks
**Treatment to be provided:**

### Procedures

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 26, 2019 at 8:22 pm*

Physician Signature_____
                        J. Silver, MD

Date:_____      Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 9

**Date of Plan of Care:** 11/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He is eager to see his surgeon next week 12.2. He went to go get xrays of his L knee for his appointment next week. His brace is now at 120 degrees which he is happy about. Pt is concerned about feeling one of the screws on the lateral aspect of his L knee when he bends past 90 degrees. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up.He feels like his knee is getting stronger overall but does have times when it feels unstable still. He is eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Sit to stands are less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Pt is still not able to make a full circle on the recumbent bike in either direction. He is concerned about bending the knee, feeling the screw. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
Pt is following up with his surgeon next week 12.2- wants to discuss taking off the brace sleeping as well as the screw laterally
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 70% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 70% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 30% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 25% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |
**Summary/Recommendations:** Continue with current POC and protocol
Pt following up with his surgeon 12/2

## Plan

**Frequency:** 2 times a week
**Duration:** 10 weeks
**Treatment to be provided:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/26/2019

## Plan of Care

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 26, 2019 at 8:22 pm*

Physician Signature_____
                          J. Silver, MD
Date:_____      Time:_____

# Patient Outcomes

Report Date: 11/26/2019

## Kenneth Jeras — 44 OF 80

Patient ID: 2370543

Case Key: 27410810

Visit Date: 11/26/2019

Entry Date: 11/26/2019

ICD Code: S82002A – Unspecified fracture of left patella, initial encounter for closed fracture

Gender: M

Date of Birth: 10/24/1961

Questionnaire Type: Follow Up

Area: Lower Extremity

Clinician: Goldsworthy, Barbara Anna

Clinic: Tri-Physical Therapy

Referral Source: Silver, Joshua

Workers Compensation

Litigation: No    Direct Access: No

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 3 | 3 | (0 to 10) |
| | Any of your usual work, housework, or school activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of the bath | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Squatting | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Performing light activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Performing heavy activities around your home | Moderate Difficulty | 2 | (0 to 4) |
| | Getting into or out of a car | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes                                                        Report Date: 11/26/2019

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
|   | Going up or down 10 stairs (about 1 flight of stairs)) | A Little Bit of Difficulty | 3 | (0 to 4) |
|   | Standing for 1 hour | Moderate Difficulty | 2 | (0 to 4) |
|   | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
|   | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Rolling over in bed | A Little Bit of Difficulty | 3 | (0 to 4) |

WebPT

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 9

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with his Berg brace on his L knee which is now unlocked to 120 degrees. He has been increasing by 20 degrees each week. Pt states he follows up with his doctor 12/2. He states his knee is feeling stronger and more mobile. He states when he does bend the L knee past 90 degrees he does feel a lot of pulling and does see and feel one of the screws on the outside of his knee which he is a bit concerned about. He is no longer taking pain meds on a daily basis, only as needed which is rare now. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is eager to take the brace off when sleeping which he is hoping he can do soon. Pt states stairs are easier as well as getting in and out of the car. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 1  *Previous Findings as of 11/21/2019 - Worst:6  Best:2  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet<br>15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164:59 | PT Re-Evaluation | 1 |

CPT copyright 2018 American Medical Association.  All rights reserved.

## Assessment

**Daily Note /
Billing Sheet**

**Assessment/Diagnosis:**  Pt comes in today for PT with no new complaints. He is eager to see his surgeon next week 12.2. He went to go get xrays of his L knee for his appointment next week. His brace is now at 120 degrees which he is happy about. Pt is concerned about feeling one of the screws on the lateral aspect of his L knee when he bends past 90 degrees. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up.He feels like his knee is getting stronger overall but does have times when it feels unstable still. He is eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Sit to stands are less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Pt is still not able to make a full circle on the recumbent bike in either direction. He is concerned about bending the knee, feeling the screw. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
Pt is following up with his surgeon next week 12.2- wants to discuss taking off the brace sleeping as well as the screw laterally

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 70% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 70% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 30% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 25% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 26, 2019 at 8:22 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 10

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/21/2019
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He states he was a bit sore from the bike maybe but not too bad. He went to get xrays done today for his appointment next week. He is eager to look at the xrays with his surgeon due to seeing one of the screws when bending his knee. He states daily activities are starting to get easier now that he has more motion in his L knee. He states he does not have much traveling coming up which he is happy about. He states when he is more active and on his feet his L knee is a lot more swollen that day/night. He states he has been keeping up with his HEP. His brace now has 100 degrees of knee flexion which he is happy about. He states he has pressure in his knee when he bends to the full 100 degrees but believes that is to be expected. He is not using his cane today. He is feeling more confident with walking. He his uses his cane less and less now. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace which he states is very annoying and hoping can take it off when he sees his doctor next week. Pt enjoys bowling and tap dance which he wants to get back to doing.

**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 2 *Previous Findings as of 11/19/2019 - Worst:6 Best:2 Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|-----------|-------------------|-------|
| 97110 | Therapeutic Exercise<br>    See Flowsheet<br>    30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>    Proprioception/Balance Training<br>    See Flowsheet<br>    15 minutes | 1 |
| 97140 | Manual Therapy<br>    See Flowsheet<br>    15 minutes | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 11/21/2019

# Daily Note /
# Billing Sheet

**Assessment/Diagnosis:**  Pt comes in today for PT feeling a bit sore but not too bad. He went to go get xrays today of his L knee for his appointment next week. His brace is now at 100 degrees which he is happy about. Pt is concerned about feeling one of the screws in his knee when he bends the knee. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up. He is able to increase 20 degrees every week on Friday. He feels like his knee is getting stronger but eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Performed sit to stands today which were less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He tolerated more balance exercises today with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Went on the recumbent bike today with his brace and is not able to make a full circle around either direction. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
Pt is following up with his surgeon next week 11/29

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 50% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 20% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 65% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 10% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 20% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 15% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit
  progress per protocol- strengthen L knee
balance/proprioception awareness

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 22, 2019 at 2:43 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 9

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/19/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:**  10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports he was a bit sore in his quads after his last session but it was a good soreness. He states daily activities are starting to get easier now that he has more motion in his L knee. He states he does not have much traveling coming up which he is happy about. Pt states when he is more active and on his feet his L knee is a lot more swollen that day/night. He states he has been keeping up with his HEP. His brace now has 100 degrees of knee flexion which he is happy about.  He states he has pressure in his knee when he bends to the full 100 degrees but believes that is to be expected. He is not using his cane today. He states he is feeling more confident with walking. He his uses his cane when he goes out in public or walking for longer distances. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace which he states is very annoying and hoping can take it off when he sees his doctor next. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 2  *Previous Findings as of 11/14/2019 - Worst:6  Best:2  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/19/2019

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He states he was a bit sore in his quad after his last session but a good soreness. His brace is now at 100 degress which he is happy about. Pt is concerned about feeling one of the screws in his knee when he bends the knee. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 100 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He feels like his knee is getting stronger but eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/ soleus and Anterior tib. Performed sit to stands today which were less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He tolerated more balance exercises today with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 50% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 20% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 50% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 10% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 20% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 15% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit
   progress per protocol- strengthen L knee
balance/proprioception awareness

*[signature: Barbara Goldsworthy PT, DPT]*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 20, 2019 at 5:32 pm*

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 8

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/14/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He states he is feeling pretty good. He states he does not have much traveling coming up which he is happy about. Pt states when he is more active and on his feet traveling his L knee is a lot more swollen that day/night. He states he has been keeping up with his HEP. His brace now has 80 degrees of knee flexion which he is happy about and will increase to 100 degrees tomorrow. He states he has pressure in his knee when he bends to the full 80 degrees but believes that is to be expected. He is not using his cane today. He states he is feeling more confident with walking. He his uses his cane when he goes out in public or walking for longer distances. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. He comes in with his Berg brace on his L knee locked at now 80 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace which he states is very annoying. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 2  *Previous Findings as of 11/12/2019 - Worst:6  Best:2  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet<br>15 minutes | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He states he does not have to travel for the next few weeks which he is happy about. He is wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 80 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He feels like his knee is getting stronger but eager to get more motion in his brace as well as take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Performed sit to stands today which were a struggle. He is not able to get up from a standard height chair yet without his UEs. He tolerated more balance exercises today with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/14/2019

**Patient Education:** Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling          and icing
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 35% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 15% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 35% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 5% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 15% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 15% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

**Plan**
**Instructions:** Progressing Patient Next Visit
 progress per protocol- strengthen L knee
balance/proprioception awareness

Barbara Goldsworthy, PT, DPT

Barbara Goldsworthy, DPT
License #10198
Electronically Signed by Barbara Goldsworthy, DPT on November 17, 2019 at 7:06 pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 7

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/12/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling pretty good. He reports he was busy on Friday with traveling. Pt states when he is more active and on his feet traveling his L knee is a lot more swollen that day/night. He states he has been keeping up with his HEP. His brace now has 80 degrees of knee flexion which he is happy about. He states he has pressure in his knee when he bends to the full 80 degrees but believes that is to be expected. He is not using his cane today. He states he is feeling more confident with walking. He his uses his cane when he goes out in public or walking for longer distances. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. He comes in with his Berg brace on his L knee locked at now 80 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 2  *Previous Findings as of 11/07/2019 - Worst:6  Best:2  Current:3*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet<br>15 minutes | 1 |

CPT copyright 2018 American Medical Association.  All rights reserved.

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He states he does not have to travel for the next few weeks which he is happy about. He brings his cane when he travels. He states he is wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 80 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He feels like his knee is getting stronger but eager to get more motion in his brace as well as take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Performed open chain exercises to help strengthen his L quad. He tolerated more balance exercises today with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but fatigued fast. He wants to improve his balance so he can get back to tap dancing and bowling. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/12/2019

**Patient Education:**  Continue with current HEP - added resisted lateral stepping
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 35% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 10% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee
|
2: (12 Weeks)  | 35% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 5% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 15% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 10% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit
  progress per protocol- strengthen L knee
balance/proprioception awareness

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 13, 2019 at 8:00 am*

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 6

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/07/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He is not using his cane today. Pt states he is leaving tonight for a one night work trip to NM. He states he is feeling more confident with walking. He his uses his cane when he goes out in public or walking for longer distances. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. He comes in with his Berg brace on his L knee locked at now 60 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt reports he has been doing his exercises as recommended which are getting a bit easier. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3  *Previous Findings as of 11/05/2019 - Worst:6  Best:2  Current:3*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment
**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He is leaving this afternoon for a work trip for one night and flying to NM. He brings his cane when he travels. Pt states he felt good after his last session. He states he is wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 60 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He feels like his knee is getting stronger but eager to get more motion in his brace. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Performed open chain exercises to help strengthen his L quad. He tolerated more balance exercises today with improved form. He is still unsteady but better compared to last week as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad. Performed mini knee bends on the bosu and floor. Pt tolerated sidelying glut work but fatigued fast. He wants to improve his balance so he can get back to tap dancing and bowling. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP which was reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling
Unlock his brace to 80 degrees of knee flexion tomorrow

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 11/07/2019

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 25% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 5% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks) | 5% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 5% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 5% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 10% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:** Progressing Patient Next Visit
  progress per protocol- strengthen L knee
balance/proprioception awareness

Barbara Goldsworthy PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 7, 2019 at 5:43 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 5

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 11/05/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today without his cane. He states he is feeling more confident with walking. He uses it when he goes out in public or walking for longer distances. He states feeling good after his rehab sessions and is eager to work on his strength but knows it will take time. He comes in with his Berg brace on his L knee locked at now 60 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt reports he has been doing his exercises as recommended. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3  *Previous Findings as of 10/31/2019 - Worst:6  Best:2  Current:3*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT feeling pretty good. He states he is wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 60 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He has not new complaints and feels like his knee is getting stronger. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Performed open chain exercises to help start to strengthen his L quad.  He tolerated more balance exercises today. He is still unsteady but better compared to last week as seen with tandem walking and SLS. Performed mini knee bends on the bosu today. He wants to improve his balance so he can get back to tap dancing and bowling. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP - added balance exercises
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/05/2019

- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 25% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 5% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks)  | 5% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |

3: (12 Weeks)  | 5% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |

4: (12 Weeks)  | 5% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |

5: (12 Weeks)  | 5% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:**  Progressing Patient Next Visit
progress per protocol- strengthen L knee

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 5, 2019 at 6:03 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 4

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/31/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today after landing from his business trip. He had a long two days on his feet in Portland and Vegas. He states he didnt get a chance to elevate his leg today much. He feels good after his rehab sessions and is eager to work on his strength but knows it will take time. He comes in with his Berg brace on his L knee locked at 40 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt reports he has started doing his exercises as recommended. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace. He is eager to start his therapy and get stronger. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3  *Previous Findings as of 10/28/2019 - Worst:6 Best:2 Current:3*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He just landed from his business trip and came straight to PT. His L leg was swollen today compared to his last visit. He states he is tired and ready to relax at home with his L leg up. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 40 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. He required verbal cues for proper form, not letting his lower back arch or use momentum. Performed open chain exercises to help start to strengthen his L quad. Pt struggles with balance as seen with tandem walking and SLS but did better compared to his last session. He wants to improve his balance so he can get back to tap dancing and bowling. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake
Go home and rest with his L leg up and ice due to swelling from the travel
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/31/2019

- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 20% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 5% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks) | 5% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 5% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 5% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 0% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit
progress per protocol- strengthen L knee

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 31, 2019 at 5:55 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 3

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/28/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective
**Treatment Side:**  Left
**Current Complaints / Gains:**  Pt comes in today with no new complaints. He states he was a bit sore on Saturday after his last session but also had a busy day at home doing some household chores. He states he took a Tramadol that night which helped. Pt is traveling for work, leaving tomorrow and coming home on Thursday. He plans on having a wheelchair at the airport. He comes in with his Berg brace on his L knee locked at 40 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace on Fridays. Pt reports he has started doing his exercises as recommended. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool but hasnt quite yet. Pt is still sleeping with the brace. He is eager to start his therapy and get stronger. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3  *Previous Findings as of 10/25/2019 - Worst:6  Best:2  Current:3*
  **Pain Description:** Dull/Achy
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment
**Assessment/Diagnosis:**  Pt comes in today for PT with no new complaints. He states he was a bit more active this last weekend and took a Tramadol to help. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 40 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He has palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. He required verbal cues for proper form, not letting his lower back arch or use momentum. Performed open chain exercises to help start to strengthen his L quad. Pt struggles with balance as seen with tandem walking but did better compared to his last session. He wants to improve his balance so he can get back to tap dancing and bowling. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:**  Performed and reviewed HEP - all questions were answered
Encouraged patient to keep up with water intake
Pt is traveling the next two days for work- plans on getting assistance at the airport
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/28/2019

- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 5% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 0% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks)  | 5% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 0% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 0% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 0% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:**  Progressing Patient Next Visit
   progress per protocol- strengthen L knee

_Barbara Goldsworthy PT, DPT_

Barbara Goldsworthy, DPT
License #10198
_Electronically Signed by Barbara Goldsworthy, DPT on October 28, 2019 at 5:48 pm_

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 2

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/25/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling pretty good. He states it felt good to start going some exercises and moving. He reports he was not too sore. Pt comes in today at the end of the day and his L knee was more swollen compared to his eval in the AM. He comes in with his Berg brace on his L knee. He changed his brace to 40 degrees of knee flexion, per his surgeon today. Pt was instructed to add 20 degrees a week to his brace on Fridays. He is no longer taking pain meds daily. Only on an as needed basis. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool. Pt is still sleeping with the brace. He is eager to start his therapy and get stronger. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3   *Previous Findings as of 10/23/2019 - Worst:6  Best:2  Current:3*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. His L knee is more swollen today due to being up and towards the end of his day. He plans to go home and ice afterwards. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is now set to 40 degrees of L knee flexion per his surgeon. He is able to increase 20 degrees every week on Friday. He has palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. He required verbal cues for proper form, not letting his lower back arch or use momentum. Performed open chain exercises to help start to strengthen his L quad. Pt struggles with balance as seen with tandem walking which was eye opening for him. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Performed and reviewed HEP - all questions were answered
Added gastroc stretching and tandem stance to practice at home
Encouraged patient to keep up with water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/25/2019

- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 5% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 0% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks) | 5% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 0% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 0% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 0% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:**  Progressing Patient Next Visit
progress per protocol- strength L knee

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 28, 2019 at 5:32 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 1

**Date of Plan of Care:** 10/23/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:**  Pt comes in today for a physical therapy evaluation s/p L patella fracture 9/4/19. He is cleared by his surgeon to start physical therapy. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is set to 20 degrees of L knee flexion. He has palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. Performed open chain exercises to help start to strengthen his L quad. Pt states it was good to get moving some. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Performed and reviewed HEP - all questions were answered
Encouraged patient to keep up with water intake
**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.
**Rehab Potential:** Good
**Contraindications to Therapy:**  None
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 0%  | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks)  | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |

5: (12 Weeks)  | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Frequency:**  2 times a week
**Duration:**  12 weeks
**Plan:**  Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/23/2019

# Plan of Care

### Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

*Barbara Goldsworthy PT,DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 28, 2019 at 3:57 pm*

Physician Signature_____

J. Silver, MD

Date:_____    Time:_____

# Patient Outcomes

Report Date: 10/28/2019

## Kenneth Jeras — 26 OF 80

| | |
|---|---|
| **Patient ID:** 2370543 | **Questionnaire Type:** Initial Eval |
| **Case Key:** 27410810 | **Area:** Lower Extremity |
| **Visit Date:** 10/23/2019 | **Clinician:** Goldsworthy, Barbara Anna |
| **Entry Date:** 10/28/2019 | **Clinic:** Tri-Physical Therapy |
| **ICD Code:** S82002A - Unspecified fracture of left patella, initial encounter for closed fracture | **Referral Source:** Silver, Joshua |
| **Gender:** M | Workers Compensation |
| **Date of Birth:** 10/24/1961 | **Litigation:** No    **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 5 | 5 | (0 to 10) |
| | Any of your usual work, housework, or school activities | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Getting into or out of the bath | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | Moderate Difficulty | 2 | (0 to 4) |
| | Squatting | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | Moderate Difficulty | 2 | (0 to 4) |
| | Performing light activities around your home | Moderate Difficulty | 2 | (0 to 4) |
| | Performing heavy activities around your home | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Getting into or out of a car | Moderate Difficulty | 2 | (0 to 4) |
| | Walking 2 blocks | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking a mile | Quite a Bit of Difficulty | 1 | (0 to 4) |



| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)) | Moderate Difficulty | 2 | (0 to 4) |
| | Standing for 1 hour | Moderate Difficulty | 2 | (0 to 4) |
| | Sitting for 1 hour | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | A Little Bit of Difficulty | 3 | (0 to 4) |

WebPT

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 1

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/23/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with his Berg brace on his L knee. He has followed up with his surgeon who released him to start doing physical therapy. Currently his brace is locked at 20 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace. He is no longer taking pain meds daily. Only on an as needed basis. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool. Pt is still sleeping with the brace. He is eager to start his therapy and get stronger. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>15 minutes | 1 |
| 97535 | Self Care- ADLs<br>See Flowsheet<br>15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97161 | PT Evaluation: Low Complexity | 1 |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment
**Assessment/Diagnosis:** Pt comes in today for a physical therapy evaluation s/p L patella fracture 9/4/19. He is cleared by his surgeon to start physical therapy. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is set to 20 degrees of L knee flexion. He has palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. Performed open chain exercises to help start to strengthen his L quad. Pt states it was good to get moving some. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:**  Performed and reviewed HEP - all questions were answered
Encouraged patient to keep up with water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/23/2019

- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 W  eeks)  | 0%   | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee

2: (12 W  eeks)  | Pt will demonstrate L knee AROM within 8 0%   of normal in all directions in accordance to protocol. |
3: (12 W  eeks)  | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 W  eeks)  | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control.

5: (12 W  eeks)  | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:**  Progressing Patient Next V isit

Barbara Goldsworthy, DPT
License # 10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 28, 2019 at 3:57 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Physical Therapy
## Initial
## Examination

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Date of Initial Examination:** 10/23/2019
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Visit No.:** 1

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Pt reports on August 21, 2019 he was at Disney Land walking from a parking lot when he tripped over an unmarked platform. He fell and was not able to get up without help. He waiting for medical support to come and knew his L knee cap did not look right. He was transported in an ambulance to the closest hospital where xrays we taken and was told he fractured his L knee cap. He was not going to have surgery in CA due to not living there and not having his wife and family to help. He was able to fly home with an immobilizer brace on his leg. His surgery was September 4, 2019.
**Primary Concern/Chief Complaint:** Pt comes in today with his Berg brace on his L knee. He has followed up with his surgeon who released him to start doing physical therapy. Currently his brace is locked at 20 degrees of knee flexion. Pt was instructed to add 20 degrees a week to his brace. He is no longer taking pain meds daily. Only on an as needed basis. Pt states he is only allowed to take his brace off when he is relaxing at home with his leg supported and to take a shower. He is also cleared to get in the pool. Pt is still sleeping with the brace. He is eager to start his therapy and get stronger. Pt enjoys bowling and tap dance which he wants to get back to doing.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 2 **Current:** 3
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Diagnostic Testing/Imaging:** L patella fx- healing well
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol)
**Patient Goals:** Pt' s goal is to follow the protocol and get his L knee as strong as he can to get back PLOF especially his tap dancing and bowling.

## Objective

Inspection

**Patient Consent**
Patient/Parent/Guardian Consent       Yes

**Post Operative/Wound Healing**       Incision Sites:Clean and healing well

**Outcome Measurement Tools**

**Lower Extremity**
Lower Extremity Functional Scale       26/80

**Observation**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy Initial Examination

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/23/2019

| | |
|---|---|
| **WB Status** | FWB |
| Compliant with WBing Restrictions? | No |

| | |
|---|---|
| **Standing Posture** | Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis |
| **Gait** | Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing |

**Assistive Device**

| | |
|---|---|
| Type | Single Point Cane |
| Hand Used | Right |

## Range of Motion

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left |
|---|---|---|
| Flexion | WNL | 20 ° |
| Extension | WNL | (5) ° |

## Strength

**Gross Muscle Tests Lower**

**Hip**

| | Right | Left |
|---|---|---|
| Hip Abduction | Not Tested | 4/5 |
| Hip Adduction | Not Tested | 4/5 |

## Neuro-Vascular

**Complaints of any radicular symptoms in either extremity**

| | |
|---|---|
| Complaints of any radicular symptoms in either extremity | No |

**Dermatomes Lower**

| | Right | Left |
|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal |
| L3 Distal Inner Thigh | Normal | Normal |
| L4 Anterior Tibialis | Normal | Normal |
| L5 EHL | Normal | Normal |
| S1 Lateral Foot | Normal | Normal |
| S2 Mid Gastoc/Hamstring | Normal | Normal |

**Special Tests**

**Proprioception/Balance**

**SL Balance**

| | Right | Left |
|---|---|---|
| Eyes Open | Not Tested | Poor |
| Eyes Closed | Not Tested | Not Tested |

| | |
|---|---|
| **Comments** | No Special tests done- post surgical |

**Palpation**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Physical Therapy
## Initial
## Examination

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/23/2019

## Palpation
Palpable tenderness or increased muscular tone noted.

| | Right | Left |
|---|---|---|
| ASIS | Normal | Normal |
| Ischial Tuberosity | Normal | Normal |
| Right Piriformis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Piriformis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Maximus | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Gluteus Maximus | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, involuntary muscle holding (spasms) | |
| Right Iliopsoas | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Iliopsoas | Painful to Light Palpation, Tender with increased tissue tension | |
| Right TFL | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left TFL | Painful to Light Palpation, Tender with increased tissue tension | |
| Right Greater Trochanteric Bursa | Normal | |
| Left Greater Trochanteric Bursa | Normal | |
| Right Hamstrings | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Hamstrings | Painful to Light Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Quadriceps | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Quadriceps | Painful to Light Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Rectus Femoris | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Rectus Femoris | Painful to Light Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right IT Band | Painful to Light Palpation, Tender with increased tissue tension | |
| Left IT Band | Painful to Light Palpation, Tender with increased tissue tension | |
| Right Vastus Lateralis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left Vastus Lateralis | Painful to Light Palpation, Tender with increased tissue tension | |
| Right VMO | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left VMO | Painful to Light Palpation, Tender with increased tissue tension | |

| | Right | Left |
|---|---|---|
| Medial Patella | Normal | |
| Lateral Patella | Normal | |
| Superior Patella | Normal | |
| Inferior Patella | Normal | |
| Tibial Tuberosity | Normal | |
| Lateral Joint Line | Normal | |
| Medial Joint Line | Normal | |
| Pes Anserine | Normal | |
| LCL | Normal | |
| MCL | Normal | |

## Assessment
**Assessment/Diagnosis:** Pt comes in today for a physical therapy evaluation s/p L patella fracture 9/4/19. He is cleared by his surgeon to start physical therapy. Pt is currently wearing his Berg brace at all times but showering and relaxing with his leg up. The brace is set to 20 degrees of L knee flexion. He has palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. He tolerated standing hip B exercises with his brace. Performed open chain exercises to help start to strengthen his L quad. Pt states it was good to get moving some. Pt will benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Performed and reviewed HEP - all questions were answered
Encouraged patient to keep up with water intake

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Initial
Examination**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/23/2019

**Patient Demonstrates Compliance with Prescribed HEP**
Following the evaluation and extensive patient education regarding diagnosis, prognosis, and treatment goals, the patient (parent/guardian, power of attorney holder) actively participated in the creation of the current goals and agrees to the current treatment plan.

**Rehab Potential:** Good
**Contraindications to Therapy:** None
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength

**Long Term Goals:**
1: (12 Weeks)  | 0% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee
2: (12 Weeks)  | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol.
3: (12 Weeks)  | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back.
4: (12 Weeks)  | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control.
5: (12 Weeks)  | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics.

## Plan

**Frequency:** 2 times a week
**Duration:** 12 weeks
**Plan:** Begin Plan as Outlined
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

___I have no revisions to the plan of care.
___Revise the plan of care as follows_____
_____

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 28, 2019 at 3:57 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____      Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 27

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today tired. He has been busy with work and has to go with his mom to her surgeon and then head to the airport for his flight. He is eager to get back to his tap classes and hoping to start back soon, in the next few weeks. He is traveling for work the rest of the week. He states the prolonged standing and walking is what bothers the knee the most. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He continues to feel like his thigh muscles are "still in protective mode" and not sure how to control that other than just getting stronger. Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports when sitting on planes he needs to straighten his leg out in the aisle. He states he tires out with prolonged standing in the kitchen and walking more than 30 minutes. He reports he is doing well with his ROM but has a pulling with bending because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing.

**Functional Deficits / Gains:**  Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus,<br>contract/relax to L calf<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| Objective Findings | Knee AROM:  0-128 deg L/ 0-138 deg R.  Full revolutions on bike. weak with eccentric control |
|---|---|
| Post-Treatment | Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad and lateral/retro/fwd cone touch |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeffries, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/29/2020

# Daily Note /
# Billing Sheet

**Assessment/Diagnosis:** Pt comes in today tired for a long day of work yesterday and a busy schedule today. He states he is stiff in his L knee which is his main complaint. He has to travel today for work until the end of the week. He is also helping his mother out with getting her to and from her chemo appointments. The stiffness and pulling continues to be his main complaint in the knee but gradually improving. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt states he is unable to kneel on his L knee. He was tender again today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally), but able to tolerate more pressure. After the manual work, recumbent bike and stretching his L knee did feel better with less pulling. Pt tolerated balance work but required verbal cues for proper positing when doing fwd/lateral/retro cone taping, wanting to keep his knee straight rather than bent. Eccentric step downs are gradually getting easier with improved form but still shaky and fatigues. Lateral side stepping into a lunge on a bosu is also a bit unsteady. Pt was able to get to 128 of knee flexion in prone when stretching his quad on his L. He does feel more pressure in the L knee when doing this stretch but less uncomfortable compared to last month. He wants to continue to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt has been trying his tap warm ups with include a lot of balance and agility. Pt is still unable to SLS on a level 2 airex pad with throw and catch more than 7 times without putting his R foot down, something that he needs to practice. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP and doing his tap warm ups for 10-15 minutes at home
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes especially when traveling

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 50% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 40% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 45% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 50% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan
**Instructions:** Progressing Patient Next Visit
  knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 30, 2020 at 12:56 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 26

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/28/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He reports he has a low key weekend. He is eager to get back to his tap classes and hoping to start back soon. He has some traveling coming up at the end of the week. He states the prolonged standing and walking is what bothers the knee the most. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He continues to feel like his thigh muscles are "still in protective mode" and not sure how to control that other than just getting stronger. Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports on his flight back home he needs to straighten his leg out. He states he tires out with prolonged standing in the kitchen and walking more than 30 minutes. He reports he is doing well with his ROM but has a pulling with bending because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 01/23/2020 - Worst:6 Best:0 Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association  All rights reserved.*

**Objective Findings**        Knee AROM:  0-128 deg L/ 0-138 deg R.  Full revolutions on bike.
**Post-Treatment**             Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/28/2020

**Assessment/Diagnosis:** Pt comes in today with no new complaints. He states he is stiff in his L knee which is his main complaint. He has to travel for work the end of the week. He is also helping his mother out with getting her to and from her chemo appointments. The stiffness and pulling continues to be his main complaint in the knee but gradually improving. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt states he is unable to kneel on his L knee. He was tender today with palpable trigger points in his L quad, IT band, gastroc/ soleus (medially> laterally), but able to tolerate more pressure. After the manual work, recumbent bike and stretching his L knee did feel better with less pulling. Pt tolerated balance work but required verbal cues for proper positing when doing fwd/lateral/ retro cone taping, wanting to keep his knee straight rather than bent. Eccentric step downs are gradually getting easier with improved form but still shaky and fatigues. Lateral side stepping into a lunge on a bosu is also a bit unsteady. Pt was able to get to 128 of knee flexion in prone when stretching his quad on his L. He does feel more pressure in the L knee when doing this stretch but less uncomfortable compared to last month. He wants to continue to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt has been trying his tap warm ups with include a lot of balance and agility. Pt is still unable to SLS on a level 2 airex pad with throw and catch more than 7 times without putting his R foot down, something that he needs to practice. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP and doing his tap warm ups for 10-15 minutes at home
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 50% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks) | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 40% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 45% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 50% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:** Progressing Patient Next Visit
knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 30, 2020 at 12:46 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 25

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/23/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling less stiff and achy after his last session. He states the stretches, manual work and exercises really helped his L knee feel less stiff. He knows the prolonged standing and walking is what bothers the knee the most. He has to travel at the end of next week. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He continues to feel like his thigh muscles are "still in protective mode" and not sure how to control that other than just getting stronger. Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports on his flight back home he needs to straighten his leg out. He states he tires out with prolonged standing in the kitchen and walking more than 30 minutes. He reports he is doing well with straightening but has pulling with bending because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing. He is hoping to get back to tap in about a month.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
    **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 01/21/2020 - Worst:6 Best:0 Current:2*
    **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>   See Flowsheet<br>   30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>   Proprioception/Balance Training<br>   See Flowsheet<br>   15 minutes | 1 |
| 97140 | Manual Therapy<br>   See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus,<br>   contract/relax to L calf<br>   15 minutes | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings
Post-Treatment

Knee AROM: 0-128 deg L/ 0-138 deg R. Full revolutions on bike.
Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 7 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/23/2020

# Daily Note /
# Billing Sheet

**Assessment/Diagnosis:** Pt comes in today less stiff in his L knee which he was happy about. He has to travel for work the end of next week. He is also helping his mother out with getting her to and from her chemo appointments. The stiffness and pulling continues to be his main complaint in the knee but gradually improving. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt states he has not tried kneeling. He was less tender today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally), able to tolerate more pressure. After the manual work, recumbent bike and stretching his L knee did feel better with less pulling. Pt tolerated balance work using the bosu and doing SL with resisted hip extension and abduction. Eccentric step downs are gradually getting easier with improved form but still shaky and fatigues. Lateral side stepping into a lunge on a bosu is also a bit unsteady. Pt was able to get to 128 of knee flexion in prone when stretching his quad on his L. He does feel more pressure in the L knee when doing this stretch but less uncomfortable compared to last month. He wants to continue to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt has been trying his tap warm ups with include a lot of balance and agility. Pt is still unable to SLS on a level 2 airex pad with throw and catch more than 7 times without putting his R foot down, something that he needs to practice. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP and doing his tap warm ups for 10-15 minutes at home
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 50% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 40% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 45% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 45% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan
**Instructions:** Progressing Patient Next Visit
knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 23, 2020 at 11:32 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 24

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/21/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today tired and stiff in his L knee. He has been traveling for work and did a lot of standing and walking. He states after about 3 hours of standing he had to sit down and was not going to get back up. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He continues to feel like his thigh muscles are "still in protective mode". Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports on his flight back home he needs to straighten his leg out. He states he tires out with prolonged standing in the kitchen and walking more than 30 minutes. He reports he is doing well with straightening but has pulling with bending because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 01/13/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|-----------|--------------------|-------|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association   All rights reserved.*

| | |
|---|---|
| Objective Findings | Knee AROM:  0-125 deg L/ 0-138 deg R.  Full revolutions on bike. |
| Post-Treatment | Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 6 catches |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/21/2020

**Assessment/Diagnosis:** Pt comes in today with a lot of stiffness in his L knee. He has been traveling for work and doing a lot of standing and walking. He is also helping his mother out with getting her to and from her chemo appointments. The stiffness and pulling continues to be his main complaint. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt states he has not tried kneeling. He was tender today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). After the manual work, recumbent bike and stretching his L knee did feel better with less pulling. Pt tolerated sidelying glut work and resisted lateral side stepping but continues to fatigue with resistance and needed verbal cues for proper form. Performed eccentric step downs which is gradually getting easier with improved form but still shaky and fatigues. Lateral side stepping into a lunge on a bosu is also a bit unsteady. Pt was able to get to 125 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness in the joint with prone stretching compared to his R knee. He wants to continue to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 10 times without putting his R foot down, something that he needs to practice. Today patient was more unsteady only able to throw/catch 6 times. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 50% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |

3: (12 Weeks)  | 40% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |

4: (12 Weeks)  | 45% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |

5: (12 Weeks)  | 40% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:** Progressing Patient Next Visit
 knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
E lectronically S igned b y Barb ara G oldsw orthy, DPT on January 22, 2020 at 9:16 am

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 23

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/13/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left

**Current Complaints / Gains:** Pt comes in today with continued tightness in his R knee. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He feels like thigh muscles are "still in protective mode". Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports he flies a lot for work and needs to be able to sit for longer than an hour without having to get up. He states he tires out with prolonged standing in the kitchen and walking more than 20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing.

**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength

**Pain Location:** L knee

  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 01/09/2020 - Worst:6  Best:0  Current:3*
  **Pain Description:** Dull/Achy

**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings    Knee AROM:  0-123 deg L/ 0-138 deg R.  Full revolutions on bike.
Post-Treatment    Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 10 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/13/2020

**Assessment/Diagnosis:** Pt comes in today with stiffness in his L knee. This is his main complaint. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He continues to have stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable. Pt states he has not tried kneeling. He was less tender today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally) and able to tolerate more pressure with manual work. Pt tolerated sidelying glut work and resisted lateral side stepping but continues to fatigue fast with resistance and needed verbal cues for proper form. Performed eccentric step downs which is gradually getting easier with improved form but still shaky. Lateral side stepping into a lunge on a bosu is also a bit unsteady. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 125 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness in the joint with prone stretching compared to his R knee. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 10 times without putting his R foot down, something that he needs to practice. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 45% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 35% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:** Progressing Patient Next Visit
  knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 14, 2020 at 1:47 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:**  Jeras, Kenneth
**Date of Birth:**  10/24/1961

**Referring Physician(s):**  Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 22

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/09/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt states he is feeling a bit less stiff after his last session. He states his main complaints are stiffness in his L knee and instability. He feels like his thigh muscles are "still in protective mode". Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports he flies a lot for work and needs to be able to sit for longer than an hour without having to get up. He states he tires out with prolonged standing in the kitchen and walking more than 15-20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee cap.
He is gradually getting back to activities around the house and his usual work. He is eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:**  Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3  *Previous Findings as of 01/06/2020 - Worst:6  Best:0  Current:3*
   **Pain Description:** Dull/Achy
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association  All rights reserved.*

Objective Findings          Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Post-Treatment             Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 10 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 01/09/2020

# Daily Note /
# Billing Sheet

**Assessment/Diagnosis:** Pt comes in today feeling less stiff after his last session. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable as well as stiff. He continues to have stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable and unsteady on the L. He was less tender today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally) compared to his last session. Pt tolerated sidelying glut work but continues to fatigue fast with resistance and needed verbal cues for proper form. Performed eccentric step downs which is gradually getting easier but still shaky with exercise. Lateral side stepping into a lunge is also a bit unsteady. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 125 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness in the joint with prone stretching compared to his R knee. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 10 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 45% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 35% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:** Progressing Patient Next Visit
  knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 12, 2020 at 9:07 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 21

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 01/06/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling very stiff in his L knee. He was on vacation with his wife for her birthday in Vegas. He states they did a lot of walking for about 2 full days. He states he would get back to the room and put his legs up and ice it. He states his knee did swell some. He feels like the colder weather does stiffen his L knee. He feels like his thigh muscles are "still in protective mode". Sitting for longer than an hour in one position is still a struggle which he noticed when sitting watching a concert. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports he flies a lot for work and needs to be able to sit for longer than an hour without having to get up. He states he tires out with prolonged standing in the kitchen and walking more than 15-20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee cap.
He is gradually getting back to activities around the house and his usual work. He is eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:**  Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 *Previous Findings as of 12/31/2019 - Worst:6 Best:0 Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings
Post-Treatment

Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Continued muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 10 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 01/06/2020

**Assessment/Diagnosis:** Pt comes in today feeling stiff and achy from his weekend of walking a lot in Vegas. He is a bit more swollen today compared to last session. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has been complaining of stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is still uncomfortable on the L. He was more tender today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Pt tolerated sidelying glut work but continues to fatigue fast with resistance and needed verbal cues for proper form. Performed eccentric step downs which is gradually getting easier but still shaky with exercise. Lateral side stepping into a lunge is also a bit unsteady. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 120 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness in the joint with prone stretching compared to his R knee. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 10 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 40% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 35% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:** Progressing Patient Next Visit
 knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 8, 2020 at 9:28 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 20

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/31/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling ok. He states his L knee continues to feel stiff.  The weather has been colder and states his L knee does feel more stiff overall. He feels like his thigh muscles are "still in protective mode". He went to the movie and was not in a front seat where he could elevate his leg and was not able to sit comfortably for longer than an hour. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports he flies a lot for work and needs to be able to sit for longer than an hour without having to get up. He states he tires out with prolonged standing in the kitchen and walking more than 10-20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee cap.
He is gradually getting back to activities around the house and his usual work. He has noticed the swelling is less which he is happy about. He is not wearing his brace much at all at this point. He is eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 12/26/2019 - Worst:6 Best:0 Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association  All rights reserved.*

Objective Findings
Post-Treatment

Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 6 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/31/2019

**Assessment/Diagnosis:**  Pt feels like his L knee is getting stronger overall each week but does have times when it feels unstable. He has been complaining of stiffness from being in one position for longer than an hour which is concerning. Pivoting or end range knee flexion is uncomfortable on the L. Pt is no longer wearing his brace much at all now. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance and needed verbal cues for proper form. Performed eccentric step downs and patient required verbal cues for proper alignment and was still shaky with exercise. Lateral side stepping into a lunge is also a be unsteady on the ground. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 120 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness in the joint with prone stretching compared to his R knee. Pt feels discomfort in his L knee on the lateral aspect when stretching his glutes in a figure 4 stretch. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 6 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 40% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 35% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan
**Instructions:**  Progressing Patient Next Visit
knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work

Barbara Goldsworthy PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on January 1, 2020 at 1:58 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 19

**Date of Progress Note:** 12/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Pt reports on August 21, 2019 he was at Disney Land walking from a parking lot when he tripped over an unmarked platform. He fell and was not able to get up without help. He waited for medical support to come and knew his L knee cap did not look right. He was transported in an ambulance to the closest hospital where xrays we taken and was told he fractured his L knee cap. He was not going to have surgery in CA due to not living there and not having his wife and family to help. He was able to fly home with an immobilizer brace on his leg. His surgery was September 4, 2019.

**Current Complaints / Gains:** Pt comes in today more stiff he reports. The weather has been colder and states his L knee does feel more stiff overall. He feels like his thigh muscles are "still in protective mode". He states he tires out with prolonged standing in the kitchen and walking more than 10-20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware
and feeling pressure in the L knee. He reports that stiffness has not been going away and today feels more than normal. He is gradually getting back to activities
around the house and his usual work but notices swelling and needs to ice it regularly. He is doing a lot more without his brace and only wears his brace when doing errands and a lot of walking. He is eager to get back to tap dance and bowling, hobbies of his.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 12/23/2019 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

Inspection

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Post Operative/Wound Healing**          Incision Sites:Clean and healing well

**Outcome Measurement Tools**                              *Previous Findings as of 11/26/2019*

**Lower Extremity**
Lower Extremity          51/80                              44
Functional Scale

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
## Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 12/26/2019

## Observation

| | | |
|---|---|---|
| **WB Status** | FWB | |
| Compliant with WBing Restrictions? | No | |

| **Standing Posture** | Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis |
|---|---|
| **Gait** | Antalgic, Lacks Proper Heel Strike/Toe Off, Apprehensive with Weightbearing |

## Range of Motion

*Previou s F indings as of 11/26 /2019*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | WNL | 120 ° | *W N L* | *115 °* |
| Extension | WNL | 0 ° | *W N L* | *3 °* |

## Strength

*Previou s F indings as of 11/26 /2019*

### Gross Muscle Tests
### Lower

#### Hip

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | Not Tested | 5-/5 | *N ot Tested* | *5 -/5* |
| Hip Extension | Not Tested | 4+/5 | *N ot Tested* | *4+ /5* |
| Hip Abduction | Not Tested | 4+/5 | *N ot Tested* | *4+ /5* |
| Hip Adduction | Not Tested | 4+/5 | *N ot Tested* | *4/5* |

#### Knee

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | Not Tested | 4+/5 | *N ot Tested* | *4/5* |
| Knee Extension | Not Tested | 4+/5 | *N ot Tested* | *4/5* |

## Neuro-Vascular

*Previou s F indings as of 11/26 /2019*

### Complaints of any radicular symptoms in either extremity

| | | | |
|---|---|---|---|
| Complaints of any radicular symptoms in either extremity | No | | *N o* |

### Dermatomes Lower

| | Right | Left | | |
|---|---|---|---|---|
| L1, 2 Mid Anterior Thigh | Normal | Normal | *N ormal* | *N ormal* |
| L3 Distal Inner Thigh | Normal | Normal | *N ormal* | *N ormal* |
| L4 Anterior Tibialis | Normal | Normal | *N ormal* | *N ormal* |
| L5 EHL | Normal | Normal | *N ormal* | *N ormal* |
| S1 Lateral Foot | Normal | Normal | *N ormal* | *N ormal* |
| S2 Mid Gastoc/ Hamstring | Normal | Normal | *N ormal* | *N ormal* |

## Special Tests

*Previou s F indings as of 11/26 /2019*

### Proprioception/ Balance

| SL Balance | Right | Left | *Right* | *Right* |
|---|---|---|---|---|

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/26/2019

| | | | | |
|---|---|---|---|---|
| Eyes Open | Good | Fair | G ood | F air |
| Eyes Closed | Fair | Poor | F air | Poor |

**Comments** No Special tests done- post surgical        *N o S pecial tests done- post su rgical*

## Palpation

## Palpation

Palpable tenderness or increased muscular tone noted.

| | Right | Left |
|---|---|---|
| ASIS | Normal | Normal |
| Ischial Tuberosity | Normal | Normal |
| Right Piriformis | Tender with increased tissue tension | |
| Left Piriformis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Maximus | Tender with increased tissue tension | |
| Left Gluteus Maximus | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Gluteus Medius | Painful to Deep Palpation, Tender with increased tissue tension, Involuntary muscle holding (spasms) | |
| Right Iliopsoas | Tender with increased tissue tension | |
| Left Iliopsoas | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right TFL | Tender with increased tissue tension | |
| Left TFL | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Greater Trochanteric Bursa | Normal | |
| Left Greater Trochanteric Bursa | Normal | |
| Right Hamstrings | Tender with increased tissue tension | |
| Left Hamstrings | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Quadriceps | Tender with increased tissue tension | |
| Left Quadriceps | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right Rectus Femoris | Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Left Rectus Femoris | Painful to Deep Palpation, Tender with increased tissue tension, Voluntary muscle holding (guarding) | |
| Right IT Band | Painful to Deep Palpation, Tender with increased tissue tension | |
| Left IT Band | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right Vastus Lateralis | Tender with increased tissue tension | |
| Left Vastus Lateralis | Painful to Deep Palpation, Tender with increased tissue tension | |
| Right VMO | Tender with increased tissue tension | |
| Left VMO | Painful to Deep Palpation | |

| | Right | Left |
|---|---|---|
| Medial Patella | Normal | Normal |
| Lateral Patella | Normal | Painful to Deep Palpation |
| Superior Patella | Normal | Painful to Deep Palpation |
| Inferior Patella | Normal | Painful to Deep Palpation |
| Tibial Tuberosity | Normal | Normal |
| Lateral Joint Line | Normal | Painful to Deep Palpation |
| Medial Joint Line | Normal | Normal |
| Pes Anserine | Normal | Painful to Deep Palpation |
| LCL | Normal | Normal |
| MCL | Normal | Normal |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/26/2019

**Assessment/Diagnosis:** Pt feels like his knee is getting stronger overall each week but does have times when it feels unstable. Pivoting or end range knee flexion is uncomfortable on the L. Pt is no longer wearing his brace much at all now. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Performed eccentric step downs and patient required verbal cues for proper alignment and was still shaky with exercise. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 120 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness with stretch. Pt feels discomfort in his L knee on the lateral aspect when stretching his glutes in a figure 4 stretch. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 5 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 35% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks) | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 30% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

**Summary/Recommendations:** Continue with current POC
Pt will continue to benefit from balance and proprioceptive exercises and eccentric strengthening for his L quad to return to tap dance and bowling.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/26/2019

## Plan

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

Barbara Goldsworthy, DPT
License #10198
E lectronically S igned by B arbara G oldsw orthy, DPT on December 26 , 2019 at
9:24 pm

Physician Signature_____

J. Silver, MD

Date:_____     Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 19

**Date of Plan of Care:** 12/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt feels like his knee is getting stronger overall each week but does have times when it feels unstable. Pivoting or end range knee flexion is uncomfortable on the L. Pt is no longer wearing his brace much at all now. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Performed eccentric step downs and patient required verbal cues for proper alignment and was still shaky with exercise. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 120 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness with stretch. Pt feels discomfort in his L knee on the lateral aspect when stretching his glutes in a figure 4 stretch. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 5 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks)  | 35% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 30% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |
**Summary/Recommendations:** Continue with current POC
Pt will continue to benefit from balance and proprioceptive exercises and eccentric strengthening for his L quad to return to tap dance and bowling.

## Plan

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 12/26/2019

# Plan of Care

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

## Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on December 26, 2019 at 9:24 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____     Time:_____

# Patient Outcomes

Report Date: 12/26/2019

## Kenneth Jeras                                         51 OF 80

Patient ID: 2370543

Case Key: 27410810

Visit Date: 12/26/2019

Entry Date: 12/26/2019

ICD Code: 582002A - Unspecified fracture of left patella, initial encounter for closed fracture

Gender: M

Date of Birth: 10/24/1961

Questionnaire Type: Follow Up

Area: Lower Extremity

Clinician: Goldsworthy, Barbara Anna

Clinic: Tri-Physical Therapy

Referral Source: Silver, Joshua

Workers Compensation

Litigation: No        Direct Access: No

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 3 | 3 | (0 to 10) |
| | Any of your usual work, housework, or school activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | Moderate Difficulty | 2 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Performing heavy activities around your home | Moderate Difficulty | 2 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes                                                              Report Date: 12/26/2019

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)} | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Standing for 1 hour | Moderate Difficulty | 2 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD


**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 19


**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today more stiff he reports. The weather has been colder and states his L knee does feel more stiff overall. He feels like his thigh muscles are "still in protective mode". He states he tires out with prolonged standing in the kitchen and walking more than 10-20 minutes. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware
and feeling pressure in the L knee. He reports that stiffness has not been going away and today feels more than normal. He is gradually getting back to activities
around the house and his usual work but notices swelling and needs to ice it regularly. He is doing a lot more without his brace and only wears his brace when doing errands and a lot of walking. He is eager to get back to tap dance and bowling, hobbies of his.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2   *Previou s F indings as of 12/23 /2019 - W orst:6  B est:0  Cu rrent:2
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164:59 | PT Re-Evaluation | 1 |

CPT copyright 2018 American Medical Association. All rights reserved.

**Objective Findings**
**Post-Treatment**

Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Muscle fatigue especially from eccentric control, difficult with SLS with ball toss on level 2 airex pad - 5 catches

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/26/2019

**Assessment/Diagnosis:** Pt feels like his knee is getting stronger overall each week but does have times when it feels unstable. Pivoting or end range knee flexion is uncomfortable on the L. Pt is no longer wearing his brace much at all now. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Performed eccentric step downs and patient required verbal cues for proper alignment and was still shaky with exercise. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 120 of knee flexion in prone when stretching his quad on his L. He does feel uncomfortable stretching and stiffness with stretch. Pt feels discomfort in his L knee on the lateral aspect when stretching his glutes in a figure 4 stretch. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt is unable to SLS on a level 2 airex pad with throw and catch more than 5 times without putting his R foot down. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
Wear supportive shoes

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 35% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 30% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:** Progressing Patient Next Visit

_Barbara Goldsworthy PT, DPT_

Barbara Goldsworthy, DPT
License #10198
_Electronically Signed by Barbara Goldsworthy, DPT on December 26, 2019 at 9:24 pm_

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 18

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/23/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He went to zoo lights and had his wife push him in a wheelchair because it was going to be a lot of walking. He had to walk a lot to and from the parking lot. He states he was tired the following day. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee. He reports that stiffness has not been going away. He is gradually getting back to activities around the house and his usual work but notices swelling and needs to ice it regularly. He is doing a lot more without his brace and only wears his brace when doing errands and a lot of walking.
**Functional Deficits / Gains:** Has not attempted tap dancing or bowling yet.  Gradually getting stronger but knows his balance is not where he needs it to be
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 12/17/2019 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | Manual ROM knee flexion and extension in supine (no overpressure needed) , hip and ham stretching, STM to quad | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

Objective Findings
Post-Treatment

Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Muscle fatigue especially from eccentric control

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/23/2019

**Assessment/Diagnosis:**  He feels like his knee is getting stronger overall but does have times when it feels unstable. Pt is no longer wearing his brace much at all now. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Performed eccentric step downs and patient required verbal cues for proper alignment and was still shaky with exercise. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt is able to get to 114 of knee flexion in prone when stretching his quad on his L. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:**  C ontinue with current HEP
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 80% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 35% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 95% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 30% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

# Plan

**Instructions:**  Progressing Patient Next Visit
  B knee strengthening and stability
balance/proprioception

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on December 26, 2019 at 9:05 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 17

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/19/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling good. He states he was a bit sore after his last session but it was a good soreness. He has no new complaints. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee. He is gradually getting back to activities around the house and his usual work but notices swelling and needs to ice it regularly. He is doing a lot more without his brace and only wears his brace when doing errands and a lot of walking.
**Functional Deficits / Gains:** Has not attempted tap dancing or bowling yet.  Gradually getting stronger but knows his balance is not where he needs it to be
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>Manual ROM knee flexion and extension in supine (no overpressure needed) , hip and ham stretching, STM to quad<br>15 minutes | 1 |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

Objective Findings        Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Post-Treatment            Muscle fatigue especially from eccentric control

## Assessment

**Assessment/Diagnosis:** He feels like his knee is getting stronger overall but does have times when it feels unstable. Pt is no longer wearing his brace much. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Performed eccentric step downs and patient required verbal cues for proper alignment. He was shaky with exercise. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt struggled with prone knee flexion when stretching his quad on his L. Able to get to 105 degrees. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing
**Patient Demonstrates Compliance with Prescribed HEP**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/19/2019

**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 30% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks) | 85% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 20% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan
**Instructions:** Progressing Patient Next Visit
  B knee strengthening and stability
balance/proprioception

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on December 22, 2019 at 12:19 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 16

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/17/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today with no new complaints. He reports he is doing well with straightening but has some trouble bending, partly because of the hardware and feeling pressure in the L knee. He is gradually getting back to activities around the house and his usual work but notices swelling and needs to ice it regularly. He is doing a lot more without his brace and only wears his brace when doing errands and a lot of walking.
**Functional Deficits / Gains:**  Has not attempted tap dancing or bowling yet.  Gradually getting stronger but knows his balance is not where he needs it to be
**Pain Location:** L knee
    **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 12/05/2019 - Worst:6  Best:0  Current:2*
    **Pain Description:** Dull/Achy
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:**  No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>    See Flowsheet<br>    30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>    Proprioception/Balance Training<br>    See Flowsheet<br>    15 minutes | 1 |
| 97140 | Manual Therapy<br>    Manual ROM knee flexion and extension in supine (no overpressure needed) , hip and ham stretching, STM to quad<br>    15 minutes | 1 |

*CPT copyright 2018 American Medical Association. All rights reserved.*

Objective Findings
Post-Treatment

Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Muscle fatigue.

## Assessment
**Assessment/Diagnosis:**  He feels like his knee is getting stronger overall but does have times when it feels unstable still. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally). Sit to stands are less of a struggle and able to get up from a standard height chair now with a 8lb medicine ball. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Pt is able to make full circles on the recumbent without any issues at this point. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt struggled with prone knee flexion when stretching his quad on his L. Able to get to 105 degrees. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/17/2019

**Patient Education:**  Continue with current HEP which was performed and reviewed-
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks)  | 30% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 85% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 20% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  B knee strengthening and stability
balance/proprioception

Barbara Goldsworthy, DPT
License #10198
Electronically Signed by Barbara Goldsworthy, DPT on December 22, 2019 at 12:04 pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 15

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/13/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he is doing well with straightening but has some trouble bending, partly because of the hardware.  He is gradually getting back to activities around the house and his usual work but notices swelling and needs to ice it regularly.
**Functional Deficits / Gains:** Has not attempted tap dancing or bowling yet.  Gradually getting stronger but knows his balance isn't too good yet.
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise | |
| | See Flowsheet | |
| | 30 minutes | |
| | | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| | | 1 |
| 97140 | Manual Therapy | |
| | Manual ROM knee flexion and extension in supine (no overpressure needed) , hip and ham stretching, STM to quad | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

Objective Findings    Knee AROM:  0-120 deg L/ 0-138 deg R.  Full revolutions on bike.
Post-Treatment    Muscle fatigue.

## Assessment

**Assessment/Diagnosis:** Pt had difficulty with single leg dynamic balance exercises and will need to progress with training in order to return to prior activities.  Doing well with ROM in flexion and extension after stationary bike, not requiring manual overpressure today.  Good technique with sit to stand.
**Patient Education:** Add elevation with ankle pumps to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/13/2019

- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 Weeks) | 30% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks) | 85% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 20% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

**Plan**

**Instructions:** Progressing Patient Next Visit
  B knee strengthening and stability
balance/proprioception

*Karen Rein PT, MS, OCS, CSCS*

Karen Rein
License #3982
*Initiated by Karen Rein on December 13, 2019 at 2:11 pm*

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Co-Signed by Barbara Goldsworthy, DPT on December 13, 2019 at 4:39 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix
AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Missed Appointment

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left
patella, initial encounter for closed fracture, M25.562: Pain in
left knee, R26.9: Unspecified abnormalities of gait and mobility,
M62.81: Muscle weakness (generalized)

**Date of Cancel:** 12/09/2019
**Physician Name:** Silver, Joshua MD

**Reason for missed appointment:** Cancel
Weather

Hansen Hansen
License #269287
*Document created on December 9, 2019 at 4:09 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 14

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/05/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt state he was a bit sore after his last session but not too bad. He did some traveling for work and just got back last night. He states stairs are becoming easier.  Pt and his doctor discussed only wearing the brace out in public and traveling. He states his knee is feeling stronger and more mobile but still does not trust it, only about 70%. He states when he does bend the L knee past 90 degrees he does feel a lot of pulling and does see and feel the plate in his knee. This was discussed with his doctor who states he might need to get the plate removed in about 6 months to a year. Going up stairs is easier than going down. He can go down, step over step with his brace on but not without the brace. Pt enjoys bowling and tap dance which he wants to get back to doing. His doctor is thinking more February 2020 if he continues to improve.

**Pain L ocation:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 12/02/2019 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise | |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association.  All rights reserved.*

## Assessment
**Assessment/Diagnosis:** Pt reports he was a bit sore after his last session but not too bad. He just got back from a work trip late last night. Pt wears his brace in public and traveling. Pt might need to get the plate taken out of his knee if it limits his ROM and bothers him especially when he bends past 90 degrees. He feels like his knee is getting stronger overall but does have times when it feels unstable still. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally) and Anterior tib but able to tolerate more pressure. Sit to stands are less of a struggle and able to get up from a standard height chair without his brace. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form without his brace today. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Pt tolerated sidelying glut work but continues to fatigue fast with resistance. Pt was able to make a full circle on the recumbent bike going forwards and backwards today for the first time which he was very happy about. He continues to feel moderate pulling on the L knee when going past 90 degrees. Pt struggled with prone knee flexion when stretching his quad on his L. Able to get to 95 degrees. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 12/05/2019

**Patient Education:** Continue with current HEP which was performed and reviewed- added prone quad stretch
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**L ong Term Goals:**
1: (12 Weeks)  | 30% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 85% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 20% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 35% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:** Progressing Patient Next Visit
  L knee strengthening and stability
balance/proprioception

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
E lectronically S igned b y Barb ara G oldsw orthy, DPT on December 5, 2019 at 9:07 pm

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery: (Date/Type)** 08/21/2019 L patella fracture repair
**Visit No.:** 9

**Date of Plan of Care:** 11/26/2019
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

### Assessment

**Assessment/Diagnosis:** Pt comes in today for PT with no new complaints. He is eager to see his surgeon next week 12.2. He went to go get xrays of his L knee for his appointment next week. His brace is now at 120 degrees which he is happy about. Pt is concerned about feeling one of the screws on the lateral aspect of his L knee when he bends past 90 degrees. He states he is going to bring this up to his surgeon when he sees him next week. He is wearing his Berg brace at all times but showering and relaxing with his leg up.He feels like his knee is getting stronger overall but does have times when it feels unstable still. He is eager to take the brace off when he sleeps. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib. Sit to stands are less of a struggle and able to get up from a standard height chair. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Performed mini knee bends on the bosu and floor as well as resisted lateral stepping. Pt tolerated sidelying glut work but continues to fatigue fast. Pt is still not able to make a full circle on the recumbent bike in either direction. He is concerned about bending the knee, feeling the screw. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.
**Patient Education:** Continue with current HEP which was performed and reviewed
Encouraged patient to keep up with water intake
Elevate his L leg when he can especially after traveling and icing
Pt is following up with his surgeon next week 12.2- wants to discuss taking off the brace sleeping as well as the screw laterally
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 70% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |
**Long Term Goals:**
1: (12 Weeks) | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 Weeks) | 70% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 30% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks) | 25% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |
**Summary/Recommendations:** Continue with current POC and protocol
Pt following up with his surgeon 12/2

### Plan

**Frequency:** 2 times a week
**Duration:** 10 weeks
**Treatment to be provided:**

*PT*

athena
From HylaFAX Enterprise

12/02/2019 11:12:30 AM EST PAGE: 13/13
Wed 27 Nov 2019 06:48:21 AM UTC

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Plan of Care

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 11/26/2019

**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

✔ I have no revisions to the plan of care.
___ Revise the plan of care as follows_____
_____

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on November 26, 2019 at 8:22 pm*

Physician Signature_____
Electronically signed by JOSHUA SCOTT SILVER, MD
on 12/02/2019 at 09:05:01 AM
Date:_____   Time:_____

PT

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 13

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 12/02/2019
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports he met with his surgeon this morning who was happy with his progress. Pt is now allowed to take his brace off when sleeping which patient is very happy about. Pt and his doctor discussed only wearing the brace out in public and traveling. He states his knee is feeling stronger and more mobile but still does not trust it, only about 70%. He states when he does bend the L knee past 90 degrees he does feel a lot of pulling and does see and feel the plate in his knee. This was discussed with his doctor who states he might need to get the plate removed in about 6 months to a year. Pt states stairs are getting easier. Going up is easier than going down. He can go down, step over step with his brace on but not without the brace. Pt enjoys bowling and tap dance which he wants to get back to doing. His doctor is thinking more February 2020 if he continues to improve.
**Pain L ocation:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previou s F indings as of 11/29/2019 - Worst:6 Best:0 Current:2*
**Pain Description:** Dull/Achy
**Aggravating Factors:**  Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; driving/traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2018 American Medical Association  All rights reserved.*

## Assessment

**Assessment/Diagnosis:** Pt reports he went to see his surgeon this morning who was happy with his progress. He is now able to get rid of the brace and wear it when he is out in public and traveling. Pt might need to get the plate taken out of his knee if it limits his ROM and bothers him especially when he bends past 90 degrees. He feels like his knee is getting stronger overall but does have times when it feels unsteady/still. He continues to have palpable trigger points in his L quad, IT band, gastroc/soleus and Anterior tib but able to tolerate more pressure. Sit to stands are less of a struggle and able to get up from a standard height chair without the brace. He can get in and out of the car easier as well. He is tolerating more balance exercises with improved form without his brace today. He is still unsteady but gradually improving each session as seen with tandem walking and SLS for 30 sec on a level 2 air-ex pad and a bosu. Pt tolerated sidelying glut work but continues to fatigue fast. Pt was able to make a full circle on the recumbent bike going backwards today without his brace on. He continues to feel intense pulling on the L knee when going past 90 degrees. Pt struggled with prone knee flexion when stretching his quad on his L. He wants to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 12/02/2019

**Patient Education:** Continue with current HEP which was performed and reviewed- added prone quad stretch
Encouraged patient to keep up with water intake
Elevate and ice his L leg when he can especially after increased walking/standing

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 75% | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**L ong Term Goals:**
1: (12 Weeks)  | 25% | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |
2: (12 Weeks)  | 75% | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 15% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 40% | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 Weeks)  | 30% | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:** Progressing Patient Next Visit
  L knee strengthening and stability
balance/proprioception

Barbara Goldsworthy, DPT
License #10198
E lectronically S igned by Barbara G oldsw orthy, DPT on December 3, 2019 at 11:29 am

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Physical Therapy
## Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 39

**Date of Progress Note:** 03/30/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports that his strength is good and he is able to balance better on the L than R leg now. He can fully bend and straighten his knee but he continues to have numbness and tingling straight down the L shin, 3/4 of the way to the foot. He has been able to work on home improvement projects that include a lot of bending, squatting, getting on and off the floor and stairclimbing but his left knee "tightens up" after a few minutes of activity.
**Functional Deficits / Gains:** Returned to tap dancing but has not been bowling since the bowling alley is closed. He has not been walking through airports due to all business travel being canceled.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Outcome Measurement Tools**                                    *Previous Findings as of 02/11/2020*

**Lower Extremity**
Lower Extremity              62/80                              *54*
Functional Scale

**Observation**

**WB Status**                 FWB
Compliant with               No
WBing Restrictions?

**Standing Posture**    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**                Normal

**Comments**            L knee swelling.  Girth measurements: At mid-patellae: 45.5 cm L/ 44.5 cm R.  5cm above: 47.5 cm L/ 45 cm R

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

## Range of Motion

*Previous Findings as of 02/11/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | 138° | 130 ° |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | 0 ° | 0 ° |

## Strength

*Previous Findings as of 02/11/2020*

### Gross Muscle Tests
### Lower

#### Hip

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5-/5 | 5/5 | 5-/5 |
| Hip Extension | 5/5 | 5/5 | 5/5 | 4+/5 |
| Hip Abduction | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Adduction | Not Tested | 5/5 | Not Tested | 5/5 |

#### Knee

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | 5-/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 | 5/5 | 4+/5 |

**Comments** Pt lacks eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.

*Pt lacks eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.*

## Neuro-Vascular

*Previous Findings as of 02/11/2020*

### Complaints of any radicular symptoms in either extremity

| Complaints of any radicular symptoms in either extremity | No | | No |
|---|---|---|---|

## Special Tests

*Previous Findings as of 02/11/2020*

### Proprioception/
### Balance

#### SL Balance

| | Right | Left | *Right* | *Right* |
|---|---|---|---|---|
| Eyes Open | Fair | Fair | *Fair* | *Fair* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Comments** Single leg balance on floor: 30 sec

on foam:  15 sec L/15 sec R
With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.

*Single leg balance on floor: 10 sec L/ 18 sec R*

*on foam:  15 sec L/15 sec R*
*With UE reach:  20 X cross-over reach with mod LOB*

*With LE 5-way reach: LOB when reaching in lateral/posterior direction.*

## Palpation

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 03/30/2020

**Comments**    Palpable swelling superior to L patella.  No significant muscle tightness or tenderness to palpation of structures surrounding R knee.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment

**Assessment/Diagnosis:** Pt continues to have some muscle tightness with increased activity level such as stairclimbing.  He would benefit from additional PT to improve eccentric quad control and dynamic stability.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:**  Nightly icing to decrease swelling and inflammation.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
**Summary/Recommendations:**  Progress with eccentric quad strengthening and dynamic balance training.

## Plan

**Frequency:**  2 times a week
**Duration:**  8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein on March 30, 2020 at 3:59 pm

# Patient Outcomes

Report Date: 3/30/2020

## Kenneth Jeras                                                    62 OF 80

| | |
|---|---|
| **Patient ID:** 2370543 | **Questionnaire Type:** Follow Up |
| **Case Key:** 27410810 | **Area:** Lower Extremity |
| **Visit Date:** 3/30/2020 | **Clinician:** Rein, Karen |
| **Entry Date:** 3/30/2020 | **Clinic:** Tri-Physical Therapy |
| **ICD Code:** S82002A - Unspecified fracture of left patella, initial encounter for closed fracture | **Referral Source:** Silver, Joshua |
| **Gender:** M | Workers Compensation |
| **Date of Birth:** 10/24/1961 | **Litigation:** No     **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 2 | 2 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)) | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Standing for 1 hour | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Moderate Difficulty | 2 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Moderate Difficulty | 2 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 39

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/30/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports that his strength is good and he is able to balance better on the L than R leg now.  He can fully bend and straighten his knee but he continues to have numbness and tingling straight down the L shin, 3/4 of the way to the foot.  He has been able to work on home improvement projects that include a lot of bending, squatting, getting on and off the floor and stairclimbing but his left knee "tightens up" after a few minutes of activity.
**Functional Deficits / Gains:** Returned to tap dancing but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>   See Flowsheet<br>   30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>   Proprioception/Balance Training<br>   See Flowsheet<br>   15 minutes | 1 |
| 97140 | Manual Therapy<br>   STM to vastus lateralis, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.  Retrograde STM to decrease swelling.<br>   15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164:59 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings         See progress note this date.
Post-Treatment            Mild quad fatigue

## Assessment

**Assessment/Diagnosis:** Pt continues to have some muscle tightness with increased activity level such as stairclimbing.  He would benefit from additional PT to improve eccentric quad control and dynamic stability.
**Patient Education:** Nightly icing to decrease swelling and inflammation.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 03/30/2020

- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training and eccentric quad strengthening.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on March 30, 2020 at 3:59 pm*

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 38

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/26/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  C hronic,
New Injury
**Diagnosis:** IC D 10: S82.002A: U nspecified fracture of left
patella, initial encounter for closed fracture, M25.562: Pain in
left knee, R26.9: U nspecified abnormalities of gait and mobility,
M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** IC D 10: S82.002A: U nspecified fractu
of left patella, initial encounter for closed fracture, M25.562:
Pain in left knee, R26.9: U nspecified abnormalities of gait and
mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he feels "tightness" in his knee after going up and down stairs or squatting/bending while working on his bathroom renovations.  He doesn't have sharp pains but it feels like the muscles around his L knee tense up too much.  He also still has swelling around R knee and has been forgetting to use ice but he has been doing some elevation with ankle pumps.
**Functional Deficits / Gains:** Able to ascend and descend stairs normally but feels abnormal tightness in muscles surrounding L knee.
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | STM to L quads, hamstring, and gastroc/soleus, hamstring stretching, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Difficulty balancing in SLS combined with UE movements.  Decreased balance/stability on R compared to L. |
| Post-Treatment | No increase in knee pain with exercises. |

## Assessment
**Assessment/Diagnosis:** Pt has some increased L peripatellar swelling today after working on reflooring bathrooms in his house which involves a lot of awkward bending, squatting and sitting in cramped positions on the floor.  Pt would benefit from additional PT to focus on hip and quad strengthening and muscular endurance to decrease muscle spasms and fatigue with activities such as stairclimbing. He will need to keep working on hip strategies for balance since he has extreme hypermobility in bilateral ankles which decreases his stability in single leg stance.
**Patient Education:** Ice and elevate nightly after home improvement projects.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 03/26/2020

- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |
6: (12 Weeks)  | 35% | tolerate tap and bowling activities/hobbies |

## Plan

**Instructions:** Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.
hip/knee/ankle stability

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on March 27, 2020 at 1:29 pm*

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):**  Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 37

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/24/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  C hronic, New Injury
**Diagnosis:**  IC D 10: S82.002A: U nspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today achy and sore. He has been working from home and also working on some projects at home. He and his wife are re-tiling the guest bathroom and laundry room. Pt states he is not able to kneel so has to sit in weird positions on the floor. He also states he has been sleeping with a pillow between his knees due to "discomfort from the bracket". Stiffness continues to be his biggest compliant on a daily basis. His L knee is swollen today. He states his travel will now slow down with the coronavirus. He states he has a lot of things to work on at home. Pt discussed with his doctor about the stiffness and tension in his L knee. The plan going forward is to have the hardware taken out the end of September/beginning of October which his surgeon agrees with. Pt states his tap and bowling is cancelled for the new few weeks but going a zoom class tonight online. He states he can tell his balance is still off and not 100%. He knows when he is doing a lot of walking and standing his L knee does continue to swell. He wants to be able to do projects around the house without his L knee swelling and bothering him.
**Functional Deficits / Gains:** Difficulty descending stairs and walking community distances >20 min. Swelling with projects around house such as yard work, painting and tile work
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 03/19/2020 - Worst:6  Best:0  Current:2*
**Pain Description:** Dull/Achy
**Aggravating Factors:**  Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | *Units* |
| 97110 | Therapeutic Exercise | *2* |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | *1* |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | *1* |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Pt had frequent LOB in SLS on AX and weakness with eccentric quad control SLS toss 10 catches on R 7 on L |
| Post-Treatment | L>R quad fatigue especially with eccentric control and end range knee flexion |

## Assessment

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

### Daily Note / Billing Sheet

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 03/24/2020

**Assessment/Diagnosis:**  Pt comes in today achy and stiff in his L knee. He has been active with home projects and unable to kneel which is frustrating to him. Hes traveling has calmed down due to the coronavirus. He does have a lot of projects around the house such as yard work and working on his guest bathroom. Pt knows his L knee is getting stronger overall but continues to have times when it feels unstable as well as tight and off balance. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and gradually improving with strength and balance. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential but the progress is gradual.

**Patient Education:**  Practice Single leg balance with UE reach standing near furniture or wall for safety.
Elevate and ice leg at end of the day especially after increased activity Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriepection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |
6: (12 Weeks)  | 35% | tolerate tap and bowling activities/hobbies |

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training and eccentric quad strengthening.
hip/knee/ankle stability

Barbara Goldsworthy, DPT
License #10198
Electronically Signed by Barbara Goldsworthy, DPT on March 24, 2020 at 8:28 pm

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 36

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/19/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  C hronic, New Injury
**Diagnosis:**  IC D 10: S82.002A: U nspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  IC D 10: S82.002A: U nspecified fractu of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today with no new complaints. Stiffness continues to be his biggest compliant. He is less swollen compared to his last session. He states his travel will now slow down with the coronavirus. He states he has a lot of things to work on at home. Pt discussed with his doctor about the stiffness and tension in his L knee. The plan going forward is to have the hardware taken out the end of September/beginning of October which his surgeon agrees with. Pt states his tap and bowling is cancelled for the new few weeks. He is planning on practicing at home. He states he can tell his balance is still off and not 100%. He knows when he is doing a lot of walking and standing his L knee does continue to swell. He wants to be able to do projects around the house without his L knee swelling and bothering him.
**Functional Deficits / Gains:**  Difficulty descending stairs and walking community distances >20 min. Swelling with projects around house such as yard work
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 03/12/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:**  Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>    See Flowsheet<br>    30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>    Proprioception/Balance Training<br>    See Flowsheet<br>    15 minutes | 1 |
| 97140 | Manual Therapy<br>    See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus,<br>    hamstring stretching, patella mobs.<br>    15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Pt had frequent LOB in SLS on AX and weakness with eccentric quad control<br>SLS toss 10 catches on R<br>7 on L |
| Post-Treatment | L>R quad fatigue especially with eccentric control and end range knee flexion |

## Assessment

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 03/19/2020

**Assessment/Diagnosis:** Pt continues to be stiff in his L knee which is still his main complaint. Heis traveling has calmed down due to the coronavirus. He does have a lot of projects around the house such as yard work and working on his guest bathroom. Pt knows his L knee is getting stronger overall but continues to have times when it feels unstable as well as tight and off balance. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and strength. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential.

**Patient Education:** Practice Single leg balance with UE reach standing near furniture or wall for safety. Elevate and ice leg at end of the day especially after increased activity Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |
6: (12 Weeks)  | 25% | tolerate tap and bowling activities/hobbies |

## Plan

**Instructions:** Progressing Patient Next Visit
   Focus on balance training and eccentric quad strengthening.
hip/knee/ankle stability

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on March 21, 2020 at 7:59 pm*

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 35

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/12/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 C hronic, New Injury
**Diagnosis:** IC D 10: S82.002A: U nspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** IC D 10: S82.002A: U nspecified fractu of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today still stiff but less swollen compared to his last session. He states his travel will now slow down with the coronavirus. He states he has a lot of things to work on at home. Pt discussed with his doctor about the stiffness and tension in his L knee. The plan going forward is to have the hardware taken out end of September/beginning of October which his surgeon agrees with. Pt states he went to his tap practice this week and did well. He states he can tell his balance is still off and not 100%. He knows when he is doing a lot of walking and standing his L knee does continue to swell. He wants to be able to do projects around the house without his L knee swelling and bothering him.
**Functional Deficits / Gains:** Difficulty descending stairs and walking community distances >20 min. Swelling with projects around house such as yard work
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 03/09/2020 - Worst:6 Best:0 Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>   See Flowsheet<br>   30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>   Proprioception/Balance Training<br>   See Flowsheet<br>   15 minutes | 1 |
| 97140 | Manual Therapy<br>   See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus,<br>   hamstring stretching, patella mobs.<br>   15 minutes | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| | |
|---|---|
| Objective Findings | Pt had frequent LOB in SLS on AX and weakness with eccentric quad control<br>SLS toss 10 catches on R<br>7 on L |
| Post-Treatment | L>R quad fatigue especially with eccentric control and end range knee flexion |

## Assessment

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 03/12/2020

**Assessment/Diagnosis:**  Pt continues to be stiff in his L knee which is still his main complaint. He believes his traveling will calm down due to the coronavirus. He does have a lot of projects around the house such as yard work and working on his guest bathroom. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable as well as tight. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and strength. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthing to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice.

**Patient Education:**  Practice Single leg balance with UE reach standing near furniture or wall for safety.
Elevate and ice leg at end of the day especially when traveling and after increased activity
Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on March 15, 2020 at 12:36 pm*

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 34

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 03/09/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  C hronic, New Injury
**Diagnosis:** IC D 10: S82.002A: U nspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** IC D 10: S82.002A: U nspecified fractu of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: U nspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today achy, stiff and swollen. He states he has a very busy week and weekend or travelling and doing yard work as well as working on his bathroom floor this weekened. He did mention he went to see his surgeon on Friday and was happy with his progress. Xrays were taken again. Pt discussed with his doctor about the stiffness and tension in his L knee. The plan going forward is to have the hardware taken out the end of September/beginning of October. which his surgeon agrees with. Pt states he plans to go to tap dance tomorrow and then has a crazy work schedule. He knows when he is doing a lot of walking and standing his L knee does continue to swell. He wants to be able to do projects around the house without his L knee swelling and bothering him.
**Functional Deficits / Gains:** Difficulty descending stairs and walking community distances >20 min. Swelling with projects around house such as yard work
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 02/27/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | Therapeutic Exercise | 2 |
| 97110 | See Flowsheet | |
| | 30 minutes | |
| | Neuromuscular Re-Education | 1 |
| 97112 | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| | Manual Therapy | 1 |
| 97140 | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs. | |
| | 15 minutes | |

CPT copyright 2019 American Medical Association.  All rights reserved.

| | |
|---|---|
| Objective Findings | Pt had frequent LOB in SLS on AX and weakness with eccentric quad control
SLS toss 10 catches on R
6 on L |
| Post-Treatment | L>R quad fatigue especially with eccentric control and end range knee flexion |

## Assessment

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 03/09/2020

**Assessment/Diagnosis:** Pt continues to be stiff in his L knee which is still his main complaint. He again has been doing a lot of traveling as well as projexts around the house such as yard work. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable as well as tight. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and strength. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance
with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance.

**Patient Education:**  Practice Single leg balance with UE reach standing near furniture or wall for safety.
Elevate and ice leg at end of the day especially when traveling and after increased activity

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on March 9, 2020 at 8:58 pm*

**Tri-Physical Therapy**
3333 E C amelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 33

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/27/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today with no new complaints. He has a busy travel schedule coming up the next two weeks. He knows when he is doing a lot of walking and standing his L knee does continue to swell. He has not been back to his tap class due to his travel schedule.
**Functional Deficits / Gains:**  Difficulty descending stairs and walking community distances >20 min.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 02/17/2020 - Worst:6 Best:0 Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:**  Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>  Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings        Pt had frequent LOB in SLS on AX and weakness with eccentric quad control
Post-Treatment         L>R quad fatigue especially with eccentric control

## Assessment
**Assessment/Diagnosis:**  Pt is gradually returning to prior level of activity but lacks muscular endurance for prolonged standing, walking and stairs. He requires progression of dynamic balance training, eccentric quad control/endurance to improve safety with daily activities and return to bowling and tap dance.
**Patient Education:**  Practice Single leg balance with UE reach standing near furniture or wall for safety. Elevate and ice leg at end of the day especially when traveling
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination



**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/27/2020

- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  |80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on March 1, 2020 at 11:36 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 32

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/24/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports quite a bit of swelling around his L knee today.  He flew to Oregon and back for work and did quite a bit of walking.
**Functional Deficits / Gains:** Difficulty descending stairs and walking community distances >15 min.
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association  All rights reserved.*

| Objective Findings | Pt had frequent LOB in SLS on AX and was unable to add trunk rotation with object in hands. |
|---|---|
| Pre-Treatment | Moderate peripatellar swelling on L. |

## Assessment
**Assessment/Diagnosis:** Pt is gradually returning to prior level of activity but lacks muscular endurance for prolonged standing, walking and stairs.  He requires progression of dynamic balance training to improve safety with daily activities.
**Patient Education:** Single leg balance with UE reach standing near furniture or wall for safety.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/24/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.

*Karen Rein PT, MS, OCS, CSCS*

Karen Rein
License #3982
*Initiated by Karen Rein on February 24, 2020 at 8:42 pm*

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Co-Signed by Barbara Goldsworthy, DPT on February 25, 2020 at 8:09 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 31

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/17/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling tight in his L knee. He states they went to a festival this weekend and were walking around. His main complaint comes to be stiffness. He states on Sunday he rested and iced and elevated his knee. He feels that his motion is good and strength continues to improve with daily activities. He does feel that the entire knee "tightens up" after sitting for >20 min, prolonged walking, or ascending/descending stairs. Pt is traveling the rest of the week and will not be able to go to his tap dance practice this week. He has stairs in his house and usually holds the railing for safety.  He has not yet attempted bowling and plans to wait a while since he needs to lunge forward and slide with the L LE.
**Functional Deficits / Gains:** Difficulty with descending stairs and has not yet returned to prior recreational activities including tap dancing and bowling.  Limited walking distance and needs to take a shuttle through the airport.
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 02/13/2020 - Worst:6  Best:0  Current:2*
**Pain Description:** Dull/Achy
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association  All rights reserved.*

Objective Findings          weakness with eccentric control on L
Post-Treatment              Mild muscle fatigue.  No pain.

## Assessment

**Assessment/Diagnosis:** Pt continues to be stiff in his L knee which is still his main complaint. He again has a lot of traveling coming up for work the rest of the week. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable as well as tight. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and strength. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

### Daily Note / Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/17/2020

**Patient Education:**  Working on proper technique for stairs at home.
LE elevation, ice, ankle pumps to decrease knee swelling after prolonged walking/standing
Continue with increasing water intake
Take his band on his trip to practice

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally. |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on February 19, 2020 at 8:40 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 30

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/13/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fractu of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He feels that his motion is good and strength continues to improve with daily activities. He does feel that the entire knee "tightens up" after sitting for >20 min or ascending/descending stairs. Pt did go to his first tap dance practice last week. He states he tolerated about 40 minutes of moving around. He states his L quad did have a burning/working feeling but tolerable. He had to take a break with the "crawl" (heel toe moving in a lateral plane). He has stairs in his house and usually holds the railing for safety.  He has not yet attempted bowling and plans to wait a while since he needs to lunge forward and slide with the L LE.
**Functional Deficits / Gains:** Difficulty with descending stairs and has not yet returned to prior recreational activities including tap dancing and bowling.  Limited walking distance and needs to take a shuttle through the airport.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 02/03/2020 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings       weakness with eccentric control on L
Post-Treatment           Mild muscle fatigue.  No pain.

## Assessment

**Assessment/Diagnosis:** He continues to be stiff in his L knee which is his main complaint. He has a lot of traveling coming up for work.  Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt is progressing well with ROM and strength. He continues to have some difficulty with step-downs due to decreased eccentric quad control on his L. He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 02/13/2020

**Patient Education:** Working on proper technique for stairs at home.
LE elevation, ice, ankle pumps to decrease knee swelling.
C ontinue with increasing water intake
Take his band on his trip to practice
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |
**Long Term Goals:**
1: (6 Weeks) | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks) | 65% | Pt will be able to demonstrate good quad control with step-down. |

## Plan
**Instructions:** Progressing Patient Next Visit
Focus on balance training and eccentric quad strengthening.

Barbara Goldsworthy PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on February 13, 2020 at 8:55 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 29

**Date of Progress Note:** 02/11/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt is now 5 months post-op and feels that his motion is good and strength continues to improve with daily activities.  He does feel that the entire knee "tightens up" after sitting for >20 min or ascending/descending stairs.  He has stairs in his house and usually holds the railing for safety.  He is planning to try tap dancing for the first time tonight but will stop if it feels painful or weak.  He has not yet attempted bowling and plans to wait a while since he needs to lunge forward and slide with the L LE.
**Functional Deficits / Gains:** Difficulty with descending stairs and has not yet returned to prior recreational activities including tap dancing and bowling.  Limited walking distance and needs to take a shuttle through the airport.
**Aggravating Factors:** Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

### Patient Consent
Patient/Parent/Guardian Consent          Yes

### Outcome Measurement Tools                                        *Previous Findings as of 12/26/2019*

### Lower Extremity
Lower Extremity           54/80                                          *51*
Functional Scale

### Observation

**WB Status**                 FWB
Compliant with               No
WBing Restrictions?

**Standing Posture**    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**                 Normal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy**
**Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/11/2020

**Comments**       L knee swelling.  Girth measurements at mid-patellae: 48 cm L, 44 cm R.

**Range of Motion**                                        *Previous Findings as of 12/26/2019*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|-----------|-------|------|-----|------|
| Flexion | 138° | 130 ° | *WNL* | *120 °* |
| Extension | 0 ° | 0 ° | *WNL* | *0 °* |

**Strength**                                               *Previous Findings as of 12/26/2019*

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|--|-------|------|-----|------|
| Hip Flexion | 5/5 | 5-/5 | *Not Tested* | *5-/5* |
| Hip Extension | 5/5 | 4+ /5 | *Not Tested* | *4+/5* |
| Hip Abduction | 5/5 | 5/5 | *Not Tested* | *4+/5* |
| Hip Adduction | Not Tested | 5/5 | *Not Tested* | *4+/5* |

**Knee**

| | Right | Left | | |
|--|-------|------|-----|------|
| Knee Flexion | 5-/5 | 5/5 | *Not Tested* | *4+/5* |
| Knee Extension | 5/5 | 4+ /5 | *Not Tested* | *4+/5* |

**Comments**       Pt lacks eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs
                   with L LE on step.

**Neuro-Vascular**                                         *Previous Findings as of 12/26/2019*

**Complaints of any radicular symptoms in either extremity**
C omplaints of any radicular       No                                    *No*
symptoms in either extremity

**Special Tests**                                          *Previous Findings as of 12/26/2019*

**Proprioception/**
**Balance**

**SL Balance**

| | Right | Left | *Right* | *Right* |
|--|-------|------|-----|------|
| Eyes Open | Fair | Fair | *Good* | *Fair* |
| Eyes C losed | Fair | Fair | *Fair* | *Poor* |

**Comments**  Single leg balance on floor: 10 sec L/ 18 sec R        *No Special tests done- post surgical*

               on foam:  15 sec L/15 sec R
               With U E reach:  20 X  cross-over reach with mod LOB
               With LE 5-way reach: LOB when reaching in lateral/
               posterior direction.

**Palpation**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/11/2020

**Comments**          No significant tenderness to palpation over anterior aspect of L knee.  Mild tenderness over distal medial
                       hamstring tendons.

**Palpation**
Palpable tenderness or increased muscular tone noted.

| | |
|---|---|
| Right Piriformis | Painful to D eep Palpation, Tender with increased tissue tension |
| Left Piriformis | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Gluteus Maximus | Painful to D eep Palpation, Tender with increased tissue tension |
| Left Gluteus Maximus | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Gluteus Medius | Painful to D eep Palpation, Tender with increased tissue tension |
| Left Gluteus Medius | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Iliopsoas | Painful to D eep Palpation, Tender with increased tissue tension |
| Left Iliopsoas | Painful to D eep Palpation, Tender with increased tissue tension |
| Right TFL | Tender with increased tissue tension |
| Left TFL | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Greater Trochanteric Bursa | Normal |
| Left Greater Trochanteric Bursa | Normal |
| Right Hamstrings | Tender with increased tissue tension |
| Left Hamstrings | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Q uadriceps | Tender with increased tissue tension |
| Left Q uadriceps | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Rectus Femoris | Tender with increased tissue tension |
| Left Rectus Femoris | Painful to D eep Palpation, Tender with increased tissue tension |
| Right IT Band | Painful to D eep Palpation, Tender with increased tissue tension |
| Left IT Band | Painful to D eep Palpation, Tender with increased tissue tension |
| Right Vastus Lateralis | Tender with increased tissue tension |
| Left Vastus Lateralis | Painful to D eep Palpation, Tender with increased tissue tension |
| Left VMO | Painful to D eep Palpation, Tender with increased tissue tension |

## Assessment
**Assessment/Diagnosis:** Pt is progressing very well with ROM and strength.  He does have some difficulty with step-downs due to decreased eccentric quad control.  He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait.  He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Working on proper technique for stairs at home.  LE elevation, ice, ankle pumps to decrease knee swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |
**Long Term Goals:**
1: (6 Weeks) | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks) | 65% | Pt will be able to demonstrate good quad control with step-down. |
**Summary/Recommendations:**  Progress with PT for quad strengthening/stabiliz ation and dynamic balance training.

## Plan

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/11/2020

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, C oordination, PNF), Manual Therapy (Soft Tissue Mobiliz ation, J oint Mobiliz ation, Spinal Mobiliz ation, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTY M Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS U se, Activity Modification), Self C are

**Modalities**
To Improve (Pain Relief, D ecrease Inflammation, Increase Blood Flow, Improve Tissue Healing), C ryotherapy (Ice Pack)

*Karen Rein PT. MS. OCS. CSCS*

Karen Rein
License #3982
*Initiated by Karen Rein on February 11, 2020 at 2:17 pm*

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, D PT
License #10198
*Electronically Co-Signed by Barbara Goldsworthy, DPT on February 11, 2020 at 4:12 pm*

PATIENT NAME: KEN JERAS          ID#: _____          DATE: 2/11/2020

**Description:** This survey is meant to help us obtain information from our patients regarding their current levels of discomfort and capability. <u>Please circle the answers below that best apply.</u>

<u>LEFS -- INITIAL VISIT</u>

<u>Please rate your pain level with activity:</u>     NO PAIN = 0   1   2   3   4   5   6   7   8   9   10 = VERY SEVERE PAIN

| | | Extreme Difficulty or Unable to Perform Activity | Quite a Bit of Difficulty | Moderate Difficulty | A Little Bit of Difficulty | No Difficulty |
|---|---|---|---|---|---|---|
| 1. | Any of your usual work, housework or school activities | 0 | 1 | 2 | (3) | 4 |
| 2. | Your usual hobbies, recreational or sporting activities | 0 | 1 | (2) | 3 | 4 |
| 3. | Getting into or out of the bath | 0 | 1 | 2 | (3) | 4 |
| 4. | Walking between rooms | 0 | 1 | 2 | (3) | 4 |
| 5. | Putting on your shoes or socks | 0 | 1 | 2 | (3) | 4 |
| 6. | Squatting | 0 | 1 | 2 | (3) | 4 |
| 7. | Lifting an object, like a bag of groceries from the floor | 0 | 1 | 2 | (3) | 4 |
| 8. | Performing light activities around your home | 0 | 1 | 2 | (3) | 4 |
| 9. | Performing heavy activities around your home | 0 | 1 | (2) | 3 | 4 |
| 10. | Getting into or out of a car | 0 | 1 | 2 | (3) | 4 |
| 11. | Walking 2 blocks | 0 | 1 | 2 | (3) | 4 |
| 12. | Walking a mile | 0 | 1 | (2) | 3 | 4 |
| 13. | Going up or down 10 stairs (about 1 flight of stairs) | 0 | 1 | 2 | (3) | 4 |
| 14. | Standing for 1 hour | 0 | 1 | 2 | (3) | 4 |
| 15. | Sitting for 1 hour | 0 | 1 | 2 | (3) | 4 |
| 16. | Running on even ground | (0) | 1 | 2 | 3 | 4 |
| 17. | Running on uneven ground | (0) | 1 | 2 | 3 | 4 |
| 18. | Making sharp turns while running fast | (0) | 1 | 2 | 3 | 4 |
| 19. | Hopping | 0 | 1 | (2) | 3 | 4 |
| 20. | Rolling over in bed | 0 | 1 | 2 | (3) | 4 |

*Source: Binkley et al (1999): The Lower Extremity Functional Scale (LEFS): Scale development, measurement properties, and clinical application. Physical Therapy. 79:371-383.*

| Therapist Use Only | | | |
|---|---|---|---|
| Comorbidities: | ☐Cancer <br> ☐Diabetes <br> ☐Heart Condition <br> ☐High Blood Pressure <br> ☐Multiple Treatment Areas | ☐Neurological Disorders (e.g., Parkinson's, Muscular Dystrophy, Huntington's, CVA, Alzheimer's, TBI) <br> ☐Obesity <br> ☐Surgery for this Problem <br> ☐Systemic Disorders (e.g., Lupus, Rheumatoid Arthritis, Fibromyalgia) | ICD Code: <br> _____ <br> _____ |

0 → 130° L          Sept

0 → 138° K

takes shuttle for longer walks through airport

knee tightens up

Stairs - at home, feels tight, sometimes holds railings

44 cm R    mid pat

48 cm L

hip flbx ABD quads hams
        ft  5/5   4/5    5/5
        pull

si Bottm   10< L
Door   15< R

Foam       20sec R        Sig
           15sec L      LE reach c LOB
c UE reach              to side r-hide

SLS reach ball to bench 10x ea
                        chlb

agilities trept wall side
        cautiou

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 29

**Date of Plan of Care:** 02/11/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:** Pt is progressing very well with ROM and strength.  He does have some difficulty with step-downs due to decreased eccentric quad control.  He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait.  He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening.

**Patient Education:** Working on proper technique for stairs at home.  LE elevation, ice, ankle pumps to decrease knee swelling.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

**Summary/Recommendations:** Progress with PT for quad strengthening/stabilization and dynamic balance training.

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 02/11/2020

## Plan of Care

## Plan

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**

**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

## Modalities

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)
  Focus on balance training and eccentric quad strengthening.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

___I have no revisions to the plan of care.
___Revise the plan of care as follows_____
_____

*Karen Rein PT, MS, OCS, CSCS*

Karen Rein
License #3982
*Initiated by Karen Rein on February 11, 2020 at 2:17 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____   Time:_____

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Co-Signed by Barbara Goldsworthy, DPT on February 11, 2020 at 4:12 pm*

# Patient Outcomes

Report Date: 2/11/2020

| Kenneth Jeras | 54 OF 80 |
|---|---|

Patient ID: 2370543

Case Key: 27410810

Visit Date: 2/11/2020

Entry Date: 2/11/2020

ICD Code: S82002A - Unspecified fracture of left patella, initial encounter for closed fracture

Gender: M

Date of Birth: 10/24/1961

Questionnaire Type: Follow Up

Area: Lower Extremity

Clinician: Goldsworthy, Barbara Anna

Clinic: Tri-Physical Therapy

Referral Source: Silver, Joshua

Workers Compensation

Litigation: No     Direct Access: No

| # | Question | Answer | Value | Scale |
|---|---|---|---|---|
| | Pain Level | ? | 2 | (0 to 10) |
| | Any of your usual work, housework, or school activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | Moderate Difficulty | 2 | (0 to 4) |
| | Getting into or out of the bath | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes

Report Date: 2/11/2020

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)) | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Standing for 1 hour | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Running on uneven ground | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 29

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/11/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD 10: S82.002A: Unspecified fractu of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt is now 5 months post-op and feels that his motion is good and strength continues to improve with daily activities.  He does feel that the entire knee "tightens up" after sitting for >20 min or ascending/descending stairs.  He has stairs in his house and usually holds the railing for safety.  He is planning to try tap dancing for the first time tonight but will stop if it feels painful or weak.  He has not yet attempted bowling and plans to wait a while since he needs to lunge forward and slide with the L LE.
**Functional Deficits / Gains:**  Difficulty with descending stairs and has not yet returned to prior recreational activities including tap dancing and bowling.  Limited walking distance and needs to take a shuttle through the airport.
**Aggravating Factors:**  Sitting, Standing, Walking, Stairs - up, Stairs - down, Sit to stand; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.<br>15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164:59 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          See re-eval this date.
Post-Treatment              Mild muscle fatigue.  No pain.

## Assessment
**Assessment/Diagnosis:**  Pt is progressing very well with ROM and strength.  He does have some difficulty with step-downs due to decreased eccentric quad control.  He is gradually getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait.  He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening.
**Patient Education:**  Working on proper technique for stairs at home.  LE elevation, ice, ankle pumps to decrease knee swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/11/2020

- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 55% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance with protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 70% | Pt will be able to balance 30 sec in single leg stance bilaterally |
5: (12 Weeks)  | 65% | Pt will be able to demonstrate good quad control with step-down. |

**Plan**

**Instructions:**  Progressing Patient Next Visit
Focus on balance training and eccentric quad strengthening.

*Karen Rein PT MS OCS CSCS*

Karen Rein
License #3982
*Initiated by Karen Rein on February 11, 2020 at 9:12 am*

Barbara Goldsworthy, DPT
License # 10198
*Electronically Signed by Barbara Goldsworthy, DPT on February 11, 2020 at 4:12 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 28

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 02/03/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling ok. He has been traveling for work last week. He states sitting on a plane stiffness up his L knee and has to straighten it in the aisle and/or get up and walk around. He is also busy with bringing his mom to her chemo/radiation treatments. He is eager to get back to his tap classes and hoping to start back soon, trying to next week. He is again traveling for work the rest of this week. He states the prolonged standing/sitting is what bothers the knee the most. He states his main complaint continues to be the stiffness in his L knee and feel of instability at times. He continues to feel like his thigh muscles are "still in protective mode" and not sure how to control that other than just getting stronger. Sitting for longer than an hour in one position is still a struggle. He has to shift around in his set and straighten out his leg in front of him. He states this is concerning because for work he has meeting and presentations where at times he cant straighten out his leg and prop it up. Pt also reports when sitting on planes he needs to straighten his leg out in the aisle. He reports he is doing well with his ROM but has a pulling with bending because of the hardware and feeling pressure in the L knee cap. He is getting back to activities around the house and his usual work. He is still very eager to get back to tap dance and bowling, hobbies of his which he misses doing.
**Functional Deficits / Gains:** Unable to participate in tap dancing or bowling yet due to limited balance and strength
**Pain Location:** L knee
**Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 01/28/2020 - Worst:6  Best:0  Current:2*
**Pain Description:** Dull/Achy
**Aggravating Factors:** Standing, Walking, Stairs - up, Stairs - down, Sit to stand, Bending; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet- STM/MFR to L quad, hamstring, and gastroc/soleus, contract/relax to L calf<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Knee AROM:  0-128 deg L/ 0-138 deg R.  Full revolutions on bike. weak with eccentric control |
| Post-Treatment | Continued muscle fatigue especially from eccentric control however able to do more reps and sets, difficult with SLS lateral/retro/fwd cone touch |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 02/03/2020

## Daily Note /
## Billing Sheet

**Assessment/Diagnosis:** Pt comes in today with no new complaints. He states he was traveling for work and states his L knee did ok while there. It did snow and was icing and he reports he took extra caution walking on the sidewalk, with the fear of falling. He continues to be stiff in his L knee which is his main complaint. He has to travel the rest of the week for work. He is also helping his mother out with getting her to and from her chemo appointments. Pt knows his L knee is getting stronger overall each week but continues to have times when it feels unstable. He has stiffness from being in one position for longer than an hour which is concerning for his active lifestyle. Pivoting or end range knee flexion is still uncomfortable with pulling. Pt states he is unable to kneel on his L knee. He was tender again today with palpable trigger points in his L quad, IT band, gastroc/soleus (medially> laterally), but able to tolerate more pressure. After the manual work, recumbent bike and stretching his L knee did feel better with less pulling. Pt tolerated balance work but required verbal cues for proper positing when doing fwd/lateral/retro cone taping, wanting to keep his knee straight rather than bent. Eccentric step downs are gradually getting easier, able to do more reps with improved form. Lateral side stepping into a lunge on a bosu is also a bit unsteady but improving. Pt was able to get to 128 of knee flexion in prone when stretching his quad on his L. He does feel more pressure in the L knee when doing this stretch but less uncomfortable compared to last month. He wants to continue to improve his balance so he can get back to tap dancing and bowling which he would do weekly. Pt has been trying his tap warm ups with include a lot of balance and agility. Pt is still unable to SLS on a level 2 airex pad with throw and catch more than 7 times without putting his R foot down, something that he needs to practice. Pt will continue to benefit from physical therapy to improve his daily living by improving his strength, mobility, flexibility, balance and gait. He has good rehab potential.

**Patient Education:** Continue with current HEP and doing his tap warm ups for 10-15 minutes at home or when traveling
Encouraged patient to keep up with water intake daily
Elevate and ice his L leg when he can especially after increased walking/standing
W ear supportive shoes especially when traveling

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** G ood

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased ROM
- limited flexibility
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 W eeks) | 85%  | Pt will demonstrate compliance with HEP in order to improve mobility, ROM, and strength |

**Long Term Goals:**
1: (12 W eeks) | 55%  | Pt will demonstrate improved coordination in order to facilitate improved neuromuscular control for L knee |

2: (12 W eeks) | G oal Met | Pt will demonstrate L knee AROM within 80%  of normal in all directions in accordance to protocol.
3: (12 W eeks) | 45%  | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 W eeks) | 45%  | Pt will demonstrate improved balance on L knee in order to improve proprioception and neuromuscular control. |
5: (12 W eeks) | 50%  | Pt will demonstrate improved LE strength in order to restore function and improve biomechanics. |

## Plan

**Instructions:** Progressing Patient Next V isit
knee and hip stability strengthening
eccentric quad control
balance and proprioceptive work


Barbara G oldsworthy, D PT
License # 10198
*Electronically Signed by Barbara Goldsworthy, DPT on February 3, 2020 at 4:51 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 61

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports his knee is still swollen and tighter since the trip to Virginia but it's not as red the past couple of days.  He has been tap dancing on Tuesday nights for a class and does some practice on his own.  He takes frequent breaks due to the knee "stiffening up".  He has also been doing some exercises in the pool where he doesn't feel as tight.
**Functional Deficits / Gains:** He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | Therapeutic Exercise | 2 |
| 97110 | See Flowsheet | |
| | 35 minutes | |
| | Neuromuscular Re-Education | 1 |
| 97112 | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| | Manual Therapy | 1 |
| 97140 | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | |
| | 10 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          Mild-mod suprapatellar swelling.
Post-Treatment              No increase in symptoms

## Assessment

**Assessment/Diagnosis:** Pt had some difficulty with single leg stance combined with squat/reach ball to cone on bench, mainly due to loss of balance.  He would benefit from continued PT for progression of glute and eccentric quad strengthening.
**Patient Education:** Pool exercise: multi-hip, bicycles, walking, kicking with board.  Ice and elevation to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/29/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**

1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.

6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 29, 2020 at 3:26 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 60

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/25/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports increased swelling and tightness in L knee after being in the humidity and walking on the beach in Virginia last week.
**Functional Deficits / Gains:** He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | Manual stretching B hams, ITB, calf mm. Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association. All rights reserved*

Objective Findings                    Increased suprapatellar swelling today.

## Assessment
**Assessment/Diagnosis:** Pt was able to tolerate full exercise program despite subjective complaints of "tightness" in L knee. He did have glute weakness with S/L ring series and would benefit from progression of hip and quad strengthening.
**Patient Education:** Ice and elevation to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/25/2020

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

**Plan**
**Instructions:**  Progressing Patient Next Visit
    Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 28, 2020 at 9:52 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 59

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/22/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling very tight. He states he was visiting his daughter in VA the last week. He reports his L knee swelled and felt like the humidity had a lot to do with it. He reports he struggled with increased tightness and swelling the whole time there. Pt reports he is sore today in the knee. He did do a lot of walking around walking around and struggled more so with walking in the looser sand compared to the sand by the water.
**Functional Deficits / Gains:**  He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3  *Previous Findings as of 06/09/2020 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>   See Flowsheet<br>   30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>   Proprioception/Balance Training<br>   See Flowsheet<br>   15 minutes | 1 |
| 97140 | Manual Therapy<br>   Manual stretching B hams, ITB, calf mm.  Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, contract-relax ham stretching, patella mobs.<br>   15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | increased L knee swelling with increase palpable trigger points in proximal L quad, mid hamstring and lateral calf |
| Post-Treatment | increased LE flexibility and mobility |

## Assessment

**Assessment/Diagnosis:** Pt comes in today tired and more "tight" and achy just coming back from his trip. His L knee was more swollen today. He tolerated manual work, stretching, and ROM exercises. He did feel looser after his last session. Single leg balance is still a challenge on both sides and pt would benefit from PT for eccentric quad strengthening, functional training and dynamic balance training.
**Patient Education:** Build up endurance with increased walking
Elevate and ice knee later tonight
Increase water intake

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/22/2020

**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85%  | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on June 22, 2020 at 8:07 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:**  J eras, Kenneth
**Date of Birth:**  10/24/1961

**Referring Physician(s):**  Silver, J oshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:**  58

**Insurance Name:**  Matrix Risk Management Solutions

**Date of Daily Note:**  06/10/2020
**Injury/Onset/Change of Status Date:**  08/21/2019  Chronic,
New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left
patella, initial encounter for closed fracture, M25.562: Pain in
left knee, R26.9: Unspecified abnormalities of gait and mobility,
M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:**  10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture
of left patella, initial encounter for closed fracture, M25.562:
Pain in left knee, R26.9: Unspecified abnormalities of gait and
mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:**  Left
**Current Complaints / Gains:**  Pt reports decreased activity level since tap dancing ended but he will be walking a lot at the
airports and beach on vacation (leaving tomorrow).
**Functional Deficits / Gains:**  Pt has been able to do his tap dancing class for the past few weeks but takes short breaks when
his knee feels too "tight". He ascends and descends stairs in his house several times per day but needs to hold the railing on the
way down so he can only carry objects in the opposite hand.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise | |
| | See Flowsheet | |
| | 30 minutes | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | 1 |
| 97140 | Manual Therapy | |
| | Manual stretching B hams, ITB, calf mm.  Retrograde STM + Cryoderm | |
| | to decrease swelling, contract-relax ham stretching, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings                    Excessive ankle dorsiflexion with back lunge.
Post-Treatment                        No increase in knee swelling.

## Assessment

**Assessment/Diagnosis:**  Pt continues to make improvements with strength and functional activities such as descending stairs.
He will be tested with walking longer distances and playing with his granddaughter on vacation.  Single leg balance is still a
challenge on both sides and pt would benefit from PT for eccentric quad strengthening, functional training and dynamic balance
training.
**Patient Education:**  Build up endurance with increased walking while on vacation.  Use red TB for glute strengthening.
**Rehab Potential:**  Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/10/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening.  Pt will be out of town for the next week and a half.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 10, 2020 at 3:06 pm*

# CONFIDENTIAL Fax

**FROM:**

JOSHUA SCOTT SILVER, MD

3811 E Bell Rd Suite 309, PHOENIX, AZ 85032-2160

Phone: (480) 420-0749

Fax: (480) 420-0732

**TO:**

TRI-PHYSICAL THERAPY

3333 E CAMELBACK RD, PHOENIX, AZ 85018

Phone: (602) 956-1233

Fax: (480) 383-6440

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:47540908-H-600]

# Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Fax Cover Sheet

**To: Silver, Dr. Joshua**
**Organization: Abrazo Orthopedic Specialists**
**Fax: 4804200732**

**From: Barbara Goldsworthy, DPT**
**Sent on: June 8, 2020**

**Regarding: K. Jeras WC Cover Letter 5.8.20.pdf, Progress Note: 06/04/2020 for Jeras, Kenneth**

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute. print, or copy any part of this message if you are not the intended recipient. and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender, except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.



## TRI·PHYSICAL THERAPY

Kenneth Jeras

DOB: 10-24-1961

1941 E Rockwood Dr Phoenix , AZ 85024

Phone:  (602) 570-7367

Referring Physician: Silver, Joshua MD

Surgery: 08/21/20 19 L patella fracture repair

Diagnosis: ICD10

S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

M25.562: Pain in left knee

R26.9: Unspecified abnormalities of gait and mobility

M62.81: Muscle weakness (generalized)

Re: Workman's Comp PT Extension

Please see the attached progress report for patient K. Jeres to continue with his physical therapy sessions 2x a week for 8 weeks. Please sign and fax back as well as a PT script to have on file.

If you have any questions you can contact my office at 602.956.1233.

Thank you,

*Barbara Goldsworthy PT, DPT, ASTYM*

Physical Therapist

3333 East Camelback Road Suite 230 Phoenix, Arizona 85018

P: 602.956.1233  F: 480.383.6440

info@tri-physicaltherapy.com

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 56

**Date of Progress Note:** 06/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports he has been able to return to most of his prior activities (except bowling due to Covid19) but the "tightness" in his knee bothers him when he is up on his feet > 30 min.
**Functional Deficits / Gains:** Pt has been able to do his tap dancing class for the past few weeks but takes short breaks when his knee feels too "tight". He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Comments**          Visible protrusion of metal over L patella with knee flexion.

**Outcome Measurement Tools**          *Previous Findings as of 05/04/2020*

**Lower Extremity**
Lower Extremity          67/80                              66
Functional Scale

### Observation

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Standing Posture**   Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**          Normal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 06/04/2020

| Comments | Mild L knee swelling.  Girth measurements: At superior pole of patellae:  45 cm R/ 47cm L. |
|---|---|

**Range of Motion**                                              *Previous Findings as of 05/04/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | *2 ° Hyperextension* | *2 ° Hyperextension* |

| Comments | Complaint of "tightness" over anterior knee with endrange flexion on L. |
|---|---|

**Strength**                                              *Previous Findings as of 05/04/2020*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5-/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 4+/5 | *5-/5* | *4+/5* |
| Hip Adduction | Not Tested | 5/5 | *Not Tested* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

| Comments | Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step. Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD | *Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.  Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD* |
|---|---|---|

**Neuro-Vascular**                                              *Previous Findings as of 05/04/2020*

**Complaints of any radicular symptoms in either extremity**

| Complaints of any radicular symptoms in either extremity | No | *No* |
|---|---|---|

**Special Tests**                                              *Previous Findings as of 05/04/2020*

**Proprioception/
Balance**

**SL Balance**

| | Right | Left | *Right* | *Right* |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Good* | *Good* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

| Comments | Single leg balance on floor: 30 sec

on foam:  30 sec L/25 sec R | *Single leg balance on floor: 30 sec*

*on foam:  20sec L/20 sec R* |
|---|---|---|

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 06/04/2020

With UE reach: 20 X cross-over reach with min LOB on L, mod LOB on R. With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R. Single leg stance on BOSU: excessive lateral movement bilaterally. SLS eyes closed: 3 sec L/ 3sec R.

*With UE reach: 20 X cross-over reach with min LOB on L, mod LOB on R. With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R. Single leg stance on BOSU: excessive lateral movement bilaterally.*

**Palpation**

**Comments**     Mild palpable swelling superior to L patella. No significant muscle tightness or tenderness to palpation of structures surrounding R knee.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:** Pt continues with progression of quad and glute strength. His weakness is more noticeable when muscular endurance is required such as repetitive stair climbing or doing household chores >30 min. He does still have atrophy in R calf which contributes to weakness with push-off and decreased balance in single leg stance on R. He requires additional PT for progression of ther ex including dynamic balance training and eccentric quad control.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Increase walking distance, R calf raises to improve muscle symmetry R/L. Ice and elevation to decrease knee swelling.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks) | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks) | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.
**Summary/Recommendations:** Progress strength, balance and functional training.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 06/04/2020

## Plan
**Frequency:** 2-3 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

✔I have no revisions to the plan of care.
___Revise the plan of care as follows_____
_____

*Karen Rein PT MS OCS CSCS*

Physician Signature_____
J. Silver, MD
Date:_____ Time:_____

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 7, 2020 at 5:12 pm*

Electronically signed by JOSHUA SCOTT SILVER MD

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 57

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/09/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He reports he has been able to return to most of his prior activities (except bowling due to Covid19) but the "tightness" in his knee bothers him when he is up on his feet > 30 min. He is getting ready to leave on vacation to see his daughter and will be a test if he can keep up with his granddaughter and walk in the airports and on the beach.
**Functional Deficits / Gains:** Pt has been able to do his tap dancing class for the past few weeks but takes short breaks when his knee feels too "tight". He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 06/02/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | *Units* |
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | *1* |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | *1* |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | L knee suprapatellar swelling.  Unable to balance > 2-3 sec in single leg stance with eyes closed.  Uses railing to descend a flight of stairs. |
| Post-Treatment | fatigue in glutes and hamstrings |

## Assessment
**Assessment/Diagnosis:** Pt continues with progression of quad and glute strength. His weakness is more noticeable when muscular endurance is required such as repetitive stair climbing or doing household chores >30 min. He does still have atrophy in R calf which contributes to weakness with push-off and decreased balance in single leg stance on R. Pt fatigued with sidelying glut work as well as hamstring work doing dynamic bridges. He requires additional PT for progression of ther ex including dynamic balance training and eccentric quad control.
**Patient Education:** Increase walking distance, calf raises to improve muscle symmetry R/L.
Ice and elevation to decrease knee swelling.
Pt is traveling at the end of this week for over a week
**Rehab Potential:** Good

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/09/2020

**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on June 9, 2020 at 2:27 pm*



**TRI · PHYSICAL THERAPY**

Kenneth Jeras

DOB: 10-24-1961

1941 E Rockwood Dr Phoenix , AZ 85024

Phone:  (602) 570-7367

Referring Physician: Silver, Joshua MD

Surgery: 08/21/20 19 L patella fracture repair

Diagnosis: ICD10

S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture

M25.562: Pain in left knee

R26.9: Unspecified abnormalities of gait and mobility

M62.81: Muscle weakness (generalized)

Re: Workman's Comp PT Extension

Please see the attached progress report for patient K. Jeres to continue with his physical therapy sessions 2x a week for 8 weeks. Please sign and fax back as well as a PT script to have on file.

If you have any questions you can contact my office at 602.956.1233.

Thank you,

*Barbara Goldsworthy PT, DPT, ASTYM*

Physical Therapist

3333 East Camelback Road Suite 230 Phoenix, Arizona 85018

P: 602.956.1233  F: 480.383.6440

info@tri-physicaltherapy.com

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 56

**Date of Progress Note:** 06/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports he has been able to return to most of his prior activities (except bowling due to Covid19) but the "tightness" in his knee bothers him when he is up on his feet > 30 min.
**Functional Deficits / Gains:** Pt has been able to do his tap dancing class for the past few weeks but takes short breaks when his knee feels too "tight". He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

### Patient Consent
Patient/Parent/Guardian Consent             Yes

### Comments          Visible protrusion of metal over L patella with knee flexion.

### Outcome Measurement Tools                                              *Previous Findings as of 05/04/2020*

### Lower Extremity
Lower Extremity          67/80                                             66
Functional Scale

### Observation

### WB Status          FWB
Compliant with          No
WBing Restrictions?

### Standing Posture    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

### Gait               Normal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/04/2020

---

**Comments**          Mild L knee swelling.  Girth measurements: At superior pole of patellae:  45 cm R/ 47cm L.

**Range of Motion**                                          *Previous Findings as of 05/04/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | *2 ° Hyperextension* | *2 ° Hyperextension* |

**Comments**          Complaint of "tightness" over anterior knee with endrange flexion on L.

**Strength**                                                *Previous Findings as of 05/04/2020*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5-/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 4+/5 | *5-/5* | *4+/5* |
| Hip Adduction | Not Tested | 5/5 | *Not Tested* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

**Comments** Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.  Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD

*Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.  Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD*

**Neuro-Vascular**                                          *Previous Findings as of 05/04/2020*

**Complaints of any radicular symptoms in either extremity**
Complaints of any radicular       No                        *No*
symptoms in either extremity

**Special Tests**                                           *Previous Findings as of 05/04/2020*

**Proprioception/
Balance**

**SL Balance**

| | Right | Left | *Right* | *Right* |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Good* | *Good* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Comments** Single leg balance on floor: 30 sec          *Single leg balance on floor: 30 sec*

on foam:  30 sec L/25 sec R                                 *on foam:  20sec L/20 sec R*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/04/2020

## Physical Therapy
## Progress Note

With UE reach:  20 X  cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU:  excessive lateral movement bilaterally.  SLS eyes closed:  3 sec L/ 3sec R.

*With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU: excessive lateral movement bilaterally.*

**Palpation**

**Comments**          Mild palpable swelling superior to L patella.  No significant muscle tightness or tenderness to palpation of structures surrounding R knee.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:**  Pt continues with progression of quad and glute strength. His weakness is more noticeable when muscular endurance is required such as repetitive stair climbing or doing household chores >30 min.  He does still have atrophy in R calf which contributes to weakness with push-off and decreased balance in single leg stance on R.  He requires additional PT for progression of ther ex including dynamic balance training and eccentric quad control.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:**  Increase walking distance, R calf raises to improve muscle symmetry R/L.  Ice and elevation to decrease knee swelling.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.
**Summary/Recommendations:**  Progress strength, balance and functional training.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 06/04/2020

## Plan

**Frequency:**  2-3 times a week
**Duration:**  8 weeks
**Treatment to be provided:**
**Procedures**

Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 7, 2020 at 5:12 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____    Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 56

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he has been able to return to most of his prior activities (except bowling due to Covid19) but the "tightness" in his knee bothers him when he is up on his feet > 30 min.
**Functional Deficits / Gains:** Pt has been able to do his tap dancing class for the past few weeks but takes short breaks when his knee feels too "tight".  He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet<br>15 minutes | 1 |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          L knee suprapatellar swelling.  Unable to balance > 2-3 sec in single leg stance with eyes closed.  Uses railing to descend a flight of stairs.

## Assessment

**Assessment/Diagnosis:** Pt continues with progression of quad and glute strength. His weakness is more noticeable when muscular endurance is required such as repetitive stair climbing or doing household chores >30 min.  He does still have atrophy in R calf which contributes to weakness with push-off and decreased balance in single leg stance on R.  He requires additional PT for progression of ther ex including dynamic balance training and eccentric quad control.
**Patient Education:** Increase walking distance, R calf raises to improve muscle symmetry R/L.  Ice and elevation to decrease knee swelling.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/04/2020

- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 7, 2020 at 5:12 pm*

# Patient Outcomes

Report Date: 6/7/2020

## Kenneth Jeras                                                              67 OF 80

**Patient ID:** 2370543

**Case Key:** 27410810

**Visit Date:** 6/4/2020

**Entry Date:** 6/7/2020

**ICD Code:** S82002A – Unspecified fracture of left patella, initial encounter for closed fracture

**Gender:** M

**Date of Birth:** 10/24/1961

**Questionnaire Type:** Follow Up

**Area:** Lower Extremity

**Clinician:** Rein, Karen

**Clinic:** Tri-Physical Therapy

**Referral Source:** Silver, Joshua

Workers Compensation

**Litigation:** No       **Direct Access:** No

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 1 | 1 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)) | No Difficulty | 4 | (0 to 4) |
| | Standing for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Running on uneven ground | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Moderate Difficulty | 2 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 55

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 06/02/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt continues to have the "tightness" in his left knee with increased activity. He hasnt been to busy around the house just doing his weekly tap dancing however this week was the last for awhile. He does feel better after his therapy sessions and knows he is getting stronger. He has noticed with tap he cant push off as hard with his L leg.
**Functional Deficits / Gains:**  Able to do tap dancing classes on video once a week but sometimes needs to stop 15 minutes early.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 05/20/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>See Flowsheet<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Increased muscle tissue tension over distal hamstring tendons crossing posterior knee<br>fatigue with lateral side stepping<br>unable to push off on the L with hops |
| Post-Treatment | No increase in suprapatellar swelling. |

## Assessment
**Assessment/Diagnosis:** Pt is showing improvement in dynamic balance and quad strength with exercises and functional activities including stairs. He does have decreased stability in single leg balance on R>L at this point. He would benefit from additional strengthening of L gastroc/soleus to improve symmetry and push-off with activities such as tap dancing. He also needs to improve quad and glute muscle endurance to decrease muscle fatigue.
**Patient Education:** Continue to practice single leg balance B.
Ice knee when achy
Continue with daily walks
**Rehab Potential:** Good
**Patient Problems:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 06/02/2020

- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks) | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (8 Weeks) | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks) | 5% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

**Plan**
**Instructions:** Progressing Patient Next Visit
Focus on balance training, glute strengthening and eccentric quad strengthening and R calf strengthening.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on June 3, 2020 at 12:46 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 54

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/28/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he still feels the "tightess" in his left knee with increased activity but hasn't been doing anything too strenuous outside of therapy and weekly tap dancing.
**Functional Deficits / Gains:** Able to do tap dancing classes on video once a week but sometimes needs to stop early.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** H igh Blood Pressure, O steoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97 110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97 112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| O bjective Findings | Increased muscle tissue tension over distal hamstring tendons crossing posterior knee. |
| Post-Treatment | No increase in suprapatellar swelling. |

## Assessment
**Assessment/Diagnosis:** Pt is showing improvement in dynamic balance and quad strength with exercises and functional activities including stairs.  H e does have atrophy in R calf muscles compared to left and decreased stability in single leg balance on R.  H e would benefit from additional strengthening of R gastroc/soleus to improve symmetry and push-off with activities such as tap dancing.  H e also needs to improve quad and glute muscle endurance to decrease muscle fatigue.
**Patient Education:** C alf raises with emphasis on R side, continue to practice single leg balance B.
**Rehab Potential:** Good
**Patient Problems:**
- K nee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85%  | Pt will demonstrate compliance with H EP in order to improve strength and balance. | Pt works on balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks)  | 90%  | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/28/2020

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening and R calf strengthening.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on June 2, 2020 at 11:54 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 53

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/26/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he was sore after all the exercises last time.  His knee felt stiff since he sat in the car for 20 min driving home right after therapy.  Had some social outings this weekend and knee is feeling fine today.
**Functional Deficits / Gains:** Able to do tap dancing classes on video once a week but sometimes needs to stop early.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 3 |
| 97110 | Therapeutic Exercise | |
| | See Flowsheet | |
| | 45 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings        Mild swelling superior to L patella.
Post-Treatment            Mild signs of fatigue; no increase in pain symptoms.

## Assessment
**Assessment/Diagnosis:** Pt is doing well with daily functional activities but still gets sore with more strenuous activity such as working out in PT sessions.  He is showing improvements in balance but needs to keep working on ankle and knee stability to better tolerate activities such as tap dancing.
**Patient Education:** Work on single leg balance in a safe location, use ice nightly.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/26/2020

3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan

**Instructions:**  Progressing Patient Next V isit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License # 3 982
*Electronically Signed by Karen Rein on May 27, 2020 at 12:46 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:**  J eras, Kenneth
**Date of Birth:**  10/24/1961

**Referring Physician(s):**  Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:**  52

**Insurance Name:**  Matrix Risk Management Solutions

**Date of Daily Note:**  05/22/2020
**Injury/Onset/Change of Status Date:**  08/21/2019  Chronic, New Injury
**Diagnosis:**   ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:**  10/23/2019
**Treatment Diagnosis:**   ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports his knee is a bit swollen today but he continues to ice it every night.
**Functional Deficits / Gains:**  Able to do tap dancing classes on video once a week but sometimes needs to stop early.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
|  | See Flowsheet |  |
|  | 45 minutes |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet |  |
|  | 15 minutes |  |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Mild-mod swelling superior to L patella |
| Post-Treatment | General glute/quad fatigue |

## Assessment

**Assessment/Diagnosis:** Pt presents with atrophy in R calf compared to L.  He has more difficulty with standing plantarflexion on R which may be causing asymmetries during tap dancing and other times when push-off is needed.
**Patient Education:**  Add single leg calf raises on R at home to minimize muscle imbalances.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

### Daily Note / Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/22/2020

4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan
**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on May 22, 2020 at 12:23 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 51

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/20/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit sore after his last session. He continues to have soreness and stiffness in his L knee. He also states his shin is sore today. Pt had his tap class yesterday on Z oom which might be why as well. He knows he needs to keep working on his strength and balance.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled. Other than the bathroom renovations, he hasn't been exercising at home.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2 *Previous Findings as of 04/27/2020 - Worst:6 Best:0 Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See Flowsheet | |
|  | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training | |
|  | See Flowsheet | |
|  | 15 minutes | |
| 97140 | Manual Therapy | 1 |
|  | See Flowsheet | |
|  | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | mild swelling in L knee |
| | fatigue with SL squatting on L |
| Post-Treatment | General fatigue after strength and agility training. |

## Assessment
**Assessment/Diagnosis:** Pt continues to struggle with hoping in quadrants with L LE, stating he cannot jump as high on his L and get the clearance. He would benefit from additional PT to improve eccentric quad control and dynamic stability. He states after activity he gets a lot of tightness in the joint. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt is showing improvements in balance but still has more difficulty on R LE due to past ankle injuries. He needs to progress quad and glute med strengthening to help support knees.
**Patient Education:**  SLS practice on both R and L
Recommended to ice at night to decrease swelling
Increase water intake
**Rehab Potential:** Good
**Patient Problems:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** J***, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/20/2020

- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan

**Instructions:** Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on May 21, 2020 at 1:33 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD


**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 50


**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/15/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic,
New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left
patella, initial encounter for closed fracture, M25.562: Pain in
left knee, R26.9: Unspecified abnormalities of gait and mobility,
M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD 10: S82.002A: Unspecified fracture
of left patella, initial encounter for closed fracture, M25.562:
Pain in left knee, R26.9: Unspecified abnormalities of gait and
mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports some soreness and stiffness in his knee today.  He can't recall doing anything different
in the past couple of days.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been
bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.
Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet | |
| | 45 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Unable to perform 10 reps in a row with step-ups on chair today.  Modified to sets of 5. |
| Post-Treatment | General fatigue after strength and agility training. |

## Assessment
**Assessment/Diagnosis:** Pt showed improvement in control with glute exercises today but had more difficulty and fatigue with
stepping exercises on chair.  He will benefit from further PT to address quad and glute weakness and improve muscular
endurance.
**Patient Education:** Modify tap dance class as needed, ice and elevation at night.
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance
but not strengthening at home
**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/15/2020

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT, MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on May 15, 2020 at 12:42 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

**Patient Name:** J eras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, J oshua MD

**Surgery:** (D ate/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 49

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/12/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generaliz ed)

**Workers' Comp Claim:**  6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports no significant pain but still feels like his knee "tightens up" with prolonged exercise such as tap class and strengthening exercises.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled. Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | |
| | | 1 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | |
| | | 1 |
| 97140 | Manual Therapy<br> STM to vastus lateralis, LE stretching, patella mobs.  Retrograde STM with Cryoderm to decrease swelling.<br>15 minutes | |

C P T copyrigh t 2019  A merican M edical A s s ociation.  A ll righ ts res erv ed.

| | |
|---|---|
| Objective Findings | Unable to maintain balance in SLS on L with addition of R hip extension to hip/knee flexion |
| Post-Treatment | Mild peripatellar swelling L knee.  No signs of pain. |

## Assessment
**Assessment/Diagnosis:**  Pt has more difficulty balancing on R LE than L.  He needs to keep up with strengthening program with focus on quads and glutes to return to PLOF.
**Patient Education:**  Keep up with HEP, ice and elevation at night and after strenuous activity.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note / Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/12/2020

1: (4 Weeks) | 8 5% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home

**Long Term Goals:**
1: (6  W  eeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing.
2: (12  W  eeks) | 8 0% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8  W  eeks) | 8 0% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8  W  eeks) | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 W  eeks) | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6 : (6  W  eeks) | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan

**Instructions:**  Progressing Patient Next V isit
  Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS. CCS. CSCS*

Karen Rein
License # 398 2
*Electronically Signed by Karen Rein on May 12, 2020 at 2:29 pm*

# CONFIDENTIAL Fax

**FROM:**

JOSHUA SCOTT SILVER, MD

3811 E Bell Rd Suite 309, PHOENIX, AZ 85032-2160

Phone: (480) 420-0749

Fax: (480) 420-0732

**TO:**

TRI-PHYSICAL THERAPY

3333 E CAMELBACK RD, PHOENIX, AZ 85018

Phone: (602) 956-1233

Fax: (480) 383-6440

This fax may contain sensitive and confidential personal health information that is being sent for the sole use of the intended recipient. Unintended recipients are directed to securely destroy any materials received. You are hereby notified that the unauthorized disclosure or other unlawful use of this fax or any personal health information is prohibited. To the extent patient information contained in this fax is subject to 42 CFR Part 2, this regulation prohibits unauthorized disclosure of these records.

If you received this fax in error, please visit www.athenahealth.com/NotMyFax to notify the sender and confirm that the information will be destroyed. If you do not have internet access, please call 1-888-482-8436 to notify the sender and confirm that the information will be destroyed. Thank you for your attention and cooperation. [ID:46260621-H-600]

# Tri-Physical Therapy

3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Fax Cover Sheet

**To: Silver, Dr. Joshua**
**Organization: Abrazo Orthopedic Specialists**
**Fax: 4804200732**

**From: Barbara Goldsworthy, DPT**
**Sent on: May 6, 2020**

## Regarding: Progress Note: 05/04/2020 for Jeras, Kenneth

Please see progress report for K. Jeras review and send back.
Let us know if you have any questions.
Thank you

Thank you for this referral --

Note:
This message is for the named person's use only. It may contain confidential, proprietary or legally privileged information. No confidentiality or privilege is waived or lost by any mistransmission. If you receive this message in error, please immediately delete it and all copies of it from your system, destroy any hard copies of it and notify the sender. You must not, directly or indirectly, use, disclose, distribute. print, or copy any part of this message if you are not the intended recipient.  and any of its subsidiaries each reserve the right to monitor all electronic communications through its networks.
Any views expressed in this message are those of the individual sender. except where the message states otherwise and the sender is authorized to state them to be the views of any such entity.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 47

**Date of Progress Note:** 05/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports continued improvement in strength but his L knee still feels "tight" with increased activity such as stairs and all the home improvement projects he did over the past few weeks.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed. He has not been walking through airports due to all business travel being canceled. Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

### Patient Consent

Patient/Parent/Guardian Consent          Yes

### Outcome Measurement Tools                          *Previous Findings as of 03/30/2020*

**Lower Extremity**
Lower Extremity          66/80                          62
Functional Scale

### Observation

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Standing Posture**    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**                Normal

**Comments**            Mild L knee swelling. Girth measurements: At mid-patellae: 45.0 cm L/ 44.5 cm R. 5cm above: 47.0 cm L/ 45 cm R

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/04/2020

### Range of Motion

*Previous Findings as of 03/30/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | 137deg | 135 ° |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | 2 ° Hyperextension | 2 ° Hyperextension |

### Strength

*Previous Findings as of 03/30/2020*

**Gross Muscle Tests**
**Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5-/5 | 5/5 | 5-/5 |
| Hip Extension | 5/5 | 5/5 | 5/5 | 5/5 |
| Hip Abduction | 5-/5 | 4+/5 | 5/5 | 5/5 |
| Hip Adduction | Not Tested | 5/5 | Not Tested | 5/5 |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | 5/5 | 5/5 |
| Knee Extension | 5/5 | 5/5 | 5/5 | 5/5 |

**Comments** Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step. Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD

*Pt lacks eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.*

### Neuro-Vascular

*Previous Findings as of 03/30/2020*

### Complaints of any radicular symptoms in either extremity

Complaints of any radicular symptoms in either extremity    No

*No*

### Special Tests

*Previous Findings as of 03/30/2020*

**Proprioception/ Balance**

**SL Balance**

| | Right | Left | Right | Right |
|---|---|---|---|---|
| Eyes Open | Good | Good | Fair | Fair |
| Eyes Closed | Fair | Fair | Fair | Fair |

**Comments** Single leg balance on floor: 30 sec

on foam:  20sec L/20 sec R
With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU: excessive lateral movement bilaterally.

*Single leg balance on floor: 30 sec*

*on foam:  15 sec L/15 sec R*
*With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.*

### Palpation

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/04/2020

**Comments**  Mild palpable swelling superior to L patella. No significant muscle tightness or tenderness to palpation of structures surrounding R knee.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:** Pt continues to show improvement with daily functional activities and is able to perform heavy household chores but with subjective reports of "tightness" after prolonged activity. He would benefit from additional PT for quad and glute strengthening as well as dynamic balance training.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Work on single leg balance on soft surface to challenge balance at home. Elevate and ice after activity and nightly to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home
**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks) | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks) | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks) | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |
**Summary/Recommendations:** Progress with quad and glute strengthening, balance and functional training.

## Plan

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/04/2020

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

✔ I have no revisions to the plan of care.
___ Revise the plan of care as follows_____
_____

*Karen Rein PT 3i3 CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on May 4, 2020 at 2:18 pm*

Physician Signature_____
J. Silver, MD
Date:_____ Time:_____

Electronically signed by JOSHUA SCOTT SILVER MD

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD


**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 48


**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/06/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:**  Left
**Current Complaints / Gains:**  Pt reports he did his online tap class last night but had to stop early because his knee was "tightening up"
**Functional Deficits / Gains:**  Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.  Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>STM to vastus lateralis, LE stretching, patella mobs.  Retrograde STM with Cryoderm to decrease swelling.<br>15 minutes | 1 |

CPT copyright 2019 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Limited by pain with BOSU squats and lunges after one set of 10 each |
| Post-Treatment | LE fatigue |

## Assessment
**Assessment/Diagnosis:**  Pt showed improvement in dynamic balance on BOSU and airex today.  He needs further quad strengthening and functional training to be able to perform squats, lunges and steps without pain.
**Patient Education:**  Ice and elevate at night to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: J eras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/06/2020

1: (4 Weeks)  | 8 5%   | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home

**Long Term Goals:**
1: (6  W  eeks)  | 90%   | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing.
2: (12 W  eeks)  | 8 0%   | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8  W  eeks)  | 8 0%   | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8  W  eeks)  | 55%   | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 W  eeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6 : (6  W  eeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan
**Instructions:**  Progressing Patient Next V isit
   Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS. CCS. CSCS*

Karen Rein
License # 398 2
*Electronically Signed by Karen Rein on May 7, 2020 at 10:04 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ  85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 47

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 05/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD 10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports continued improvement in strength but his L knee still feels "tight" with increased activity such as stairs and all the home improvement projects he did over the past few weeks.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed. He has not been walking through airports due to all business travel being canceled. Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | 1 |
| 97140 | Manual Therapy | |
| | STM to vastus lateralis, LE stretching, patella mobs.  Retrograde STM with Cryoderm to decrease swelling. | |
| | 15 minutes | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

CPT copyright 2019 American Medical Association. All rights reserved.

| | |
|---|---|
| Objective Findings | Frequent loss of balance in single leg stance on BOSU.  Glute weakness with multi-hip exercise. |
| Post-Treatment | Muscle fatigue |

## Assessment

**Assessment/Diagnosis:** Pt continues to show improvement with daily functional activities and is able to perform heavy household chores but with subjective reports of "tightness" after prolonged activity.  He would benefit from additional PT for quad and glute strengthening as well as dynamic balance training.
**Patient Education:** Work on single leg balance on soft surface to challenge balance at home. Elevate and ice after activity and nightly to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/04/2020

- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks) | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

## Plan
**Instructions:** Progressing Patient Next Visit
Focus on balance training, glute strengthening and eccentric quad strengthening.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on May 4, 2020 at 2:18 pm*

# Patient Outcomes

Report Date: 5/4/2020

## Kenneth Jeras                                                    66 OF 80

| | |
|---|---|
| **Patient ID:** 2370543 | **Questionnaire Type:** Follow Up |
| **Case Key:** 27410810 | **Area:** Lower Extremity |
| **Visit Date:** 5/4/2020 | **Clinician:** Rein, Karen |
| **Entry Date:** 5/4/2020 | **Clinic:** Tri-Physical Therapy |
| **ICD Code:** S82002A - Unspecified fracture of left patella, initial encounter for closed fracture | **Referral Source:** Silver, Joshua |
| **Gender:** M | Workers Compensation |
| **Date of Birth:** 10/24/1961 | **Litigation:** No      **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 1 | 1 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
|   | Going up or down 10 stairs (about 1 flight of stairs)) | No Difficulty | 4 | (0 to 4) |
|   | Standing for 1 hour | No Difficulty | 4 | (0 to 4) |
|   | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
|   | Running on even ground | Moderate Difficulty | 2 | (0 to 4) |
|   | Running on uneven ground | Quite a Bit of Difficulty | 1 | (0 to 4) |
|   | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Hopping | Moderate Difficulty | 2 | (0 to 4) |
|   | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 47

**Date of Progress Note:** 05/04/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports continued improvement in strength but his L knee still feels "tight" with increased activity such as stairs and all the home improvement projects he did over the past few weeks.
**Functional Deficits / Gains:** Returned to tap dancing once a week with his class online and once on his own but has not been bowling since the bowling alley is closed. He has not been walking through airports due to all business travel being canceled. Other than the bathroom renovations, he hasn't been exercising at home.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

**Inspection**

**Patient Consent**
Patient/Parent/Guardian Consent          Yes

**Outcome Measurement Tools**                                        *Previous Findings as of 03/30/2020*

**Lower Extremity**
Lower Extremity          66/80                              *62*
Functional Scale

**Observation**

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Standing Posture**   Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**          Normal

**Comments**          Mild L knee swelling.  Girth measurements: At mid-patellae: 45.0 cm L/ 44.5 cm R.  5cm above: 47.0 cm L/ 45 cm R

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/04/2020

### Range of Motion

*\*Previous Findings as of 03/30/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | *2 ° Hyperextension* | *2 ° Hyperextension* |

### Strength

*\*Previous Findings as of 03/30/2020*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5-/5 | *5/5* | *5-/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 4+/5 | *5/5* | *5/5* |
| Hip Adduction | Not Tested | 5/5 | *Not Tested* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

**Comments** Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.  Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD

*Pt lacks eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.*

### Neuro-Vascular

*\*Previous Findings as of 03/30/2020*

### Complaints of any radicular symptoms in either extremity

| Complaints of any radicular symptoms in either extremity | No | | *No* |
|---|---|---|---|

### Special Tests

*\*Previous Findings as of 03/30/2020*

**Proprioception/
Balance**

**SL Balance**

| | Right | Left | *Right* | *Right* |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Fair* | *Fair* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Comments** Single leg balance on floor: 30 sec

on foam:  20sec L/20 sec R
With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU:  excessive lateral movement bilaterally.

*Single leg balance on floor: 30 sec*

*on foam:  15 sec L/15 sec R*
*With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.*

**Palpation**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 05/04/2020

**Comments**   Mild palpable swelling superior to L patella.  No significant muscle tightness or tenderness to palpation of structures surrounding R knee.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment

**Assessment/Diagnosis:** Pt continues to show improvement with daily functional activities and is able to perform heavy household chores but with subjective reports of "tightness" after prolonged activity.  He would benefit from additional PT for quad and glute strengthening as well as dynamic balance training.

**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.

**Patient Education:** Work on single leg balance on soft surface to challenge balance at home. Elevate and ice after activity and nightly to decrease swelling.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works o balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
4: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. |
6: (6 Weeks)  | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. |

**Summary/Recommendations:** Progress with quad and glute strengthening, balance and functional training.

## Plan

Tri-Physical Therapy
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

Patient Name: Detas, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 05/04/2020

**Frequency:** 2 times a week
**Duration:** 8 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

___I have no revisions to the plan of care.
___Revise the plan of care as follows_____

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on May 4, 2020 at 2:18 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____   Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 46

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/27/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports L knee is feeling achy and stiff. He states his home projects are finally done. He worked on the last things this weekend. He again had to work sitting in awkward positions finishing the baseboards. He states yesterday he just rested and watched some tv and computer work.
**Functional Deficits / Gains:**  Able to walk community distances without a limp but notices L knee "tightening up" after 15 min. He is able to tap dance but has to stop about 15 minutes earlier before the class ends.  He has difficulty with repetitive squatting and stairs.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 04/16/2020 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See Flowsheet |  |
|  | 30 minutes |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet |  |
|  | 15 minutes |  |
| 97140 | Manual Therapy | 1 |
|  |  STM to vastus lateralis, hamstrings, LE stretching, patella mobs. Retrograde STM to decrease swelling. |  |
|  | 15 minutes |  |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | L knee peripatellar swelling |
| Post-Treatment | Mild fatigue in quad muscles. |

## Assessment

**Assessment/Diagnosis:** Pt continues to struggle with hoping in quadrants with L LE, stating he cannot jump as high on his L and get the clearance. He would benefit from additional PT to improve eccentric quad control and dynamic stability. He states after activity he gets a lot of tightness in the joint. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Performed SLS with hip extension and had to lower resistance due to discomfort in L knee joint. Pt is showing improvements in balance but still has more difficulty on R LE due to past ankle injuries. He needs to progress glute med strengthening to help support knees.
**Patient Education:**  SLS practice on both R and L
Recommended to ice at night to decrease swelling
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/27/2020

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:** Progressing Patient Next Visit
Focus on balance training, eccentric quad strengthening and glute strengthening.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on April 28, 2020 at 7:33 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 45

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/20/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports L knee is more swollen today.  He finished off the floor of his master bathroom which was a lot of work sitting in awkward positions.  He still needs to do the baseboards which will require him to be on the ground.
**Functional Deficits / Gains:** Able to walk community distances without a limp but notices L knee "tightening up" after 15 min. He is able to tap dance but has to stop before the class ends.  He has difficulty with repetitive squatting and stairs.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | STM to vastus lateralis, hamstrings, LE stretching, patella mobs. | |
| | Retrograde STM to decrease swelling. | |
| | 15 minutes | |

C P T  copyright  2019  A merican  M edical  A ssociation.  A ll rights  reserved.

| | |
|---|---|
| Objective Findings | L knee peripatellar swelling and redness compared to R. |
| Post-Treatment | Mild fatigue in quad muscles. |

## Assessment

**Assessment/Diagnosis:** Difficulty with high steps on chair today but was able to modify to decrease anterior knee pain.  Pt is showing improvements in balance but still has more difficulty on R LE due to past ankle injuries.  He needs to progress glute med strengthening to help support knees.
**Patient Education:** SLS practice on both R and L, ice at night to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/20/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, eccentric quad strengthening and glute strengthening.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on April 20, 2020 at 3:24 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 44

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/16/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit sore after his last session but a good soreness. He states he has been working on his home projects and on the floor a lot removing linoleum in the bathroom. He sits on a cushion but he has to kneel on the right knee to get up. He avoids kneeling on L. He states his strength is improving and he is able to balance better on the L than R leg now. He can fully bend and straighten his knee. He does complain of numbness and tingling straight down the L shin, 3/4 of the way to the foot. He states his L knee "tightens up" after increased activity. He has been doing some tap lessons on line and can do about 40 minutes and then has to sit down and put ice on his L knee for the last 15 minutes of class.
**Functional Deficits / Gains:** Able to walk community distances without a limp but notices L knee "tightening up" after 15 min. He is able to tap dance but has difficulty with repetitive squatting and stairs.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2   *Previous Findings as of 04/06/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | STM to vastus lateralis, hamstrings, LE stretching, patella mobs. | |
| | Retrograde STM to decrease swelling. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings           Swelling superior to L patella
Post-Treatment               Quad and calf muscle fatigue

## Assessment

**Assessment/Diagnosis:** Pt continues to have muscle tightness with increased activity level such as stair climbing and dynamic agility exercises. H e continues to struggle with hoping in quadrants with L LE, stating he cannot jump as high on his L and get the clearance. H e would benefit from additional PT to improve eccentric quad control and dynamic stability. H e states after activity he gets a lot of tightness in the joint. H e is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. Pt tolerated SL balance today an a level 2 airex pad with mini squats about 5 on the L and 2 on the R before LO B. H e can tell his balance is still not bac to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential but the progress is gradual.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/16/2020

# Daily Note /
# Billing Sheet

**Patient Education:** Continue wit nightly icing to decrease swelling and inflammation.
Keep up with HEP which was reviewed
Practice Single leg balance with U E reach standing near furniture or wall for safety
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with H EP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks) | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks) | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks) | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks) | 55% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:** Progressing Patient Next Visit
Focus on balance training, eccentric quad strengthening and glute strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on April 16, 2020 at 4:47 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 43

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/13/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he has been on the floor a lot removing linoleum in all the bathrooms.  He sits on a cushion but he has to kneel on the right knee to get up.  He avoids kneeling on L.
**Functional Deficits / Gains:** Able to walk community distances without a limp but notices L knee "tightening up" after 15 min. He is able to tap dance but has difficulty with repetitive squatting and stairs.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br>STM to vastus lateralis, hamstrings, LE stretching, patella mobs.<br>Retrograde STM to decrease swelling.<br>15 minutes | 1 |

C P T  copyright 2019  A merican M edical A s sociation.  A ll righ ts res erv ed.

Objective Findings          Swelling superior to L patella
Post-Treatment              Glute muscle fatigue

## Assessment

**Assessment/Diagnosis:** Pt is objectively getting stronger with good quad control during step-downs, squats and lunges.  H is complaints of "tightness" after exercise may be related to the hardware in his knee.  H e does have gluteus medius weakness and would benefit from further strengthening of hip musculature to decrease stress on knee with activity.
**Patient Education:** Ice, single leg balance training.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/13/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, eccentric quad strengthening and glute strengthening.

*Karen Rein PT, MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on April 13, 2020 at 2:16 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 42

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/09/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit sore. He states he went for a walk with his wife and dogs and had to turn back after 15 minutes due to tightness in his L knee. He states that is the usual route they take but wasnt able to make it last night. He went home and iced his knee. He states he is still unable to kneel and has been sitting on the floor with his legs out in different positions when working on his projects. He states his strength is improving and he is able to balance better on the L than R leg now. He can fully bend and straighten his knee but he continues to have numbness and tingling straight down the L shin, 3/4 of the way to the foot. He has been able to work on home improvement projects that include a lot of bending, squatting, getting on and off the floor and stair climbing but his L knee "tightens up" after a few minutes of activity. He has been doing some tap lessons on line and can do about 40 minutes and then had to sit down and put ice on his L knee for the last 15 minutes of class.
**Functional Deficits / Gains:** Returned to tap dancing but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | STM to vastus lateralis, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.  Retrograde STM to decrease swelling. | |
| | 15 minutes | |

C P T copyright 2019 American Medical Association. All rights reserved.

| Objective Findings | weakness in quads and glutes<br>difficultly with SLS for more than 20 sec on level 2 air ex on L<br>throw and catch on level 2 air ex- L 9 tosses R 5- tosses |
|---|---|
| Post-Treatment | Mild quad fatigue |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/09/2020

# Daily Note /
# Billing Sheet

**Assessment/Diagnosis:** Pt continues to have muscle tightness with increased activity level such as stair climbing and dynamic agility exercises. He continues to struggle with hoping in quadrants with L LE. He would benefit from additional PT to improve eccentric quad control and dynamic stability. Pt knows his L knee is getting stronger overall but continues to have times when it feels unstable as well as tight and off balance. He states after activity he gets a lot of tightness in the joint. Pivoting or end range knee flexion is still uncomfortable with pulling. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. Pt tolerated SL squat today but was fatigued after 10 reps. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential but the progress is gradual.

**Patient Education:** Continue wit nightly icing to decrease swelling and inflammation.
Keep up with HEP which was reviewed
Practice Single leg balance with UE reach standing near furniture or wall for safety
Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:** Progressing Patient Next Visit
   Focus on balance training and eccentric quad strengthening, agility

Barbara Goldsworthy PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on April 9, 2020 at 8:51 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 41

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/06/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with no new complaints. He states he had family visiting this week. He did some tile work with his brother in law so he was active. His L knee is a bit swollen but better compared to last week. He states she has been icing more. He states he is still unable to kneel and has been sitting on the floor with his legs out in different positions when working on his projects. He states his strength is improving and he is able to balance better on the L than R leg now. He can fully bend and straighten his knee but he continues to have numbness and tingling straight down the L shin, 3/4 of the way to the foot. He has been able to work on home improvement projects that include a lot of bending, squatting, getting on and off the floor and stair climbing but his L knee "tightens up" after a few minutes of activity. He has been doing some tap lessons on line and can do about 40 minutes and then had to sit down and put ice on his L knee for the last 15 minutes of class.
**Functional Deficits / Gains:** Returned to tap dancing but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 04/02/2020 - Worst:6  Best:0  Current:2*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise<br>See Flowsheet<br>30 minutes | 2 |
| 97112 | Neuromuscular Re-Education<br>Proprioception/Balance Training<br>See Flowsheet<br>15 minutes | 1 |
| 97140 | Manual Therapy<br> STM to vastus lateralis, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.  Retrograde STM to decrease swelling.<br>15 minutes | 1 |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | weakness in quads and glutes<br>difficultly with SLS for more than 20 sec on level 2 air ex on L<br>throw and catch on level 2 air ex- L 7 tosses R 5- tosses |
| Post-Treatment | Mild quad fatigue |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/06/2020

**Assessment/Diagnosis:** Pt continues to have muscle tightness with increased activity level such as stair climbing and dynamic agility exercises. He continues to struggle with hoping in quadrants. He would benefit from additional PT to improve eccentric quad control and dynamic stability. Pt knows his L knee is getting stronger overall but continues to have times when it feels unstable as well as tight and off balance. He states after activity he gets a lot of tightness in the joint. Pivoting or end range knee flexion is still uncomfortable with pulling. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential but the progress is gradual.

**Patient Education:** Continue wit nightly icing to decrease swelling and inflammation.
Keep up with HEP which was reviewed
Practice Single leg balance with UE reach standing near furniture or wall for safety.
Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan

**Instructions:** Progressing Patient Next Visit
   Focus on balance training and eccentric quad strengthening, agility

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on April 7, 2020 at 2:31 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 40

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 04/02/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit swollen in his L knee from all the home improvement projects he is working on. He states he is unable to kneel and has been sitting on the floor with his legs out in different positions. He states his strength is improving and he is able to balance better on the L than R leg now. He can fully bend and straighten his knee but he continues to have numbness and tingling straight down the L shin, 3/4 of the way to the foot.  He has been able to work on home improvement projects that include a lot of bending, squatting, getting on and off the floor and stair climbing but his L knee "tightens up" after a few minutes of activity. He has been doing some tap lessons on line and can do about 40 minutes and then had to sit down and put ice on his L knee for the last 15 minutes of class.
**Functional Deficits / Gains:**  Returned to tap dancing but has not been bowling since the bowling alley is closed.  He has not been walking through airports due to all business travel being canceled.
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 2  *Previous Findings as of 03/24/2020 - Worst:6  Best:0  Current:2*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise | |
| | See Flowsheet | |
| | 30 minutes | |
| | | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| | | 1 |
| 97140 | Manual Therapy | |
| | STM to vastus lateralis, hamstring, and gastroc/soleus, hamstring stretching, patella mobs.  Retrograde STM to decrease swelling. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | weakness in quads and glutes |
| | difficultly with SLS for more than 20 sec on level 2 air ex on L |
| Post-Treatment | Mild quad fatigue |

## Assessment

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 04/02/2020

**Assessment/Diagnosis:** Pt continues to have muscle tightness with increased activity level such as stair climbing and dynamic agility exercises. He struggled with hoping in quadrants. He would benefit from additional PT to improve eccentric quad control and dynamic stability. Pt knows his L knee is getting stronger overall but continues to have times when it feels unstable as well as tight and off balance. Pivoting or end range knee flexion is still uncomfortable with pulling. He is getting back to regular daily activities but is limited with walking and will need to build up muscular endurance with gait. He has difficulty with balance and requires additional PT for dynamic stability training and progression of eccentric quad strengthening to improve safety with daily activities and return to bowling and tap dance. He can tell his balance is still not back to where it was pre surgery especially when he is at tap practice. Pt has good rehab potential but the progress is gradual.

**Patient Education:** Nightly icing to decrease swelling and inflammation.
Keep up with HEP which was reviewed
Practice Single leg balance with UE reach standing near furniture or wall for safety.
Increase water intake

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- increased pain
- increased stiffness
- decreased coordination
- decreased strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. |

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | Goal Met | Pt will demonstrate L knee AROM within 80% of normal in all directions in accordance to protocol. |
3: (12 Weeks)  | 80% | Pt will improve gait mechanics with decreased hip shifting and instability in order to progress towards walking without increased pain in his L knee and back. |
4: (12 Weeks)  | 75% | Pt will be able to balance 30 sec in single leg stance bilaterally | L LE demonstrates better balance than R due to ankle instability.
5: (8 Weeks)  | 80% | Pt will be able to demonstrate good quad control with step-down. | Pt demonstrates good stability but complains of tightness in knee.
6: (8 Weeks)  | 50% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling

## Plan
**Instructions:** Progressing Patient Next Visit
Focus on balance training and eccentric quad strengthening.

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on April 4, 2020 at 4:00 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 75

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 08/27/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt states his ankles have been swelling up a lot lately so he got some compression stockings and wore them to sleep.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down. Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          R ankle swelling compared to L.  L suprapatellar swelling compared to R.
Post-Treatment              No increase in symptoms.  Mild glute muscle fatigue after exercises.

## Assessment
**Assessment/Diagnosis:** Pt is progressing well in therapy but continues to be limited in walking distance due to "tightening" in L knee.  He would benefit from progression of dynamic balance training and stabilization ex.
**Patient Education:** pool exercise, single leg balance practice (near wall), ice and elevation with ankle pumps to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/27/2020

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on August 27, 2020 at 2:47 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 74

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 08/25/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he is still limited to walking 20 min because he stops when his knee feels tight. Descending stairs also causes the "tightening" that he feels around his L knee.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity. Able to ascend and descend stairs at home several times per day but has knee stiffness going down. Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings                    See progress report this date.

## Assessment

**Assessment/Diagnosis:** Pt continues to have subjective "tightness" in L knee despite knee AROM WNL and minimal muscle tightness in vastus medialis and vastus intermedius. He is improving with balance in single leg stance but continues to have some difficulty with functional activities involving eccentric quad control including descending stairs. He would benefit from continued PT to progress with strength and stabilization.
**Patient Education:** Pool excercise, single leg balance, calf strengthening R and L.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/25/2020

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on August 25, 2020 at 4:17 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 74

**Date of Progress Note:** 08/25/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:**  Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports he is still limited to walking 20 min because he stops when his knee feels tight. Descending stairs also causes the "tightening" that he feels around his L knee.
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Aggravating Factors:** Walking, Stairs - down
**General Health:**  Good
**Home Health Care:** No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:**  Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

### Patient Consent
Patient/Parent/Guardian Consent         Yes

### Comments         Visible protrusion of metal over lateral aspect of L patella with knee flexion.

### Outcome Measurement Tools                                  *Previous Findings as of 07/16/2020*

### Lower Extremity
Lower Extremity          66/80                                   67
Functional Scale

### Observation

**WB Status**           FWB
Compliant with          No
WBing Restrictions?

**Standing Posture**    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**                Normal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/25/2020

**Comments**          Mild L knee swelling.  Girth measurements: At superior pole of patellae:  46 cm R/ 48 cm L.

**Range of Motion**                                        *Previous Findings as of 07/16/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 0 ° | *2 ° Hyperextension* | *2 ° Hyperextension* |

**Comments** Complaint of "tightness" over anterior knee with endrange   *Complaint of "tightness" over anterior knee with endrange flexion on L.*
flexion on L.

**Strength**                                        *Previous Findings as of 07/16/2020*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 5-/5 | *5-/5* | *5-/5* |
| Hip Adduction | 5/5 | 5/5 | *Not Tested* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

**Ankle**

| | Right | Left |
|---|---|---|
| Ankle Plantarflexion | 3+/5 | 4+/5 |

**Comments** Mildly decreased eccentric quad control on L compared to   *Mildly decreased eccentric quad control on L with step-downs, touch-*
R with step-downs, touch-downs and single leg squats.   *downs and single leg squats.*
Unable to perform a standing heel raise on R.

**Neuro-Vascular**                                        *Previous Findings as of 07/16/2020*

**Complaints of any radicular symptoms in either extremity**
Complaints of any radicular          No                               *No*
symptoms in either extremity

**Special Tests**                                        *Previous Findings as of 07/16/2020*

**Proprioception/
Balance**

**SL Balance**

| | Right | Left | Right | Right |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Good* | *Good* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/25/2020

**Comments**  Single leg balance on floor: 30 sec L and R.

    on foam:  30 sec L/20 sec R
    Eyes closed on flor:  5 sec L/ 3 sec R.

    EC 20sec SLS:  7 touches L/10 touches R.

*Single leg balance on floor: 30 sec*

*on foam:  30 sec L/25 sec R*
*With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU: excessive lateral movement bilaterally.*

**Palpation**

**Comments**  Mild palpable swelling superior to L patella.  Tenderness to palpation with increased tissue tension over distal vastus lateralis on L.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:**  Pt continues to have subjective "tightness" in L knee despite knee AROM WNL and minimal muscle tightness in vastus medialis and vastus intermedius.  He is improving with balance in single leg stance but continues to have some difficulty with functional activities involving eccentric quad control including descending stairs.  He would benefit from continued PT to progress with strength and stabilization.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:**  Pool excercise, single leg balance, calf strengthening R and L.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.
**Summary/Recommendations:**  Progress with PT for strengthening and stabilization with functional activities.

## Plan
**Frequency:**  2-3 times a week
**Duration:**  4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/25/2020

**Modalities**

To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on August 25, 2020 at 4:17 pm*

# Patient Outcomes

Report Date: 8/25/2020

## Kenneth Jeras                                                    66 OF 80

| | |
|---|---|
| **Patient ID:** 2370543 | **Questionnaire Type:** Follow Up |
| **Case Key:** 27410810 | **Area:** Lower Extremity |
| **Visit Date:** 8/25/2020 | **Clinician:** Rein, Karen |
| **Entry Date:** 8/25/2020 | **Clinic:** Tri-Physical Therapy |
| **ICD Code:** S82002A - Unspecified fracture of left patella, initial encounter for closed fracture | **Referral Source:** Silver, Joshua |
| **Gender:** M | Workers Compensation |
| **Date of Birth:** 10/24/1961 | **Litigation:** No   **Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 1 | 1 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, recreational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
|   | Going up or down 10 stairs (about 1 flight of stairs)) | A Little Bit of Difficulty | 3 | (0 to 4) |
|   | Standing for 1 hour | No Difficulty | 4 | (0 to 4) |
|   | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
|   | Running on even ground | A Little Bit of Difficulty | 3 | (0 to 4) |
|   | Running on uneven ground | Quite a Bit of Difficulty | 1 | (0 to 4) |
|   | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
|   | Hopping | Moderate Difficulty | 2 | (0 to 4) |
|   | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

WebPT

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 73

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 08/13/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports his L knee is feeling tight after Mon and Tues nights tap dancing and Tuesday therapy exercises.
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Resumed tap dancing with Z oom class 1X/week plus some independent practice.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

CPT copyright 2019 American Medical Association.  All rights reserved.

Objective Findings                  Pt had some coordination difficulties stepping laterally over steps of various heights.
Post-Treatment                      Fatigued

## Assessment
**Assessment/Diagnosis:** Pt was a bit more fatigued today but was able to complete his full program.  He would benefit from continued PT for progression of hip and quad strengthening as well as dynamic balance.
**Patient Education:** ROM in pool, keep up with single leg balance training bilaterally.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/13/2020

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit

Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT, MS, OCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein August 13, 2020 at 12:53 pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 72

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 08/11/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports his knee has been feeling tight. He states he did a virtual tap class and was sore in his quad muscles and in the L knee joint. He states his balance in his R knee is more of a struggle than his L at this point.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Resumed tap dancing with Zoom class 1X/week plus some independent practice.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3 *Previous Findings as of 07/09/2020 - Worst:6  Best:0  Current:3*
  **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
|  | See flow sheet 45 min. |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet 15 min. |  |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings      SLS on 1/2 foam:  15 sec R, 20 sec L
                        SLS on air ex with row and hip ext/flex R 8 L 10
Post-Treatment          glut muscle fatigue

## Assessment

**Assessment/Diagnosis:** Pt tolerated exercises well today but was fatigued by end of program. He is showing some improvements in single leg balance with decreased LOB when reaching with opp LE or UEs. He continues to feel "tightness" inside knee despite knee ROM WNL. He fatigued with sidelying glut work today. He tolerated taps in 4 quadrents with better balance and coordination.
**Patient Education:** Continue with bicycle motions and walking in pool to decrease "tightness" that he feels on the inside of his knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/11/2020

1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on August 11, 2020 at 9:35 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:**  Jeras, Kenneth
**Date of Birth:**  10/24/1961

**Referring Physician(s):**  Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:**  71

**Insurance Name:**  Matrix Risk Management Solutions

**Date of Daily Note:**  08/07/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:**  10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective
**Treatment Side:**  Left
**Current Complaints / Gains:**  Pt reports his knee has been feeling tighter than usual this week.
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Resumed tap dancing with Zoom class 1X/week plus some independent practice.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

CPT copyright 2019 American Medical Association.  All rights reserved.

Objective Findings          SLS on 1/2 foam:  15 sec R, 20 sec L
Post-Treatment              Fatigued

## Assessment
**Assessment/Diagnosis:**  Pt tolerated exercises well today but was fatigued by end of program.  He is showing some improvements in single leg balance with decreased LOB when reaching with opp LE or UEs.  He continues to feel "tightness" inside knee despite knee ROM WNL.
**Patient Education:**  Continue with bicycle motions and walking in pool to decrease "tightness" that he feels on the inside of his knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/07/2020

3: (8 Weeks) | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band). Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT, MS, CCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein   August 7, 2020 at 4:28 pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 70

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 08/05/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports he was able to do tap dance class on Zoom last night with some short breaks.  He had to miss over a week of therapy after his wife tested positive for COVID-19 and he was waiting for his test results.  He did keep up with some balance practice and pool exercise at home.
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Unable to perform sidelying hip abduction with both legs in ring today.  Modified to single leg in strap on Cadillac. |
| Post-Treatment | Improved mobility in LEs. |

## Assessment
**Assessment/Diagnosis:**  Pt struggled with single leg balance with hands on ball today and had to brace ball against bench.  He also needed modification to gluteus medius exercises due to weakness.  He has weakness in R calf muscles compared to L and needs to progress with strengthening and balance training in PT.
**Patient Education:**  Pool ex, single leg balance ie: when standing at counter.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 08/05/2020

2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks) | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT, MS, CCS, CSCS*

Karen Rein
License #3982
E lectronically S igned b y K aren R ein on August 5, 2020 at 2 am

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 69

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/23/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:**  Pt reports the usual stiffness in L knee.  Even when he gets the muscles in his quads and hamstrings loosened up and stretched out,  the knee itself still feels "tight".
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          LOB on R> L in single leg balance with ball reach.
Post-Treatment              No increase in symptoms.

## Assessment

**Assessment/Diagnosis:**  Fatigued with exercises and seemed overheated today.
**Patient Education:**  Continue with single leg balance practice near counter, pool exercises at night.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
E lectronically S igned b y K aren R ein on August 5, 2020 1:03 am

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 68

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/22/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports his knee is feeling a little stiff.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | Manual stretching B hams, quads, hip flexors, calf mm.  15 min. | |
| 97140 | Manual Therapy | 3 |
| | STM, MFR to B quads, hams, glutes, lumbar ES, calf mm to increase circulation and decrease muscle tightness in LEs.  40 min. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          Increased muscle tissue tension along L lateral quads, hams, calf mm.
Post-Treatment              Decreased muscle tightness in B LEs.

## Assessment

**Assessment/Diagnosis:** Pt tolerated treatment well but did have significant tightness along vastus lateralis.  He would benefit from progression of PT strengthening and knee stabilization.
**Patient Education:** Pool exercise at night to keep up mobility.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note /
## Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/22/2020

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on July 23, 2020 at 10:49 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 67

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/20/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports he still needs to touch the railing when going down the stairs in his house.  He can only carry something in one hand because he needs the other one free for safety.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective
| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See Flowsheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |

C P T  c o p y r i g h t 2 0 1 9  A m e r i c a n  M e d i c a l  A s s o c i a t i o n. All rights reser

Objective Findings              Mild peripatellar swelling today.
Post-Treatment                  No increase in symptoms.

## Assessment
**Assessment/Diagnosis:** Pt continues to have balance deficits, especially in SLS.  He is showing improvements with step-downs but is still not confident descending stairs at home without holding railing.
**Patient Education:** Pool exercises on days off PT, ice and elevation to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit

Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on July 20, 2020 at 6:45 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 66

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/16/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Knee "stiffens up" with activity such as descending stairs, tap dancing and doing his exercises in the pool.
**Functional Deficits / Gains:**  Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | 1 |
| 97140 | Manual Therapy | |
| | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | . |
| | 12 minutes | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

*CPT copyright 2019 American Medical Association. All rights reserved.*

| Objective Findings | See re-eval this date.  Frequent loss of balance with UE and LE combination movements in single leg stance.  Knee ROM WNL.  Mildly decreased strength in L quads and glutes. |
|---|---|

## Assessment
**Assessment/Diagnosis:**  Pt continues to progress slowly with quad and glute strengthening and is showing improvements in stability during dynamic balance exercises.  He does continue to have subjective complaints of "tightness inside knee" and swelling which vary with activity level.  He is able to do most of his prior activities including tap dancing, stairs and pool exercise but is not back to prior level since he requires breaks.  He would benefit from continued PT to progress with quad strengthening, eccentric control and dynamic balance.
**Patient Education:**  Continue pool exercises and balance exercises; ice prn.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/16/2020

- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan
**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on July 17, 2020 at 12:48 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Plan of Care

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 66

**Date of Plan of Care:** 07/16/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Assessment

**Assessment/Diagnosis:**  Pt continues to progress slowly with quad and glute strengthening and is showing improvements in stability during dynamic balance exercises.  He does continue to have subjective complaints of "tightness inside knee" and swelling which vary with activity level.  He is able to do most of his prior activities including tap dancing, stairs and pool exercise but is not back to prior level since he requires breaks.  He would benefit from continued PT to progress with quad strengthening, eccentric control and dynamic balance.

**Patient Education:**  Continue pool exercises and balance exercises; ice prn.

**Patient Demonstrates Compliance with Prescribed HEP**

**Rehab Potential:** Good

**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

**Summary/Recommendations:**  Progress with PT for eccentric and concentric quad strengthening, dynamic balance/stability training, glute strengthening.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/16/2020

# Plan of Care

## Plan
**Frequency:** 2-3 times a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

___I have no revisions to the plan of care.
___Revise the plan of care as follows_____
_____

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on July 17, 2020 at 12:48 pm*

Physician Signature_____
                        J. Silver, MD
Date:_____   Time:_____

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD


**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 66

**Date of Progress Note:** 07/16/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective
**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Knee "stiffens up" with activity such as descending stairs, tap dancing and doing his exercises in the pool.
**Functional Deficits / Gains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down.  Currently on a break from tap dancing due to instructor illness.
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol), Other (CBD oil on L knee)

## Objective

### Inspection

### Patient Consent
Patient/Parent/Guardian Consent         Yes

### Comments         Visible protrusion of metal over lateral aspect of L patella with knee flexion.

### Outcome Measurement Tools                                    *Previous Findings as of 06/04/2020*

**Lower Extremity**
Lower Extremity          67/80                                        67
Functional Scale

### Observation

**WB Status**            FWB
Compliant with           No
WBing Restrictions?

**Standing Posture**     Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Gait**                 Normal

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

### Physical Therapy
### Progress Note

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/16/2020

**Comments**  Mild L knee swelling.  Girth measurements: At superior pole of patellae:  45 cm R/ 47cm L.

### Range of Motion

*Previous Findings as of 06/04/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 2 ° Hyperextension | *2 ° Hyperextension* | *2 ° Hyperextension* |

**Comments** Complaint of "tightness" over anterior knee with endrange flexion on L.    *Complaint of "tightness" over anterior knee with endrange flexion on L.*

### Strength

*Previous Findings as of 06/04/2020*

### Gross Muscle Tests
### Lower

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 5-/5 | *5-/5* | *4+/5* |
| Hip Adduction | Not Tested | 5/5 | *Not Tested* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

**Comments** Mildly decreased eccentric quad control on L with step-downs, touch-downs and single leg squats.    *Pt has decreased eccentric quad control with single leg squat/reach as well as controlled fwd and lateral step-downs with L LE on step.  Pt has glute weakness and decreased muscle endurance with resisted side-stepping and standing or sidelying hip ABD*

### Neuro-Vascular

*Previous Findings as of 06/04/2020*

### Complaints of any radicular symptoms in either extremity

Complaints of any radicular symptoms in either extremity    No    *No*

### Special Tests

*Previous Findings as of 06/04/2020*

### Proprioception/
### Balance

**SL Balance**

| | Right | Left | Right | Right |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Good* | *Good* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Comments** Single leg balance on floor: 30 sec    *Single leg balance on floor: 30 sec*

on foam:  30 sec L/25 sec R    *on foam:  30 sec L/25 sec R*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 07/16/2020

## Physical Therapy
## Progress Note

With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU:  excessive lateral movement bilaterally.

*With UE reach:  20 X cross-over reach with min LOB on L, mod LOB on R.  With dynamic balance testing, L LE in more stable than R due to excessive ankle movement on R.  Single leg stance on BOSU: excessive lateral movement bilaterally.  SLS eyes closed:  3 sec L/ 3sec R.*

**Palpation**

**Comments**   Mild palpable swelling superior to L patella.  Tenderness to palpation with increased tissue tension over distal lateral quads on L.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:** Pt continues to progress slowly with quad and glute strengthening and is showing improvements in stability during dynamic balance exercises.  He does continue to have subjective complaints of "tightness inside knee" and swelling which vary with activity level.  He is able to do most of his prior activities including tap dancing, stairs and pool exercise but is not back to prior level since he requires breaks.  He would benefit from continued PT to progress with quad strengthening, eccentric control and dynamic balance.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:**  Continue pool exercises and balance exercises; ice prn.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.
**Summary/Recommendations:**  Progress with PT for eccentric and concentric quad strengthening, dynamic balance/stability training, glute strengthening.

## Plan
**Frequency:**  2-3 times a week
**Duration:**  4 weeks
**Treatment to be provided:**
**Procedures**
Therapeutic Exercises (ROM, Strength, Endurance, Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Physical Therapy
Progress Note**

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 07/16/2020

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)9 56-1233.

Please sign and return: Fax# : (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

_ _ I have no revisions to the plan of care.
_ _ Revise the plan of care as follows_ _ _ _ _ _ _ _ _ _ _ _
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

*Karen Rein PT MS OCS CSCS*

Karen Rein
License # 39 82
*Electronically Signed by Karen Rein on July 17, 2020 at 12:48 pm*

Physician Signature_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
J. Silver, MD
Date:_ _ _ _ _ _ _ _ _ _ _ _ _   Time:_ _ _ _ _ _ _ _

# Patient Outcomes

Report Date: 7/17/2020

## Kenneth Jeras                                                     67 OF 80

Patient ID: 2370543

Case Key: 27410810

Visit Date: 7/16/2020

Entry Date: 7/17/2020

ICD Code: S82002A - Unspecified fracture of left patella, initial encounter for closed fracture

Gender: M

Date of Birth: 10/24/1961

Questionnaire Type: Follow Up

Area: Lower Extremity

Clinician: Rein, Karen

Clinic: Tri-Physical Therapy

Referral Source: Silver, Joshua

Workers Compensation

Litigation: No    Direct Access: No

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 1 | 1 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes

Report Date: 7/17/2020

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs) | No Difficulty | 4 | (0 to 4) |
| | Standing for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Running on uneven ground | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Moderate Difficulty | 2 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

WebPT

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 65

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/13/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:**  6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today feeling stiff in his L knee. He reports he went in the pool again which felt good but again felt like his L knee was more stiff afterwards. His R ankle was also inflamed some and he states he is going to follow up with his PCP about his water pills. He has been icing and elevating more.
**Functional Deficits / Gains:** He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | |
| | 15 minutes | |

CPT copyright 2019 American Medical Association.  All rights reserved.

| | |
|---|---|
| Objective Findings | Mild suprapatellar swelling and swelling in R>L ankle tightness in L calf and hamstring |
| Post-Treatment | No increase in symptoms decrease in L knee swelling increased hamstring and calf flexibility |

## Assessment

**Assessment/Diagnosis:** Pt was again swollen today in his L knee. He was tight with palpable trigger points in his L calf and hamstring as seen with manual work. He tolerated both passive and active stretching. He continues to have difficulty with single leg stance while on the level 2 airex with a ball toss. He also struggled with fwd and backward lunging due to ankle and knee stability bilaterally. He fatigued with sidelying glut work. He would benefit from continued PT for progression of glute and eccentric quad strengthening as well as balance/proprioception so he can get back to tap and bowling without limitations.
**Patient Education:** Reviewed pool exercise
Continue to use ice and elevate to decrease swelling
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks) | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks) | 15% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.
Decrease L knee swelling

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on July 14, 2020 at 10:47 am*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 64

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/11/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today feeling a bit better compared to his last session. He continues to have swelling and stiffness in his L knee but less compared to his last session. He has been icing and elevating more. He plans on going in the pool this weekend.
**Functional Deficits / Gains:**  He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | |
| | 15 minutes | |

C PT cop yright 2019  A merican M edical A ssociation.  A ll rights reserv ed.

| | |
|---|---|
| Objective Findings | Mild suprapatellar swelling. tightness in L calf and hamstring |
| Post-Treatment | No increase in symptoms decrease in L knee swelling |

## Assessment
**Assessment/Diagnosis:**  Pt was less swollen today compared to his last session. He was tight with palpable trigger points in his L calf and hamstring as seen with manual work. He tolerated both passive and active stretching. He continues to have difficulty with single leg stance while on the level 2 airex with a ball toss. He would benefit from continued PT for progression of glute and eccentric quad strengthening as well as balance/proprioception so he can get back to tap and bowling without limitations.
**Patient Education:**  Reviewed pool exercise
Continue to use ice and elevate to decrease swelling
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

### Daily Note /
### Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/11/2020

- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 15% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, glute strengthening and eccentric quad strengthening.
Decrease L knee swelling

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on July 12, 2020 at 7:12 pm*

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 63

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/09/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today with continued swelling and stiffness in his L knee. He states he went in the pool this weekend and states his knee felt stiffer in the water which typically doesnt happen. He has been icing some but has been up and moving helping his mother who is sick.
**Functional Deficits / Gains:**  He ascends and descends stairs in his house several times per day but needs to hold the railing on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Pain Location:** L knee
   **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3  *Previous Findings as of 06/22/2020 - Worst:6  Best:0  Current:3*
   **Pain Description:** Dull/Achy
**Aggravating Factors:** Stairs - up, Stairs - down; traveling
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See Flowsheet | |
| | 30 minutes | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet | |
| | 15 minutes | |
| 97140 | Manual Therapy | 1 |
| | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease swelling, patella mobs. | |
| | 15 minutes | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Mild-mod suprapatellar swelling. L 18.5cm pre manual work- 18.25cm post manual work 17cm on R |
| | SLS on level 2 air ex 10 catches with ball toss on L  5 on R |
| Post-Treatment | No increase in symptoms |
| | quad fatigue |
| | decrease in L knee swelling |

## Assessment
**Assessment/Diagnosis:** Pt was a bit more swollen today. He was able to get through exercises and felt less stiff when leaving today. He continues to have difficulty with single leg stance while on the level 2 airex with a ball toss. He would benefit from continued PT for progression of glute and eccentric quad strengthening as well as balance/proprioception so he can get back to tap and bowling without limitations.

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 07/09/2020

**Patient Education:** Reviewed pool exercise
Ice and elevation to decrease swelling.
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination
- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks) | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks) | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks) | 15% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:** Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening.
Decrease L knee swelling

Barbara Goldsworthy, DPT
License #10198
Electronically Signed by Barbara Goldsworthy, DPT on July 12, 2020 at 7:07 pm

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 62

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 07/01/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic,
New Injury
**Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left
patella, initial encounter for closed fracture, M25.562: Pain in
left knee, R26.9: Unspecified abnormalities of gait and mobility,
M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**   ICD10: S82.002A: Unspecified fracture
of left patella, initial encounter for closed fracture, M25.562:
Pain in left knee, R26.9: Unspecified abnormalities of gait and
mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:**  Pt comes in today with continued swelling and stiffness in his L knee since the trip to Virginia. He
did some tap dancing last night and able to get thru about half of it.   He takes frequent breaks due to the knee "stiffening up".
He has also been doing some exercises in the pool where he doesn't feel as tight.
**Functional Deficits / Gains:**  He ascends and descends stairs in his house several times per day but needs to hold the railing
on the way down so he can only carry objects in the opposite hand.
"tightness" in L knee with tap classes
**Aggravating Factors:**  Stairs - up, Stairs - down; traveling
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See Flowsheet |  |
|  | 30 minutes |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet |  |
|  | 15 minutes |  |
| 97140 | Manual Therapy | 1 |
|  | Retrograde STM to quad, hamstring, calf + Cryoderm to decrease |  |
|  | swelling, patella mobs. |  |
|  | 15 minutes |  |

C PT cop yright 2019 A merican M edical A ssociation. A ll rights reserv ed.

| Objective Findings | Mild-mod suprapatellar swelling. |
|---|---|
|  | SLS on level 2 air ex 10 catches with ball toss on L  5 on R |
| Post-Treatment | No increase in symptoms |
|  | quad fatigue |

## Assessment
**Assessment/Diagnosis:** Pt had some difficulty with single leg stance while on the level 2 airex with a ball toss, 10 catches on
L, 5 on R. He would benefit from continued PT for progression of glute and eccentric quad strengthening so he can get back to
tap and bowling without limitations.
**Patient Education:**  Reviewed pool exercise
Ice and elevation to decrease swelling.
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased coordination

**Tri-Physical Therapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 07/01/2020

- decreased eccentric quad strength
- muscle imbalances
- poor balance/propriopection

**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Pt works on balance but not strengthening at home

**Long Term Goals:**
1: (6 Weeks)  | 90% | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. |
2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks)  | 50% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Returned to tap dancing but not bowling
5: (4 Weeks)  | 50% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band. | yell band, good form with verbal cues.
6: (6 Weeks)  | 10% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
   Focus on balance training, glute strengthening and eccentric quad strengthening.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on July 1, 2020 at 5:46 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110
Phoenix, AZ, 85016-4405
P: (602)956-1233
F: (480)383-6440

## FLOWSHEET

**Patient:** Jeras , Kenneth

**Date:** 10/29/2020                                        **Start Date:** 10/23/2019

**Physician:** J. Silver, MD (1790044204)

**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

**Location: gym**

tandem stance balance

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 6 | 30s | | | | | | 1:1 w/Therapist *KR* |

tandem balance lava challenge

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 5laps | | | | | | | 1:1 w/Therapist *KR* |

SLR in tabletop with opp leg in strap

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 1R1B/2/10ea | | | | | | | 1:1 w/Therapist *KR* |

single leg calf raises

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 8lb/2/10 | | | | | | | 1:1 w/Therapist *KR* |

trunk rot w/ball on BOSU

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 8lb/20 | | | | | | | 1:1 w/Therapist *KR* |

Ladder Barrel stretches

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | | 30 sec | | | | | | 1:1 w/Therapist *KR* |

scooter

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 1R1B/2/10 | | | | | | | 1:1 w/Therapist *KR* |

SLS LE reach

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|---|---|---|---|---|---|---|---|---|
| 2020-10-29 | 5/5ea | | | | | | | 1:1 w/Therapist *KR* |

single leg work

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110
Phoenix, AZ, 85016-4405
P: (602)956-1233
F: (480)383-6440

## FLOWSHEET

**Patient:** Jeras , Kenneth

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | 2R1B/2/10 | | | | | | | 1:1 w/Therapist *KR* |

Foot Work

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | 3R1B/10ea | | | | | | | 1:1 w/Therapist *KR* |

sidelying glute

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | 1R1B/10ea | | | | | | | 1:1 w/Therapist *KR* |

Recumbent Bike

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | | 5 | | | | | | 1:1 w/Therapist *KR* |

bosu mini squats

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | 8lb/2/10ea | | | | | | | 1:1 w/Therapist *KR* |

Legs in straps

| Date | Weights/Sets/Reps | Minutes | SPO2 | RR | HR | Surface | Procedure | Supervision |
|------|-------------------|---------|------|----|----|---------|-----------|-------------|
| 2020-10-29 | 1R1B/10ea | | | | | | | 1:1 w/Therapist *KR* |

Date: **2020-10-29**

Powered by *WebPT*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 89

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Ready to get the hardware removed from his knee tomorrow.  He realizes it will be a step back in order to move forward.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings
Post-Treatment
Gluteus medius fatigue and weakness in S/L glute series.
Mild suprapatellar swelling (unchanged from before therapy)

## Assessment
**Assessment/Diagnosis:** Pt tolerated treatment well and has good ROM and strength going into surgery tomorrow.
**Patient Education:** Home management per Dr's instructions after surgery tomorrow.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs

**Short Term Goals:**
1: (4 Weeks) | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/29/2020

# Daily Note /
# Billing Sheet

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan
**Instructions:**
   Re-eval after surgery and start post-op plan.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein on October 29, 2020 at 1:35 pm

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 88

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/27/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt without new complaint today.  He has just completed all his pre-op tests and is ready for surgery on Friday.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See flow sheet 30 min | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |
| 97140 | Manual Therapy | 1 |
| | Patella mobs, STM to VL, hams, quads, calf mm, contract-relax ham stretching.  15 min. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

Objective Findings          Mild L suprapatellar and ankle swelling today.
Post-Treatment              No increase in knee symptoms.

## Assessment
**Assessment/Diagnosis:** Pt is showing improvement in balance on more challenging surfaces.  Strength and ROM are now WNL but he is functionally limited by discomfort "tightness" and will hopefully see improvement with surgery.
**Patient Education:** Keep up with ice and elevation to minimize swelling prior to surgery.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/27/2020

# Daily Note /
# Billing Sheet

1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.
3: (8 Weeks) | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks) | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 27, 2020 at 1:50 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 87

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/22/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today with some tightness in his L knee after his tap dance class last night. His knee is a bit swollen and stiff. He is eager to have his surgery done later next week.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min | |
| 97140 | Manual Therapy | 1 |
| | Patella mobs, STM to VL, hams, quads, calves, AT  15 min. | |

CPT copyright 2019 American Medical Association.  All rights reserved.

| | |
|---|---|
| Objective Findings | Increased warmth of left knee compared to right.  AROM L knee WFL. |
| | tender at L fibular head |
| | trigger point in mid lateral quad |
| Post-Treatment | quad fatigue |

## Assessment
**Assessment/Diagnosis:** Pt tolerated treatment well and continues to improve with quad strength and stability. His main weakness is in gluteus medius mm. Pt was able to SLS on level 3 air ex with dynamic throw and catch 5x on L and 4x on R before LOB. He was tender at his L fibular head with active mobs. He fatigued with hip adduction.
**Patient Education:**  Goal is to maximize strength prior to surgery for better recovery.
Ice and elevation to decrease swelling.
Increase water intake
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/22/2020

# Daily Note /
# Billing Sheet

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.

4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
    Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

Barbara Goldsworthy, DPT
License #10198
Electronically Signed by Barbara Goldsworthy, DPT on October 25, 2020 at 3:32 pm

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 86

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/20/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports L knee is tight and a little swollen after doing quite a bit of walking in Vegas over the weekend.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min | |
| 97140 | Manual Therapy | 1 |
| | Patella mobs, STM to VL, manual stretching hams, TFL, lateral quads. 15 min. | |

*CPT copyright 2019 American Medical Association. All rights reserved.*

Objective Findings          Increased warmth of left knee compared to right.  AROM L knee WFL.
Post-Treatment              Doing well.

## Assessment

**Assessment/Diagnosis:** Pt tolerated treatment well and continues to improve with quad strength and stability.  His main weakness is in gluteus medius mm and he uses compensations with trunk during hip abduction exercises.
**Patient Education:** Goal is to maximize strength prior to surgery for better recovery.  Ice and elevation to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/20/2020

# Daily Note /
# Billing Sheet

3: (8 Weeks) | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks) | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT, MS, CCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein on October 21, 2020 at 11:59 am

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 85

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/19/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports tightness in L knee, hamstrings and quads.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 1 |
| | Manual stretching B hams, quads, hip flexors.  15 min. | |
| 97140 | Manual Therapy | 3 |
| | STM, MFR, DT to quads, hams, glutes, calf mm, TP release to L distal vastus lateralis. | |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Tenderness to palpation and increased tissue tension L VL, gluteus medius and hams. |
| Post-Treatment | Decreased muscle tightness in L LE. |

## Assessment
**Assessment/Diagnosis:** Responded well to therapy with decreased muscle tightness and knee discomfort.  Pt should be ready to progress with strengthening program in PT next visit.
**Patient Education:** Continue with elevation, ankle pumps, icing L knee after activities.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/19/2020

# Daily Note /
# Billing Sheet

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS. CCS. CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 19, 2020 at 2:32 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

## Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 84

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/14/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports some L knee soreness/tightness today since he has been a little more active the past couple of days putting up the Halloween decorations and climbing up a ladder to the attic to get them.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but feels tight after 20-30 min. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See flow sheet 30 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |
| 97140 | Manual Therapy | 1 |
| | STM to quads, hams, calf mm, TP release to L distal vastus lateralis. | |
| | Manual stretch hams, ITB.  15 min. | |

CPT copyright 2019 American Medical Association.  All rights reserved.

Objective Findings          Mild tenderness and trigger point in distal vastus lateralis muscle.
Post-Treatment               Increase in warmth of L knee> right.

## Assessment

**Assessment/Diagnosis:** Pt tolerated treatment well today but with soreness towards the end of program due to muscle fatigue.
**Patient Education:** Ice and elevation 2-3 X/ day, especially when increased activity level causes swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 10/14/2020

# Daily Note /
# Billing Sheet

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.

4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
Electronically Signed by Karen Rein on October 14, 2020 at 11:20 am

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 83

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/08/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit swollen still since getting back from his trip to San Diego. He did have tap last night and continues to be stiff doing the exercises and only able to do 45 minutes worth of an hour class.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disney world.  He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| | | 2 |
| 97110 | Therapeutic Exercise | |
| | See flow sheet 30 min. | 1 |
| 97112 | Neuromuscular Re-Education | |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | 1 |
| 97140 | Manual Therapy | |
| | STM/MFR to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. | |

C P T  cop yrigh t 2019  A merican M  edical A s s ociation.  A ll righ ts  res erv ed.

Objective Findings    SLS on level 3 air ex with ball toss L 5 tosses, R 3 tosses
Post-Treatment        Mild suprapatellar swelling unchanged during therapy.

## Assessment
**Assessment/Diagnosis:** Pt is progressing well with strength, ROM and balance. He does have more difficulty in single leg stance on different surfaces or when reaching up and down. He would benefit from additional PT for eccentric quad and glute strengthening and dynamic balance training.
**Patient Education:** Ankle pumps with elevation and ice to decrease swelling
Increase water intake
Get up from desk at least every 30 min to move and walk to avoid "tightness" in knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/08/2020

# Daily Note /
# Billing Sheet

1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.

4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Barbara Goldsworthy PT, DPT*

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 11, 2020 at 5:16 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 82

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 10/06/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports increased knee swelling after driving to San Diego and back.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disney world.  He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See flow sheet 30 min. | 1 |
| 97112 | Neuromuscular Re-Education | |
|  | Proprioception/Balance Training | |
|  | See Flowsheet 15 min. | 1 |
| 97140 | Manual Therapy | |
|  | STM/MFR to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. | |

C P T  cop yrigh t 2019  A merican M edical A s s ociation.  A ll righ ts  res erv ed.

Objective Findings    Pt was able to perform heel raises with opposite foot on step.
Post-Treatment    Mild suprapatellar swelling unchanged during therapy.

## Assessment
**Assessment/Diagnosis:** Pt is progressing well with strength, ROM and balance.  He does have more difficulty in single leg stance on different surfaces or when reaching up and down.  He would benefit from additional PT for eccentric quad and glute strengthening and dynamic balance training.
**Patient Education:** Ankle pumps with elevation and ice to decrease swelling.  Get up from desk at least every 30 min.to move and walk to avoid "tightness" in knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 10/06/2020

# Daily Note /
# Billing Sheet

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.

3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.

4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 8, 2020 at 3:32 pm*

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 80

**Date of Progress Note:** 09/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019 Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports knee swelling today after sitting at computer on conference calls all day. He reports no difficulty walking or doing his regular ADLs. He is planning to get his hardware removed in October to see if it will decrease the "tightness" in his knee joint but he hasn't heard back about the date yet.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disneyworld. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol)

## Objective

### Inspection

### Patient Consent

Patient/Parent/Guardian Consent          Yes

Comments          Visible protrusion of metal over lateral aspect of L patella with knee flexion.

### Outcome Measurement Tools          *Previous Findings as of 08/25/2020*

### Lower Extremity
Lower Extremity          66/80                                        66
Functional Scale

### Observation

**WB Status**          FWB
Compliant with          No
WBing Restrictions?

**Standing Posture**          Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Gait**            Normal

**Comments**        Mild L knee swelling.  Girth measurements: At mid- patellae:  45 cm R/ 47 cm L.  At 5cm above mid-pat: 47 cm R/ 48 cm L.

**Range of Motion**                                             *Previous Findings as of 08/25/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|---|---|---|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 0 ° | *2 ° Hyperextension* | *0 °* |

**Comments** AROM and PROM WNL. Complaint of "tightness" over anterior knee with endrange flexion on L.

*Complaint of "tightness" over anterior knee with endrange flexion on L.*

**Strength**                                                    *Previous Findings as of 08/25/2020*

**Gross Muscle Tests
Lower**

**Hip**

| | Right | Left | | |
|---|---|---|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 5-/5 | *5-/5* | *5-/5* |
| Hip Adduction | 5/5 | 5/5 | *5/5* | *5/5* |

**Knee**

| | Right | Left | | |
|---|---|---|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

**Ankle**

| | Right | Left | | |
|---|---|---|---|---|
| Ankle Plantarflexion | 3+/5 | 4+/5 | *3+/5* | *4+/5* |

**Comments** Double leg squat X10 with good form but c/o "tension" in L knee.  Single leg squat 10X: Strength equal bilaterally with subjective complaint of "tension" in L knee but not right.
Single leg calf raises 10X: L WNL.  Decreased heel height on R.  Mild atrophy in gastroc muscle belly on R compared to L.

*Mildly decreased eccentric quad control on L compared to R with step-downs, touch-downs and single leg squats.  Unable to perform a standing heel raise on R.*

**Neuro-Vascular**                                             *Previous Findings as of 08/25/2020*

**Complaints of any radicular symptoms in either extremity**
Complaints of any radicular          No
symptoms in either extremity

*No*

*Previous Findings as of 08/25/2020*

**Special Tests**                                              *Previous Findings as of 08/25/2020*

**Proprioception/
Balance**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 09/29/2020

# Physical Therapy
# Progress Note

## SL Balance

|  | **Right** | **Left** | *Right* | *Right* |
|---|---|---|---|---|
| Eyes Open | Good | Good | *Good* | *Good* |
| Eyes Closed | Fair | Fair | *Fair* | *Fair* |

**Comments** Single leg balance on floor: 30 sec L and R.

on foam: 30 sec L/27 sec R
Eyes closed on floor: 9 sec L/ 3 sec R.

*Single leg balance on floor: 30 sec L and R.*

*on foam:  30 sec L/20 sec R*
*Eyes closed on flor:  5 sec L / 3 sec R.*
*EC 20sec SLS:  7 touches L/10 touches R.*

## Palpation

**Comments**   Mild palpable swelling superior to L patella.  Tenderness to palpation with increased tissue tension over vastus lateralis on L.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment

**Assessment/Diagnosis:** Pt now demonstrates L ROM, strength and balance equal to or better than R but he continues to have peripatellar swelling and subjective complaints of "tightness" in L knee.  He has been very consistent with his therapy since surgery and is hoping that removal of hardware followed by PT will help to decrease the tension in his knee.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Ankle pumps with elevation and ice to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.
3: (8 Weeks) | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks) | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band band walks with proper technique and using blue band. Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc). Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.
**Summary/Recommendations:** Progress with strength, stabilization balance to improve function and prepare for upcoming surgery.

## Plan
**Frequency:** 2-3 times a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 09/29/2020

# Physical Therapy
# Progress Note

Therapeutic Exercises (ROM, Strength, Endurance. Stability), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

## Modalities
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

✔I have no revisions to the plan of care.
__Revise the plan of care as follows_____

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 1, 2020 at 2*

Physician Signature_____
J. Silver, MD

Date:_____  Time:_____

Electronically signed by JOSHUA SCOTT SILVER, MD

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note / Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 81

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 09/30/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective
**Treatment Side:** Left
**Current Complaints / Gains:** Pt comes in today a bit sore after his last session. He can tell he took some time off from rehab. He reports no difficulty walking or doing his regular ADLs, just tightness. He is planning to get his hardware removed in October to see if it will decrease the "tightness" in his knee joint but he hasn't heard back about the date yet.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disney world. He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See flow sheet 30 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |
| 97140 | Manual Therapy | 1 |
| | STM/MFR to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. | |

C P T cop yrigh t 2019  A merican M edical A s s ociation.  A ll righ ts res erved.

Objective Findings          AROM and PROM WNL.  MMT quads and hams WNL B.
Post-Treatment               Mild suprapatellar swelling.

## Assessment
**Assessment/Diagnosis:** Pt demonstrates L ROM, strength and balance equal to or better than R but he continues to have peripatellar swelling and subjective complaints of "tightness" in L knee. He has been very consistent with his therapy since surgery and is hoping that removal of hardware followed by PT will help to decrease the tension in his knee.        Pt fatigued with calf work and was tighter then normal is his bilateral hips.

**Patient Education:** Increase water intake
Elevate and ice L knee
Planning on doing his tap class tonight
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Daily Note /
Billing Sheet**

Patient Name: Jeras, Kenneth
Date of Birth: 10/24/1961
Document Date: 09/30/2020

**Short Term Goals:**
1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.
3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan
**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Barbara Goldsworthy* PT, DPT

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on October 1, 2020 at 5:32 pm*

# Patient Outcomes

Report Date: 10/1/2020

## Kenneth Jeras　　　　　　　　　　　　　　　　　66 OF 80

| | |
|---|---|
| **Patient ID:** 2370543 | **Questionnaire Type:** Follow Up |
| **Case Key:** 27410810 | **Area:** Lower Extremity |
| **Visit Date:** 9/29/2020 | **Clinician:** Rein, Karen |
| **Entry Date:** 10/1/2020 | **Clinic:** Tri-Physical Therapy |
| **ICD Code:** S82002A - Unspecified fracture of left patella, initial encounter for closed fracture | **Referral Source:** Silver, Joshua |
| | Workers Compensation |
| **Gender:** M | |
| **Date of Birth:** 10/24/1961 | **Litigation:** No　　**Direct Access:** No |

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Pain Level | 1 | 1 | (0 to 10) |
| | Any of your usual work, housework, or school activities | No Difficulty | 4 | (0 to 4) |
| | Your usual hobbies, re creational or sporting activities | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of the bath | No Difficulty | 4 | (0 to 4) |
| | Walking between rooms | No Difficulty | 4 | (0 to 4) |
| | Putting on your shoes or socks | No Difficulty | 4 | (0 to 4) |
| | Squatting | No Difficulty | 4 | (0 to 4) |
| | Lifting an object, like a bag of groceries from the floor | No Difficulty | 4 | (0 to 4) |
| | Performing light activities around your home | No Difficulty | 4 | (0 to 4) |
| | Performing heavy activities around your home | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Getting into or out of a car | No Difficulty | 4 | (0 to 4) |
| | Walking 2 blocks | No Difficulty | 4 | (0 to 4) |
| | Walking a mile | A Little Bit of Difficulty | 3 | (0 to 4) |



Patient Outcomes

Report Date: 10/1/2020

| # | Question | Answer | Value | Scale |
|---|----------|--------|-------|-------|
| | Going up or down 10 stairs (about 1 flight of stairs)) | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Standing for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Sitting for 1 hour | No Difficulty | 4 | (0 to 4) |
| | Running on even ground | A Little Bit of Difficulty | 3 | (0 to 4) |
| | Running on uneven ground | Quite a Bit of Difficulty | 1 | (0 to 4) |
| | Making sharp turns while running fast | Extreme Difficulty or Unable to Perform Activity | 0 | (0 to 4) |
| | Hopping | Moderate Difficulty | 2 | (0 to 4) |
| | Rolling over in bed | No Difficulty | 4 | (0 to 4) |

WebPT

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX 85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 80

**Date of Progress Note:** 09/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)

## Subjective

**Treatment Side:** Left
**History of Present Condition/Mechanism of Injury:** Fell onto L knee in Disneyland parking lot, fractured patella and had surgery Sept.4, 2019.
**Current Complaints / Gains:** Pt reports knee swelling today after sitting at computer on conference calls all day.  He reports no difficulty walking or doing his regular ADLs.  He is planning to get his hardware removed in October to see if it will decrease the "tightness" in his knee joint but he hasn't heard back about the date yet.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disneyworld.  He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**General Health:** Good
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Medical History Review:** The patient has a history of present problem without any personal factors and/or comorbidities that impact the plan of care.
**Mental Status/Cognitive Function Appears Impaired?** No
**Current Medications:** Prescription (Humira, Omprazole, Cisinopril, Tramadol)

## Objective

### Inspection

**Patient Consent**
Patient/Parent/Guardian Consent        Yes

**Comments**        Visible protrusion of metal over lateral aspect of L patella with knee flexion.

**Outcome Measurement Tools**                        *Previous Findings as of 08/25/2020*

**Lower Extremity**
Lower Extremity        66/80                        66
Functional Scale

### Observation

**WB Status**        FWB
Compliant with        No
WBing Restrictions?

**Standing Posture**    Forward Head, Abnormal, Rounded Shoulders, Increased Thoracic Kyphosis

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

| Gait | Normal |
|------|--------|

| Comments | Mild L knee swelling.  Girth measurements: At mid- patellae:  45 cm R/ 47 cm L.  At 5cm above mid-pat: 47 cm R/ 48 cm L. |
|----------|--------|

## Range of Motion

*Previous Findings as of 08/25/2020*

There were No AROM limitations noted for Knee.

| Knee AROM | Right | Left | | |
|-----------|-------|------|---|---|
| Flexion | 137deg | 135 ° | *137deg* | *135 °* |
| Extension | 2 ° Hyperextension | 0 ° | *2 ° Hyperextension* | *0 °* |

| Comments | AROM and PROM WNL. Complaint of "tightness" over anterior knee with endrange flexion on L. | *Complaint of "tightness" over anterior knee with endrange flexion on L.* |
|----------|--------|--------|

## Strength

*Previous Findings as of 08/25/2020*

### Gross Muscle Tests
Lower

### Hip

| | Right | Left | | |
|---|-------|------|---|---|
| Hip Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Extension | 5/5 | 5/5 | *5/5* | *5/5* |
| Hip Abduction | 5-/5 | 5-/5 | *5-/5* | *5-/5* |
| Hip Adduction | 5/5 | 5/5 | *5/5* | *5/5* |

### Knee

| | Right | Left | | |
|---|-------|------|---|---|
| Knee Flexion | 5/5 | 5/5 | *5/5* | *5/5* |
| Knee Extension | 5/5 | 5/5 | *5/5* | *5/5* |

### Ankle

| | Right | Left | | |
|---|-------|------|---|---|
| Ankle Plantarflexion | 3+/5 | 4+/5 | *3+/5* | *4+/5* |

| Comments | Double leg squat X10 with good form but c/o "tension" in L knee.  Single leg squat 10X: Strength equal bilaterally with subjective complaint of "tension" in L knee but not right.<br>Single leg calf raises 10X: L WNL.  Decreased heel height on R.  Mild atrophy in gastroc muscle belly on R compared to L. | *Mildly decreased eccentric quad control on L compared to R with step-downs, touch-downs and single leg squats.  Unable to perform a standing heel raise on R.* |
|----------|--------|--------|

## Neuro-Vascular

*Previous Findings as of 08/25/2020*

### Complaints of any radicular symptoms in either extremity

| Complaints of any radicular symptoms in either extremity | No | *No* |
|----------|--------|--------|

## Special Tests

*Previous Findings as of 08/25/2020*

### Proprioception/
Balance

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Physical Therapy
# Progress Note

**SL Balance**

|            | Right | Left | *Right* | *Right* |
|------------|-------|------|---------|---------|
| Eyes Open  | Good  | Good | *Good*  | *Good*  |
| Eyes Closed | Fair | Fair | *Fair*  | *Fair*  |

**Comments** Single leg balance on floor: 30 sec L and R.

on foam:  30 sec L/27 sec R
Eyes closed on floor:  9 sec L/ 3 sec R.

*Single leg balance on floor: 30 sec L and R.*

*on foam:  30 sec L/20 sec R*
*Eyes closed on flor:  5 sec L/ 3 sec R.*
*EC 20sec SLS:  7 touches L/10 touches R.*

**Palpation**

**Comments**          Mild palpable swelling superior to L patella.  Tenderness to palpation with increased tissue tension over
vastus lateralis on L.

**Palpation**
Palpable tenderness or increased muscular tone noted.

## Assessment
**Assessment/Diagnosis:** Pt now demonstrates L ROM, strength and balance equal to or better than R but he continues to have peripatellar swelling and subjective complaints of "tightness" in L knee.  He has been very consistent with his therapy since surgery and is hoping that removal of hardware followed by PT will help to decrease the tension in his knee.
**Patient Clinical Presentation:** The clinical presentation is stable and/or uncomplicated.
**Patient Education:** Ankle pumps with elevation and ice to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 90%  | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.
3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.
**Summary/Recommendations:** Progress with strength, stabilization balance to improve function and prepare for upcoming surgery.

## Plan
**Frequency:** 2-3 times a week
**Duration:** 4 weeks
**Treatment to be provided:**
**Procedures**

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961
**Document Date:** 09/29/2020

## Physical Therapy
## Progress Note

Therapeutic Exercises (ROM, Strength, Endurance, Stabiiity), Neuromuscular Rehabilitation (Balance/Proprioception Training, Muscle Re-Education, Sequencing, Coordination, PNF), Manual Therapy (Soft Tissue Mobilization, Joint Mobilization, Spinal Mobilization, Manual Traction, Myofascial Release, Muscle Energy Techniques, Manual Resistive Exercise, Graston or ASTYM Techniques), Patient Education (Home Exercise Program, Postural Training, Ergonomics, Lifting Mechanics, TENS Use, Activity Modification), Self Care

**Modalities**
To Improve (Pain Relief, Decrease Inflammation, Increase Blood Flow, Improve Tissue Healing), Cryotherapy (Ice Pack)

Certification of Medical Necessity: It will be understood that the treatment plan mentioned above is certified medically necessary by the documenting therapist and referring physician mentioned in this report. Unless the physician indicates otherwise through written correspondence with our office, all further referrals will act as certification of medical necessity on the treatment plan indicated above.

Thank you for this referral. If you have questions regarding this plan of care, please contact me at (602)956-1233.

Please sign and return: Fax#: (480)383-6440

I certify the need for these services furnished under this plan of treatment and while under my care.

__I have no revisions to the plan of care.
__Revise the plan of care as follows_____
_____

*Karen Rein PT MS, OCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 1, 2020 at 2:14 pm*

Physician Signature_____
                              J. Silver, MD
Date:_____   Time:_____

**Tri-Physical Therapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily Note /
# Billing Sheet

**Patient Name:** Jeras, Kenneth
**Date of Birth:** 10/24/1961

**Referring Physician(s):** Silver, Joshua MD

**Surgery:** (Date/Type) 08/21/2019 L patella fracture repair
**Visit No.:** 80

**Insurance Name:** Matrix Risk Management Solutions

**Date of Daily Note:** 09/29/2020
**Injury/Onset/Change of Status Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of Original Eval:** 10/23/2019
**Treatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Workers' Comp Claim:** 6980341

## Subjective

**Treatment Side:** Left
**Current Complaints / Gains:** Pt reports knee swelling today after sitting at computer on conference calls all day.  He reports no difficulty walking or doing his regular ADLs.  He is planning to get his hardware removed in October to see if it will decrease the "tightness" in his knee joint but he hasn't heard back about the date yet.
**Functional Deficits / Gains:** Pt is able to walk short community distances without discomfort but needed a scooter to get around the park at Disneyworld.  He has been able to participate in his tap dancing classes 2X/week but continues to complain of "tightness" inside knee with increased activity.
**Aggravating Factors:** Walking, Stairs - down
**Home Health Care:** No
**Medical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?** No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See flow sheet 30 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |
| 97140 | Manual Therapy | 1 |
| | STM, roller to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. | |

| CPT® Code | Untimed Codes | Units |
|---|---|---|
| 97164 | PT Re-Evaluation | 1 |

*C P T cop yrigh t 2019  A merican M edical A s sociation.  All righ ts res erv ed.*

| Objective Findings | AROM and PROM WNL.  MMT quads and hams WNL B.  See progress note this date. |
|---|---|
| Post-Treatment | Mild suprapatellar swelling. |

## Assessment

**Assessment/Diagnosis:** Pt now demonstrates L ROM, strength and balance equal to or better than R but he continues to have peripatellar swelling and subjective complaints of "tightness" in L knee.  He has been very consistent with his therapy since surgery and is hoping that removal of hardware followed by PT will help to decrease the tension in his knee.
**Patient Education:** Ankle pumps with elevation and ice to decrease swelling.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes

**T ri-Phy sical T herapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

**Daily N ote /
B illing S heet**

Patient N ame:Jeras, Kenneth
Date of B irth:10/24/1961
Document Date: 09/29/2020

- poor balance/proprioception B LEs

**S hort T erm G oals:**
1: (4 Weeks)  | 90% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**L ong T erm G oals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks)  | 90% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | Mild deficit on R.
3: (8 Weeks)  | 75% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing for safety, mainly when fatigued or carrying something.
4: (8 Weeks)  | 85% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using blue band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from green to blue banc).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Pt has difficulty with ankle/foot alignment due to excessive dorsiflexion.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on October 1, 2020 at 2:14 pm*

**T ri-Phy sical T herapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

# Daily N ote /
# B illing S heet

**Patient N ame:** Jeras, Kenneth
**Date of B irth:** 10/24/1961

**Referring Phy sician(s):** Silver, Joshua MD

**S urgery** (Date/Type) 08/21/2019 L patella fracture repair
**V isit N o.:** 79

**Insurance N ame:** Matrix Risk Management Solutions

**Date of Daily N ote:** 09/24/2020
**Injury /O nset/Change of S tatus Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of O riginal Ev al:** 10/23/2019
**T reatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**W ork ers' Comp Claim:** 6980341

## S ubjectiv e
**T reatment S ide:** Left
**Current Complaints / G ains:** Pt reports the usual tightness inside his knee.  He did some walking on vacation to Disneyland but rented a motor scooter to use around the parks.  He wore his compression socks on the plane and sleeping to keep the swelling down.  He is waiting to hear back from his doctor's office about insurance auth for his hardware removal surgery and plans to have it done in mid-October.
**F unctional Deficits / G ains:** Walking short community distances but needed a scooter for a full day at Disneyworld.
**Aggrav ating F actors:** Walking, Stairs - down
**Home Health Care:**  No
**M edical History:** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal F actors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**M ental S tatus/Cognitiv e F unction Appears Impaired:** No

## O bjectiv e

| CPT® Code | Direct T imed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
| | See flow sheet 30 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |
| 97140 | Manual Therapy | 1 |
| | STM, roller to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. | |

*C P T cop yrigh t 2019 A merican M edical A s s ociation. A ll righ ts res erv ed.*

Objective Findings    Fatigued sooner with step-up and step-down exercises today.
Post-Treatment    Knee ROM WFL.  No significant swelling or redness.

## Assessment
**Assessment/Diagnosis:**  Pt was a little fatigued after his trip but tolerated full exercise program with some short breaks today.  He would benefit from continued PT to strengthen glutes and quads as much as possible before his upcoming surgery for better recovery.
**Patient Education:**  Ankle pumps with elevation f/b ice at night to decrease swelling in knee and ankle.  Ascend/descend stairs at home with proper technique to strengthen quads.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**T ri-Phy sical T herapy**
2910 E Camelback Rd Ste 110, Phoenix AX
85016
Phoenix, AZ 85016-4405
Phone: (602)956-1233
Fax: (480)383-6440

Patient N ame:Jeras, Kenneth
Date of B irth:10/24/1961
Document Date: 09/24/2020

## Daily N ote / B illing S heet

**Long Term Goals:**

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit

Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on September 25, 2020 at 11:50 am*

**T ri-Phy sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily N ote /
# B illing S heet

**Patient N ame:** Jeras, Kenneth
**Date of B irth:** 10/24/1961

**Referring Phy sician(s):** Silver, Joshua MD

**S urgery** (Date/Type) 08/21/2019 L patella fracture repair
**V isit N o.** 78

**Insurance N ame:** Matrix Risk Management Solutions

**Date of Daily N ote:** 09/08/2020
**Injury /O nset/Change of S tatus Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of O riginal Ev al:** 10/23/2019
**T reatment Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**W ork ers' Comp Claim:** 6980341

## S ubjectiv e
**T reatment S ide:** Left
**Current Complaints / G ains:** Pt reports knee is not too sore today.  He took it easy over the weekend and did some pool exercises.  Will see the Dr. this afternoon to plan for hardware removal likely next month.
**F unctional Deficits / G ains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down. Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Aggrav ating F actors:** Walking, Stairs - down
**Home Health Care:**  No
**M edical History** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal F actors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**M ental S tatus/Cognitiv e F unction** Appears Impaired, No

## O bjectiv e

| CPT® Code | Direct T imed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See flow sheet 30 min. |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet 15 min. |  |
| 97140 | Manual Therapy | 1 |
|  | STM, roller to L quads, hams, calf mm.  Manual stretch hams, ITB.  15 min. |  |

*C P T copyrigh t 2019 A merican M edical A ssociation .eAll righ ts re serv*

| | |
|---|---|
| Objective Findings | No significant swelling or redness surrounding L knee today. |
| Post-Treatment | Mildly fatigued. |

## Assessment
**Assessment/Diagnosis:**  Pt presents with decreased swelling and irritation of L knee today since he had a relaxing weekend without a lot of home projects.  He still has difficulty with single leg balance on more challenging surfaces ie: 1/2 foam roll partly due to hypermobility in ankles and atrophy of R gastroc-soleus mm.
**Patient Education:**  Keep up with pool exercises and avoid aggravating activities such as deep squatting since he will be doing more walking when on vacation (leaving Friday).
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**

**T ri-Phy sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

Patient N ame:Jeras, Kenneth
Date of B irth:10/24/1961
Document Date: 09/08/2020

# Daily N ote /
# B illing S heet

1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS CCS CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on September 8, 2020 at 12:17 pm*

**T ri-Phy sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily N ote /
## B illing S heet

**Patient N ame:** Jeras, Kenneth
**Date of B irth:** 10/24/1961

**Referring Phy sician(s):** Silver, Joshua MD

**S urgery** (Date/Type) 08/21/2019 L patella fracture repair
**V isit N o.** 77

**Insurance N ame:** Matrix Risk Management Solutions

**Date of Daily N ote:** 09/03/2020
**Injury /O nset/Change of S tatus Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of O riginal Ev al:** 10/23/2019
**T reatment Diagnosis:**  ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**W ork ers' Comp Claim:** 6980341

## S ubjectiv e
**T reatment S ide:** Left
**Current Complaints / G ains:** Pt comes in today with no new complaints. He states he did a tap class last night and was able to dance for about 40 minutes before he had to stop due to his knee getting tired and stiff. He is leaving in two weeks for FL. He will be getting a wheelchair for Disneyworld since he won't be able to walk all around the park.  He is meeting with his surgeon next week to discuss removal of his hardware.
**F unctional Deficits / G ains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down. Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Pain Location:** L knee
  **Pain Scale: Worst:** 6 **Best:** 0 **Current:** 3  *Previous Findings as of 08/11/2020 - Worst:6  Best:0  Current:3*
  **Pain Description:** Dull/Achy
**Aggravating Factors:**  Walking, Stairs - down
**Home Health Care:**  No
**Medical History:**  High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal Factors:**  Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**Mental Status/Cognitive Function Appears Impaired?**  No

## Objective

| CPT® Code | Direct Timed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 2 |
|  | See flow sheet 30 min. |  |
| 97112 | Neuromuscular Re-Education | 1 |
|  | Proprioception/Balance Training |  |
|  | See Flowsheet 15 min. |  |
| 97140 | Manual Therapy | 1 |
|  | See Flowsheet 15 min. |  |
|  | L quad, hamstring and calf |  |

*CPT copyright 2019 American Medical Association.  All rights reserved.*

| | |
|---|---|
| Objective Findings | Pt unable to perform back lunges with good alignment due to using excessive foot pronation and dorsiflexion bilaterally. |
| | has decreased push off for agility drills on L leg |
| Post-Treatment | Mild quad/glute fatigue |

## Assessment
**Assessment/Diagnosis:**  Pt continues to progress with quad strength and balance but is self-limited in walking distance by his knee feeling "tight". Knee ROM is WNL and the tightness seems to be more of an issue with the hardware. He struggled with SLS on L and R on a level 3 air ex pad. He would benefit from progression of strengthening to help with recovery after the next surgery.
**Patient Education:**  Pool exercise, tap dancing, ice and elevation with ankle pumps to decrease swelling in ankle and knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity

**T ri-Phy sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

## Daily  N ote /
## B illing S heet

Patient N ame:Jeras, Kenneth
Date of B irth:10/24/1961
Document Date: 09/03/2020

- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs

**S hort T erm G oals:**
1: (4 Weeks) | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home

**Long Term Goals:**
1: (6 Weeks) | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal
2: (12 Weeks) | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.
3: (8 Weeks) | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.
4: (8 Weeks) | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".
5: (4 Weeks) | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex
6: (6 Weeks) | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
  Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

Barbara Goldsworthy, DPT
License #10198
*Electronically Signed by Barbara Goldsworthy, DPT on September 6, 2020 at 7:46 pm*

**T ri-Phy sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

# Daily N ote /
# B illing S heet

**Patient N ame:** Jeras, Kenneth
**Date of B irth:** 10/24/1961

**Referring Phy sician(s):** Silver, Joshua MD

**S urgery (Date/Type)** 08/21/2019 L patella fracture repair
**V isit N o.** 76

**Insurance N ame:** Matrix Risk Management Solutions

**Date of Daily N ote:** 09/01/2020
**Injury /O nset/Change of S tatus Date:** 08/21/2019  Chronic, New Injury
**Diagnosis:**   ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**Date of O riginal Ev al:** 10/23/2019
**T reatment Diagnosis:** ICD10: S82.002A: Unspecified fracture of left patella, initial encounter for closed fracture, M25.562: Pain in left knee, R26.9: Unspecified abnormalities of gait and mobility, M62.81: Muscle weakness (generalized)
**W ork ers' Comp Claim:** 6980341

## S ubjectiv e

**T reatment S ide:** Left
**Current Complaints / G ains:** Pt reports he will be getting a wheelchair for Disneyworld since he won't be able to walk all around the park.  He is meeting with his surgeon next week to discuss removal of his hardware.
**F unctional Deficits / G ains:** Able to do pool exercises at home but with knee tightness which increases with activity.  Able to ascend and descend stairs at home several times per day but has knee stiffness going down. Returned to tap dancing 2X/week and can do most of the moves except when he has to "hop" and land on the same foot while turning.
**Aggrav ating F actors:** Walking, Stairs - down
**Home Health Care:**  No
**M edical History** High Blood Pressure, Osteoarthritis, Anemia
**Complicating/Personal F actors:** Allergies (seasonal), Lifestyle (enjoys bowling and tap dance)
**M ental S tatus/Cognitiv e F unction** Appears Impaired: No

## O bjectiv e

| CPT® Code | Direct T imed Codes | Units |
|---|---|---|
| 97110 | Therapeutic Exercise | 3 |
| | See flow sheet 45 min. | |
| 97112 | Neuromuscular Re-Education | 1 |
| | Proprioception/Balance Training | |
| | See Flowsheet 15 min. | |

CPT copyright 2019 American Medical Association.  All rights reserved.

| | |
|---|---|
| Objective Findings | Pt unable to perform back lunges with good alignment due to using excessive foot pronation and dorsiflexion bilaterally. |
| Post-Treatment | Mild fatigue |

## Assessment

**Assessment/Diagnosis:**  Pt continues to progress with quad strength and balance but is self-limited in walking distance by his knee feeling "tight". Knee ROM is WNL and the tightness seems to be more of an issue with the hardware.  He would benefit from progression of strengthening to help with recovery after the next surgery.
**Patient Education:**  Pool exercise, tap dancing, ice and elevation with ankle pumps to decrease swelling in ankle and knee.
**Patient Demonstrates Compliance with Prescribed HEP**
**Rehab Potential:** Good
**Patient Problems:**
- Knee "tightness"/discomfort with activity
- decreased eccentric quad strength
- muscle imbalances in quads and glutes
- poor balance/proprioception B LEs
**Short Term Goals:**
1: (4 Weeks)  | 85% | Pt will demonstrate compliance with HEP in order to improve strength and balance. | Now working on resistive exercise in pool at home
**Long Term Goals:**
1: (6 Weeks)  | Goal Met | Pt will be able to perform agility drills ie: carioca with good technique to prepare for return to tap dancing. | met goal

**T ri-Phy Sical T herapy**
3333 E Camelback Rd Ste 230
Phoenix, AZ 85018-2345
Phone: (602)956-1233
Fax: (480)383-6440

**Daily  N ote /**
**B illing S heet**

**Patient N ame:**Jeras, Kenneth
**Date of B irth:**10/24/1961
**Document Date:** 09/01/2020

2: (12 Weeks)  | 80% | Pt will be able to balance 30 sec in single leg stance bilaterally on soft surface ie: foam | L LE demonstrates better balance than R due to ankle instability.

3: (8 Weeks)  | 60% | Pt will be able to demonstrate good quad control with step-down and be able to descend 1 flight without holding railing. | Needs to hold railing with UE when carrying an object in opposite hand.

4: (8 Weeks)  | 75% | tolerate tap and bowling activities/hobbies | Able to do tap dancing class but needs to take breaks due to knee "stiffening up".

5: (4 Weeks)  | 75% | Pt will improve glute strength demonstrated by performing multi-hip and band walks with proper technique and using green band.  Able to perform glute exercises in multiple positions. | Increased reps and resistance (moved from yellow to green band).  Difficulty/fatigue with sidelying glute ex

6: (6 Weeks)  | 25% | Pt will be able to perform lunges with proper technique to prepare for returning to bowling. | Requires cues and modifications.

## Plan

**Instructions:**  Progressing Patient Next Visit
 Focus on balance training, glute strengthening and eccentric quad strengthening with emphasis on functional activities.

*Karen Rein PT MS, CCS, CSCS*

Karen Rein
License #3982
*Electronically Signed by Karen Rein on September 2, 2020 at 1:03 pm*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

*Jeras v. Walt Disney Parks and Resorts U.S., Inc., dba Disneyland, et al.*
Superior Court of California, Count
Case No.: 30-2021-01206853-CU-PO-CJC

STATE OF CALIFORNIA, COUNTY OF ORANGE

     I am employed in the County of Orange, State of California.  I am over the age of 18 and am not a party to the within action.  My business address is 2505 McCabe Way, Suite 100, Irvine, California 92614.

     On **August 13, 2021**, the document(s) entitled:

**DECLARATION OF SHAWHEEN SFIAFIZADEH IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION TO FEDERAL COURT UNDER 28 U.S.C. §§ 1332, 1441, 1446**

were served on the interested parties in this action by placing: [ ] the original [**X**] a true copy thereof, to be delivered/addressed as follows:

**SEE ATTACHED SERVICE LIST**

[**X**]   **(BY ELECTRONIC MAIL)**  By causing the above-listed documents to be e-mailed to the person(s) at the e-mail address(es) set forth below.

**Executed on August 13, 2021, at Irvine, California.**

[**X**]   **(STATE)**  I declare under penalty of perjury that the foregoing is true and correct.

/s/ Stephanie Bruce
PRINT/TYPE NAME

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L0172623.1 }

1
PROOF OF SERVICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**SERVICE LIST**</u>
*Jeras v. Walt Disney Parks and Resorts U.S., Inc., dba Disneyland, et al.*
Superior Court of California, Count
Case No.: 30-2021-01206853-CU-PO-CJC

| | |
|---|---|
| Jeremy R. Cronin, Esq.<br>**JUREWITZ LAW GROUP**<br>600 B Street, Suite 1450<br>T:  619-233-5020<br>F:  888-233-3180<br>jrc@jurewitz.com<br><br>**Attorneys for Plaintiff**<br>KENNETH JERAS | |

London Fischer LLP
2505 McCabe Way
Suite 100
Irvine, CA 92614
(949) 252-0550

{L0172623.1 }

2
PROOF OF SERVICE